# UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



ALFRED LENORIS DAVIS

PLAINTIFF-APPELLEE

V.

UNITED STATES OF AMERICA

DEFENDANT-APPELLANT

APPEALS COURT CASE NUMBER: 24-12274-AA

**MOTION FOR LEAVE TO FILE BRIEF OF**

**MAURICE SYMONETTE AS AMICI CURIAE IN SUPPORT OF APPELLEE**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure and Circuit Rule 29-3, amici curiae (a full list of amici is attached as Appendix A to Exhibit A),

By and through undersigned counsel, respectfully move for leave to file a 20 page amicus curiae brief in Support of Appellee.

1.  Plaintiff-Appellee ALFRED LENORIS DAVIS's rights were violated when Federal Judge Jose E. Martinez didn't allow him or any of his witnesses to testify for him at his Trial. A violation of his Constitutional right of the Due process Clause of the Fourteenth Amendment and the Compulsory Process Clause of the sixth Amendment.

2.  Plaintiff-Appellee ALFRED LENORIS DAVIS's rights were also violated when Judge Jose E. Martinez unfairly arrested him after verbally saying to the

i

Defendant-Appellant Jonathan Bailyn that his case had not been proven yet a violation of Code of Conduct for United States Judges Canon 3A(5). Which says: In disposing of matters promptly, efficiently, and **fairly**, a judge must demonstrate due regard for the rights of the parties to be heard and to have issues resolved without unnecessary cost or delay. A Judge should monitor and Supervise cases to reduce or eliminate dilatory practices, avoidable delays, and unnecessary cost. Prompt disposition of the court's business requires a judge to devote adequate time to judicial duties, to be punctual in attending court and expeditious in determining matters under submission. And to take reasonable measures to ensure that court personnel, litigants, and their Lawyers Cooperate with the Judge to that end. We all heard Federal Judge Jose E. Martinez say that Defendant-Appellant Jonathan Bailyn's case had not been proven yet twice (see Affidavits in Exh.B). So there's no justification for putting Plaintiff-Appellee ALFRED LENORIS DAVIS in PRISON.

3. DEFENDANT-APPELLANT Jonathan Bailyn had no grounds of evidence from the beginning because he completely ran over the fact that he had no right to present evidence of prior crimes, wrongs or acts for a Permissible purpose because he failed to provide reasonable notice to the PLAINTIFF-APPELLEE ALFRED LENORIS DAVIS (in writing, before trial) which includes information about the evidence, the

purpose for which it is being offered and the reasoning supporting that purpose. In violation of Rule 404(b)(3) and Rule 404(b) which says evidence of other crimes, wrongs or acts is not admissible to prove a person's character if the purpose is to show that, on a particular occasion, the person acted in accordance with that character.

## CONCLUSION

Amici respectfully requests that the Court grant their motion for leave to file a 20 page amicus curiae brief and accept for filing the amicus curiae brief attached As Exhibit A.

Respectfully submitted,

/S/ Maurice Symonette

Maurice Symonette
15020 S. River Dr.
Miami Fl. 33167

3

**CERTIFICATE OF SERVICE**

I certify that on this on this 5th day of February 2017, I served the foregoing

Motion for Leave to File Brief of Technology Companies and Other Business as

Amici Curiae in Support of Appellees via the Courts ECF system upon all counsel.

Dated: September 2nd, 2024        /s/ Maurice Symonette

Maurice Symonette
15020 S. River Dr.
Miami Fl. 33167

# AMICI LIST

## PURSUANT TO RULE 29 OF THE FEDERAL RULES OF PRECEDURE AND CIRCUIT RULE 29-3 AMICI CURIAE

Micahiel Nichloson

James Buckman

Willie Harvey

Ricky Welch

Jarvis

Curtis Mcneal

Krystal Wright

Andre Tate

Elaine Escoe

Kimberly Davis

Lawrence Oliver

Julio Martinez

MAURICE SYMONETTE

15020 S. RIVER DR.

MIAMI FL. 33167



# UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

### ALFRED LENORIS DAVIS

### PLAINTIFF-APPELLEE

U.S. COURT OF APPEALS
RECEIVED
CLERK

SEP 2 3 2024

ATLANTA, GA

### V.

### UNITED STATES OF AMERICA

### DEFENDANT-APPELLANT

Appeals Court Case Number: 24-12274-AA

## BRIEF OF MAURICE SYMONETTE AS AMICI CURIAE

## IN SUPPORT OF APPELLEE FOR BOND AND DISMISSAL OF CASE

Comes now Minister Maurice Symonette President of Boss Group Ministries with this Amicus Brief. For the Conspiracy in the criminal activity committed by Miami Florida's Dade County Circuit, Judge Valerie Manno Shurr, Judge John Schlesinger, Judge Miguel De La O, Judge Samantha Ruiz Cohen, Judge Veronica Diaz, Judge Thomas Rebull, Judge Vivianne Del Rio, Appellate Judges Brownwyn C. Miller, Appellate Judge Kevin Michael Emas, Appellate Judge Edwin Scales, Judge Carlos Lopez, Judge Spencer Eig, Judge Jose Rodriguez, Clerk of Court Juan Fernandez-Barquin, ***Federal Judge Jose Martinez, Federal***

*Magistrate Eduardo Sanchez, Echevarria, Codilis & Stawiarski Atty. Firm, Florida Default Law Group, P.L., Ronald R. Wolfe & Associates, PL Atty. Firm Law Offices of Marshall C. Watson, P.A., Brock & Scott, Atty. Firm, Blank Rome LLP Atty. Firm, Federal Prosecutor Jonathan Bailyn, Federal Transcriber Mary Ann Casale, Defense Atty. Zeljka Bozanic, Temporary Atty. Khurrum B. Wahid and U.S. Bank N.A.*

*We are in the process of retrieving all documents like especially the Transcript etc. illegally held back these Culprits to hide their unlawful Deeds like changing the Transcript and taking out the words Judge using Homeland Security and the FBI, relating to this case to prove the Criminal activity. Once Criminal activity is proven then COLOR OF LAW charges will be brought against all of the Culprits and the Perpetrators on these cases. The Charges is Deprivation of rights, Illegal Imprisonment, False Charges, Abandonment of the Judge's Bench, Organized Fraud property over $50,000, Misprision of Felony and Treason, 18 U.S.C. 3041. All of these Judges including Federal Judge Martinez Conspired to do Organized Fraud on our property and*

2

*they all have money conflicts of interest with U.S. Bank as noted in this document Exactly like the 131 Federal Judges found guilty of Conflicts of Interest Lawyers found Guilty of Forging Judge's Orders, Exh. (73) , Exh. (72) and see to see Judges found guilty of Conflicts of Interest now we are at our Release on Bond and case should be Dismissed*

. because of all the fake news like the media reported fake shooting story created to color us as bad on Easter 2022 and July 4th weekend on July 7th, see: Gods2.com vid. H. and H2, totally because the guy who was supposed to be shot said he wasn't shot but that he hurt his hip off the Jetski and was soaking wet and we all saw there was no blood at all as seen on the video all made up to take our property which is part of the Conspiracy on TV Media that deprives me of a fair trial or grand jury that includes the sheriffs, Dept. Dade county's Mayor, and Clerk of the Courts channel 7, Channel 10, CBS, NBC and the Miami Herald who put out Fake News, Exh. 23.

*So that we can't get a fair trial for the RICO Conspirators, or a fair Writ of Replevin trial and they have prejudiced us from getting a Surety Bond, or getting a fair Notice of Removal and Writ of Replevin*

*hearing because of Fake News Corrupt Lawyers and Judges who work with the Banks and are paid by the Banks with illegal conflicts of interest. As 131 judges was found guilty of making $ with Banks (Conflict of interest) NY Times.*

1. *Federal Judge Jose E. Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM away from this Foreclosure/Eviction Case #2010-61928-CA01 is the same Judge on Alfred Davis Case the TREASURER and SECRETARY of Boss Group Ministries Inc. the owners of the Foreclosure property in question 15020 South River Drive Miami Fl. 33167 Alfred Davis is charged with having a Paper ID Access Device that they accuse Alfred Davis of, but the Supreme Court law chevron vs. United States made it Illegal to change the meaning of something other than the original meaning to make a law fit what the Prosecutor is alledging you violated example in this Case the Device ID by definition means a Machine used to create a fake I.D. or Credit*

*card but in this case the Prosecutor is saying the device ID is a piece of paper that is a copy of an ID in violation of Cheveron vs. United States. Federal Rule 404 the Supreme Court says they cannot bring up a persons Criminal Record but they brought up Alfred Davis's Criminal Record using under Federal Rule 404 wrongfully. And Alfred's Lawyer in her Dereliction of Duty urge Alfred Davis and his Character Witnesses who could explain Alfred Davis Characteristical reasons that that is not what Alfred Davis would do. And because of that the Jury only had the weight of his bad Character on the scale of Justice for them (the Jury) to weigh in on his guilt or innocence thereby disadvantaging Alfred Davis in the eyes of the Jury who found him guilty That's another reason why that this Case must be Dismissed. In the hearing the Lawyers say the Judge ruled in their favor prior to criminal background being brought up in violation of the new supreme Court Order which says you cannot bring up a person's Criminal record before the jury to find him*

*guilty and his Lawyer did dereliction of duty because she allowed them to bring up his criminal record to find him guilty and she knew that we had character letters she would not allow us to bring them in Zeljka devised defendant Alfred Davis to not Testify and explain his Character after they had already brought up his whole Criminal record about his Character.*

2. *This is a Conflict of interest because this Judge Martinez and his Magistrate Eduardo Sanchez both also have money Conflicts of Interest with U.S. Bank, Exh. 4 and 5. Which U.S. Bank is illegally foreclosing on and is owned by Boss Group Ministries Inc. where Alfred Davis is an Officer on as part of the strength of Boss Group Ministries, Which is one more of the incentives as to why they would allow U.S. Bank to continue illegally Foreclosing us in Violation of the Automatic stay of 28 USC § 1446 (b) which says you can file more than one Notice of Removals and (d) which says the Circuit Court can only act on the Case after the Federal Judge Remands the Case back to the State Circuit Court yet the*

*<u>Circuit Judge Carlos Lopez and Judge Spencer Eig even after</u>*

*<u>being noticed of the Notice of Removal Stay and the Bankruptcy</u>*

*<u>Stay Oct. 13th, line 387-392 14th, 15th and 16 lines 894-398 and</u>*

*<u>388 the day of the Sale on the Docket of this Foreclosure Case</u>*

*<u>201061928-CAO1</u>*

Judge Carlos Lopez who also has a very serious $ 4 million Conflict of Interest,
Exh. 24. And Judge Spencer Eig with the same $ Conflict, Exh. 25. upheld Judge
Carlos Lopez's illegal Violation of 28 USC § 1446 (d) Federal Stay and allowed the
Sale to go through and be upheld.

2. The Clerk of Court Juan Fernandez Barquin who also has the same $ Conflict,
U.S. Bank, Exh. 26. And sped up the Eviction by transferring the Title to US Bank
by Fraud and by Lying, saying we never Objected to the Sale, Exh. 27. line 446.
dated 04/24/24 In our Case 2010-61928-CA01. When the fact is we Objected to
the Sale within the 10 day time period allotted after the Sale to Object
according to, Fl. Stat. 45.031 (5) three times, see lines 404, 406 407 through lines
432 period allotted to Object to Sales see lines 404, 406 407 through lines 432
period allotted to Object to Sales, but they allowed the Sale to go through,
transfer of Title Writ of Possession hearing in US Bank's favor, and 24 hour post

to Evict anyway through the Federal Stay with no Remand from Federal Judge who should've Recused himself off of Alfred Davis's Case for his evil Conflict of Interest.

3. We told and had a Process Server Serve the Eviction Sheriff office Lt. Flavio Quiroz we had a Federal Stay and he said Notice of Removals and Bankruptcy Stays don't Stay Foreclosures anymore that stopped four years ago which is a lie and they put a 24 hour Writ of Possession in Violation of the Stay and Eviction Manager Jennifer also refused to be served Notice of Removal Stay, Writ of Plevin Complaint and Color of Law Complaint (C.O.L.) that completely gives the proof of the Organized Fraud with the Police Report Case #PD240614188594 also filed in Dade Clerk Docket Case #2010-61928-CAO1 Doc. Line 491 dated 06/17/2024, Reported to the State Atty. Office to Investigator J. Sanchez #54 dated 6/17/24, Exh. 30. Filed in Federal Court with the Case #23-CV-22640-JEM dated 06/17/24 Doc line #60, Exh. 30. Inspector General's Office SA. M. Diaz case #TBD, Exh. 31. and Code of Compliance Dept. see Exh. 29. pages 1-36. And filed with the County Clerk, Exh. 33. in VIOLATION of 18 USC 1501 Which is a 1st degree Misdemeanor to refuse service as a County agency so they all knew that there was a Stay since, 10/13/23. So they used fake News about our house with staged fake shootings, gods2.com vid. H. to take our

$8$

house for Banks and big Developers which is also a Conflict of interest and has sentenced Alfred Davis to 8 months in jail even though Maurice Symonette stood up and said he was the one who had the ID not Alfred Davis making Alfred Davis innocent from what they claim was a Crime and the Judge would not listen. All done to stop the American Gala Awards see: Americangala.com the AGA an event with 100 black stars helping homeless VETs with TRUMP coming to get an Honorary Doctorate Degree from a Haitian College to draw people to Donate to the Homeless VETs. An event that we've been doing since 1997 and we do Stand downs for the VETs to raise money for the Homeless VETs done with the city of Miami Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh. 1. and the City of Opa Locka Florida, Exh, 2. also have done yacht Fundraisers for Republican Politicians on my 4 story 80 ft. yacht. Exh, 3. *So We must remove this Case now to west palm Beach because Broward and Dade County Federal fed courts keep transferring our case back to Dade County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo Sanchez also have Financial conflicts of interest, with U.S. Bank Banks, Exh. 4 pgs.1-3 and Exh. 5 pgs. 1-3. who has allowed U.S. Bank to*

*violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398 10/13/2023-10/15/23 -10/16/23 Notice of Removal was Filed yet they did not stop the Sale and Federal Judge Martinez did not Void the Sale in Violation of his Stay and Oath of office and this Prosecutor Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who would not lie for them and who pointed out his RACISM by saying Alfred a Black Man can't live in a (white) people's apt. building and at the Sentencing Prosecutor Jonathan Bailyn conspired with Alfred Davis Atty. Zeljka Bozanic three times during the Case they would not allow Maurice Symonette to testify for Alfred Davis knowing that Symonette was going to talk about his good character in helping the poor feeding the poor, doing big events like the AGA Event to house the homeless Vets and help Wounded Warriors see Americangala.com among so many other great things.*

10

*And Alfred Davis Atty. Zeljka Bozanic must be charged with Dereliction of Duty because knew that Symonette was going to take the blame for the paper ID that Alfred Davis was charged with. And kept Maurice outside during the Case hearing, She and Judge Martinez Allowed Prosecutor bring up Alfred's criminal record in violation of rule 404 and still didn't allow Maurice Symonette to testify about his good character and before the Jury found him guilty his Attorney Zeljka told Alfred and Symonette that they were going to allow me to testify but let the case end anyway without my testimony and the Jury found Alfred Davis Guilty unbelievably because even Jesus was accused of all kinds of wickedness he uttered not a mumbling word and no man stood and said he was a good man so he was found guilty and put to Death like most black men like Alfred Davis and we were very upset! And the prosecutor Jonathan Bailyn asked the Judge to Remand him to jail immediately but without my testimony but the Judge Jose Martinez shocked us saying he's not doing that because you guys did not prove your case you brought no*

evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis so I'm going to do a Directed Verdict myself July11th and I'm going to let you stay out on Bond until July 11th and he said "don't let me down Mr. Davis" and a week or so before July 11th Maurice Symonette and Micahiel Nichloson went to the Clerk of the Court and saw Alfred Davis's Docket and saw something shocking the Transcript by Transcriber Mary Ann Casale excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis. So Maurice Symonette brought Alfred Davis to the Federal Clerks office a day or so before the July 11 Sentencing hearing and saw it to we ordered the whole Transcript the Clerk printed it up and Alfred Davis was about to pay for it the Clerk saw that we noticed that we saw the horrible discrepancy and then said oh no we can't allow you to get transcript and took it from us in Violation of,5 CFR § 1201.53 Record of

*Proceeding (a)(b)(c) but we have about 20 eye and ear witnesses that what Judge Jose E. Martinez said on both days of the trial was true we heard Judge Jose Martinez say those words which we also saw and heard, Affidavits,Exh.27.1-8, but on7/11/ 24 the Judge out of nowhere said he agreed with the Jury exactly the Opposite of what he said which explains why the transcriber refused process service for lawsuit, Exh.79 who Changed Transcript to match judges change about Alfred Davis. Atty. Zeljka because she didn't turn in our Character letters from his Family that we would be able to get us to testify on his Character of Alfred Davis and she knew I was going to say Alfred was innocent because I did it but they didn't allow us to testify and Judge Martinez went against his first statement and put Alfred in Jail for 8 months for what he Judge Martinez Called a Petty Crime {that I Maurice knows should not be in Federal Court} and Judge Martinez said if he's so bad why didn't you charge him with those Crimes. And now because Atty. Zeljka didn't turn in his Families Character letters, this tricky team with this Racist PROSECUTOR was able to put in his*

13

_response to the request for Bond while waiting for his Appeal was able to say that Alfred doesn't have close family Ties because no Family wrote him a Character letter or testified for his Character at the Hearing in the Docket7/17/24 Doc entry 74 last paragraph of page 1 case #24-CR-20051-JEM. What a trick to perfect their trick Case because his Atty. Held back the Character letters and she didn't let us Testify so that the Prosecutor can say no family ties to stop his Bond, here are the character letters she held back Exh.81,1-6.to stop the Americangala.com event for the VETS and take our property, what a perfect team to doom Alfred Davis with the help of his Atty. And this Racist Prosecutor Bailyn Nut called our nonprofit organization HOODLUMS like saying (Niggers)._

Coupled with all this Fake charges done to take our Property by making us Wow we who feed the people and their kids every Sunday and after the event we pick up the trash making our neighborhood very clean for almost 30 years with old people, young people, kids Latin, Black and White we help people with Community Service, we feed people, do voter Registration Drives and help with

14

the Get out to Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4 times a day played on different on Radio Stations daily, we got a Proclamation from the city of Miami from doing these events, Exh. 6. and two Proclamations from the City of Opa-Locka, Exh.7 and 8, Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister of the Bahamas thereby making Maurice Symonette a Prince, Exh.9. who's Grand Father is on the Bahamian $50 bill. Exh, 10. Whose father Al. Symonette was one of Miami's First five Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black Taxi Cab Service in Miami Called Checkers where I was trained by my Dad, Whose Motto is Latin Black and White Must unite and telling the Police "Thank You for your Service", Exh. 11, Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island, Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the President of Boss Group Ministries and has a Doctorate Degree in Ministries, Exh, 12, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity, Exh. 13, and Exh. 14, runs Boss Magazine, Exh, 15, Blacks For Trump

Magazine. Exh, 16, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks for Israel because Yahweh Ben Yahweh in 1988 when Synagogues were being defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those Temples, Exh.17, and the Jewish Priest came and thanked Yahweh Ben Yahwen Exh. 18. We are the Freedom Fighters with Yahweh Ben Yahweh we cleaned up the Black neighborhood we cleaned up liberty city, overtown and North beaches on A1A, Exh. 19, 1-4. and Exh. 20. we made the area safe to walk in, Exh. 21, 1-3. Yahweh hotels we guarded the old ladies across the street from the temple and if anybody snatched their purse we would run them down and beat them up And take the lady's purse back and call the police on the guy and arrest him we guarded the Jewish temples when they were being defaced and others with Swastikas, Exh. 30. and all of the priest came and thanked us we stopped drug dealing around the Complexes we owned we had our own Grocery store we gave away food we gave away clothing we gave people rides to their jobs we kept people informed with literature had millions of readers of our literature nationwide owned Business we hired People for jobs even Federal Broward Chief Judge Norma Roettger in the Yahweh Case said the reason why he gave Yahweh Ben Yahweh such little

16

time is because. He said he had to be commended for his good works and he

had done a lot of good works, Exh. 31,

*yet this Bully Assed Racist Prosecutor Bailyn calls us HOODLUMS what*

*a RACIST name calling IGNORANT NUTBbailyn is who feels like he has*

*to Destroy us with what Judge Jose Martinez calls Penny Anie charges*

*to show us helpless black who's the boss and we are not allowed to*

*make money, Live nice or drive nice Cars WOW!!!*

And our organization called Boss Group Ministries we Ministered several different

radio stations four times a day to the people to unite Latin, Black and White. We

have our own newspaper ads in the newspaper to inform people we were known

noted by New times newspaper as the best radio station in south Florida, Exh. 32.

We feed the hungry in our Neighborhood there's 6 transit houses with a bunch of

homeless people in them and they come to our Party on Sundays and we feed

them and for free! And we do stand downs with the homeless veterans

foundation and the guy who's over veterans affairs for the city of Miami and we

helped house the homeless VETS we help raise money for the homeless VETS get

their criminal record clear and expunged so that they can be productive citizens in

America, Exh. 33. We bring stars to perform for the VETS. We do an event called

17

the American Gala Awards yearly where we bring stars in to perform for free so that the VETS can get money donated to them by people texted donation to the Homeless veterans foundation, See Americangala.com. and we let all the money go to the VETS. We feed people at our house on Sunday So we bring Latin black and white together, we've been doing this since 1996. We protected the tea party Marchers when they said they were going to throw rocks at them but we marched In front and nobody would throw a rock and we talked to the Rebel Rousers and told them don't throw rocks so we stopped them from throwing eggs at the NFL experience at the Superbowl in Houston Texas after we set in on Antifa's meeting as spies to find out that they were going to go in and beat up people at the NFL experience and shut down NFL experience and disrupt the whole Super Bowl that's on video where you can actually see that on but we four stopped them and we stopped from trashing trump's hotel where they said they're going to go in and arrest and hang Trump we stopped all 4000 Antifas from coming In with just 6 of us because they're afraid of Michael and Alfred Davi was there at all of these events helping to do this. When **THE TEA PARTY** would have flag waving day on Oakland park and US.1 several times some Arabs said they were going to beat up the Tea Partiers but we always confronted them and we made them back down and we protected them we did the same thing for Glen

beck we had a big Meeting in Washington DC. We stopped them from attacking Glen Beck and all the Antifa and all these groups we stopped occupy Wall St. from doing disruptive stuff in the city of Miami we traveled to different states to help stop riots we honor the Police and teach our people to say thank you for your service and we done parades for the Police officers called back the Blue and they've honored us for it and we were honored by the military from Colonel Colmenares for helping to house the homeless vets we helped do voters registration in our back yard. We stopped them from cheating in the vote we had Occupy Wall Street on stage with the Tea Party and we made a truce with them and we had no fights and the police were astonished at our American Gala Award at Bayfront Park, See: Americangala.com Vid. 3. that we have done and people have been coming out to our FREE little parties for years including football stars and everybody and they love the atmosphere because we have kids old people Latin, Black, White, Chinese, all nations of people at the party with no Problems and this bum Prosecutor Bailyn had the Nerve to call us **HOODLUMS** and say that we're not really a charity after all the charitable things we've done he is a Bastard from Hell. We're in the process of suing channel 7 and other media outlets. We stopped hundreds of millions of dollars in property damage from riots from occupy wall street Black lives matter and Antifa that attempted to destroy several

cities in America we stopped the **HOODLUMS** yet this fool Bailyn calls us Hoodlums. I gave you all the Cure to the Corona Virus Gods2.com video #7. And yet Prosecutor Johnathan Bailyn called us HOODLUMS just to taint Boss Group Ministries name and taint Alfred Davis a member of Boss Group Ministries so that they could feel free to take our property even Judge Martinez said you THE DOJ you haven't Proved your Case, you brought no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT Transcriber of Mary Ann Casale we saw she took that out because it would make Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own PropertyThe enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property Alfred Davis wrongfully INCARERATED  SO THIS AMICUS BRIEF that Alfred Davis be RELEASED OUT ON BOND AND THE CASE OVERTURNED NOW...

/S/Maurice Symonette
Maurice Symonette
15020 S. River Dr.
Miami Fl. 33167

20

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION



Exh.3

MAURICE SYMONETTE

Plaintiff

CASE NO: 2021-

10826-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

Defendants,

<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL,
VACATION OF ORDERS AND MEMORANDUM OF
LAW</u>

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil
Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for
Relief & Recusal and Supporting Memorandum regarding the <u>June. 25' 2010</u> Valerie
Manno Schurr Freview of the record and Final Judgement Order, Exhibit.J because it
injured us. based on the following facts, new information, just terms, judicial
misconduct, fraudulent grounds and discovered conflict of personal investment
interests on Financial Disclosures of Judges and officers of this Court <u>(Exhibits # B)</u>
Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018</u>
<u>Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Valerie Manno
Shurr Financial Interests & Property Disclosures).

# ***<u>Florida Rule 2.160 (H) Says A Judge</u>***

# ***<u>must Vacate her orders for Conflict of</u>***

# ***<u>Interest LIKE THE ORDERS JUDGE VALERIE</u>***

# *MANNO SHURR DID IN THE ILLEGAL EXPARTE HEARING 06/25/2010 WHERE SHE CHANGED THE ORDER OF DISMISSAL WITH PREJUDICE TO DISMISSAL WITHOUT PREJUDICE AND RETURN THAT BACK TO DISMISSED WITH PREUDICE AND ALL HER OTHER ORDERS SHE DID IN THE NEW CASE 2022, Theodore R. Bundy V. Judge John A. Rudd, Fl. Rule 2.160 (D) (1), Fl. Code Jud. Conduct Canon 3E (1) A Judge shall disqualify herself where impartiality might reasonably be questioned Rule 2.160 (D) (1) and grounds to disqualify is a party fears that the Judge is Biased, Fl. Statue 112.312 (8) and Judge can't have a conflict of Interest!*

Judge Valerie Schurr must Recuse herself for an open obvious Conflict of Interest because She's and was doing business with US Bank, GMAC and OCWEN and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof.

## NOW I'M REPORTING JUDGE SHURR TO THE ADMINISTRATIVE JUDGE WHO APPOINTS JUDGES TO CASES, GOVERNOR DE SANTIS, THE JQC, THE BAR, THE US DOJ, THE FBI, THE FLORIDA STATE ATTONEY AND MEDIA FOR OBVIOUS RACIST MISCONDUCT, BY TOTALLY IGNORING FLORIDA STATUTES-RULES AND FOR CRAZY OBVIOUS CONFLICTS OF INTEREST

Because something strange has Happened out of nowhere! Judge Valerie *Manno Schurr's SIGNATURE and NAME shows up on the DISMISSAL WITH PREJUDICE that was done by Judge ZABEL's Order of Dismissal With* PREJUDICE 04/07/2010 THE YEAR AFTER Judge Valerie Manno Shurr BECOMES JUDGE RIGHT BEFORE SHE mistereouly dose another Dismissal with Prejudice 04/07/2010 exactly one year after Judge Zabe*l's    /  /     Order* of Dismissal With Prejudice to take over our case to save U.S. BANK FROM US and save JUDGE ZABEL, THEIR LAWYERS FROM THE WRATH OF THEIR BOSS

**GMAC (US BANK)** WHO HAD ALREADY PAID THEM TO SAVE U.S. BANK

FROM US. JUDGE VALERIE MANNO SHURR *is who we're just now finding out* that THE BANKS PAID HER TO TRICK US INTO BELIEVING THAT WE WERE SAFE FROM US BANK WITH THE DISMISSAL WITH PREJUDICE AND THEN THREE MONTHS LATER JUDGE VALERIE MANNO SHURR CHANGES IT TO DISMISSAL WITHOUT PREJUDICE IN AN ILLEGAL EXPARTE HEARING WITHOUT US KNOWING SO THAT US BANK COULD AND START THE SAME CASE OVER WITHOUT NOTICE TO US! WHY DID **GMAC (US BANK)** PAY JUDGE

VALARIE MANNO SHURR TO AKE OVER OUR CASE WAS BECAUSE JUDGE ZABEL *DISMISSED WITH PREJUDICE US BANK'S CASE      /    /2009* AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA-01 LINE 10, Exh. C. And FORD MOTOR *CO. V. CALLOWAY SAYS A JUDGE CAN'T CHANGE ANOTHER JUDGE'S ORDER SO,* JUDGE VALARIE MANNO SHURR FILED HER DUPLICATE DISMISSAL WITH *PREJUDICE SAMPLE ZABEL'S ORDER FILED     /  /      AND SHURR'S*

DUPLICATE ORDER FILED 04/07/2010 AS SEEN ON THE DOCKET CASE NUMBER 2007-12407-CA-01 LINE 10 AND 11, Exh. C. ALL DONE SO THAT SHE COULD IN AN ILLEGAL EXPARTE HEARING IN VIOLATION OF FLORIDA STAT. 702.07 WITH THE PLAINTIFF US BANK CHANGE HER OWN ORDER TO DISMISSAL WITHOUT PREJUDICE, Exh. F. TO HELP **GMAC (US BANK).** **STEAL SO THEY CAN ALL MAKE MONEY OFF OF HELPLESS BLACKS. USING BIG BAD JUDGES AND LAWYERS!** The Proof that JUDGE VALARIE MANNO SHURR made MONEY to help them is on her Form 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST SWORN AFFIDAVIT OATH of 2008 that shows on Part C. Liabilities section that a1She has $995,000.00 and $91,498.00 from GMAC which is the Servicer and owner RESIDENTIAL FUNDING CORPORATION in their notice of transfer said they were controlling our payments as Servicer from at least 1/1/2007 on the Mortgage Payment Coupon at the bottom of the Transfer Letter, Exh.S. and $129,000,00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, Exh.(DD). And Judge Shurr has $129,000,00 from Wells Fargo which is US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, Exh.(DD ) then in 2009 form 6 it shows GMAC MORTGAGE of $410,000.00 and Credit line with GMAC, and $128,000 Wachovia which is Wells Fargo which is US BANK, Exh.(EE) and then she allows an Illegal Ex parte Hearing with US Bank National Attorneys to change her *order which is really Judge Zabel's Order from DISMISSED WITH PREJUDICE in* April 6th, 2010 Exh. (F3) to change the Dismissed with Prejudice 3 months later

in June 27th 2010 into DISMISSED WITHOUT PREJUDICE In this Ex Parte hearing Exh.(F). which is only supposed to be done with only the Defendants that are about to lose their home to the Foreclosure Sale and this must be done before the sale of the House according to Fl. Statute 107.07, (during the interim GMAC also had a Florida Default Letter as the Servicer) and after that wonderful gift Judgement to US Bank National Association and helping Judge Zabel out of the mess for doing a Judgment without a Docketed Complaint, Note, Allonge, Mortgage or an Assignment from the Records which was literally Criminal, Thievery of our house. Then suddenly In her 2010 Form 6 Disclosure of Financial Interest , Exh.(FF), it shows a $400,000.00 gift from GMAC and shows $1,000,000.00 from Wells Fargo which is US Bank, Exh. (EEE). All of this is pay to Play RICO Conspiracy to Steal Black Peoples Houses *wRicR tRey're also doing* to White European Gentiles! US BANKS only lawful Remedy was to Appeal the Dismissal with Prejudice within 30 days according to Florida Appelate Rule 4 (a)(1)(A). But now a case that was Dismissed with Prejudice was given life again by *Judge Valerie Manno ScRurr's illegal Ex parte Rearing and cRanging tRe Dismissal* with Prejudice to Dismissal without Prejudice which allowed US BANK to secretly file another Foreclosure Case against the House at 15020 South River Drive Miami Florida 33167 and US Bank did file another case which was a continuance of the same Case from  2007 which is called Case Number 2007-12407-CA01 that was Dismissed with Prejudice and Secretly changed to Dismissed without Prejudice and without any notice to us in 2010 called Case number 2010-61928-CA01 this 2010

was also done without the Original Mortgage, Assignment and Docs. Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae and there must be the Loan Number, Date and the printed name of the Signer as required by Federal Fannie Mae Rules B8-3-04 for Fannie Mae of which none of this is on the copy of the Allonge recorded on the Docket, Exh. LL. And JUDGE VALERIE MANNO SHURR has taken my new Case again to finish what she started by Ruling in favor of US BANK and GMAC *witR worst Conflicts of Interests tRat sRe's trying to Ride so tRat sRe can Rule in tRe Bank's Favor to illegally. Because i*n her FORM 6 - 2019 and 2020 Financial Disclosure Affidavit she has over 11,192,000.00 million, plus on line 5 she states that she has a $400,000.00 Mortgage with City National Bank that is Royal Bank of Canada which is Wells Fargo, Exh. SS. and Wells Fargo is US Bank the Bank Judge Valerie Manno Shurr is helping to illegally Foreclose on us, Exh. TT. The other conflict *is SRurr's $400,000.00 Mortgage Holder City National Bank tRat is Royal Bank of* Canada Which is Morgan Stanly/ JP MORGAN, Exh. VVV, which is US BANCORP/ US BANK, Exh. W. and Exh. X. all this is CITY NATIONAL BANK Exh. SS, Who Merged with Wachovia Bank who admitted the were SLAVE MASTERS OF BLACK PEOPLE, Exh.UU. *to just take CRIPLE HELPLESS BLAC5 PEOPLE'S HOMES. I will investigat Row tRis* Jud*ge accumulated 11 million dollars on a JUDGE'S SALLARY , I Demand to see wRere* all that money This is the BANK that was served my law suite by an official Servicer acknowledge by US BANK which by Florida Statute they hod only 20 days to answer but they never answered for six months while we trying to Default them the whole

time, yet JUDGE VALERIE MANNO SHURR with her millions of dollars of Conflicts of interest helped US Bank by not ever Defaulting them no matter what the laws and rules say I Really don't *stand a chance in this fight because the referee (JUDGE SHURR) is being paid by my Opponents to Rule only in their (US BAN5'S-GOLIATH'S)* favor I AM Detroyed and CRUCIFIED by these Wicked Animals who break all the Laws and kill BLACK PEOPLE and hold themselves not GUILTY by these CROOKED EVIL JUDGES like JUDGE VALERIE MANNO SHURR and I know they are Plotting to KILL me right now, K.J.V. BIBLE= ZECHARIAH 11:5!!!!! Axiom Financial Services now refered to as (AFS) is the Bank the Note was done with and (AFS) sold the Note with the MIN. Account number 100176105062733203{M at the bottom of each page of the adjustable rate Note Exh.(NN) with the Cusip Number 315912873 to Fidelity Strategic Real Return Fund according to the CUSIP search by CUSIPONE EXPERT CUSIP search service as stated by The Expert Witness Affidavit of Fact Wesley Jarvis, Trustee for CUSIPONE Trust, Exh. (OO). The (AFS) Note was sold by (AFS) 9/7/2005 three months after Leroy Williams signed the (AFS) Note and is with Fidelity Strategic Real Return Fund until this day according to The CUSIPOne Expert Witness Exh. (PP) So the (AFS) Note never went to US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3 now referred to as (USB). So (USB) cannot Foreclose on this (AFS) Note nor anyone of the above Stated DefendantS becauSe they don't own the Note and even Fidelity Strategic Real Return Fund cannot Foreclose because (USB) in 2007 did a Publigation to Foreclose on the (AFS) Note and Fidelity Strategic Real Return Fund did not Object

or Intervene within 30 days of the publication of the Foreclosure of 2007 of

Fidelity Strategic Real Return Fund standing to Foreclose according to Fl. Stat. ()

Exh. (pp) or any Interest in the Note and therefore they have no standing And

according to the SEC - FASB GAAP Rules once a Note is sold on the Market it must

be burned and Destroyed because a Note cannot exist at the same time that a stock,

bond or fund exist because that is Double Dipping using the Fund and the Note

ILLEGALLY. 6.Plaintiff has had exclusive, complete, actual, open, notorious, hostile,

and continuous possession of the Property adverse to defendants for more than 17

years. Plaintiff has made and paid for all repais and upkeep, on the property for the

past 17 years..

Judge Valerie Manno Schurr says that GMAC BANK on her form 6 full and public
diScloSure of Financial intereStS iS a Bank She'S doing buSineSS with, becauSe
She'S doing buSineSS with GMAC/ U.S. BANK and helping them to make money
so that she can make money by foreclosing and taking our property proof: In her
Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF
FINANCIAL, form 6, Exh. A. Says on line 5 and 6: Judge Valerie Schurr is
Doing Business with GMAC with a Mortgage from GMAC for $91,438.00 and
$995,000.00, And GMAC BANK is U.S. BANK, Exh. E1. and E2. Because in her
FORM 6 - 2019 and 2020 Financial Disclosure Affidavit she has over
11,192,000.00 million, plus on line 5 she states that she has a
$400,000.00 Mortgage with City National Bank that is Royal Bank of
Canada which is Wells Fargo, Exh. SS. and Wells Fargo is US Bank the
Bank Judge Valerie Manno Shurr is helping to illegally Foreclose on us,
Exh. TT. The other conflict is SRurr's $400,000.00 Mortgage Holder
City National Bank that is Royal Bank of Canada Which is Morgan
Stanly/ JP MORGAN, Exh. VVV, which is US BANCORP/ US BANK, Exh.
W. and Exh. X. all this is CITY NATIONAL BANK Exh. SS, Who Merged
with Wachovia Bank who admitted the were SLAVE MASTERS OF

BLACK PEOPLE, Exh.UU. to All of this is a major Conflict of Interest. She and other Judges who have the same conflict of interest has ruled in favor of, U.S. Bank, EXH. C F. of these Conflict of Interest against us and there's more. I have found that our case was directed to her and other Judges in this Pool, So she must recuse herself and vacate her Order, Exh. F, So Valerie Schurr you must Recuse YOUR SELF VACTE ALL YOUR ORDERS NOW! AND I PRAY THAT YOU DON'T SPACE FOR ANNOTHER JUDGE TO ORDER THA T YOUR ORDER TO DISMISS WITHOUT PREJUDICE IS ILLEGALLY BE UPHELD!

## FACTUAL BACKGROUND

1. Judge Zabel got very angry with U.S. Bank and decided to dismiss the case with Prejudice between 2007 and 2008 but Judge Valerie Manno Shurr some how ended up being the Judge who signed the Order On APRIL 6, 2010 Judge Valerie Schurr issued a final Judgment order Exhibit.A IN FAVOR of Leroy Williams to dismiss the Foreclosure case against him with Prejudice whose property is now Quitclaimed to Plaintiff Maurice Symonette in the former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. and then after three months and GMAC doing business (Payoff) Judge Valerie Manno Shurr ! on June. 25 2010, issued a Issued another Order that changed Zabel and Valerie Manno Schurr'S Order from diSmiSSed with Prejudice to suddenly dismissed without Prejudice in an illegal Ex Parte hearing with her and her BuSineSS Partner'S U.S. Bank/GMAC and Judge Valerier Manno Schurr is now the same Judge with the same Conflicts of Interest rulling on the same case and property with the same business partners against Maurice Symonette concerning the same property this is wide open Crazy! And Sad! That this Court is Strong Arming,. Bullying and just taking our house like gangsters with the Full strength of the Police against the helpless these gangster ways has her now gone and went from a few Million Dollars to now over $20 million Dollars with the same business Partners as a quasi-defense attorney for U.S. BANK her

personal investment Partner to make money together. Plaintiff MAURICE SYMONETTE has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC does not own the Note.


## MEMORANDUM OF LAW


The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Valerie Schurr Recusal based on exposed financial conflicts of interests <u>Fla. Stat.112.312 (8)(9).</u>

*Rule 2.160 (H) and FRCP Rule 60, relief fiom .Judgment Or Order and to Vacate Order .*

*There is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise; or excusable neglect:*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b):*

3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party


A Judge is expected to Recuse herself according to Fla. Code Jud. Conduct, Canon 3E (1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E (1)

and § 455(b), a judge is expected to disqualify herself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

## Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Section 455(b) he shall also disqualify himself in the following circumstancess.

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding; or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

### CONCLUSION

This Motion for Relief by Vacating Order Judgments Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Valerie Schurr was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case knowingly because nobody forgets how and why they get $995,000.00 at the time that we asked THE ACTUAL JUDGE, JUDGE ZABEL to Dismiss our case With Prejudice. So that JUDGE VALERIE MANNO SHURR was paid to and would change the Order to DISMISSAL WITHOUT PREJUDICE!!!

Judge Valerie Schurr has creditor loan history and business with Defendant U.S BANK MERS and GMAC that caused THIS

preferential Quid Pro *Quo* treatment by her .sua sponte review and
Final Judgment Order. Judge Valerie Shurr has significant exposed
investor financial interests in the subject matter in controversy and with
Defendants U.S. BANK that will be substantially negatively affected by
the outcome of that proceedings when the Plaintiff "ultimately prevails
and promotes in paid for adds in the media. Because people can't win
when the Judge is on the side of the Banksters to steal property and
money off their Prey!

Example of Judges who already recused themselves from U.S.
BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE BARBARA ARECES Exhibit R.

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160
(A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure
Rule 60, Plaintiff requires Relief from the June. 25, 2010 Final judgment
Order [Exhibit.J.   based upon the stated facts, just terms, cited
misconduct, Rule 60 grounds and newly discovered banking real estate
fraud by court officers.

Said Reopening Relief would require the vacating of his order and
Recusal of Judge Valerie Schurr from this and any future related U.S.
BANK banking real estate cases in this District. The Dismissal Order
Relief also requires that all parties be reinstated to their prior positions
in this action (Dismissal with Prejudice) requiring Clerk issuance of
Summons upon the Defendants and allow the filing of a Motion to
dismiss the Final Judgment for cause, grounds and reasons stated herein
filed.



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

**Case:23-cv-22640-JEM**

Plaintiffs,

V.

U.S. BANK, NATIONAL ASSOCIATION,
Et al.,

Defendants.

_____/

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule***

## 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !

Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FINANCIAL DISCLOSURE REPORT, for 2021 Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank which is US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business** U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.P & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because of Conflicts Of Interest. None of these Judges or Attorney's can do anything with the State Court because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's were wasting all of the time Exh H. not us but we were never given that opportunity and Judge Lopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.I. And then suddenly inserted herself into our case

without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order, Exhibit, O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, EXH. I.

## FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit.A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests

on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached- U.S.
BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-
U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore
R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1)
A Judge shall disqualify himself where impartiality might reasonably be questioned Rule
2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge
can't have a conflict of Interest !***

Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest
because she's doing business with US Bank and helping them to make money so that she
can make money by foreclosing and taking (stealing) our property while acting as the
Judge on the case on our property, not on case's Merits but for to make him and them
money Illegally. Here's proof.

FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.
 Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and
*Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Jose E. Martinez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Jose E. Martinez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment Order.</u> Judge Jose E. Martinez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, F.
2. THOMAS WILLIAMS Exhibit, P.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, O

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June. 25, 2010 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers. Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 27th day of August, 2023 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June. 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly

discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 9 | MARTINEZ, JOSE | 05/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | CAPITAL ONE | A | Interest | M | T | | | | |
| 2. | AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | |
| 3. | IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | |
| 4. | IBERIA BANK - CHECKING(X) | A | Interest | M | T | | | | |
| 5. | FIRST CITIZENS(X) | A | Interest | M | T | | | | |
| 6. | AMERICAN ELECTRIC | A | Dividend | J | T | | | | |
| 7. | DOMINION ENERGY (FORMERLY DOMINION DIRECT) | C | Dividend | M | T | | | | |
| 8. | SOUTHERN COMPANY | B | Dividend | L | T | | | | |
| 9. | EVERGY INC | A | Dividend | K | T | | | | |
| 10. | MCDONALDS CORPORATION | A | Dividend | K | T | | | | |
| 11. | SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | |
| 12. | USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A |
| 13. | | | | | | Sold<br>(part) | 03/05/21 | J | A |
| 14. | USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy<br>(add'l) | 12/20/21 | J | |
| 15. | USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold<br>(part) | 08/26/21 | K | A |
| 16. | | | | | | Buy<br>(add'l) | 12/20/21 | J | |
| 17. | USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy<br>(add'l) | 12/20/21 | J | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

# IBERIA BANK IS FIRST HORIZON

V

https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-13...

**First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...**

May 4, 2023 - First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. **TD Bank** informed First...

# SUNTRUST IS FIRST HORIZON

V

https://www.bizjournals.com › charlotte › news › 2020 › ...

## Dozens of former SunTrust branches become part of First Horizon Bank ...

Memphis, Tennessee-based **First Horizon** National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend....

# SUNTRUST IS US BANCORP

V

https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54119720091014

**U.S. Bancorp to buy BB&T's select Nevada branches | Reuters**

Oct 14 (Reuters) - U.S. **Bancorp** USB.N said it signed a deal with **BB&T** Corp BBT.N to buy about $800 million in deposits of certain branch locations of **BB&T's** Nevada banking operations for an...

https://greensboro.com › business › whats-bb-ts-new-name › article_2701870e-6a62-5171-ae2c-...

**What's BB&T's new name?**



U.S. Bancorp - Wikipedia V **US BANCORP IS USBANK** https://en.wikipedia.org/wiki/U.S._Bancorp

**WIKIPEDIA**
The Free Encyclopedia

## U.S. Bancorp

Text

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth-largest

U.S. Bancorp

**USbancorp**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22211-GAYLES

CARL FRICKSON

Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.

Defendants.

_____

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is

assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

# U.S. Bancorp

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History  [ edit ]

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to **First Bank System** in 1968.[9]

In the eastern part of the franchise, Farmers and Millers Bank in Milwaukee opened its doors in 1853, growing into the First National Bank of Milwaukee and eventually becoming First Wisconsin and ultimately Firstar Corporation.[9] In Cincinnati, First National Bank of Cincinnati opened for business on July 13, 1863 under National Charter #24—the charter that U.S. Bancorp still operates under today, and one of the oldest active national bank charters in the nation. U.S. Bancorp claims 1863 as its founding date.[9] Despite having started up in the midst of the Civil War, First National Bank of Cincinnati went on to survive many decades to grow into Star Bank.[9]



**U.S. Bancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Type** | Public company |
| **Traded as** | NYSE: USB ↗ <br> S&P 100 component |

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE, COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 10- 61928-CA-01

U S BANK (NA)                    Section No.  05

                                 CIVIL DIVISION
          Plaintiff(s)                                  JAMES KAISHAS
vs.
   WILLIAMS, LEROY               Motion, Notice and
   LITTLEJOHN, JAMES
   WILLIAMS, HOKE               Judgment of Dismissal
          Defendant(s)

                 ORDER ON MOTION TO DISMISS
                   FOR LACK OF PROSECUTION

     THIS CAUSE  having  come  on to be  heard pursuant to  Rule
1.420 of the Fla.R.Civ.P. and  the Court being fully  advised in
the premises.

| | THE COURT FINDS that no party opposing the motion to dismiss
|_| for  lack  of  prosecution  having  appeared  as  ordered and
demonstrated  the existence of the requisite record  activity or
that action  had been stayed  nor having timely filed a  showing
of  good  cause  in writing, if required,  and therefore, in the
absence of any evidence  to the contrary, the Court  finds  that
(1) notice  prescribed  by Rule  1.420(e) was timely served; (2)
there was no  record  activity during  the 10 months immediately
preceding  service  of the foregoing  notice; (3)  there  was no
record  activity during 60 days immediately following service of
the foregoing notice; (4) no stay has been issued or approved by
the Court; and (5) no party has shown good cause why this action
should remain pending;

THEREFORE, IT IS ORDERED that this action is dismissed for lack of prosecution.

|✓| THE  COURT  FINDS  good  cause  why this  action should  remain  pending;
|✓| therefore, IT ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of
Prosecution  pursuant to Florida  Rule of Civil Procedure  1.420(E), is hereby
DENIED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this _____ day of

_____ 2012.

                                        _____
                                             Circuit Court Judge

cc:    Counsel/Parties of Record                     Marc Schumacher
                                                     Circuit Court Judge

If  you  are  a  person with a disability who needs any  accommodation in order
order  to participate in this proceeding, you are entitled,  at  no cost to
you, to  the  provision  of certain assistance. Please contact the  Eleventh
Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse
Center, 175 NW 1st Ave., Suite 2702, Miami, FL.  33128, Telephone
(305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days
before  your  scheduled  court  appearance, or immediately  upon receiving
this  notification, if  the time before the scheduled appearance is less  than
7 days; if you are hearing or voice impaired, call 711.

# FORM 6     FULL AND PUBLIC DISCLOSURE OF     2008
## FINANCIAL INTERESTS

**COMMISSION ON ETHICS**
**DATE RECEIVED**

FOR OFFICE
USE ONLY:

JUN 2 6 2009

```
·········AUTO**3-DIGIT 331 T2  F2    0
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL  33130-1731

Ialadlaadlallblhaaallladlallaalllalalallaal
```

PROCESSED

ID Code

ID No        210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20_08_ was $ _2,800,357.00._

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET [specific description is required - see instructions p.4] | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County, Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz - 350 mL | $ 25,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former Residence) P.O. Box 9001719, Louisville, Ky. - | 91,438.00 |
| GMAC Mortgage (Residence) 1st & 2nd Mortgages P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579, Columbus, Ohio 4328-2579 | 9,205.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None |  |
|  |  |
|  |  |

CE FORM 6 - Eff. 1/2009            (Continued on reverse side)            PAGE 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cal

April 1,2010

US Bank ,N.A.,
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

### ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice.
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20     APR 06 2010

_____
CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

CC-Allproches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

MONA BRUNO #79806



**3**

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA
### CIVIL ACTION

US BANK, N.A.,
　　Plaintiff,

vs.,

CASE NO.　2007-12407-CA
DIVISION　32

SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
　　Defendant(s).

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.　The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.　All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.　Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV--abven

# FORM 6   FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2009**

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

**PROCESSED**

||
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code

ID No   210380

Conf. Code

P. Reg. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of _December 31_, 20 _09_ was $ _3,351,450.00_

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see Instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County (Pinecrest) | 2,500,00.00 |
| Vail Colorado Condominium / Eagle County | 250,000.00 |
| Frank Arias, Bryan, Inc Keogh Account / Bank of America - Merchant | 650,000.00 |
| Bank Money River / Truist | 64,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Circuit Line / P.C. Box 4623 Waterloo, I A | 410,000.00 |
| Wells Fargo / PC Box/ PC Box 85 789, Dallas Tx | 138,000.00 |
| Chase Home Equity Group / P.C. Box 78067, Phoenix AZ 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- | |

CE FORM 6 - Eff. 1/2010     (Continued on reverse side)     PAGE 1



Exh M

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank .N.A.
    Plaintiffs:

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008. (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March ,2008

SARAH I. ZADEL
Circuit Court Judge

| | | | | | |
|---|---|---|---|---|---|
| 📄 | | 01/27/2011 | Service Return for Unknown Party | Event | |
| 📄 | .57 | 01/25/2011 | Service Return for Unknown Party | Event | **LEROY WILLIAMS** |
| | | 01/25/2011 | Service Return for Unknown Party | Event | |
| 📄 | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Hoke |
| 📄 | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Leroy |
| 📄 | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Littlejohn James |
| 📄 | | 12/27/2010 | Answer | Event | **ATTORNEY:00301991 TO THE COMPLAINT** Parties: Miami Dade County |
| 📄 | | 12/09/2010   27515:1498 | Lis Pendens | Event | B: 27515 P: 1498 |
| 📄 | | 12/06/2010 | Verification | Event | |
| 📄 | | 12/06/2010 | Plaintiff's Certificate of Settlement Authority | Event | |
| 📄 | | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| 📄 | | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | $ 1906.00 |
| 📄 | | 12/06/2010 | Complaint | Event | |
| 📄 | | 12/06/2010 | Civil Cover | Event | |

Exh.O

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____

### ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
    Defendant(s).

REASSIGNED BY BLIND
FILED TO SECTION ___ CA 02
PER ORDER OF ADM JUDGE
THIS DATE: ___ OCT - 1 7 2019
_____ D.C.
9/479

_____/

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in
the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further
consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in
accordance with established procedures

DONE AND ORDERED in chambers, at Miami Dade County, Florida, this 17th day of
October, 2019.

William Thomas
**CIRCUIT COURT JUDGE**

Mailing Service List.
JAMES BUCKMAN, 1977 NE 119TH RD, MIAMI, FL 33181
MAURICE SYMONETTE 4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

MACK WELLS AND MAURICE SYMONETTE

Exh·5

Plaintiffs,
CASE: 23-CV-22640-JEM
V.

U.S. BANK, NATIONAL ASSOCIATION,Et al.,

Defendants.

_____/


## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW


Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 17' 2023 Eduardo L Sanchez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Eduardo Sanchez Financial Interests & Property Disclosures).

*__Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)–(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007–12407–CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Eduardo Sanchezmust do because he

has the same conflict of Interest So he must recuse himself and vacate his Order. So **Eduardo Sanchez** you must Recuse YOUR SELF and not ORDER against us.

l. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit. A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 25' 2010 Eduardo Sanchez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Eduardo L Sanchez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstances.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

# CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Eduardo Sanchez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Eduardo Sanchez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and Final Judgment Order. Judge Eduardo Sanchez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK
HE RECUSED HIMSELF BECAUSE HE HAD A MONEY CONFLICT OF INTEREST
IN 131 FEDERAL JUDGES JUST GOT FOUND GUILTY OF CONFLICTS OF
INTEREST GOOGLE NEW YORK TIMES ARTICLE BY ADAM LIPTAC.

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

# REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June. 17, 2023 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds

*Mack Wells*

MACK WELLS
15020 S. River Dr.
Miami, Fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also does not own

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

X *Fannie Mitchell*
May 3, 2022

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 364128
My Comm. Expires Jul 29, 2023
Bonded through National Notary Assn.

_Mack Wells_

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb... 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 5th day of Jan, 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

MAURICE SYMONETTE
15020 S. RIVER DR,
MIAMI FL, 33167

Exhibit 5 Exh. D

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Eduardo L. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets § 315, Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 35. XCEL ENERGY INC. | A | Dividend | J | T | | | | |
| 36. BANK OF AMERICA CORP. | A | Dividend | J | T | | | | |
| 37. DUKE ENERGY CORP. NEW (DUK) | A | Dividend | J | T | | | | |
| 38. Johnson & Johnson | A | Dividend | J | T | | | | |
| 39. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | |
| 40. COHERENT INC. | | None | | | Redeemed | 07/05/22 | J | |
| 41. COHERENT CORP. | | None | J | T | | | | |
| 42. MICROSOFT CORP. | A | Dividend | K | T | | | | |
| 43. PLUG POWER INC. | | None | J | T | Buy (add'l) | 06/10/22 | J | |
| 44. | | | | | Sold (part) | 12/19/22 | J | |
| 45. Coinbase Global, Inc. CL A (COIN) | | None | J | T | Sold (part) | 12/19/22 | J | |
| 46. Amazon.com. Inc. (AMZN) | | None | J | T | | | | |
| 47. Dow, Inc. (DOW) | A | Dividend | J | T | | | | |
| 48. BHP Group Limited ADR (BHP) | A | Dividend | J | T | Buy | 08/26/22 | J | |
| 49. MASS MUTUAL FINANCIAL GROUP, whole life insurance policies | B | Dividend | L | T | | | | |
| → 50. Wells Fargo Bank Cash Accounts | A | Interest | (M) | T | | | | |
| 51. Dade County Federal Credit Union Cash Accounts | A | Int./Div. | N | T | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000; P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated



**The Free Encyclopedia**

# U.S. Bancorp

Exhibit 5

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929,

**U.S. Bancorp**





Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB (https://www.nyse.com/quote/XNYS:USB) |
| | S&P 100 component |
| | S&P 500 component |

Exhibit 5
Exh. I

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2008



**FOR OFFICE USE ONLY:**

**COMMISSION ON ETHICS DATE RECEIVED**

Jul 0 6 2009

----AUTO**5-DIGIT 33172  FZ    8
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL  33130-1731

PROCESSED

ID Code

ID No.    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date.  (Note:  Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of  December 31, 2008 was $ 2,800,357.00.

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000.  This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $  150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami - Dade (former Residence) | 700,000.00 |
| Home located in Miami - Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County, Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds/ Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 mL | $ 25,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former Residence) P.O. Box 9001719, Louisville, Ky. - | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182519, | 9,205.00 |

Columbus, Ohio 4328-2519

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - Eff. 1/2009                    (Continued on reverse side)                    PAGE 1



IN THE CIRCUIT COURT OF THE
11ᴵᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

Exhibit 5
Exh<K

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

April 1,2010

U S Bank .N.A.
    Plaintiff(s)

Vs.

Leroy Williams
    Defendant(s)

### ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
   IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20??      **APR 06 2010**

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc · All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
HEREBY CERTIFY this to be a true copy of the
original on file in this office _____
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
                    MONA BRUNO #79806

Exhibit 5 Exh. L

# FORM 6 FULL AND PUBLIC DISCLOSURE OF

## FINANCIAL INTERESTS

2009

A COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY:

**PROCESSED**

ID Code

210380

Card Code

F Reg Code

Manno Schurr , Valerie R.

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI, FL 33130

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of _____ 31, 2009 was $ _____

---

### PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry; collections of stamps, guns and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects described above is $ _____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Real estate in Miami - Dade County (homestead) | 2 300,000.00 |
| Res. Condo Dade County / Dade County | 350,000.00 |
| Bank Acct Bk of America Access / Bank of America | 65,000.00 |
| Deferred Comp Acct | 64,000.00 |

---

### PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citimortgage / PO Box 4625 Wichita, I A | 20,000.00 |
| Wells Fargo PO Box / Car St Paul Dallas TX | 125,000.00 |
| Chase Home Loan Group / PO Fex 15067 Phoenix AZ 8320 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

---

CE FORM 6, PR 1/2010

(Continued on reverse side)

PAGE 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

Exhibit 5
Exhibit M

US Bank .N.A.
    Plaintiffs:

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.

Accordingly,
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March ,2009

SARAH I. ZADEL
Circuit Court Judge

3


IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

Exhibit 5
Exhibit N

US BANK, N.A.
Plaintiff,

CASE NO.   2007-12007-CA
DIVISION   32

vs.

SPACE FOR RECORDING USE ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
Defendant(s).

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE NUMBER: F07012148


Serial 13666522
DOC_ID: M010802





Exhibit 5
Exhibit 6

| | | | | | |
|---|---|---|---|---|---|
| | | 01/27/2011 | Service Return for Unknown Party | Event | |
| | 57 | 01/28/2011 | Service Return for Unknown Party | Event | LEROY WILLIAMS |
| | | 01/25/2011 | Service Return for Unknown Party | Event | |
| | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Hoke |
| | | 01/26/2011 | Summons Returned - No Service | Event | Parties: Williams Leroy |
| | | 01/25/2011 | Summons Returned - No Service | Event | Parties: Littlejohn James |
| | | 12/27/2010 | Answer | Event | - ATTORNEY:0330 1991 TO THE COMPLAINT Parties: Miami Dade County |
| | | 12/08/2010 | 27516-1498 | Lis Pendens | Event | Bk 27516 Pg 1498 |
| | | 12/06/2010 | Verification | Event | |
| | | 12/06/2010 | Plaintiff's Certificate of Settlement Authority | Event | |
| | | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| | | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | $1906.00 |
| | | 12/06/2010 | Complaint | Event | |
| | | 12/06/2010 | Civil Cover | Event | |

4. The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

Exhibit 5
Exhibit N

LOT 185, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5. The Final Summary Judgment heretofore entered on August 09, 2009, be and the same hereby is set

aside and shall be of no further force or effect

6. The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____ , 2010

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F09032148 - SHROFF
GMAG-CONV-simon

[redacted] Exhibit5
Exhibitp1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. [illegible]-GAYLES

[illegible],

Plaintiff,

v.

[illegible], et al.

Defendants.

---

**ORDER OF RECUSAL**

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exhibit 5
Exhibit R

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA35
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises; it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers in Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Case No: 2021-010826-CA-01

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

Exhibit 5
Exhibit. S

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____I

## ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Exhibit 5

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO RECLOSE CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Case No: 2010-061928-CA-01

Exhibit 5



Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Physically Served:**

Exhibit 5 Exh.T pg.1



All 200+ books banned in Florida
and what Miami booksellers have to say about it.

# THE BOOKS THEY BANNED



BY ALEX DeLUCA

Exhibit 5 Exh.T pg.2



EXHIBIT 6



# Proclamation

Metropolitan Dade County takes great pride in recognizing initiatives which serve to enrich the fabric of local life; and

WHEREAS: The First Annual Gala Event was organized by Systematic Palace International, with proceeds benefitting the National Council of Negro Women, Florida Southern Christian Leadership Council, Economic Opportunity, Health Center and the P.H.I.L.I.S. House; and

WHEREAS: The event, taking place at the Joseph Caleb Center, will play host to various award-winning artists, authors and individuals of all statures throughout the entertainment community; and

WHEREAS: This exciting event will be recorded and filmed by television producer David A. Johnson of Urban Pulse Television Network of Boston, and will be aired nationally in June of this year; and

WHEREAS: It is fitting that official recognition be given to the organizers and sponsors of this outstanding community-oriented endeavor.

NOW, THEREFORE: BE IT RESOLVED, THAT I, ALEX PENELAS, MAYOR OF METROPOLITAN DADE COUNTY, FLORIDA, do hereby proclaim Saturday, May 31, 1997, as

## Miami Gala Event
## Unity in the Community Day

IN OBSERVANCE THEREOF: I call upon the good people of Metropolitan Dade County to join me in participating in this fantastic gala event whose theme is "Unity in the Community," and in expressing heartfelt appreciation to all those who have worked so hard to bring this dream to fruition.

May 31, 1997

DATE

ALEX PENELAS



**A COMMUNITY OF BROTHERHOOD AND SISTERHOOD**

# roclamation

WHEREAS: The Mayor and City Commission of the *City of Opa-locka* again salutes Maurice Symonette of Symonette Palace International and organizer of the Miami Gala Event for the 2nd Annual Miami Gala Event and;

WHEREAS: This event, held at Symonette Palace at the Grand Palms Hotel, hosted many award-winning artists such as: Sherman Hemsley, Tom Dowd, Philip Michael Thomas, Betty Wright, Tom Joyner, George Wallace, Menudo, Earth Angels, The Supremes and Najee, whom all participated in this year's event and;

WHEREAS: Authors and individuals of all statures throughout the entertainment field and our community participated during this special time and were captured, recorded and filmed by WAMI TV- City of Opa-locka, Channel 9 and Picture Perfect.

NOW, THEREFORE, I, ALVIN L. MILLER, MAYOR, ALONG WITH MY COLLEAGUES OF THE CITY COMMISSION OF THE CITY OF OPA-LOCKA: VICE MAYOR MYRA L. TAYLOR, COMMISSIONERS MARY E. ALLEN, BOBBY R. BRADLEY AND DERRICK L. MILLER, DO HEREBY PROCLAIM, SATURDAY, DECEMBER 6, 1998 AS:

*"2nd ANNUAL SYMONETTE PALACE GALA EVENT"*

in the City of Opa-locka, we further urge all citizens to participate in joining with us to celebrate this day.

SIGNED and the SEAL of the City of Opa-locka, Florida, Affixed hereto this 6th day of December, 1998.

ALVIN L. MILLER
MAYOR

Exhibit 8

**BOSS ENTERTAINMENT**



S.R ROLAND SYMONETTE MAURICE'S GRAND
DAD ON BAHAMAS $50 BILL
FIRST BLACK PRIMEMINISTER

Free jet ski party Every Sun. 1pm at
15020 S. River Dr., Miami, FL 33167
Featuring: Talent show w/all the stars
on TV ch.578 Thursdays 12 midnight

Dr. Maurice Symonette
a/k/a Michael Boss Radio
TALK SHOW HOST
Pres. Boss Group Ministries
GODS2.COM
CEO TV Radio
Magazine Newspaper



PRINCE
SYMONETTE

Cell 786-859-9421 Off 305-702-6419
Fax 305-974-2867  Off 305-974-2867
Off. 13899 Biscayne Blvd., Miami, FL 33181
Youtube.Symonetteprince good
Email: bigboss1045@yahoo.com



SIR ROLAND SYMONETTE MICHAEL'S GRAND
DAD ON BAHAMA'S $50 BILL
FIRST BLACK PRIME MINISTER

Grand dad on Bahamas $50 Prime Minister of Bahamas knighted
by Queen of Brices Oneals / Symonette loyal PRINCE



45:07

Exhibit 10



Exhibit 11



Exhibit
12

# *H.E.G. UNIVERSITY*



## **Doctorate In Ministry**

### **This Doctorate that**

MAURICE SYMONETTE

With all honors, rights, privileges and responsibilities pertaining there to. In witness whereof we have hereto affixed our signatures and seal of University H.E.G

On this Eleventh Day of November, Two Thousand and Twenty Three

Dr. Howard Miller
President of the H.E.G. UNIVERSITY

Dr. Wilhemine Buchanan



Exhibit
13

# The Florida Chapter

## In Association with Jehovah Jireh Biblical Institute of

## Theology, Counseling and Christian Education

of

**BROOKLYN, NEW YORK**

*An accredited member of Accrediting International, Inc.   Beebe, Arkansas*
*has this day admitted*

# Maurice Symonette

*Who has been recommended by the Graduate Department*
*As Prescribed by this Institution, and that the Board of Regents, on*
*recommendation of the Faculty, has conferred the*

# Honorary Doctorate in Letters

*With all the Rights, Privileges, and Honors as well as the*
*Obligations and Responsibilities thereunto appertaining.*
*In Testimony hereof, and By Virtue of Authority Vested in Us*

*By the Board of regents, this  Honorary Doctorate in Letters  is conferred and awarded*
*at  Miami, Florida  this  Second  day of  March, 2008*

Dr. Harold Smith
President

Dr. Claudine C. McCulloch
President

EXHIBIT 1

# The Florida Chapter

## In Association with Jehovah Jireh Biblical Institute of

## Theology, Counseling and Christian Education

of

**BROOKLYN, NEW YORK**

*An accredited member of Accrediting International, Inc. - Beebe, Arkansas*
*has this day admitted*

## Maurice Symonette

*Who has been recommended by the Graduate Department*
*As Prescribed by this Institution, and that the Board of Regents, on*
*recommendation of the Faculty, has conferred the*

## Honorary Doctorate in Humanity

*With all the Rights, Privileges, and Honors as well as the*
*Obligations and Responsibilities thereunto appertaining.*
*In Testimony hereof, and By Virtue of Authority Vested in Me*

*By the Board of regents, this Honorary Doctorate in Humanity is conferred and awarded*
*at Miami, Florida this Second day of March, 2009*

Dr. Harold Smith

Dr. Chester C.

Maurice Symonette gets 2 Doctorate Degrees
Youtube Symonette Palace Good

EXHIBIT 10



**Maurice Symonette**
God said don't intake or eat Blood, Genesis 9:4 &10. Vaccine is made from Plasma this is ur Religious reason to not take the Vaccine & here's why! See:

# BLACKS FOR TRUMP MAGAZINE



**JUDGE VALERIE MANNO SCHURR**

**JUDGE JOHN SCHLESINGER**

**1 JUDGE V. SCHURR RECUSED HERSELF AFTER GETTING CAUGHT GETTING $995,000 FROM U.S. BANK TO ILLEGALLY FORECLOSE ON CRIPPLE BLACK MAN'S HOUSE- CONFLICT OF INTEREST**

**2 JUDGE J. SCHLESINGER GOT $11 MILLION FROM U.S. BANK TO FORECLOSE ILLEGALLY**

yune The Miami Herald

# [YAHWEHs]
# Offer to
# Patrol at Synagogues

ople.
e grou:
came to
ved th-
vainos:
d hou -
ya cou.

ins. sai.
ie gou;
meeting -
.,
cubt on
a temp!
· was ·
i a seat
tpit are
entende

The Nation of Yahweh Friday volunteered to patrol South Florida synagogues to deter what appears to be increasing violence against the institutions.

"We are all brothers of the same family of God." said Yahweh, a blue-eyed black man who dresses in a flowing white gown and wears a white turban. He has said he is the messiah prophesied by the Bible.

"We hope other religious institutions and civic groups will join us," Rubin, [their attorney], said.

The Yahwehs have started a $2,000 reward fund for apprehension of anyone committing violence against a religious institution.

The Yahwehs would be unarmed and would only patrol when asked. They would photograph vandals in action and give the material to the police.

Since the beginning of the year there have been 36 acts of vandalism against Jewish institutions in Florida.

Rubin said, The Yahwehs have reecssably presented vandalism against their properties and ridden them of drug dealers.□

---

The Miami Times

June 25, 1987

6, 1986

# Yahweh Ben Yahweh
# Speaks Out
# Against Violence

ding their
on, mmi:
aupl mem
e nice pro-

out litem
spy Krone
They don't

ir services.
to a former
, few times.

The leader of the Yahweh religious movement has again denounced violence.

"We teach peace," Yahweh Ben Yahweh said in an exclusive interview with the Miami Times Tuesday.

"I teach that we must show love to one another," he continued.

. . [Yahweh] Ben Yahweh has "opened up to those interested in the truth"]

Exh. 18

From Poverty to Riches

# Letter from Jerusalem

## Dearest Yahweh:

I pray that all is well with you and yours, and with my sweet dear Abishag. My very best to her.

I am back in Jerusalem, "home sweet home," and thinking of you and your dynamic movement. I anxiously await a signal from you, for to loyally serve you here is indeed my destiny, my true desire, and my pre-ordained life's work and mission. Of this I am certain and ready, as is my darling wife.

My spirits are high, my "motor" running, my soul so touched by you.

Our lives, home and heart are open to you. Please know this, please. Indeed, I long to be your man in Jerusalem. With clear spiritually motivated vision and a razor sharp mind. I see all of the following soon:

1. A Yahweh Ben Yahweh Center here;
2. Worldwide publicity, attracting thousands;
3. A Yahweh Ben Yahweh Tourist Resort-Center;
4. A Yahweh Tourist-Travel Agency;
5. A Yahweh Religious Center . . . here;
6. Yahweh's presence bringing Jews and Arabs, and Jews and Blacks together here, and in the USA.
7. Yahweh as a key-link-catalyst as and for a Black American President;
8. Yahweh playing the major role in bringing about a real true peace between Jews and Arabs in the Middle-East;
9. Yahweh truly taking his rightful place on the world stage.

Yes, beloved one, I am dreaming, thinking, and planning "Big," real "Big," and believing it all, for you are Yahweh Ben Yahweh, this is Jerusalem, and I am Shelly Stern, spiritually and mystically moved, for the first time ever, and I am here in Israel, for you. This ragamuffin little street kid from Brownsville, Brooklyn, educated, sharp, street-wise and imaginative, longs to tie his heart and soul to you, for yours and my benefit, and to and for the advantage of millions and the world.

I've been, at death's door, but in you I have a true cogent reason to really live again, reborn for you and yours in Jerusalem.

Please Yahweh do trust me, please, do have faith in me, please. I am fully rational, crystal clear and a

loyal dedicated follower. You must believe me, be... to me and have full confidence in me, please, none...

I yearn to get started for you, an office, media coverage, a site for a center, preparing for "your ...ing," etc.

I will not accept any other kind of employment it is ordained that I must be in your service only ...

I am ready, to serve you here, in your true ... your real place, the only place, Jerusalem, Jerusalem of Gold, City of God, City of Peace, Center of ... World, the Place of the Messiah, of our Yahweh ... Yahweh.

Please, again, do trust me, and do have com... faith in me.

I will certainly help you, aid you, and enhance ... so much. Should you or my brother or sister care to ... here soon, know that our home is open and available ... you and yours for as long as you or they desire, and I ... wine and dine you all as best I can and pick anyone ... at the airport, and drive you [or yours] all over this gr... "Holy-land" of ours. I will do all.

Please dwell upon the above.

Please remember me, please take my hand, ... are in our hearts, ever in our souls. Please respe... please be there for us.

We love you, we need you.

Shelly and Tamar[]



YAHWEH BEN YAHWEH and Shelly Stern

Dear YAH
It is supre
...titude for y
...cocosmic m
On Septem
... ordinary r
...tutably pre
...well as the
This is tru
...think Satar
...er be destr
in conclus
...difariness
... and left u
...proclaim i
Love alwa
Kezia Tam

Shalom Y/
YAHWEH
...soever in y
...no way tha
...have taug
...r intelliger
to us is st
I'm very m
...nevermor

Your disci

...awhorn

To whom
A friend o
YAHWEH and
...'c somethi
... ase send t

Love Alw

B.C. Job
Los Ange

Exh. 19 Pg. 1

From Poverty to Riches

**THE MIAMI TIMES**

Thursday, March 12, 1987   The Mi

# Yahwehs
# Buy 2nd Hotel

The Yahwehs have purchased another hotel, their second one this year.

The former 79th St. Hotel, 279 NE 79th St., will be changing its name to Yahweh, undergoing renovations to bring the building up to code, and have its restaurants revitalized, according to Yahweh spokeswoman, Judith Israel.

"The building was totally run down and by no means up to code, but everything is still very much in the planning stages," she added.

The 63-room hotel and revitalized restaurants will be open to the general public. The purchase price was not revealed.

The Yahweh's first hotel was purchased a couple of weeks ago. It is located on the corner of Biscayne Blvd. and 74th St., the former Miami Motor Inn.

The 24-room structure costs half a million dollars and includes a pool and penthouse suite.

It is open to the public, according to leader, Yahweh Ben Yahweh.□



YAHWEH 79th Street Hotel

Page 128

From Poverty to Riches

The Economic Works of YAHWEH BEN YAH-WEH

## MIAMI WEEKLY

THURSDAY, JULY 18, 19..

# YAHWEHS
# Purchase Saxon Hotel

### "Son Of God" In Quest To
### Save Community

The latest real estate acquisitions of Yahweh Ben Yahweh and the Yahweh movement in Dade County is the infamous Saxon Hotel at N.E. 62nd Street and 2nd Avenue, sight of many crimes on the books of both Metro and Miami Police. According to reports — and statements from Ben Yahweh himself — these crimes include murder, robbery, rape, muggings and the booms and busts of drug trafficking.

A press conference was called by Yahweh Ben Yahweh, at the site of the Saxon Hotel where he announced plans to clean up the property and carry out extensive renovations. According to Yahweh's attorney, Ellis Rubin, having rid the property of cocaine traffickers, the plan is now to bring a sense of pride to the immediate community. "One of the benefits of the Yahwehs coming into an area is that the drug traffickers leave," Mr. Rubin said.

As reporters waited for Yahweh Ben Yahweh to arrive to the conference, Rubin answered questions about the number of real estate acquisitions over the past several months. He said the Yahwehs — in addition to giving the people in the community a sense of pride — will provide


Disquise of the former Saxon Apartments before renovations.

good living accommodations, let an area which been uninhabitable.

Rubin described the Yahwehs' real estate deal as a growing portfolio of several millions of dollars, a growing presence in the community.

Rubin said the Saxon Hotel is very typical of kind of acquisitions the Yahwehs have been and be making. "That is why I have invited you here to the before. . . . And later we will take you to another . . . but two or three here, to show what we do after purchase a property real complete renovations," he said to members of the media.

Asked how the Yahwehs are able to finance program of acquisition and refurbishing, Rubin plied in his usual well-mannered style, "I never get the loss of God, how he gets his money, because there is a miracle."

Yahweh Ben Yahweh arrived at the press conference accompanied by an entourage of two buses filled disciples. Stepping majestically from one of the vehicles, the minister greeted the press warmly . . . extending special reception to those he knew by name.

He reaffirmed statements made earlier by his attorney that the main purpose of purchasing the Saxon

maintain and upgrade it for the benefit of the community and Miami as a whole. However, he emphasized that once the property has been "cleansed," of people who are free from drugs, alcoholism, "and the things which destroy a community," will be able to live there. That screening will be done from the general public.

When he was asked if there were any lessons in it . . . , Yahweh Ben Yahweh answered by saying, "If you look around here this place is absolutely clean, absolutely peaceful, absolutely quiet . . . that's the way we have been handling all our properties."

He said the facts . . . prove that the Yahwehs are a group people taking a moral stand.

Clad in the traditional attire of his religion, all white from white linen, Ben Yahweh spoke of working the Lord. He said that the work he and his disciples are doing is righteous and that everything they do is done within the laws of the United States of America.

Yahweh Ben Yahweh said that the money which is used in projects comes from Yahwehs and all those who believe in Yahweh. "Those who believe in the moral stand of our communities are supporting us in our work," he told reporters.

He said Yahwehs are not prejudiced about who helps them. "Anyone can work for God," he said.

As reporters pressed for information on financial dealings and resources of the Yahweh organization, Yahweh Ben Yahweh assured them that donations are accepted from anyone who wants to donate to the work of Yahweh . . . "Who is God," He said all industries based on real estate and that his organization is taking to take up some of the slack of unemployment in America, in every aspect. "So why not real estate," he said.

Attorney Rubin reminded reporters that Yahweh is the Yahweh to only the spiritual voice of the Yahweh religion, Mr. Rubin said, "These mundane details of buying and selling property are left to others in the people of Israel."

It then directed the press conference to be moved to the Villas, another property acquired by the Yahwehs a heavy drug trafficking area of Liberty City. At the Villas, reporters were given a tour of six one-bedroom apartments, tastefully painted and decorated. All of the apartments are fully furnished, complete with color television, cooking utensils, china and crystal . . . and there is even a blender in each of the kitchens. "In fact," reporters were told by their tour guide, "all you need to bring — when you move — are your clothes."





YAHWEH Theocratic Villas is the perfect hideaway.


Luxurious accommodations include fullsize living rooms.

Exh. 19 pg. 3

The Miami Times November 20, 1986

# Fauntroy — SCLC Statement On Yahwehs

The President of the Southern Christian Leadership Conference in Miami, Ray Fauntroy, has issued a statement . . .

"The Temple of Love, SCLC and all other Black organizations are struggling against the same wicked enemy, greed and racism," Fauntroy stated.

Fauntroy charged that . . . "We must admire the ability of the Temple of Love to bring as many Black people together as they have, for one cause, a very difficult task to achieve in today's community." ☐

From Poverty to Riches

# Testimony by Arthur Teele

## Excerpts taken from opening speech at 1987 National Business League's Annual Convention

I am very honored tonight to have the very distinguished presence of a group of people that have traveled, not just from Miami, but from all over America, and some of their members that are in business have been asked by their distinguished and illustrious leader, Yahweh Ben Yahweh, to join us here to understand and to witness and indeed participate, in these historic deliberations.

I'm referring, of course, to the Hebrew Israelites. I want to say something tonight that is not in my text, and I promise you that I will take off at least 15 pages from the prepared text by going extemporaneous. I want to share with you that we sometimes, as a people, have gotten so confused about who we are that we tend to allow others to plant seeds of distrust among each other. I want to tell you that I am ashamed of the fact that I have lived in Miami for over four years [I have lived in Florida all of my life] and I have never taken the time or the opportunity to understand or even know my brothers and sisters who are members and devout followers of Yahweh Ben Yahweh. Recently, when I was in a moment of need, when I needed help; I was running in a very tough campaign, as many of you know, for Mayor of the City of Miami. I was asked by one of the community leaders to meet with Yahweh Ben Yahweh and share with Him my visions of what I believe Black Americans must do next. In one meeting, we had a commonality of understanding, love, respect, and a sense of unity with each other.

Miami will never be the same, because when Yahweh Ben Yahweh decides that there is going to be 200 people on the streets supporting you, you can believe that there will be 400. So tonight, as the members and leaders of the Hebrew Israelites, commonly referred to as the "Yahwehs" have joined us from across the country, I want to just take a moment to share with you what I have witnessed at a distance what has been accomplished. In less than five years in Miami, Florida, the Hebrew Israelites have obtained and gained the respect, not just of black of Miami, but of all Miami. In fact, I am embarrassed that the Biscayne Chamber of Commerce has moved ahead of the NBL in working with him as a frequent speaker for the Chamber. As a result, the Hebrew Israelites are active members of the Chamber of Commerce in Miami. And why are they members? Because they took the areas which is know



YAHWEH BEN YAHWEH and Arthur Teele

as the gateway of Miami, U.S. 1, which had become run-down with seedy hotels, strip joints, prostitutes, dope dealers, etc.; they took over those seedy properties, rehabilitated them and they dared any person who is not moral to set foot on their property. The Chamber needs the Hebrew Israelites and so do we, the National Business League.

Ladies and gentlemen, if you don't believe me, you have got to come to Miami to see it; to see a prostitute walk down U.S. 1; to see a white building that says "Yahweh," stop, cross the street and then continue down U.S. 1. In addition to being moral and group pied, the Yahwehs have shown Blacks in South Florida that through working together, and coming together in a common bond, in unity; that we can, as a race, move forward.

In 1981, there were no black hotels in Miami. Today, there are five. There are black-owned printing companies in Miami. And yes, they are owned by the Yahwehs, and I am having my car repaired by a car repair facility owned by the Yahwehs; and there is much more I could say. The Yahwehs are indeed a part of the fabric of the Miami; and I say to you, in the near future, they will be a part of the fabric of this country.

We need to open our hearts and our minds and understand what the Hebrew Israelite movement is about, particularly as it relates to the economic empowerment of our people.□



*In a Class by themselves!*

# FOR RESERVATIONS
## CALL

יהוה **SUN CITY**
(800) 848-8978
(305) 947-6511

יהוה **ECONOMY INN**
(305) 757-0006

יהוה **RESORT MOTEL**
(305) 757-8808

**JUDITH ISRAEL**
*General Manager*

Executive Office
2766 N.W. 62nd Street
Miami, Fla. 33147
(800) 2 YAHWEH
(305) 633-6916



יהוה **SUN CITY**
17375 COLLINS AVENUE
MIAMI BEACH, FLORIDA 33160



יהוה **RESORT MOTEL**
7350 BISCAYNE BOULEVARD



יהוה **ECONOMY INN**
6320 BISCAYNE BOULEVARD

From Poverty to Riches





The *Economic* Works of YAHWEH BEN YAHWEH



Luxurious accommodations at economy prices

Ambassador's Suite at YAHWEH Economy Inn





Rooms come completely furnished with kitchens

Kitchen and dining room in Ambassador's Suite

Ambassador's Suite comes complete with Parlor Room

## Letter to יהוה Economy Inn:

October 1987

Dear Bathsheba!
Thanks for everyone's hospitality and kindness.
Hope to see you all on our return trip.

Lorraine and Veda







Spacious accommodations

King size bed in Ambassador's Suite

Enjoy your stay at YAHWEH Economy Inn

From Poverty to Riches

$Exh. 21 pg. 2$

Thursday, July 14, 1988   MIAMI WE

# You Need To Know

## By State Rep. Jeff Reaves
### Economic Clout

We must become serious about our economic future in Dade County. All political and social issues hinge on this one factor — economics. With control of our economies, we can begin to control our problems of homelessness, joblessness, "businesslessness," and drugs. Yes, politics play an important role in creating the proper environment for economic growth; however, we must take the chance at every opportunity to advance our economic growth.

Last week, I met a man who is serious about economics – Yahweh Ben Yahweh. In a short 10 years, he has built a sizable operation in our community — factory buildings, apartments, markets, and the list goes on.

Regardless of preconceptions, a tree is judged by the fruit it bears. Yahweh Ben Yahweh's fruits are well worth our taking notice of them. The man has done what many have only planned of doing.□

By Bill Perry

After heart recentulate, adv [?] tevelopment, [?] economic emp [?]

Most Africa teople are [?] inn concrete pom [?] runtless hour [?] ng various so rections door

Our rhetoric rebstance. Of la varticular group nat evidences s

Yahweh Be ment and is sa nting the sign [?] a the primary [?] There may be th [?] Yahweh Ben Ya native to the s

Certainly the conflicting from [?] the they follow retted the Temp remendously in up — the commi nd love as evid nd awesome. T sinner of their j zmazement and

Isn't it strin zable to obtain [?] like Jerry Fa [?] for the determ

I encourage become knowled cessa, especially conomic empo



# 2 opened fire on party behind NW Miami-Dade home, injured man, police say - WSVN 7News | Miami News, Weather, Sports | Fort Lauderdale

*By Kevin Boulandier, Alex Browning, Sheldon Fox, Jessica Holly*

NORTHWEST MIAMI-DADE, FLA. (WSVN) - Two gunmen made an escape on the water after a shooting in Northwest Miami-Dade sent a man to the hospital, police said.

According to Miami-Dade Police, both subjects opened fire on people having a party behind a home on South River Drive, near 150th Street, just before 7:15 p.m. Sunday.

"South River Drive, advising a person has been shot next door," said a dispatcher over Broadcastify police scanner.

Investigators said the shooting happened after a dispute.

Cellphone video shows people arguing before a man wearing orange grabbed at his waistband. A second man is seen with a gun in full view while the man in orange begins running and shooting. The video recorded over 50 shots that rang out at the party.

A wounded man is seen on video being helped by party goers as they awaited Miami-Dade Fire Rescue to arrive.

"Don't fall asleep. Talk to us," said a woman.

Police said paramedics with Miami-Dade Fire Rescue transported the injured victim to HCA Florida Aventura Hospital in stable condition.

Officials believe some people may have fled on a personal watercraft.

Neighbors told 7News that this is not the first shooting that has happened at the home and said that their complaints about their neighbor have not been

addressed.

"It's a mess," said a neighbor. "It's out of control. We reported to the county, we reported to the police, they just don't do anything."

"This neighborhood becomes a mess because of these people here," said Erika Willingham. "This is a residential area and it's not supposed to be like this. I pray they burn it down."

The home is known online as the "Boss Mansion."

According to social media posts, the home is known for jet ski parties. The parties are busted by an organization called Boss Group Ministries which is led by Maurice Symonette.

"They only use this house for parties in order to make money," said the neighbor. "They just don't care about anyone.

The neighbor said he notified the Florida Fish and Wildlife Conservation Commission about people shooting from their personal watercraft.

"I actually reported two weeks ago to Fish and Wildlife because they were shooting from a jet ski to the trees, to the birds," he said.

In 2022, one person was <u>fatally shot and three others were injured</u> during a party at Boss Mansion.

According to Miami-Dade Police, a fight broke out between a 22-year-old man and a 24-year old man during that party.

"There has been multiple complaints about this home, and we are working with the Regulatory and Economic Resources Department, and they are aware of the nuance that's going on in the home," said Miami-Dade Police officer Luis Sierra in 2022, "and they are investigating the home as well."

Symonette also spoke to 7News following the 2022 incident.

"I wasn't even here last night because I wasn't throwing a function last night," said Symonette.

On Monday, a man was seen going into the home and when asked what happened, he told 7News "Yahweh's enemy was responsible."

According to property records, the home has been foreclosed. As of 10 p.m. Monday, no arrest have been

made.

Representatives for Boss Group Ministries did not immediately respond to 7News' request for comment.

If you have any information on this shooting or the subjects' whereabouts, call Miami-Dade Crime Stoppers at 305-471-TIPS. Remember, you can always remain anonymous, and you may be eligible for a reward of up to $5,000.

*Copyright 2024 Sunbeam Television Corp. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

Join our Newsletter for the latest news right to your inbox

Exh. 27 pg. 1

I, Elaine Escoe am a witness that on May 15, 2024,
Alfred L. Davis was found guilty of using an access device. However, after the
verdict was read, U.S. State Attorney Jonathan Ballyn requested that Mr. Davis be
remanded into custody. Judge Martinez refused this request, stating that the case
was not proven against Mr. Davis. The judge noted the lack of witness testimony
identifying Mr. Davis as the individual who committed the crime, which
influenced the decision not to remand him into custody.

8/7/24

Elaine Escoe

Produced Identification/FL DL
#E200-201-84-915-0
8/7/24



DENARI WILLIAMS
Notary Public
State of Florida
Comm# HH367752
Expires 2/28/2027

July 23, 2024

On the day of Alfred Davis's trial when the prosecutor requested the judge to ~~reprimand~~ remand Alfred Davis, the judge denied and stated that the prosecutor did not prove their case. have enough evidence, nor did anyone testify to ID Alfred Davis as guilty.

Krystal Wright

Flonda Driver License
Wb23- 501- 89-876-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

I __Anne Tate__ AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

_Anne Tate_

Anne Tate

Floriaa Driver License
T300-001-88-242-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

I, Curtis McNeal AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Curtis McNeal
CURTIS MC NEAL

FLorida ID
M254-101-58-385-0

STEPHANIE BLANDON
MY COMMISSION # HH 215474
EXPIRES: January 4, 2025

7/23/2024

Ricky Welch AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Ricky Lee Welch

Florida CDL
W420-738-63-205-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7/23/2024

*Michael Nickson* AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

*Michael Nichloson*

MICAHIEL NICHLOSON

Florida Driver License
N242-549-89-041-0



STEPHANIE BLANDON
MY COMMISSION #HH 212474
EXPIRES: January 4, 2026

7/23/2024

AFFIDAVIT

Exh.27 pg.7

I, James Buckman AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

James Buckman

Florida Driver License
B255-140-57-290-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2029

7/23/2024

AFFIDAVIT

I Willie Harvey AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11$^{TH}$AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Will Harvey
WILLIE HARVEY

Florida CDL
H610- 890-58-298-0

STEPHANIE BLANDON
MY COMMISSION # HH 213474
EXPIRES: January 4, 2026

7|23|2024

**PROPERTY RECEIPT**
Office of the Inspector General
601 NW 1st Court, South Tower, 22nd Floor
Miami, FL 33136
(305) 375-1946



Exh. 30

| Date/Time Impounded | | Property Room Locator Code | | Case Number | |
|---|---|---|---|---|---|
| | | | | | |

| Address where property impounded (Give exact location where property was located) | Type of Case |
|---|---|
| | |

| Name | | | | Owner ☐ / Victim ☑ |
|---|---|---|---|---|
| | | | | |

| Address | City | State | Phone Number |
|---|---|---|---|
| | | | |

| Subject | Race | Sex | DOB |
|---|---|---|---|
| | | | |

Reason for property transfer: ☐ Evidence   ☑ Other (specify) _____

Method of Transfer: ☑ In-person   ☐ U.S. Mail   ☐ Fax   ☐ Other _____

| Item No. | Quantity | Itemized Description (Article – Brand – Model – Serial # – Size – Color – County tag # if available) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Recv'd From: | I hereby acknowledge that the above list represents all property taken from my possession and acknowledge that I have received a copy of this receipt. | Recv'd By: | I hereby acknowledge that the above list represents all property impounded by me in official performance of my duties. |
|---|---|---|---|
| Print | | Print | |
| Sign | | Sign | |
| Chain of Custody Responsibility | | Chain of Custody Responsibility | |

| FINAL DISPOSITION OF PROPERTY: | |
|---|---|

Manual of OIG Policies and Procedures
Appendix B-11
Effective February 1, 2010
Revised Date N/A
Original Copy

OWNER'S COPY (If Applicable)

COPY

Exh.31

# CERTIFICATE
## OF ACHIEVEMENT
### THIS CERTIFICATE IS PROUDLY PRESENTED TO

**Maurice Symonette**

## THANK YOU
FOR YOUR SERVICE & DEDICATION TO OUR VETERANS
DURING THE 2014 SOFLO STAND DOWN.

**June 4, 2014**
DATE



FLORIDA VETERANS FOUNDATION INC.
SERVING FLORIDA'S VETERANS

CAPT. GREGORY JULIAN
BATTALION COMMANDER, CAMP HOPE

LTCOL TONY COLMENARES
DIRECTOR, SOFLO STAND DOWN

IN THE ELEVENTH JUDICIAL COURT IN AND FOR
MIAMI-DADE, FLORIDA

MALK WELLS & MAURICE SYMONETTE
Defendant / Counter Plaintiff

VS.                                    CASE NO: 2010-61428-CA01

US. BANK NATIONAL ASSOCIATION
Plaintiff/Counter Defendant

NOTICE OF FILING COLOR OF LAW
With Attached Exhibits

MAURICE SYMONETTE
Bigboss1043@yah∞.c
Phone: 786-859-9421



~~UNITED STATES DISTRICT COURT~~
~~SOUTHERN DISTRICT OF FLORIDA~~

CASE NO. 23-CV-22640 - JEM

Mack Wells & Maurice Symonette.

Defendant/Counter-Plaintiff,

Vs.

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff/Counter-Defendant.

FILED BY _____ D.C.

JUN -17 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT
S. D. OF FLA. - MIAMI

**AMENDED**

**NOTICE OF FILING COLOR OF LAW (COL)**

**WITH ATTACHED AFFIDAVIT OF FACTS AND**

**EVIDENCE WITH POLICE REPORT CASE NUMBER**

**PD240614188594 SEE EXHIBIT O**

*Inter osth, Alice Dept*

Comes now Mack Wells and Maurice Symonette with our Notice of filing color of law (COL) with attached Affidavit of facts and evidence with police report case number pd240614188594 see exhibit Q with attached affidavits.

*Detective Gonzalez Received*



/S/MAURICE SYMONETTE
MAURICE SYMONETTE
13835 PORTER DR.
MIAMI, FL. 33167

/S/MACK WELLS
MACK WELLS
13835 RIVER DR.
MIAMI FL. 33167

*Dade County
State Atty
Office*

6/17/24
To
ofy sad
investigation
J. Sancho #54

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE

   Plaintiff

                                                    CASE NO: 2021-

                                10826-CA01

   v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

   Defendants,

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 25 2010 Valerie Manno Schurr Freview of the record and Final Judgement Order, Exhibit.J because it injured us. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Valerie Manno Shurr Financial Interests & Property Disclosures).

# _Florida Rule 2.160 (H) Says A Judge must Vacate her orders for Conflict of Interest LIKE THE ORDERS JUDGE VALERIE_

_MANNO SHURR DID IN THE ILLEGAL EXPARTE_
_HEARING 06/25/2010 WHERE SHE CHANGED_
_THE ORDER OF DISMISSAL WITH PREJUDICE_
_TO DISMISSAL WITHOUT PREJUDICE AND_
_RETURN THAT BACK TO DISMISSED WITH_
_PREUDICE AND ALL HER OTHER ORDERS SHE_
_DID IN THE NEW CASE 2022, Theodore R. Bundy V._
_Judge John A. Rudd, Fl. Rule 2.160 (D) (1), Fl. Code Jud._
_Conduct Canon 3E (1) A Judge shall disqualify herself where_
_impartiality might reasonably be questioned Rule 2.160 (D)_
_(1) and grounds to disqualify is a party fears that the Judge is_
_Biased, Fl. Statue 112.312 (8) and Judge can't have a conflict_
_of Interest!_

Judge Valerie Schurr must Recuse herself for an open obvious Conflict of Interest because she's and was doing business with US Bank, GMAC and OCWEN and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof.

## NOW I'M REPORTING JUDGE SHURR TO THE
ADMINISTRATIVE JUDGE WHO APPOINTS JUDGES TO CASES, GOVERNOR DE SANTIS, THE JOC, THE BAR, THE US DOJ, THE FBI, THE FLORIDA STATE ATTONEY AND MEDIA FOR OBVIOUS RACIST MISCONDUCT, BY TOTALLY IGNORING FLORIDA STATUTES-RULES AND FOR CRAZY OBVIOUS CONFLICTS OF INTEREST

*Docket #1*

Home    Online Services    About us    Contact us



# HARVEY RUVIN
## CLERK *of the* COURTS
### MIAMI-DADE COUNTY, FLORIDA

# Exh.57 Exh.C

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS    ALL PARTIES    START A NEW SEARCH

### US BANK (NA) vs WILLIAMS, LEROY
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2007-12407-CA-01    Dockets Retrieved: 48    Filing Date: 04/26/2007
Case Number (STATE): 13-2007-CA-012407-0000-01    Judicial Section: 32

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION: | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | MOTION: | ATY:00071675 R: 5058 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 1 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | *Judge ZAbeL Dismissal with Prejudice* | TEXT | (DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE) |
| 09/09/2008 | | OBJECTION: | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| 09/09/2008 | | NOTICE: | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/2007 |
| 09/12/2007 | | MOTION: | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION: | ATY:88888888 R: 145184 SET ASIDE FJUD AND RECONSIDER STAY |

Miami-Dade County Clerk- Civil / Probate Justice System- Docket Information

| Date | Book / Pages | Type | Details |
|---|---|---|---|
| 09/10/2007 | | TEXT | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | NOTICE OF SALE | |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING: | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | NOTICE OF FILING: | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/13/2007 | | TEXT | SALE DATE 09-14-2007 |
| 08/09/2007 | 25872 / 4163 Pages: 6 | FINAL JUDGMENT | J $ 491500.11 BK:25872 PG:4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | DN03 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN01 DN02 E |
| 07/19/2007 | | NOTICE OF HEARING- | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR DEFAULT | |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/06/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS. TO PLNFS MORT. FORECLOSURE COMPLT ETC. |
| 05/23/2007 | | TEXT | WRITTEN REQU. FORMAL PROTEST, &DISPUTE ETC. |
| 04/30/2007 | 25576 / 1873 Pages 1 | ANSWER | ATTORNEY:00314021 DN04 |
| 04/26/2007 | | LIS PENDENS | BK:25576 PG:1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142977

http://www2.miami-dadeclerk.com/civil/Search.aspx

# FORM 6   FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS

2008

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL 33130-1731

PROCESSED

FOR OFFICE
USE ONLY:

COMMISSION ON ETHICS
DATE RECEIVED

ID Code

ID No    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2008 was $ 2,800,357.00.

### PART B - ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Future Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | $ 2,400,000.00 |
| Vail Colorado Condominium , Eagle County Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds, Pension Accounts | $ 600,000.00 |
| Mercedes Benz - 350 mL | $ 25,000.00 |

### PART C - LIABILITIES

| LIABILITIES IN EXCESS OF $1,000:<br>NAME AND ADDRESS OF CREDITOR | | AMOUNT OF LIABILITY |
|---|---|---|
| GMAC Mortgage (Future Residence) P.O. Box 50019, Louisville, Ky. - | | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mtges) P.O. Box 4622, Waterloo, IA | | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) PO Box 650769, Dallas, Tx | | 120,000.00 |
| Huntington National Bank (Mercedes) PO Box 182579  Columbus, Ohio 43218-2579 | | 9,205.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |

CE FORM 6 - Eff. 1/2009        (Continued on reverse side)        PAGE 1

Exh.57 Exh.EE

# FORM 6     FULL AND PUBLIC DISCLOSURE OF     2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

**FOR OFFICE USE ONLY:**

OCT 2 5 2010

PROCESSED

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code

ID No.     210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of December 31, 2009 was $ 3,351,650.00

---

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 152,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County (Pinecrest) | 2,800,000.00 |
| Vail Colorado Condominium / Eagle County | 250,000.00 |
| Bank Acct, Pension, Brokerage Account / Wachovia, Bank of America | 650,000.00 |
| Boat, Barge, River / Harley | 64,000.00 |

---

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Credit Line / P.C. Box 4628, Waterloo, I A | 410,000.00 |
| Wells Fargo P.C. Box/1L Box 650769, Dallas Tx | 108,000.00 |
| Chase Financial Group / P.L. Box 78067, Phoenix Az 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |

---

CE FORM 6 - EE 1/2010          (Continued on reverse side)          PAGE 1

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]



**usbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ☑<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center,<br>Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere<br>(Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Talech<br>Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |
| Website | mortgage.usbank.com ☑ ✎ |

Footnotes / references
[2][3]

**Exh.57 Exh.F**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

               CASE NO.    2007-12407-CA
vs.             DIVISION    32

SPACE FOR RECORDING ONLY F.S 695.26

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
         Defendant(s).

_____/

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



## Exh.57 Exh.F3

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
   Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
   Defendant(s)

### ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201~     **APR 06 2010**

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC- All parches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office ___12/22___ AD 20 21
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____
MONA BRUNO #79806

Loan No: ▮▮▮▮▮▮

Mortgagee: LEROY WILLIAMS

Address:     15020 SOUTH RIVER DRIVE
             MIAMI, FL 33167

Loan Amount:$ 446,000.00

## ALLONGE TO NOTE

PAY TO THE ORDER OF:

### RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

By: *Judy Faber*

Judy Faber, Vice President

MIN # 100176105062733202
AHL 620017.UFF

WILLIAMS
Page 1 of 1

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and
correct copy of the original as file in this
with. November 18        AD 20        21
HARVEY RUVIN, CLERK of Circuit and County Courts
Deputy Clerk   /s/ Wilfred Clark e323263
                                28465376

🔒 bing.com

## Exh.57  Exh.N

Homecomings Financial is owned by GMAC-RFC, an international financial services corporation which earns major profits each year, such as $2.9 billion in 2004. Register your Homecomings Financial Network Complaint

Homecomings Financial Network - Big...
www.bigclassaction.com/lawsuit/homecomings_fin...

Feedback

**PEOPLE ALSO ASK**

Where is the homecomings financial mortgage company located?  ∨

When did homecomings financial go out of business?  ∨

Is there a GMAC Bank that accepts mortgages?  ∨

Attestation Report - GMAC Mortgage, LLC and Homecomings ...
https://www.sec.gov/Archives/edgar/data/138332...

*Homecomings is GMAC*

We have examined GMAC Mortgage, LLC (the "Company"), for itself and its affiliated servicing participant Homecomings Financial, LLC (both subsidiaries of Residential Capital, LLC), compliance with the servicing criteria set forth in Item 1122(d) ...

HOMECOMI~~NGS FINANCIAL,~~ LLC, a

# AFFIDAVIT OF FACT

**STATE: OHIO**
**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

    1.     The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number *100176105062733202*, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

    2.     The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

    3.     More than one fund may have an interest in the accounts of LEROY WILLIAMS.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this ___30th___ day of ___January___, in the Year of our Lord, two thousand twenty-two (2022).

All Rights Reserved,
For WESLEY JARVIS

_____
Wesley J. Jarvis, Trustee

## **JURAT**

State of ___Ohio___        )

Subscribed and Affirmed     )

County of ___Fairfield___    )

    On ___January 3___ , 2022 before me, ___Nia Tarraire___ (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [x] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of ___Ohio___                Seal:

My Commission Expires: ___5/16/26___

Page 2 of 2

<u>Your CUSIP Results are as follows:</u>

**LEROY WILLIAMS (ACCT 100176105062733202 [MIN])**
**Fidelity Advisor Strategic Real Return Fund**
Symbol:                           FSRAX
CUSIP:                            315912873

Inception Date:                9/7/2005
Net Assets:                     $462,624,000.00 as of
                                       12/3/2021
Portfolio Assets:             $462,624,000.00 as of
                                       12/3/2021

**A little about the Fund:**

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable
investment risk by investing in domestic and foreign issuers using a neutral mix of
approximately 30% of inflation-protected debt securities, 25% floating-rate loans and
20% REITs and other real estate related investments.





Return To:
Axiom Financial Services
Attn: Post Closing Dept.
16550 West Bernardo Dr, Bldg 1
San Diego, CA 92127-1870

CFN 2005R0793767
OR Bk 23623 Pgs 3231 - 3250; (20pgs)
RECORDED 07/29/2005 12:41:05
MTG DOC TAX 1,568.00
INTANG TAX 896.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

This document was prepared by:
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

## Exh.57 Exh.RR pg.1

──[Space Above This Line For Recording Data]──

## MORTGAGE

MIN 100176105062733202

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated June 30, 2005
together with all Riders to this document.
**(B) "Borrower"** is LEROY WILLIAMS, AN UNMARRIED MAN

Borrower is the mortgagor under this Security Instrument.
**(C) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(D) "Lender"** is Axiom Financial Services

100176105062733                                          0506273320

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3010 1/01

-6A(FL) (0005) 02
Page 1 of 16          Initials ____
VMP MORTGAGE FORMS - (800)521-7291

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

## Exh.57 Exh.RR pg.2

Lender is a
organized and existing under the laws of the State of California
Lender's address is 10900 Stonelake Blvd Suite 350
Austin, TX 78759-5867

(E) "Note" means the promissory note signed by Borrower and dated June 30, 2005
The Note states that Borrower owes Lender four hundred forty-eight thousand and
00/100                                                                                  Dollars
(U.S. $ 448,000.00      ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than July 1, 2035
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| [X] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
|---|---|---|
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [ ] Other(s) [specify] |

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

100176105062733                          0506273320

-6A(FL) (0005) 02          Page 2 of 18          Initials          Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Book23623/Page3232     CFN#20050793767          Page 2 of 20

(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County [Type of Recording Jurisdiction] of MIAMI-DADE [Name of Recording Jurisdiction]
See Legal Description Addendum Page Attached

Parcel ID Number: 3021230221050
15020 SOUTH RIVER DRIVE
MIAMI

which currently has the address of [Street]
[City], Florida 33167 [Zip Code]

("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

100176105062753    Initials ___    0506273320

-6A(FL) (0005).02    Page 3 of 16    Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

## LEGAL DESCRIPTION ADDENDUM

| Borrower Name(s):<br>LEROY WILLIAMS | Lender:<br>Axiom Financial Services<br>10900 Stonelake Blvd Suite 350<br>Austin, TX 78759-5867 |
|---|---|
| | Loan #: |

**Property Address:**
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

**Legal Description:**
LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF,
AS RECORDED IN PLAT BOOK 44, PAGE 45, OF THE PUBLIC RECORDS OF MIAM-DADE
COUNTY, FLORIDA.

Initials LW

MIN# 100176105062733202
AHL 610101 LFF

WILLIAMS
Page 1 of 1

Loan #

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2. **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment

100176105062733    Initials: _AW_    0506273320

-6A(FL) (0005) 02    Page 4 of 16    Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. **Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

100176105062733  Initials ___  0506273320

-6A(FL) (0005).02  Page 8 of 18  Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

100176105062733

Initials 

0506273320

-6A(FL) (0405).02

Page 7 of 18

Form 3010   1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

6. **Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing. which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

7. **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8. **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

9. **Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

-6A(FL) (2005) 37          100176105062733          Initials _____          0506273320

Page 8 of 16          Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

10. **Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) **Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.**

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN,  CLERK

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

11. **Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of

100176105062733     0506273320

-6A(FL) (0005) 02     Page 13 of 16     Initials ___     Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers

100176105062733

Initials: LW

0506273320

-6A(FL) (0005).02

Page 11 of 16

Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

100176105062733    0506273320

-6A(FL) (0005) 02    Page 13 of 18    Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

**23. Release.** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24. Attorneys' Fees.** As used in this Security Instrument and the Note, attorneys' fees shall include those awarded by an appellate court and any attorneys' fees incurred in a bankruptcy proceeding.

**25. Jury Trial Waiver.** The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_Carretha Robinson_
CArretha Robinson

_Leroy Williams_ _____ (Seal)
LEROY WILLIAMS          -Borrower

8152 NORTH WEST 15 HANNOR
FORT LAUDERDALE, FL 33322
                                    (Address)

_Midelle Austin-Wilk._

_____ (Seal)
                          -Borrower

                          (Address)

_____ (Seal)          _____ (Seal)
          -Borrower                        -Borrower

          (Address)                        (Address)

_____ (Seal)          _____ (Seal)
          -Borrower                        -Borrower

          (Address)                        (Address)

_____ (Seal)          _____ (Seal)
          -Borrower                        -Borrower

          (Address)                        (Address)

100176105062733                  0506273320

-6A(FL) (0005).02
Page 15 of 16                     Form 3010  1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

STATE OF FLORIDA, Broward
County ss:
The foregoing instrument was acknowledged before me this June 30,2005 by
LEROY WILLIAMS, a single man.

who is personally known to me or who has produced Vaild I D/L as identification.

Michelle Austin-Wilks
Commission # DD080525
Expires Dec. 26, 2005
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public

100176105062733

Initials LW

0506273320

-6A(FL) (0305).02

Page 16 of 16

Form 3010 1/01

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

**BMO buys Bank of the West**

What would you do with $16.3 billion (U.S.) in cash? Buy islands in the Caribbean? Advance scientific research? Pay off roughly six per cent of Canada's deficit in fiscal 2020?

Exh. 57
Exh. 55

For management at BMO, the obvious answer is none of the above. In a Dec. 20 news release, BMO announced it would purchase California-based Bank of the West for $16.3 billion (U.S.) in cash from French bank BNP Paribas.

CITY National is Wells Fargo

The acquisition will add nearly 1.8 million customers and 514 branches to BMO's portfolio, and puts it head-to-head with Wells Fargo and RBC-owned City National, which are both domiciled in California. Bank of the West has more than 200 branches in California alone.

ARTICLE CONTINUES BELOW



ADVERTISEMENT

 The Housemaid: An absolutely... ✕



Exh. 57

Exh. TT

## U.S. Bancorp

Article | Talk      Read Edit View history Tools ⌄

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863



**U.S. Bancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB S&P 100 component S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services Elavon Talech Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | **Long Term Senior Debt** Moody's: A1 (10/2016) S&P: A+ (10/2016) Fitch: AA (10/2016) DBRS: AA (10/2016) |

BUSINESS NEWS

# Wachovia apologizes to black Americans

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth-largest bank said Wednesday as it made an apology to black Americans.

Exh. 57
Exh. UU

SHARE THIS —    

June 2, 2005, 6:21 PM EDT / Source: The Associated Press

Two predecessor banks of Wachovia Corp. owned slaves before the Civil War, the nation's fourth-largest bank said Wednesday as it made an apology to black Americans.

"We are deeply saddened by these findings," Wachovia chairman Ken Thompson said in a statement. The Charlotte-based company said it contracted earlier this year with The History Factory, a historical research firm, to investigate the predecessor institutions that over the years

**NBC News App**
Get the latest breaking news and today's top stories.

**VIEW IN APP**



Exh. 57

Exh VVV

DuckDuckGo

html - sec.gov royal bank of America is Mo  ✕  🔍

All  Images  Videos  News  Maps  Shopping  💬  ⚙️

✓ Always private ▾   Region ▾   Safe search ▾   Date ▾

Royal Bank of Canada
S MORGAN STANLEY
P MORGAN

🌐 https://www.sec.gov › Archives › edgar › data › 105...
### HTML - SEC.gov
ROYAL BANK OF CANADA . and MORGAN STANLEY
MUFG LOAN PARTNERS, LLC . AS CO-DOCUMENTATION
AGENTS. Dated as of February 10, 2021 ... Bank of...

📧 https://newsroom.bankofamerica.com › content › n...
### Bank of America to Participate in the Morgan Stanley US Financials ...
Jun 4, 2024   Bank of America President of Regional
Banking Dean Athanasia will participate in the Morgan
Stanley US Financials, Payments & CRE Conference on...

📰 https://www.morganstanley.com › about-us-ir › sec-...
### SEC Filings | Morgan Stanley
Mar 31, 2023 · Morgan Stanley Filings via the U.S.
Securities and Exchange Commission website. SEC Rules
605 and 606 Disclosures. SEC filings under Section 16 o...

🌐 https://www.sec.gov › newsroom › press-releases › ...
### SEC.gov | SEC Charges Morgan Stanley With Customer Protection Rule ...
The Securities and Exchange Commission today
announced that Morgan Stanley & Co. LLC has agreed to



Exh. 57 Exh. W

**JP MORGAN is US BANCORP**

6:39

🔒 duckduckgo.com

W https://en.wikipedia.org › wiki › List_of_bank_mergers_...

**List of bank mergers in the United States - Wikipedia**

Chemical Bank: **JPMorgan** Chase: 1993 **First** Bank System, Inc. Colorado National Bank **First** Bank System, Inc. (CNB remained unchanged until after merger with U.S. Bancorp) U.S. **Bar.corp**: 1993 Banc One Corp. Valley National Bank of Arizona: Banc One Corp. **JPMorgan** Chase: 1993 Bank of Boston Corp. South Shore Bank, Mechanics Bank, **First** Agricultural

https://www.jpmorgan.com › commercial-banking › insi..

**Economic Trends to Watch in 2022 | JPMorgan Chase**

Strong household balance sheets, depleted inventories and federal infrastructure spending are poised to drive economic demand in 2022. Personal consumption expenditures have risen 12% since 2020, and the ratio of disposable income to household net worth is nearing a record high. Government stimulus, along with the booming equities and real ...

https://www.firstam.com › title › commercial

**Commercial Title Insurance | First American**

A partner committed to your success. When you work with **First American** Title, you're backed by a team of **commercial** experts poised to get your deal across the finish line. We have the industry-leading products, services and expertise you need to close your transactions efficiently — regardless of size, scope or complexity.

https://www.firstambank.com › en-US › Wealth › Explor...

**IL WI FL Bank Experts - First American Bank | IL Bank | FL ...**

Marirose joined **First American** Bank in 2009 and brings over 15 years of financial service industry experience. Prior to working for **First American** Bank, Marirose worked for the First National Bank of Chicago, the Northern Trust Company.

**Exh.58**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

v.

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

Case No. 2010-61928-CA01

FILED FOR RECORD
2022 FEB 13 PM 3: 32

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec 19 2017 Judge John Schlesinger• review of the record and Final Judgement Order, Exhibit J. based on the following facts, new Information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd FL Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(I) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP, Exhibit,A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

Stanley) as seen in his FORM 6 page, 3.line,6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest. Judge John **Exh. 58** Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit, N. as seen on the public record Exhibit, F. Who is the Entity that is the entity who assigned our Mortgage to US BANK, Exhibit, G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhattan Bank, Exhibit.M. that Judge Schlesinger was doing business with and got his properties from, Exhibit.L. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit.A against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER!

2. And also on Dec.19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief fiom Judgment Or Order. and to vacate Order .*

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2016 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME:

SCHLESINGER          JOHN                    CHARLES

MAILING ADDRESS:

73 WEST FLAGLER STREET

ROOM 1202

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| MIAMI | FL | 33130 |

NAME OF AGENCY:

STATE OF FLORIDA – 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT:

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

PROCESSED

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of __June 20,_____, 20 17__ was $ 28,834,751.25_____.

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00_____

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

## PART C -- LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See Instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander, LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5].

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAree, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAree, NJ | Property Rental |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave, Coral | P.O. Box850 McAree, NJ | P.O. Box850 McAree, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 3.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ____ MIAMI - DADE

Sworn to (or affirmed) and subscribed before me this 3 5 ᵀᴴ day of
JULY , 20 18 by ILEANA PEREZ

_____
(Signature of Notary Public–State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Notary Public-State of Florida
Ileana Perez
My Commission FF 183857
Expires 12/16/2016

Personally Known ✓ OR Produced Identification ____

Type of Identification Produced ____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                              Date

Preparation of this form by a CPA or attorney does not relieve the ler of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1) F.A.C.

**Exh.58**
**Exh.A**

🔒 usbank.com    ↻

# usbank

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment services products to consumers, businesses and institutions.

---

Investment products and services are:

Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency

---

For U.S. Bank:

🏠 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

---

Back

Disclosure Information

**Exh.58**
**Exh.B1**

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

PART B Continued
ASSETS

**Exh.58 Exh.C pg.3**

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts, Part Owner in three commercial Properties; 2650 Rt. 516 Old Bridge, NJ; 735 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

2008 Boston Whaler                               $38,000.00

2015 Boston Whaler                               $70,000.00

TOTAL ASSETS:                                    $29,881,734.10

### PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2016 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | | AMOUNT |
|---|---|---|---|
| Circuit Court Judge | State of Florida | | $146,080.00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | | 72,000.00 |

**SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5):**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | PO Box 850 McAree, NJ | Property Rentals |
| Force Hearts | Fore Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

### PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Fore Hearts, LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave., Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33.33% | 33.33% |

### PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
John Schlesinger
Circuit Court Judge
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF  M I A M I — DADE

Sworn to (or affirmed) and subscribed before me this  2 9  day of

_June_, 20 17 by  John Shlesinger.

_____
(Signature of Notary Public—State of Florida)

Mary Londono
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓  OR  Produced Identification _____

Type of Identification Produced _____

MERCY LONDONO
MY COMMISSION # FF 0341
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                    Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh.58 Exh.Cpg.6 FLORIDA
PROCESSED COMMISSION ON ETHi
FLORIDA

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

AUG 01 2018

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: John Charles Schlesinger Work Address: 1351 NW 12 Street Miami FL 33125 #415

Work Telephone: 305 548 5718 Judicial Office Held: Circuit Judge

1. Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| | | | |
| | NONE | NONE | |
| | | | |
| | | | |

◌ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(3) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| | | |
| | NONE | |
| | | |
| | | |

◌ Check here if continued on separate sheet

OATH
State of Florida
County of MIAMI-DADE
John Charles Schlesinger, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires 12/16/2018
Sworn to and subscribed before me this
30th day of July, 20 18.

Notary Public State of Florida
Ileana Perez
My Commission FF 183957
Expires 12/16/2018

3/18 (As prescribed in Canon 6).

Part E Interests In Specific Businesses

| | Business Entity | Business Entity | Business Entity |
|---|---|---|---|
| Name of Business Entity | Patsy 3 Leasing/Trent Boyett | | |
| Address | Prospect Ave Hackensack, NJ | | |
| Principal Business | Property rental | | |
| Position Held | Partner | | |
| I own more than 5% interest | yes | | |
| Nature of my interest | Trent Boyett is a partner owning 33% of Patsy 3, I own 100% of Trent Boyett | | |

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

JUDICIAL QUALIFICATIONS COMMISSION FORM 6A

RECEIVED

## GIFT DISCLOSURE

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER      Telephone: 305-349-7078

Address: 73 WEST FLAGLER STREET, ROOM 1202, MIAMI, FL  Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift/ Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |

### OATH

State of Florida, County of Miami-Dade

I, John Schlesinger, the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)
John Schlesinger
Circuit Court Judge

(NOTARY SEAL)

(Signature of Officer Authorized to Administer Oaths)

MERCY LONDOÑO
MY COMMISSION # FF 034615
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

My Commission expires July 30, 2017

Sworn to and subscribed before me this 29 day of July, 20 17.

(ORIGINAL OF THIS FORM FILED WITH COMMISSION ON ETHICS; COPY FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

2/17

## What's the relationship between JP Morgan and Morgan ...

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2015 · Morgan Stanley was formed by JP Morgan's family due to a regulation that required Corp and Investment banks to be separated. JP Morgan still owns part of Morgan Stanley, though they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015

Are JP Morgan, Morgan Stanley and Chase Bank ...

## Morgan Stanley
**www.morganstanley.com**

Explore Morgan Stanley's Sustainable Investing Summit, which gathered industry leaders to share ideas and insights about innovations in sustainable finance. Institute for Sustainable Investing Entrepreneurs and the Race for Plastic Waste ...

 

q 🔒 chase Manhatan is Jp morgan



Showing results for chase *Manhattan* is Jp
morgan
Search instead for chase Manhatan is Jp morgan



The current company was originally known as
Chemical **Bank**, which acquired **Chase Manhattan**
and assumed that company's name. **The present**
name of company was formed in 2000, when
**Chase Manhattan** Corporation merged with **J.P.
Morgan** & Co.

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

JPMorgan Chase - Wikipedia
https://en.m.wikipedia.org › wiki › JPMo...

The current company was originally known as
Chemical Bank, which acquired Chase Manhattan
and assumed that company's name. The present
name of company was formed in 2000, when Chase
Manhattan Corporation merged with J.P. Morgan &
Co.
History · Financial data · Structure · Controversies

Headquarters: New York City, New York, United
States
Total assets: US$2.765 trillion (2019)
Number of employees: 257,444 (2019)

Document Prepared By:
Steve P. Gallano
ReconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-88
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 2906 (1pg)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Exh.58**
**Exh.F**

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1228 Alfonso Ave
Coral Gables, FL 33146

DOCID#0003860056420052N

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 08/29/2003, recorded on 09/05/2003 in Official Records Book 21603, Page 1301 , Instrument # 648932 in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as canceled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 18 day of July, 2008.



ATTEST: _____
Stacey Tarbet
Assistant Secretary

Mortgage Electronic Registration Systems, Inc.

Signed and delivered in the presence of:

_____
Kimberly Robertson
Witness

By _____
Peter Lopez
Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/18/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

OFFICIAL SEAL
ILONA T. DAWIDOWICZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires NOV 30, 2009

Book26512/Page2906      CFN#20080642394                    Page 1 of 1



CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# CORRECTIVE ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S §695.26

Exh. 58
Exh. G pg. 1

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES,** ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3,** ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Maimi-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

> \* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on
Feb 14 , 2012.

By:
Print Name: **Jacqueline Keeley**
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline Keeley for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

Christine Morales
Notary Public:
My commission expires: 1/28/2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC-

[INSERTDOC "M900105.rtf" KEEP_FONT]

**COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office. 11/30 AD 20 21
HARVEY RUVIN, Clerk of Circuit and County Courts

Deputy Clerk

F 10051160

**FLORENCE PIERRE-SIMEON #217855**



CFN 2008R0941616
OR Bk 26657 Ps 3525f (1ps)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Exh. 58
Exh. G pg. 2

## ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.§695.26

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____ assigned, transferred and conveyed to: U.S. BANK N.A., ("Assignee") whose address is 1100 Virginia Drive, , Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on _____ October 21, 2008.

Witness
Typed Name  Peggy Hong

Witness
Typed Name  Laulie Kilby

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC
By: _____

Typed Name:  SHIRLEY EADS
Title:  VICE PRESIDENT

Attest:

Typed Name:  Jeffrey Stephan
Title:  Assistant Secretary

(Affix Corporate Seal)

STATE OF  Pennsylvania
COUNTY OF  Montgomery

BEFORE ME, the undersigned, personally appeared  SHIRLEY EADS and  Jeffrey Stephan  as  Vice President  and  Assistant Secretary respectively, and known to me to be the persons who executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this  21st  day of  October , 2008.

Notary Public: _____
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Turner, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 8, 2011
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return for:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC- 7440183937

FILE_NUMBER: F07012148

DOC_ID: M001100

*F07012148*

*M001100*

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. November 19 AD 20 21
HARVEY RUVIN, CLERK, of Circuit and County Courts.
Deputy Clerk  /s/ Wilfred Clark e323263
28469871

www.bing.com/search?q=mor... 

morgan stanley brokerage account is m 🔍

**ALL**    NEWS    IMAGES    VIDEOS    SHOPPING



Image bbc.co.uk

**Morgan Stanley** is both a registered **broker**-dealer and investment adviser. Your **Morgan Stanley** Access Investing ("MSAI") **account** is a discretionary investment advisory **account. Morgan Stanley** is responsible for implementing the model portfolios in your MSAI **account**, as well as any reasonable restrictions you may impose.

Access Investing | Morgan Stanley
www.morganstanley.com/what-we-do/wealth-m...

Feedback

PEOPLE ALSO ASK

    

CFN: 20170717307 BOOK 30802 PAGE 2069
DATE:12/22/2017 11:30:24 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**FJUD**

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,
vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

_____/

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01

2017 DEC 19  AM 11: 37
FILED FOR RECORD

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's
Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Case No. 2010-61928-CA-01                    t                              File # 13-F02868

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, New Total:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2. Interest. The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statutes.

3. Lien on Property. Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4. Sale of property. If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ___JAN 9 8 2018___, 201X, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

Case No. 2010-61928-CA-01                    2                    File # 13-F02862

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017.

DEC 19 2017

Circuit Judge     John Schlesinger
                  Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

## Service List

Willmac LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

Miami-Dade County, Florida
c/o Altancee Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION NUMBER _____ 02
THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.     John Schlesinger Judge

Case No. 2010-61928-CA-01     4     File # 17-F02862

CFN: 20170717907 BOOK 30802 PAGE 2091

Florida Statutes. The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5. **Costs**. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. **Distribution of Proceeds**. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. **Right of Possession**. Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8. **Jurisdiction**. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9. **Attorney Fees**. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants,

Case No. 2010-61928-CA-01                    3                    File # 13-P02865

CFN: 20170717907 BOOK 30602 PAGE 2063

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series 1
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
process
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                    2                    File # 13-F02263

CFN: 20170717807 BOOK 30602 PAGE 2094

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                3                File # 13-F02368

interests *"Rt"P Rule 6.1  Relief from  Judgment .  **Exh.58 Exh.J pg.7**

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3) Fraud whether previously called intrinsic or extrinsic),misrepresentation, or misconduct by*

*An opposing party*

*(c) Timing and Effect of the Motion.*

*(l) Amotion under rule 60 (b) must be made within a reasonable time and for reasons (1) (2) (3) No more than a year after the entry of the Judgement or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter,* Accepted as true, "to state a claim to relief that is plausible on its face . "

Judge is expected to recuse himself pursuant to 28 U,S, C. § 455 Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93–512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95 598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100–702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101 -650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117;)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with

ORDER
f.f.

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201.     **APR 06 2010**

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC-Allpaches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office ___12/22___ AD 20_21_
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
MONA BRUNO #79806

CFN 2004R0626859
OR Bk 22514 Pg 2791 (1pg)
RECORDED 07/26/2004 12:36:01
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

## Exh.58 Exh.L

RECORDING REQUESTED BY / RETURN TO:
Peelle Management Corporation
P.O. Box 30014, Reno, NV 89520-9827

### Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
CHASE MANHATTAN MORTGAGE CORPORATION,
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
Original Mortgagee: CHEMICAL RESIDENTIAL MORTGAGE CORPORATION
Original Mortgagor: JOHN SCHLESINGER, MARILYN MILIAN
Recorded in Dade County, Florida, on 10/16/95 as Inst. # 95420253 on Book 16952 on Page 3797
Tax ID: 0341180040110
Date of mortgage: 10/13/95 Amount of mortgage: $334000.00
DATE OF SATISFACTION: 07/02/04

NOW THEREFORE, the recorder or clerk of said county is hereby instructed to record this instrument and to
cancel, release, and discharge the mortgage in accordance with the regulations of said state and county.
DATED: 07/15/2004
CHASE MANHATTAN MORTGAGE CORPORATION
F/K/A CHEMICAL RESIDENTIAL MORTGAGE CORPORATION

By _____    _____
Jennifer Wallace                Witness: Shawna Thompson
Vice President

_____
Witness: Judy McColley

State of Nevada
County of Washoe
On 07/15/2004, before me, the undersigned, a Notary Public for said County and State, personally appeared
Jennifer Wallace, personally known to me to be the person that executed the foregoing instrument, and
acknowledged that she is Vice President of
CHASE MANHATTAN MORTGAGE CORPORATION,
and that she executed the foregoing instrument pursuant to a resolution of
its board of directors and that such execution was done as the free act and deed of
CHASE MANHATTAN MORTGAGE CORPORATION.

_____
Notary: Steven R Carson
My Commission Expires: 03-15-08

STEVEN R. CARSON
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 04-87520-2 - Expires March 15, 2008

Prepared by: E. H. Harrison, Peelle Management Corporation, 4690 Longley Lane, Suite #8, Reno, NV 89502
LN# ████ Investor LN# ████ P.I.F.: ████
FINAL RECON.m ████ Clc Inv#Y09 id2 07/15/04 09-025 FL Dcdc 292:8 162



# Are JP Morgan and Chase the same?

Exh.58 Exh.M

### What are some simple steps I can take to protect my privacy online?

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading

## 1 Answer

> Dan Mahoney, Executive Director at JPMorgan Chase (██-present)

The basic answer is yes. JPMorgan Chase is one big company. Different names are used for branding purposes. The JP Morgan name is used for higher end LOB and products like investment banking, the largest corporate relationships and private banking for the wealthy. Chase is used for lower end products retail branch banking, business banking (less than $20M in sales) and commercial banking (annual sales less than $500M).

Quora    Open in App    Sign in

# Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Ad by DuckDuckGo

**What are some simple steps I can take to protect my privacy online?**

Many people believe that they can't do anything to protect their privacy online, but that's not true. There actually are simple...

Continue Reading                            >

**3 Answers**

 Shreyans Malani, studied at London School of Economics and Political Science
Answered Jul 2, 2015

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank.

Continue Reading ⌄

RELATED QUESTIONS (MORE ANSWERS BELOW)

What is the history of JP Morgan Chase as a merchant bank?
533 Views

Document Prepared By:
Steve P. Galiano
ReconTrust Company
2575 W. Chandler Blvd.
Mail Stop: CHDLR-C-58
Chandler, AZ 85224
(800) 540-2684

CFN 2008R0642394
OR Bk 26512 Pg 2906 (1ps)
RECORDED 08/06/2008 14:02:40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

When recorded return to:
MARILYN MILIAN, JOHN SCHLESINGER
1228 Alfonso Ave
Coral Gables, FL 33146

# Exh.58 Exh.M

DOCID#00038060584200SN

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: Mortgage Electronic Registration Systems, Inc. the owner and holder of a certain mortgage deed executed by
MARILYN MILIAN, JOHN SCHLESINGER
bearing date 08/28/2003, recorded on 09/05/2003 in Official Records Book 21608, Page 1301 , Instrument # 648932  in the office of the Clerk of the Circuit Court of MIAMI-DADE County State of Florida, securing a certain note in the principal sum of $1,000,000.00 Dollars, and certain promise and obligations set forth in said mortgage deed, upon the property situated in said State and County hereby acknowledge full payment and satisfaction of said note and mortgage deed, and surrenders the same as cancelled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.



IN WITNESS WHEREOF the said Corporation has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the 16 day of July, 2008.

ATTEST: _____                    Mortgage Electronic Registration Systems, Inc.
Stacey Taylor
Assistant Secretary

Signed and delivered in the presence of:

_____                    By _____
Kimberly Robertson                               Peter Lopez
Witness                                          Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

On 07/16/2008, before me, Ilona T. Dawidowicz, Notary Public, personally appeared Peter Lopez personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Ilona T. Dawidowicz, Notary Public
Expires: 11/30/2009

OFFICIAL SEAL
ILONA T. DAWIDOWICZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov. 30, 2009

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

**Exh.59**

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

    Plaintiff

CASE NO: 2010-61928-CA01

    v.

MACK WELLS

    Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 25 2010 Samantha Ruiz Cohen Fine review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42. IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Samantha Ruiz Cohen must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on line 3, $162,130.00, 4. $32,695.84, 5. $896,316.65. And on the Form 6 of 2022 Line 4. $137,506.36, 5. $153,455.04, 6. $54,410.00, 7. $6,208.70, 12. $874,506.74 13, with Wells Fargo with these Assets with WELLS FARGO BANK and Wachovia owns WELLS FARGO which is U.S. BANK, Exh. D2. And on the Form 6 for 2021 for Voya Retirement on line 2. $221,156.57. And Voya Retirement in 2022 line 8. $251,663.08. and Voya Retirement is US Bank, Exh. E.2. And 2021 Form 6 on line 6. BMW Financial is $10,152.00, and 2022 on line 13 is $4,512.00 and BMW Financial is US Bank, Exh. E.3. All adding up to $2,804,727.01: Judge Samantha Ruiz Cohen is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Confict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Samantha Ruiz Cohen must do because she has the same conflict

2021 Form 6 - Full and Public Disclosure of Financial Interests

Filed with COE: 04/11/2022

## General Information

Name: Hon Samantha Ruiz Cohen

Address: Lawson E. Thomas Court Center 175 NW 1ST AVE (Room 2815), MIAMI, FL 33128-1898

County: Miami-Dade

### AGENCY INFORMATION

Organization
Judicial Circuit (11Th)

Suborganization
Elected Constitutional Officer

Title
Circuit Court Judge

### CANDIDATE FOR

Position
Circuit Judge

Agency Name
Eleventh Judicial Circuit of Florida

Position sought or held
Circuit Court Judge, Eleventh Judicial Circuit of Florida, Group 45

## Net Worth

My Net Worth as of April 6, 2022 was $4,524,610.45.

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 210,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Home-Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.00 |
| wells fargo checking (Payret Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.08 |
| invesco Retirement (in name of spouse) | $ 744,636.20 |
| Luks retirement (in name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Wells Fargo Mortgage | po box 660278 Dallas, Tx 75266 | $ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2020**

FOR OFFICE USE ONLY:

******AUTO**ALL FOR AADC 331-73* P1 P3 317*

HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE STE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

FLORIDA
COMMISSION ON ETHICS

JUN 25 2021

RECEIVED

*(stamp: PROCESSED)*

ID CODE

ID NO.          47078

CONF. CODE

Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _March 31,_ 20 _21_ was $ _2,693,148.72_

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _195,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement - | $ 221,156.57 |
| Wells Fargo Savings - | $ 162,130.03 |
| Wells Fargo Checking - | $ 32,695.84 |
| Invesco (In Name of Spouse) - | $ 733,633.19 |
| PRS Santaella 401 (Employer) (In Name of Spouse) | $ 128,620.49 |
| Allianz GCRASC IN (In Name of Spouse) | $ 526,747.08 |

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage  P.O. Box 660278  Dallas TX 75266 - | $ 896,316.65 |
| BMW Financial Services P.O.Box 3608 Dublin, Ohio 43016 - 0306 | $ 10,152.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]



**USbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net Income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Telech<br>Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |
| Website | mortgage.usbank.com |

Footnotes / references
[2][3]

*[Handwritten:]* Exh. 59
Exh. E1

*[Handwritten:]* US Bancorp → is WELLS FARGO



# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

**In this article:**

**C**
+1.04%   ☆

**RCL**
+0.84%   ☆

**GSCHX**
-0.43%   ☆

**TMO**
-1.34%

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, *is U.S. Bank Exh. B2 # 3* Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

Exh.59
Exh.E3

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the United States, has entered into a co-brand agreement with BMW Financial Services NA, LLC to issue credit cards that will deliver enhanced digital experiences

Q US Bank owns bmw financial service ✕

All   News   Maps   Images   Videos   Shopping

🌐 http://www.ctvalley.org › bmw-fina...   ⋮

# BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...
Sun, May 15   ›

# People also ask   ⋮

Who is BMW finance owned by? ·   ⌄

Which bank is BMW Financial Services?   ⌄

ORDER
# #

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201.    **APR 06 2010**

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC-Allpaches

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office    10/22    AD 20 21
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
MONA BRUNO #79806

3
ORDR

**Exhibit 59
Exh.H**

US BANK, N.A.,
    Plaintiff,

              CASE NO.     2007-12407-CA
vs.           DIVISION    32

SPACE FOR RECORDING ONLY F.S.§695.26

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

_____/

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502





4.     The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.     The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.     The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**



VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV—abiven

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 5 2010

FOR OFFICE
USE ONLY:

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI, FL 33130

**PROCESSED**

ID Code

ID No.    **210380**

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date  [Note  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 09 was $ 3,351,652.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County (Increase) | 2,800,000.00 |
| Vail Colorado Condominium / Eagle County | 250,000.00 |
| Bank Accounts, Pension, Brokerage Accounts / Wachovia / Bank of America | 650,000.00 |
| 2010 Range Rover / Fidelity | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line / P.C. Box 4622 Waterloo, I A | 410,000.00 |
| Wellsfargo P.C. Box / I.C. Box 650769, Dallas Tx | 128,000.00 |
| Chase Financial Group / P.C. Box 78067, Phoenix A28862 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |

CE FORM 6 - Eff 1/2010      (Continued on reverse side)      PAGE 1

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank .N.A.
Plaintiffs:

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2008

SARAH I. ZADEL
Circuit Court Judge



MIAMI-DADE COUNTY CLERK OF THE
COURTS
HARVEY RUVIN

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

US BANK (NA) VS WILLIAMS, LEROY

| | | |
|---|---|---|
| **Local Case Number:** | 2007-012407-CA-01 | **Filing Date:** 04/28/2007 |
| **State Case Number:** | 132007CA012407000001 | **Judicial Section:** CA32 |
| **Consolidated Case No.:** | N/A | **Case Type:** 7 DO NOT USE - Legacy Mortgage Foreclosure |
| **Case Status:** | CLOSED | |

Total Of Parties: 5 ✚

## 👥 Parties

Total Of Hearings: 0 ✚

## ⚔ Hearing Details

Total Of Dockets: 52 ▬

## 🔊 Dockets

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:$6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| | 01/23/2015 | | Copy of: | Event | OF ORDER OF DISMISSAL |
| | 01/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIV |

Pa

| | 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
|---|---|---|---|---|---|

**Exh.59**
**Exh.J pg.2**

| | 09/28/2010 | | Motion to Vacate Dismissal | Event | |
|---|---|---|---|---|---|
| | 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 🔖 | 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| | 06/20/2010 | | Motion: | Event | ATY:00071675 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| | 06/18/2010 | | Final Disposition Document | Event | |
| 🔖 | 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| | 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| | 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,...ETC |
| | 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,..ETC |
| | 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| | 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 🔖 | 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| | 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| | 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| | 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| | 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| | 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| | 08/30/2007 | | Notice of Sale | Event | |
| | 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| | 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| | 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| | 08/13/2007 | | Notice of Filing | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| | 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

*Dismissal with Prejudice*

APRIL 28 - MAY 4, 2022 | VOLUME 37 | NUMBER 7

MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

MIAMI N

*All 200+ books banned in Florida and what Miami booksellers have to say about it.*

# THE BOOKS THEY BANNED



## BY ALEX DeLUCA



# get turned on.
miaminewtimes.com

news
blogs
restaurants
calendar
music
movies
arts
classified
promotions
ad index

**Grand Opening**
NEW ORIENTAL MASSAGE

$39 & Up
$10 Off or

Open 7 Days: 10AM - 11PM
Outcalls to Hotels / Offices Available

305-454-3372 ● 305-456-3631
www.NewOrientalMassage87.com

# ORIENTAL
M A S S A G E

$5 OFF

OPEN 7 DAYS
A WEEK
FROM 9:30AM - 12AM

HOTEL, OFFICE & HOME
SERVICE AVAILABLE

2281 SW 27th Ave, Miami, FL 33145
786.360.5887
ORIENTAL FOOT MASSAGE

# Bulletin
BOARD
Call New Times Classified

HS DIPLOMA AT HOME
Earn your HS diploma today. For more info
call 1.800.470.4723 Or visit our website
www.diplomaathome.com

MIAMI

Wants to purchase minerals and
other oil and gas interests.
Send details P.O. Box 13552,
Denver CO 80201

Hot
Herbal Steam Sauna
● Caribbean Massage

THIRSTY? HUNGRY?

SEE PROOF OF DISCRIMINATING JUDGES
JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY
ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT
WITH THESE EVIL CONFLICTS OF INTEREST

JUDGE RECUSAL

SEE PROOF AT SAYYESSS.COM - BY MICHAEL THE BLACK MAN

# Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF JUDGE SAMANTHA COHEN.

SIGNED, *Mack L Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

_____ NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR. WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.
U.S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

## CORRECTED JUDGE VERONICA DIAZ MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge Veronica Diaz review of the record and Final Judgment Order, Exhibit, J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IRRS 2018 Tables 9-13. SEC Filings-US Bank Florida Subsidiaries, Judge Veronica Diaz Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of interest Theodore R. Bundy V. Judge John A. Redd Fl. Rule 2.160 (D) (1, Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Veronica Diaz must Recuse herself for an open obvious Conflict of interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money illegally. Here's proof.

Judge Veronica Diaz says that WELLS FARGO BANK on her form 6 full and public disclosure of Financial interests is a Bank she's doing business with, because she's doing business with U.S. Bank and helping them to make money so that she can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make her and them to make money illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6, Exh.A. Says lines 1-5:

Judge Veronica Diaz is doing Business with Wells Fargo as an Asset of $174,312.00 And WELLS FARGO BANK is US BANK, Exh. E1. and E2.

1. Her ICMA 401K as an Asset of $180,296.00. And her ICMA 401K is Wells Fargo, Exh.R2, R3, R4, S1,S2 and S3.

2. Her $10,500.00 Audi car and her $4,800.00 Audi Financial Asset is either Audi Fargo or Wachovia, which is why I am Subpoenaing her record Exh.Y1, Y2. and Y3. Wachovia is Audi, Exh.T4 and Wachovia is Wells Fargo Exh. T1, T2, T3 and Wells Fargo is US Bank, Exh.E1. and E2.

3. Her Navient Student loan is Wells Fargo and Wells Fargo is US Bank, Exh.E1 and E2. Navient is also JP Morgan, Exh.Z1 and JP Morgan is Morgan Stanley, Exh.D1. and D2. and Morgan Stanley is US Bank, Exh.U1. and U2.

US. Bank is the same Bank that she's passing Orders on against us that's foreclosing, which is a major conflict of Interest against us., Exh.B2, B3. and B4. And there's more, I also have found that our case was directed to you and four other Judges like Judge Schlesinger Exh.BB1. Judge De, La, O Exh.BB2 and Judge Rebull shown in their Public Disclosure of Financial Records Form 6 who all had the same Conflict of Interest in this pool of Judges as Judge Veronica Diaz so you must:

DISQUALIFY, RECUSE YOURSELF AND VACATE YOUR ORDERS ON OUR PROPERTY 15020 S. RIVER DR. MIAMI FL, 33167 IN CASE # 10-61928 Exb. B1, B2, B3. and B4.

## FACTUAL BACKGROUND

I. On 11/19/19 Defendant Judge Veronica Diaz issued an order Exh.A. against Plaintiff Mack Wells to sale the house on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory

Exh 61 Exh. A

<table>
<tr><td><strong>FORM 6</strong></td><td colspan="2"><strong>FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS</strong></td><td><strong>2018</strong></td></tr>
</table>

FOR OFFICE USE ONLY:

FLORIDA
COMMISSION ON ETHICS

JUL 0 1 2019

RECEIVED

PROCESSED

```
*******AUTO**ALL FOR AADC 331 T4  P1 42 312
Hon Veronica Diaz
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Ste 9000 Richard E Gerstein Justice Bldg
1351 NW 12th St Rm 209
Miami, FL 33125-1636
```

ID Code

ID No.    258440

Conf. Code

Diaz, Veronica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date.  [Note:  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _Dec 31_____, 20 _18_ was $ _405, 853_____.

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
    Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $  _75,000_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,512 |
| ICMA 401K | 180,296 |
| Audi | 10,500 |
| | |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

# PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2018 federal income tax return and all W2's, schedules, and attachments.
     [If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 E. Gaines St., Tallahassee, FL 32399 | 160,688 |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

# PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

# PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

# OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

**_(signature)_**
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami - Dade_

Sworn to (or affirmed) and subscribed before me this _18th_ day of
_June_, 20_19_ by _Veronica Diaz_

_(signature)_
(Signature of Notary Public-State of Florida)

_Ana M Gonzalez_
(Print, Type, or Stamp Commissioned Name of Notary Public)

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019
FloridaNotaryService.com

Personally Known ___✓___   OR   Produced Identification _____

Type of Identification Produced _____

---

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____      _____
Signature      Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

258440    Exh. 61 Exh. A3

FLORIDA
COMMISSION ON ETHICS

JUL 0 1 2019

RECEIVED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

**PROCESSED**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Veronica A. Dias    Work Telephone: 305 548 5730

Work Address: 1325 NW 12 St #209 Judicial Office Held: Circuit
Miami, FL 33125

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      |             |        | $      |
|      | N/A         |        | $      |
|      |             |        | $      |
|      |             |        | $      |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-------------|--------|
|      |             |        |
|      | N/A         |        |
|      |             |        |
|      |             |        |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Form 6A 3/19
As Amended by SC18-648

Page 1 of 2

Exh. 61
Exh. A4

## OATH

State of Florida

County of Miami - Dade

I, Veronica A. Dica, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires 11/18/2019

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019
(407) 398-0153    FloridaNotaryService.com

Sworn to and subscribed before me this

_____18_____ day of June, 20 19

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $59.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Exh. 61
Exh. BZ

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

## ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION FILED ON
## 01/08/2020

    This matter came before the undersigned Judge upon Defendant's, Mack Wells, and Non-Party's, Maurice Symonette, January 8, 2020 Motion for judge Schlesinger to have a Hearing to Recuse and Vcate his Order ("Motion"). Pursuant to Fla. R. Jud. Admin. 2.330, the Motion is **DENIED** as legally insufficient.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of February, 2020.

2010-061928-CA-01 02-04-2020 1:27 I

2010-061928-CA-01 02-04-2020 1:27 PM
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**

Altanese Phenelus , Email : yvaldes@miamidade.gov
Daniel Hurtes , Email : BRFLEservice@BlankRome.com
Daniel Hurtes , Email : DHurtes@BlankRome.com
Daniel Hurtes , Email : EMora@BlankRome.com
David S Ehrlich , Email : David@EhrlichLawLLC.com
David S Ehrlich , Email : DEhrlich@EhrlichLawFL.com
Giuseppe Salvatore Cataudella , Email : CourtXpress@firmsolutions.us
Giuseppe Salvatore Cataudella , Email : FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella , Email : FLeFileTeam@brockandscott.com
Jennifer L Warren , Email : jwarren@northmiamifl.gov
Jennifer L Warren , Email : cityattorney@northmiamifl.gov
Jessica J Fagen , Email : FLeFileTeam@brockandscott.com
Jessica J Fagen , Email : CourtXpress@firmsolutions.us
Jessica J Fagen , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : CourtXpress@firmsolutions.us
Jimmy Keenan Edwards , Email : FLeFileTeam@brockandscott.com
Jonathan S Wilinsky , Email : FLCourtDocs@brockandscott.com
Jonathan S Wilinsky , Email : CourtXpress@firmsolutions.us
Jonathan S Wilinsky , Email : FLeFileTeam@brockandscott.com
Laura Ashley Jackson , Email : FLCourtDocs@brockandscott.com
Laura Ashley Jackson , Email : CourtXpress@firmsolutions.us
Laura Ashley Jackson , Email : FLeFileTeam@brockandscott.com
Maurice Symonette , Email : BIGBOSS1043@yahoo.com
Maurice Symonette , Email : BigBOSS@Clerk.com
Stephen Christopher Wilson , Email : scwilson862007@yahoo.com
Tania Bartolini , Email : info@bartolinilaw.com
Tania Bartolini , Email : tania.bartolini@bartolinilaw.com
Willnae Lacroix , Email : FLCourtDocs@brockandscott.com
Willnae Lacroix , Email : FLeFileTeam@brockandscott.com
Willnae Lacroix , Email : courtxpress@FirmSolutions.us

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

*Exh. 61*
*Exh. B3 pg. 1*

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

**U S Bank (na)**
Plaintiff(s)

vs.

**Williams, Leroy**
Defendant(s)

_____/

## ORDER GRANTING MOTION TO RESET FORECLOSURE SALE

**THIS CAUSE** having come before the Court on the Plaintiff's Motion to Reset Foreclosure Sale, and the Court having heard argument of the parties, having reviewed the file and, being otherwise duly advised, it is

**ORDERED AND ADJUDGED**:

The Plaintiff's Motion to Reset Foreclosure Sale is hereby **GRANTED**.

The clerk is directed to reset the foreclosure sale for April 6, 2020, by electronic sale at www.miamidade.realforeclose.com.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>6th day of</u>
<u>February, 2020</u>.

2010-0‌1928-CA-01 02‌-06-20‌0 12:02

<u>2010-061928-CA-01 02-06-2020 12:02 PM</u>
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

<div style="border:1px solid black; padding:8px;">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Copies Furnished To:**
Altanese Phenelus , Email : yvaldes@miamidade.gov
Daniel Hurtes , Email : BRFLEservice@BlankRome.com
Daniel Hurtes , Email : DHurtes@BlankRome.com
Daniel Hurtes , Email : EMora@BlankRome.com
David S Ehrlich , Email : David@EhrlichLawLLC.com
David S Ehrlich , Email : DEhrlich@EhrlichLawFL.com
Giuseppe Salvatore Cataudella , Email : CourtXpress@firmsolutions.us
Giuseppe Salvatore Cataudella , Email : FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella , Email : FLeFileTeam@brockandscott.com
Jennifer L Warren , Email : jwarren@northmiamifl.gov
Jennifer L Warren , Email : cityattorney@northmiamifl.gov
Jessica J Fagen , Email : FLeFileTeam@brockandscott.com
Jessica J Fagen , Email : CourtXpress@firmsolutions.us
Jessica J Fagen , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards , Email : CourtXpress@firmsolutions.us
Jimmy Keenan Edwards , Email : FLeFileTeam@brockandscott.com
Jonathan S Wilinsky , Email : FLCourtDocs@brockandscott.com
Jonathan S Wilinsky , Email : CourtXpress@firmsolutions.us
Jonathan S Wilinsky , Email : FLeFileTeam@brockandscott.com
Kara Fredrickson, Esq , Email : flcourtdocs@brockandscott.com

Kara Leah Fredrickson , Email : FLeFileTeam@brockandscott.com
Kara Leah Fredrickson , Email : CourtXpress@firmsolutions.us
Kara Leah Fredrickson , Email : FL.CourtDocs@brockandscott.com
Laura Ashley Jackson , Email : FLCourtDocs@brockandscott.com
Laura Ashley Jackson , Email : CourtXpress@firmsolutions.us
Laura Ashley Jackson , Email : FLeFileTeam@brockandscott.com
Maurice Symonette , Email : BIGBOSS1043@yahoo.com
Maurice Symonette , Email : BigBOSS@Clerk.com
Stephen Christopher Wilson , Email : scwilson862007@yahoo.com
Tania Bartolini , Email : info@bartolinilaw.com
Tania Bartolini , Email : tania.bartolini@bartolinilaw.com
Willnae Lacroix , Email : FLCourtDocs@brockandscott.com
Willnae Lacroix , Email : FLeFileTeam@brockandscott.com
Willnae Lacroix , Email : courtxpress@FirmSolutions.us

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

**Exh.61**
**Exh.B4**

CASE NO.: 2010-CA-61928

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

      Plaintiff,

v.

LEROY WILLIAMS, *et al.*,

      Defendants.

_____/

2019 NOV 19 PH 12:06 FILED FOR... CLERK... COUNTY CTS MIA... TY FLA 8135

## ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS
## FORECLOSURE COMPLAINT

**THIS CAUSE** having come before the Court upon Defendant's Motion to Dismiss

Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being

otherwise duly advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Foreclosure

Complaint is hereby **GRANTED/DENIED:**

Denied.

_____

_____

_____

_____

      DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on

November 19th, 2019.

                       _____

                       Circuit Court Judge

                       **VERONICA A. DIAZ**

Daniel Hurks - FBN 69104

140383.04630/122217991v.1

Mack Wells - Defendant

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2010
## FINANCIAL INTERESTS

FOR OFFICE USE ONLY:

COMMISSION ON ETHICS
DATE RECEIVED

JUL 2 0 2011

ID Code

ID No   210380

Conf Code

P Req. Code

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

3

PROCESSED

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date [Note Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3]

My net worth as of _December 31_, 20_10_ was $ _4,089,000.00_

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000 This category includes any of the following. if not held for investment purposes jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - DADE County | $ 2.5 mil |
| 2010 Range Rover | $ 55,000.00 |
| Bank Accounts Pension, Brokerage Accts / Fidelity Ins | $ 400,000.00 |
| Mortgage | 300,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.C. Box 4622, Waterloo, IA | $ 100,000.00 |
| Chase Financial - P.O. Box 78007, Phoenix, AZ 85062 | $ 16,000.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- | |

## PART D – INCOME

Exh.61 Exh.AA Pg2

You may *EITHER* (1) file a complete copy of your 2010 federal income tax return, including all attachments, *OR* (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2009 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME:**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | State Payroll | $140,610.00 |
| Judge of the 1st Judicial Circuit | 200 E Gains St. Tallahassee, Fl | |
| Interest Income | Mortgage | |
| | Bank | $15,000.00 |
| | Fidelity Accts | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person—see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | None | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

# OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___MIAMI-DADE___

Sworn to (or affirmed) and subscribed before me this _15TH_ day of

___JUNE___, 20 11 by _Valerie Manno Schur_

_____
(Signature of Notary Public—State of Florida)

JESUS F. VIC____A

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__   OR   Produced Identification _____

Type of Identification Produced _____

JESUS FELIPE VILAGMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

COMMISSION ON ETHICS
DATE RECEIVED
JUN 2 3 2011

# JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
### Canon 6B(2), Code of Judicial Conduct

## GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before <u>July 1</u> of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: _Valerie Manno Schurr_ TELEPHONE: _305-349-7029_

ADDRESS: _73 West Flagler Street, Room 1105, Miami, FL 331__

POSITION HELD: _Circuit Judge_

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|--------|-------|
| NONE | |
| | |
| | PROCESSED |
| | |

I certify that the foregoing list is complete, true and correct.

_Valerie Manno S__

**JUDGE**

## OATH

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmed) and subscribed before me this _15TH_ day of _JUNE_ , 20_11_
by _VALERIE MANNO SCHURR_ (name of person making statement).

(NOTARY SEAL)

NOTARY PUBLIC
STATE OF FLORIDA
JESUS FELIPE VILAOMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

(Signature of Notary Public-State of Florida)

_JESUS F. VILAOMAT_
(Name of Notary Public-Typed, Printed or Stamped)

Personally Known __X__ OR Produced Identification _____
Type of Identification
Produced _____

(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11



Exh. 61
Exh. BB1
Pg. 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS
Vs.
MACK WELLS
DEFENDANT

CASE# 10-61928 CA01

## MOTION FOR JUDGE TO RECUSE HIMSELF FROM
## AND TO VACATE FORECLOSURE
## ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge John Schlesinger must
Recuse himself for an open obvious Conflict of Interest because he's doing business
with US Bank and helping them to make money so that he can make money by
foreclosing and taking our property while acting as the Judge to take the property
not on his Merits but for to make him and them money Illegally. Here's proof, US
BANK is US BANCORP, Exhibit, A. And US BANCORP is Morgan Stanley, Exhibit, B.
And B2 which is a Business Judge John Schlesinger is dong business Morgan Stanley
as seen in his FORM 6 page, 3, line, 3. From Tallahassee called FULL AND PUBLIC
DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest He's
worth 5.8 Million with Zero debt. Schlesinger has done business with MERS as seen
on the public record Exhibit, F. Who is the entity that is the entity who assigned our
Mortgage to US BANK, Exhibit, G. Who he has ruled in favor of. That is a Conflict of
Interest as I said Judge Schlesinger is also doing business with Morgan Stanley,
Exhibit, B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is
apart of Chase Manhattan Bank that Judge Schlesinger was doing business with and
got his property from. Exhibit, E. Judge Schlesinger is doing business with all of the
entities that he's Judging on against us and there's more. I have found that our case
was directed to him in this Pool, So he must recuse hi mself and vacate his Order,
Exhibit, G.

MACK WELLS
PRO-SE 15020 S.
RIVER DR. MIAMI
FL. 33167 #786-859-9421

# FORM 6    FULL AND PUBLIC DISCLOSURE    2016
## OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

**FLORIDA COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

**PROCESSED**

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER    JOHN    CHARLES

MAILING ADDRESS:
73 WEST FLAGLER STREET

ROOM 1202

| CITY : | ZIP : | COUNTY : |
|--------|-------|----------|
| MIAMI | FL | 33130 |

NAME OF AGENCY :
STATE OF FLORIDA -- 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of __June 20,__ , 20 _17_ was $ _28,834,751.25_ .

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2017**

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER   JOHN   CHARLES

MAILING ADDRESS:
1351 NW 12 STREET #415

CITY: MIAMI  ZIP: 33125  COUNTY: MIAMI-DADE

NAME OF AGENCY:
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:
200123

**PROCESSED**

FLORIDA
COMMISSION ON ETHic.
AUG 01 2018
**RECEIVED**

---

### PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___July 1___, 20 ___18___ was $ ___$29,881,734.10___

---

### PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ ___500,000.00___

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd, Deep gap, NC | $800,000.00 |
| 323 Tollgate Shores Dr, Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

---

### PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1



Exh. 61
Exh. BBZ pg. 1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS

Vs.                                                        CASE# 10-61928

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM CASE #10-61928 AND TO VACATE FORECLOSURE ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

~~Comes now MACK WELLS acting Pro-Se here states~~ Judge Miguel M. De La O, says that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with CITI BANK because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Miguel M. De La O is dong business with CITI BANK as seen in his FORM 6 page 4 line 11, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G. So De La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL 33167

# CONFIDENTIAL

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2017 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

**246171**

## PROCESSED

FLORIDA
COMMISSION ON ETHICS

MAY 0 4 2018

## RECEIVED

LAST NAME — FIRST NAME — MIDDLE NAME:
de la O     Miguel     Manuel

MAILING ADDRESS:
73 West Flagler Street, Room 1407

| CITY: Miami | ZIP: 33130 | COUNTY: Miami-Dade |
|---|---|---|

NAME OF AGENCY:

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge -- 11th Judicial Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___, 20 _17_ was $ 3,251,482.55 _____.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $   $100,000.00   _____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| AmeriTrade (Simple IRA) | $500,000.00 |
| Commercial Holdings LLC | $231,009.23 |
| AmeriTrade (trading account) | $11,046,14 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
   [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See Instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $147,571.98 |
| FIU College of Law | | $3000.01 |
| Commercial Holdings | | $15,000.00 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F -- TRAINING

**For officers required to complete annual ethics training pursuant to section 112.3142, F.S.**

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA Miami-Dade
COUNTY OF

Sworn to (or affirmed) and subscribed before me this __30__ day of
__April__, 20 _19_ by Sara Kate Mas

_____
(Signature of Notary Public--State of Florida)
Sara Kate Mas
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__ OR Produced Identification _____

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
         Signature                          Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

**PART B – ASSETS**

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $9,821.73 |
| AmeriTrade (401K rollover) | $131,029.83 |
| Fidelity Balanced Mutual Fund | $ 33,570.10 |
| MBNA America Investment | $5,062.63 |
| Citibank Checking Account | $ 32,381.17 |
| Discover Savings Accounts | $72,117.86 |
| 2007 Toyota Camry Hybrid | $3,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |
| | |

CONFIDENTIAL

Exh. 61 Exh. BB3 pg. 4 ∝4b1 "(FLORIDA COMMISSION ON ETHICS

PROCESSED

MAY 0 4 2018

RECEIVED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

73 W. Flagler St, Room 1407, Miami, FL 33130

Name: Miguel M. de la O          Work Address: _____

Work Telephone: 305-349-7078     Judicial Office Held: Circuit Judge _____

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 5-8-2017 | FAWL Installation | Cole Scott & Kissane | $130 |
| 7-25-2017 | Judicial Luncheon | CABA | $105 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | $125 |
| 12-9-2017 | Installation Gala | ABOTA | $300 |

☐ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 4/3-7/2017 | Nat. Computer Forensics Seminar, Hoove | Al., U.S. Government |
| 5/22-24/2017 | AJS Conference, Naples, Fl. $534.20 | State of Florida |
| 6/23/2017 | JEAC Mtg., Boca Raton,   $57.38 | State of Florida |
| 7/21-24/2017 | Circuit Judges Conf., Orlando $1019.19 | State of Florida |

☐ Check here if continued on separate sheet

**OATH**
State of Florida
County of Miami-Dade

I, Miguel M. de la O the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

Sara Kate Mas
_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this

30    day of    April    , 20 18

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

3/18 (As prescribed in Canon 6).



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

### MOTION FOR JUDGE THOMAS REBULL TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST AND VACATE HIS ORDER TO RESCHEDULE SALE 15020 S. RIVER DR. MIAMI FL. 33167

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS REBULL**, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with, because he's doing business with US Bank and helping them to make money so that he's make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money Illegally. Here's proof, Judge **THOMAS REBULL** is dong business with NATIONS STAR BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, NATIONS STAR BANK is MORGAN STANLEY EXH. B, and and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E, the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J, I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

*Mack Wells*
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

# CONFIDENTIAL

| **FORM 6** | **FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS** | **2017** |

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

240127

LAST NAME — FIRST NAME — MIDDLE NAME:
REBULL, THOMAS JULIAN

MAILING ADDRESS:
73 West Flagler Street

Room 800

| CITY : | ZIP : | COUNTY : |
| Miami | 33130 | Miami Dade |

NAME OF AGENCY :
Eleventh Judicial Circuit State of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FLORIDA
COMMISSION ON ETHICS**

JUL 02 2018

**RECEIVED
PROCESSED**

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 _17_ was $ _559,900.61_.

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _35,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| ▓▓▓▓▓▓▓▓ | $700,000.00 |
| Charles Schwab IRA | $ 10,897.75 |
| ABA Retirement | $ 146,441.20 |
| CITI IRA | $ 1,611.36 |
| Northwest Mutual Life Insurance | 46,332.68 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Nationstar Mortgage, 350 Highland Dr., Lewisville, TX | 380,382.38 |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
     [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | 160,688.00 |
| University of Miami | Coral Gables, FL | 8,700.00 |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

_(signature)_
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF   Miami - Dade

Sworn to (or affirmed) and subscribed before me this 27 day of June , 20 18 by Thomas Rebull

_(signature)_
(Signature of Notary Public--State of Florida)

Sara Kate Mas
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 23, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____      _____
        Signature                                     Date
**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

# CONFIDENTIAL

FLORIDA
COMMISSION ON ETHICS

JUL 02 2018

RECEIVED

PROCESSED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Thomas J. Rebull          Work Address: 73 West Flagler St., S-800, Miami, FL 33130

Work Telephone: 305-349-6237          Judicial Office Held: Circuit Judge

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 05-08-2017 | FAWL Installation | Cole Scott & Kissane | $130.00 |
| 07-25-2017 | Judicial Luncheon | CABA | 105.00 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | 125.00 |
| 12-07-2017 | MD FAWL Judicial Recp. | MD FAWL | 100.00 |
| 12-09-2017 | Installation Gala | ABOTA | 300.00 |

☐ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 08/23/17 | Presenter in D.C. NACM & IACA | National Center for State Courts |
|  |  |  |
|  |  |  |
|  |  |  |

☐ Check here if continued on separate sheet

**OATH**

State of Florida
County of MIAMI-DADE

I, Thomas J. Rebull, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this

2 8 day of June, 20 18.

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn

3/18 (As prescribed in Canon 6).

# Affidavit                    **Exh.61**

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF JUDGE VERONICA DIAZ.

SIGNED, *Mack L Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

_____ NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR. WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

3
ORDR

**Exhibit 62**
**Exh.CC**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

              CASE NO.    2007-12407-CA
vs.            DIVISION    32

SPACE FOR RECORDING ONLY F.S.§695.26

2010 JUN 25 PH 3: RECORD

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

_____/

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

    THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

    ORDERED AND ADJUDGED as follows:

    1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

    2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI;  are hereby dismissed.

    3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502





4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**



VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV—abiven



CFN 2012R0182835
OR Bk 28033 Pg 1695; (1ps)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

**Exh.61 Exh.C**

# CORRECTIVE ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.§695.26

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES**, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3**, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

> * Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on Feb 14 , 2012.

By: _____
Print Name: Jacqueline Keeley
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline Keeley for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES who is personally known to me.

Christine Morales
Notary Public:
My commission expires: 1/28/2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC-

[INSERTDOC "M900105.rtf" KEEP_FONT]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original filed in this office _____ 11/30 AD 20 21
HARVEY RUVIN, Clerk of Circuit and County Courts

Deputy Clerk _____

F 10051160

FLORENCE PIERRE-SIMEON #217855

What's the relationship between JP Morgan and Morgan ...

**Exh.61**
**Exh.D1**

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2018 - Morgan Stanley was formed by JP Morgan's family due to a regulation that required Corp and Investment banks to be separated. JP Morgan still owns part of Morgan Stanley, though they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jan 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 05, 2015

Are JP Morgan, Morgan Stanley and Chase Bank .

Morgan Stanley
www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing Summit, which gathered industry leaders to share ideas and insights about innovative use in sustainable finance. Institute for Sustainable Investing Entrepreneurs and the Race for Plastic Waste ..





Exh. 61
Exh. D2

**S M** · Follow
Updated 9y

Related **What's the relationship between JP Morgan and Morgan Stanley? Is the Morgan in each of their names the same person? Were they once one firm? Are they connected at all now?**

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a commercial bank. However, in the 1990's it started to rebuild its investment banking operations. In 2000, it merged with the Chase Manhattan Bank, and JPMorgan Chase was formed. In 2004, it acquired Bank One, Jamie Dimon ( current CEO of JPMorgan Chase) was one of the executives who came from Bank One. During the financial crisis, JPMorgan Chase also acquired Washington Mutual and Bear Sterns. Today, JPMorgan Chase is the largest Bank in the world with over US$2.6 trillion in assets.
Morgan Stanley continues to operate as an investment bank.

137.7K views · View 127 upvotes · View 1 share      1 of 14 answers

⬆ Upvote · 127    ⬇    💬 3   🔄 1                    ⋯

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

*Exh. 61*
*Exh. E1*

*US Bancorp is WELLS FARGO →*



**usbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ↗<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Talech<br>Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |
| Website | mortgage.usbank.com ↗ |
| Footnotes / references | [2][3] |

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

**Exh.61**
**Exh.E2**

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk &
Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

+1.1/10.
ORDER
+X

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
Defendant(s)

_____/

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 2010      APR 06 2010

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC. Allpaches

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty Fl

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Exh. 61
Exh. p1

**Case No. 18-CV-22211-GAYLES**

CARL ERICKSON

      Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

      Defendants.

_____/

## ORDER OF RECUSAL

    PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of June, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exh. 61
Exh. P2

## UNITED STATES DISTRICT COURT
### · SOUTHERN DISTRICT OF FLORIDA

CARL ERICKSON,
          Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
          Defendants,

Case No. 18-cv-22211-GAYLES

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## · MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

### FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8.

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the



Exh. 61 Exh. P3

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

4.   Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests. *FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

**Plaintiff's so called "Shotgun Complaint" pleadings are *Res Judicata* based upon approved banking real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney Generals of the United States of America.**

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]



Exh. 61 Exh. P4

statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93-512, § 1, Dec. 5, 1974, 88 Stat. 1669; Pub. L. 95-598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 109-702, title X, § 190? Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, s 321, Dec. 1, 1990, 104 Stat 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]



Exh.61
Exh. P5

### REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

_Carl Erickson_

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Served: 6/24/19

_Carl Erickson_

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

[4]



Exh. 61

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

1.

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA,. ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

*8 US ATTORNEYS FILED SAME COMPLAINT.*



Exh. 61

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

Please print or type your name, mailing
address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
Gayles, Darrin Phillip

MAILING ADDRESS
400 North Miami Avenue

Room 10-2

| CITY : Miami, FL | ZIP 33128 | COUNTY : Miami-Dade |

NAME OF AGENCY
11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:

8 707

FLORIDA
COMMISSION ON ETHICS

AUG 1 7 2014

RECEIVED

PROCESSED

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2013, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of June 23, 20 14 was $ 434,934.00

### PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 87,300.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p 4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 92nd Street, Miami Shores, FL 33160 | $425,000.00 |
| Condo, 133 NE 2nd Avenue, #2017, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2005 Mercedes CLK Conv. | $7,700.00 |
| FRS Retirement Account | $360,450.00 |

### PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everhome Mortgage (House Mortgage) | $ 31,044.00 |
| Bank of America (2nd House Mortgage) | $ 76,613.00 |
| Chase (Condo Mortgage) | $ 16,934.00 |
| U.S. Department of Education | $101,275.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1



*Exh. 6)*

## PART D – INCOME

You may EITHER (1) file a complete copy of your 2013 federal income tax return including all W2's, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income. By completing the remainder of Part D below.

☐   I elect to file a copy of my 2013 federal income tax return and all W2's, schedules, and attachments.
     (If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv., Tallahassee, FL 33359 | $42,177.92 |
| Rental income (Conco) | 133 NE 2nd Avenue, #2917, Miami, FL 33132 | $14,300.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 6):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THIS BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami – Dade

Sworn to (or affirmed) and subscribed before me this ___15___ day of
August, 20 14 by Damin Canjelero

_____
(Signature of Notary Public-State of Florida)

Chase A. Lalam
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____
Type of Identification Produced # ___FDL___

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                              Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.                                                    PAGE 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**CIRCUIT CIVIL DIVISION**

CASE NO. 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
     Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
     Defendant(s).

REASSIGNED BY BLIND CA 02
FILING TO SECTION _____
PER ORDER OF ADM. JUDGE
THIS DATED _____ OCT 1 7 2019
_____ D.C.
37479

_____/

## ORDER OF RECUSAL

**THIS CAUSE,** came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE AND ORDERED** in chambers, at Miami, Dade County, Florida, this 17th day of October, 2019.

William Thomas
**CIRCUIT COURT JUDGE** William Thomas
Circuit Court Judge

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH RD, MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +



Exh. 61
Exh. 62

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

CASE# 10-61928

### MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS L. WILLIAMS,** says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with. because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money Illegally. Here's proof, Judge **THOMAS L. WILLIAMS** is dong business with BB&T BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, WELLS FARGO BANK is EXH. B, and is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

*Mack Wells*
MACK WELLS
15020 S. RIVER DR.
MIAMI FL: 33167

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2018**

Exh. 61

Please print or type your name, mailing address, agency name, and position below:

LAST NAME --- FIRST NAME --- MIDDLE NAME:
**THOMAS, WILLIAM L**

MAILING ADDRESS:
**73 WEST FLAGLER STREET**

**SUITE 1307**

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY:
**STATE OF FLORIDA**

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
**ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY:

2 0 0 1 2 4

FLORIDA
COMMISSION ON ETHICS

JUL 0 8 2019

RECEIVED

PROCESSED

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of **July 1**, 20 **19** was $ **$130,000**

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **$20,000**

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh. 61

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments.
[If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |
| | | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

William Thomas
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmed) and subscribed before me this _1_ day of
_July_ 20_19_ by _WILLIAM L. THOMAS_

_(signature)_
(Signature of Notary Public-State of Florida)

WALDO LAURENCIO
(Print, Type, or Stamp Commissioned Name of Notary Public)

WALDO LAURENCIO
Notary Public - State of Florida
Commission # GG 069120
My Comm. Expires Feb 2, 2021
Bonded through National Notary Assn.

Personally Known _____ OR Produced Identification _FL DL_
Type of Identification Produced _T325-932-67-466-2_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                       Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.                                    PAGE 2



11:26 LTE

[redacted]

Exh. 61

Exh. R2

ICMA is Morgan STANLY

Mandy DeFilippo, managing director and head of risk management for fixed income, currency and commodities at Morgan Stanley, opened the annual ICMA conference as the new chair of the board on Thursday.

She has replaced Martin Egan, vice-chairman of global markets client board at BNP Paribas. Jean-Marc Mercier, ...

Please take a trial or subscribe to access this content.

Contact our subscriptions team to discuss your access: subs@globalcapital.com

Or sign up for a trial to gain full access to the entire site for a limited period.

FREE TRIAL LOGIN

...rate access

...GlobalCapital access for your ...nt or company please contact ...ales team at ...om or find out more

This site uses cookies. More info & options

If you're happy with cookies, click *Proceed* or simply continue browsing

Proceed

Exh. 61
Exh. R3

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk &
Wordwell; Ali DeGolia – Davis Polk & Wordwell; Alan

Bobsguide.com · guide · news · May

ICMA members elect new Chairman and new
board members - bobsguide.com

May 4, 2017 · Click here for the full list of ICMA
board members. ... London; Mandy DeFilippo,
Morgan Stanley International PLC, London; ...

*(handwritten, left margin)* ICMA is MORGAN STANLEY

*(handwritten, right margin)* Exh. 61
Exh. R4

**PEOPLE ALSO SEARCH FOR**

🔍　　icma members register

🔍　　icma capital

🔍　　icma events

🔍　　icma international

Morgan Stanley · blue-bonds　PDF

Blue Bonds - Morgan Stanley

Sep 18, 2019 · International Capital Market
Association (ICMA)--a ... LLC (collectively, " Morgan
Stanley"), Members SIPC. recommend.

LinkedIn · uk · mandydefilippo

Mandy DeFilippo - Morgan Stanley - LinkedIn

Represents Morgan Stanley with industry
organisations, including the ICMA, where she is
Chair of the Board, ... Member of the Executive
Board.

opensecrets.org personal-finances

## Zoe Lofgren- Assets - Personal Finances · OpenSecrets

Wells Fargo/ICMA Deferred Compensation. Cash /Money Market/Savings/Checking. $100,001. $250,000 ... Morgan Stanley Global Equity Allocation. Mutual Fund. $15,002. $65,000.

Broke And Broker · finra-awc-email

## FINRA Fines and Suspends Rep for Emailing Confidential Info Of 1,696 Plan ...

Apr 5, 2019 ... and by 2010, he was registered with FINRA member firm ICMA-RC Services ("RC Services") and also an employee of IRC. ...

Intuit financial-institution PDF

## Quicken Windows - Intuit

Mar 12, 2019  401k EPIC Plan Access https:// www.goretire.com/ ... ICMA Retirement Corporation ... Morgan Stanley Wealth Management

foprbs.org · chart-of-the-week

## Top Ten Countries in the MSCI EAFE Index (as of 6/30/17) | ICMA-RC

Jul 21, 2017 · The Morgan Stanley Capital International ("MSCI") Europe, Australasia, and Far East Index ("EAFE") is a benchmark ...

Seeking Alpha · article #4052?.. ○

## SPY-Ing On Your 401(K): How Much To Contribute? | Seeking Alpha

Exh. 61
Exh. 51

Wells Fargo is
ICMA

in LinkedIn · uk · ...

**Richard Stephens - Fixed Income Sales - Wells Fargo Securities | LinkedIn**

Wells Fargo SecuritiesICMA Centre. United Kingdom500+ ... Activities and Societies: ICMA Investment Club - FICC. Montpellier Business ...

LinkedIn · adam-bramley-01445486

**Adam Bramley - Vice President, Core Markets South Central Territory - ICMA ...**

·Work alongside Wells Fargo Private Banker and Financial Advisor to grow Wells Fargo's affluent...

Glassdoor · Salary · ICMA-RC-Reti...

**ICMA-RC Retirement Plan Specialist Salaries | Glassdoor**

Aug 22, 2019 · ... Specialist: $52525. ICMA- RC salary trends based on salaries posted anonymously by ICMA-RC employees. ... Wells Fargo.

InvestmentNews · data · acitm · W...

**ICMA-RC Services, LLC - Advisers on the Move - InvestmentNews**

3. Merrill Lynch, Pierce, Fenner & Smith Incorporated, 139. 4. Wells Fargo Clearing Services, LLC (Formerly Wells Fargo Advisors, LLC), 115.

**RELATED SEARCHES**

*Handwritten annotations:*

Exh. 61
Exh. 52

← Wells Fargo is ICMA

**GlobeNewswire** · 2019/03/12 · Noa...

### Noah Rosen joins ICMA-RC's DCIO Sales Group - GlobeNewswire

Mar 12, 2019 · Earlier, he was a financial consultant with Morgan Stanley, ... a wholly- owned subsidiary of ICMA-RC, provides investment ....

**InvestmentNews** · data · actm · W...

### ICMA-RC Services, LLC - Advisers on the Move - InvestmentNews

2. Morgan Stanley, 185 ... Jose Guadalupe Perales, ICMA-RC Services, LLC, Mutual of America Life Insurance Company, —, 08-19- 2016.

**SmartAdvisor Match** · oklahoma

David Love | Financial Advisor - Icma Retirement Corporation | OK

Their career trajectory has included roles at Massmutual Life Insurance Company, Mmt Investors Services Inc, Morgan Stanley Smith Barney, ...

**Morgan Stanley** · blu ·bonds · PDF

Blue Bonds - Morgan Stanley

Sep 18, 2019 · International Capital Market Association (ICMA) — a ... that recipients should determine, in consultation with their own.

**Morgan Stanley** · advisor · team-00...

Team 0000989801 - Morgan Stanley |

---

*Handwritten annotations:*

{ Exh. 61
Exh. 53

← Blue Bonds is
MORGAN STANLEY 1$

~~████~~

ICMA



Exh.61
Exh.T1



Image: edition.channel5belize.com

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

Reference. www.relbanks.com/usa/wachovia-bank

Feedback

PEOPLE ALSO ASK

What bank took over Wachovia?                    ∨

What is the history of Wachovia Bank?            ∨

What time does Wachovia Bank Open?               ∨

How to access a Wachovia checking account?       ∨

Wachovia Is Now Wells Fargo - Wells Fargo

### Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...

https://**dealbook.nytimes.com**/.../03/wells-farg...

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in a $15.1 billion all-stock merger.. The announcement comes only four days after...

### Welcome to Audi Wichita | Audi Sales & Service in Kansas

https://www.**audi**wichita.com

Experience firsthand the exhilaration that comes with driving an impeccably designed Audi at Audi Wichita, where the sleek new models in our showroom are all designed with the utmost luxury in mind. Our expert staff will help guide you to th...

### Audi e-tron | The first purely electric SUV from Audi ...

https://**www.audiusa.com/models/audi**-e-tron

A new era of electric is here. Meet the Audi e-tron®, the only electric SUV built with Audi DNA. With ample space for everyday life, long-range capability and exhilarating performance with quattro® all-wheel drive, this is way more than ...

### Bank Owned Homes | REO proper Wells Fargo

https://**reo.wellsfargo.com**

Note: Employees and family members residing
with employees of Wells Fargo Bank, N.A., its


Exh. 61
Exh. T2



b ☰

wells fargo owns wachovia 🔍

**ALL**    IMAGES    VIDEOS    NEWS    SHOPPING

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of Wachovia Corporation by Wells Fargo was completed on December 31, 2008.

Wachovia Bank - Banks around the W...
www.relbanks.com/north-america/usa/wachovi...

Feedback

PEOPLE ALSO ASK

When did Wells Fargo take over Wachovia?   ∨

Is Wells Fargo a good bank to bank with?   ∨

When did Wachovia Bank change their name to Wells Fargo?   ∨

What did Wells Fargo do?   ∨

Wachovia Is Now Wells Fargo - Wells Fargo

Exh. 61
Exh. T4

## Wachovia Dealer Services Reviews and Complaints @ Pissed ...

https://**wachovia-dealer-services**.pissedconsu...

Wachovia's
Audi

My wife and I purchased an Audi A4 financed through WFS (Wachovia Dealer Services) and have always paid our monthly on time, never missed a payment. In April 2012, we decided trade in our Audi for a Volkswagen CC and of course...

## Audi Financial Services | Audi Australia

https://www.**audi**.com.au/au/web/en/financial-se...

We offer individually tailored finance solutions that suit your budget, your lifestyle and your new Audi. Because no-one understands Audi vehicles like we do. If you are an existing Audi Financial Services customer and have been affected by ...

## Top 8 Reviews of Wachovia Dealer Services

https://**mythreecents.com**/reviews/**wachovia-d**...

WESTMINSTER, MARYLAND -- In October of 2005, I purchased a 2006 Tiburon financed trough Wachovia dealer services. My husband co-signed for me. In May of 2008, I leave my job to find my car gone. I called the police to report that it was...

## Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...

https://**dealbook.nytimes.com**/.../03/wells    🔍

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in

 
Exh. 61
Exh. U1


Q  us bancorp sell rating reaffirmed at...  🎤  📷

---

 **Seeking Alpha**
https://seekingalpha.com › article                        ⋮

## U.S. Bancorp (USB) Morgan Stanley US Financials, Payments & CRE ...

Jun 11, 2024 — U.S. Bancorp (NYSE:USB) Morgan Stanley US Financials, Payments & CRE Conference June 11, 2024 10:15 AM ET. Company Participants.

---

 **longportapp.com**
https://longportapp.com › ... › News                      ⋮

## 1832 Asset Management L.P. Sells 39,728 Shares of U.S. Bancorp ...

Finally, Morgan Stanley reaffirmed an "equal weight" rating and set a $45.00 target price on shares of U.S. Bancorp in a report on Friday, June 21st. Thirteen ...

---

 **Tipranks**
https://www.tipranks.com › the-fly                        ⋮

## U.S. Bancorp price target raised to $54 from $47 at Morgan Stanley

Jul 30, 2024 — Morgan Stanley raised the firm's price target on U.S. Bancorp to $54 from $47 and keeps an Equal Weight rating on the shares.

Missing: ~~sell reaffirmed~~

---

 **CNN**
https://www.cnn.com › stocks › USB                        ⋮

## USB Stock Quote Price and Forecast

View U.S. Bancorp USB stock quote prices, financial information, real-time forecasts, and company news from CNN.

---

**Defense World**
https://www.defenseworld.net › u-...                      ⋮

---

 🏠         🔍          🔖
Home      Search      Saved

||| ◯ ‹

Exh. 61
Exh. U2

### Top Research Reports for Morgan Stanley, U.S. Ban corp ...
https://www.nasdaq.com/articles/top-research...

Jan 31, 2018 - (You can read the full research report on Morgan Stanley here >>>). Shares of U.S. Bancorp have underperformed the Zacks Major Banks industry over the last six months, gaining +8.4% vs +19.3% ...

### Morgan Stanley, U.S. Bancorp Beat Street Earnings ...
https://www.barrons.com/articles/morgan-stanl...

Jul 18, 2018 - Morgan Stanley and U.S. Bancorp are moving in opposite directions Wednesday after their earnings reports. We've detected you are on Internet Explorer. For the best Barrons.com experience, please ...

### U.S. Bancorp to Speak at the Morgan Stanley Financials ...
https://ih.advfn.com/stock-market/NYSE/us-ban...

USB US Bancorp U.S. Bancorp to Speak at the Morgan Stanley Financials Conference U.S. Bancorp (NYSE: USB) announced today that Andy Cecere, president and chief executive officer and Terry Dolan, vice chairman and chief financial...

### Morgan Stanley Bank, National Association Reviews and ...
https://www.bankrate.com/banks/morgan-sta...

Salt Lake City, UT-based Morgan Stanley Bank,



Exh. 61

Exh. VI

## US Bancorp to Buy Wachovia Trust, Custody Operations ...

https://www.plansponsor.com/us-bancorp-to-b...

May 11, 2007 · November 29, 2005
(PLANSPONSOR.com) - US Bancorp has
announced that US Bank, N.A. has entered an
agreement to purchase Wachovia Corporation's
corporate trust and institutional custody books ...

## How a big US bank laundered billions from Mexico's ...

https://www.theguardian.com/world/2011/apr/0...

Apr 02, 2011 · In March 2010, Wachovia settled the
biggest action brought under the US bank secrecy
act, through the US ...

Author: Ed Vulliamy

## U.S. Bancorp - Wikipedia

https://en.m.wikipedia.org/wiki/U.S._Bancorp

US BANCORP is
US BANK

U.S. Bancorp (stylized as us bancorp) is an
American bank holding company based in
Minneapolis, Minnesota, and incorporated in
Delaware. It is the parent company of U.S. Bank
National Association, which is the 5th largest ba...

Headquarters: US Bancorp Center, ...

Revenue: US$22.057 billion (2017).

Founded: September 9, 1968; 51 years ago

Number of employees: 74,000 (September

## The Long-Term Case for Wells Fargo and US Bancorp

Exh. 61
Exh. 41

## IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA,

                   Plaintiff,

vs.

MACK WELLS

                   Defendant.

                   CIVIL DIVISION
                   CASE NO. CA-01 2010-61928

_____/

## NOTICE OF PRODUCTION FROM NONPARTY

TO:    US BANK NA

YOU ARE NOTIFIED that, after **10 days** from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to  who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within **10 days**.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on *2/27/20*.

Other party or his/her attorney (if represented)

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

Other Non-Party-**VERONICA DIAZ**

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

_____
Signature of Party
s/Mack Wells-Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
BigBoss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

# IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA,

                    Plaintiff,

vs.

MACK WELLS

                    Defendant.

_____/

CIVIL DIVISION
CASE NO. CA-01 2010-61928

## SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY

THE STATE OF FLORIDA TO: <u>VERONICA DIAZ</u>

YOU **MUST** go to *{place}* Elks Lodge-Artium-5150 SW 2nd Ave. Miami FL on *{date}* 3/13/2020 at *{time}* 12p.m. and bring with you at that time and place the following:

*Any information and court officer specific documentation evidentiary correspondence, electronic data, agreements, files, contracts and records regarding personal, family, and trust controlled interests in Federally regulated US Bank, Deutsche AG, JP Morgan Chase, Bank of America and Wells Fargo/Wachovia involving loans, real estate housing and rental properties located within the jurisdiction of this Court. Included in the Subpoenaed Production of Documents are all political action committee names and contacts of Miami Dade County attorneys, law firms, title companies, realtors, closing agents, financial institutional investors and holding companies that are campaign contributors. Also required to be produced is all ex-parte correspondence records of you and your representative agents with Judges and court officers in this action involving the Defendants.*

These items will be inspected and may be copied at that time. You will not have to leave the original items.

You may obey this subpoena by providing readable copies of the items to be produced to the party or his/her attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena before the date indicated above, you do not have to appear in person.

**You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena.**

You can only be excused by the person whose name appears on this subpoena and, unless excused by that person of the Court, you shall respond as directed. **This part to be filled out by the court or filled in with information obtained from the court:**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**

_____

*{identify applicable court personnel by name, address, and telephone number}* **at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Dated: _____

CLERK OF THE CIRCUIT COURT (SEAL)

By: _____
      Deputy Clerk

I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a person who is not a party to this action directing that person to produce documents or things without deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received by the undersigned within 10 days of service of this notice, if service was by hand-delivery or appropriate facsimile transmission, and within 15 days if service was by mail or e-mail.

Dated: 2/26/20

_____
      s/Mack Wells-Plaintiff
    15020 S. River Drive Miami FL 33167
      786-859-9421
    BigBoss1043@yahoo.com

# NAVIENT

| Who We Are | Newsroom | Customers | Investors | Careers |

*(handwritten left margin):* Diaz- student -LOAN

*(handwritten right):* Exh.61 Exh.Z1

Investors

Corporate Governance

Shareholder Information

Asset-Backed Securities

Navient Student Loan Trusts

SLM Student Loan Trusts

SLC Student Loan Trusts

Collegiate Funding and Chase Education Loan Trusts

Earnest Loan Program

Navient Corporation Debt Offerings

Webcasts and Presentations

## Navient Student Loan Trust 2015-1

$343,600,000 Class A-1 Student Loan-Backed Notes
$629,700,000 Class A-2 Student Loan-Backed Notes
$26,700,000 Class B Student Loan-Backed Notes

Distribution Report

Distribution Factors

Current Rates

Prospectus

Historical Reports

**Date of Issue:** February 26, 2015

**Issue Amount** $1,000,000,000

**Securities Offered**

Class A-1 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.30%
CUSIP: 63939FAA8

Class A-2 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.60%
CUSIP: 63939FAB6

Class B Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 1.50%
CUSIP: 63939FAC4

**Servicer**
Navient Solutions, Inc.

**Eligible Lender Trustee**
Wells Fargo Bank, N.A.

**Indenture Trustee:**
Wells Fargo Bank, N.A.

**Administrator:**
Navient Solutions, Inc.

**Underwriters**
J.P. Morgan
RBC Capital Markets
Wells Fargo Securities — *(handwritten:)* Wells Fargo is US Bank
Barclays Capital, Inc.
Bank of America Merrill Lynch
Credit Suisse
Deutsche Bank Securities
Goldman, Sachs & Co.
RBS Securities

*(handwritten circled note:)* JP Morgan is Morgan Stanley which is US Bank

| About Us | For Investors | Terms of Use | Protecting Your Privacy | Social Media Policies | Accessibility | About Our Ads | Contact Us |

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2010
## FINANCIAL INTERESTS

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

3

PROCESSED

**FOR OFFICE USE ONLY:**

COMMISSION ON ETHICS
DATE RECEIVED
JUL 2 3 2011

ID Code

ID No   210380

Conf Code

P Req. Code

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date [Note Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3 ]

My net worth as of December 31, 20 10 was $ 4,089,000.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000 This category includes any of the following, if not held for investment purposes jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - DADE County | $ 2.5 mil |
| 2010 Range Rover | $ 55,000.00 |
| Bank Accounts, Pension, Brokerage Accs /Fidelity Ins | $ 400,000.00 |
| Mortgage | 300,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank America | 1,000,000.00 |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.C. Box 4622, Waterloo, IA | $ 100,000.00 |
| Chase Financial - P.O. Box 78007, Phoenix, AZ 85062 | $ 16,000.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- | |

CE Form 6 Effective January 1, 2011 Refer to Rule 34-8 002(1), FA C     **(Continued on reverse side)**     PAGE 1

## PART D – INCOME

Exh. 61 Exh. AA Pg 2

You may **EITHER** (1) file a complete copy of your 2010 federal income tax return, including all attachments, **OR** (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐ I elect to file a copy of my 2009 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME:

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | State Payroll | $140,610.00 |
| Judge of the 1st Judicial Circuit | 200 E Gains St. Tallahassee, Fl | |
| Interest Income | Mortgage | |
| | BANK | $15,000.00 |
| | Fidelity Accts | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | None | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF MIAMI - DADE

Sworn to (or affirmed) and subscribed before me this 15th day of

JUNE, 20 11 by Valerie Manno Schurr

_____
(Signature of Notary Public—State of Florida)

JESUS F. VICASMAT
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✗ OR Produced Identification ____

Type of Identification Produced _____

JESUS FELIPE VILAGMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

**FILING INSTRUCTIONS** for when and where to file this form are located at the top of page 3.
**INSTRUCTIONS** on who must file this form and how to fill it out begin on page 3.
**OTHER FORMS** you may need to file are described on page 6.

COMMISSION ON ETHICS
DATE RECEIVED
JUN 2 9 2011

## JUDICIAL QUALIFICATIONS COMMISSION FORM 6A
### Canon 6B(2), Code of Judicial Conduct

### GIFT DISCLOSURE

All judicial officers must file with the Commission on Ethics on or before July 1 of each calendar year on the form set forth below a list of all gifts received during the previous calendar year of a value in excess of $100.00, as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

NAME: _Valerie Manno Schurr_  TELEPHONE: _305-349-7029_

ADDRESS: _73 West Flagler Street, Room 1105, Miami, FL 33130_

POSITION HELD: _Circuit Judge_

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Source | Value |
|---|---|
| None | |
| | |
| | |
| | ~~PROCESSED~~ |
| | |

I certify that the foregoing list is complete, true and correct.

_(signature)_
**JUDGE**

### OATH

STATE OF FLORIDA
COUNTY OF _MIAMI-DADE_

Sworn to (or affirmed) and subscribed before me this _15TH_ day of _JUNE_, 20_11_ by _VALERIE MANNO SCHURR_ (name of person making statement).

**(NOTARY SEAL)**

_(signature)_
**(Signature of Notary Public-State of Florida)**

JESUS FELIPE VILAOMAT
MY COMMISSION # DD 975140
EXPIRES: July 26, 2014
Bonded Thru Budget Notary Services

_JESUS F. VILAOMAT_
**(Name of Notary Public-Typed, Printed or Stamped)**

Personally Known ___X___ OR Produced Identification _____
Type of Identification
Produced _____

(*ORIGINAL* OF THIS FORM FILED WITH COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

04/11



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS
Vs.
MACK WELLS
DEFENDANT

CASE# 10-61928 CA 01

## MOTION FOR JUDGE TO RECUSE HIMSELF FROM
## AND TO VACATE FORECLOSURE
## ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge John Schlesinger must
Recuse himself for an open obvious Conflict of Interest because he's doing business
with US Bank and helping them to make money so that he can make money by
foreclosing and taking our property while acting as the Judge to take the property
not on his Merits but for to make him and them money Illegally. Here's proof , US
BANK is US BANCORP, Exhibit, A. And US BANCORP is Morgan Stanley, Exhibit, B.
And B2 which is a Business Judge John Schlesinger is dong business Morgan Stanley
as seen in his FORM 6 page, 3. line, 3. From Tallahassee called FULL AND PUBLIC
DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest He's
worth 5.8 Million with Zero debt. Schlesinger has done business with MERS as seen
on the public record Exhibit, F. Who is the entity that is the entity who assigned our
Mortgage to US BANK, Exhibit, G. Who he has ruled in favor of. That is a Conflict of
Interest as I said Judge Schlesinger is also doing business with Morgan Stanley,
Exhibit, B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is
apart of Chase Manhattan Bank that Judge Schlesinger was doing business with and
got his property from, Exhibit, E. Judge Schlesinger is doing business with all of the
entities that he's Judging on against us and there's more. I have found that our case
was directed to him in this Pool, So he must recuse himself and vacate his Order,
Exhibit, G.

MACK WELLS
PRO-SE 15020 S.
RIVER DR. MIAMI
FL. 33167 #786-859-9421

# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

**2016**

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

FLORIDA
COMMISSION ON ETHICS

JUL 03 2017

RECEIVED

PROCESSED

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER  JOHN  CHARLES

MAILING ADDRESS:
73 WEST FLAGLER STREET

ROOM 1202

| CITY : | ZIP : | COUNTY : |
|--------|-------|----------|
| MIAMI | FL | 33130 |

NAME OF AGENCY :
STATE OF FLORIDA -- 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___June 20,_____ , 20 _17___ was $ _28,834,751.25_____.

---

### PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00 _____

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|------|------|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

---

### PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|------|------|
| NONE -0- | -0- |
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|------|------|
| NONE | -0- |
| | |
| | |

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2017 |
|---|---|---|
| | OF FINANCIAL INTERESTS | |

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

200123

# PROCESSED

FLORIDA
COMMISSION ON ETHIC.

AUG 01 2018

RECEIVED

LAST NAME — FIRST NAME — MIDDLE NAME:
SCHLESINGER  JOHN  CHARLES

MAILING ADDRESS:
1351 NW 12 STREET #415

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| MIAMI | 33125 | MIAMI-DADE |

NAME OF AGENCY :
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of  July 1 , 20 18  was $ $29,881,734.10 .

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 500,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd, Deep gap, NC | $800,000.00 |
| 323 Tollgate Shores Dr, Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                           CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT


## MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM CASE #10-61928 AND TO VACATE FORECLOSURE ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

~~Comes now MACK WELLS acting Pro-Se here states~~ Judge Miguel M. De La O, says that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with CITI BANK because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Miguel M. De La O is dong business with CITI BANK as seen in his FORM 6 page 4 line 11, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G. So De La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

                                                    *Mack Wells*
                                                    MACK WELLS
                                                    15020 S. RIVER DR.
                                                    MIAMI FL 33167

# CONFIDENTIAL

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2017 |
|---|---|---|

**Please print or type your name, mailing address, agency name, and position below:**

LAST NAME — FIRST NAME — MIDDLE NAME:
de la O      Miguel      Manuel

MAILING ADDRESS:
73 West Flagler Street, Room 1407

CITY:              ZIP:              COUNTY:
Miami              33130            Miami-Dade

NAME OF AGENCY:

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge -- 11th Judicial Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FOR OFFICE USE ONLY:**

246171

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

MAY 0 4 2018

**RECEIVED**

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___, 20 _17_ was $ _3,251,482.55_.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _____$100,000.00_____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| AmeriTrade (Simple IRA) | $500,000.00 |
| Commercial Holdings LLC | $231,009.23 |
| AmeriTrade (trading account) | $11,046,14 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
    [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $147,571.98 |
| FIU College of Law | | $3000.01 |
| Commercial Holdings | | $15,000.00 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this __30__ day of
__April__, 20 19 by Sara Kate Mas

_____
(Signature of Notary Public--State of Florida)

Sara Kate Mas
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__ OR Produced Identification _____

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____      _____
           Signature                                         Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $9,821.73 |
| AmeriTrade (401K rollover) | $131,029.83 |
| Fidelity Balanced Mutual Fund | $33,570.10 |
| MBNA America Investment | $5,062.63 |
| Citibank Checking Account | $32,381.17 |
| Discover Savings Accounts | $72,117.86 |
| 2007 Toyota Camry Hybrid | $3,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |
| | |

CONFIDENTIAL

PROCESSED

COMMISSION ON ETHICS

MAY 04 2018

RECEIVED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: **Miguel M. de la O** Work Address: **73 W. Flagler St, Room 1407, Miami, FL 33130**

Work Telephone: **305-349-7078** Judicial Office Held: **Circuit Judge**

1. Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 5-8-2017 | FAWL Installation | Cole Scott & Kissane | $130 |
| 7-25-2017 | Judicial Luncheon | CABA | $105 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | $125 |
| 12-9-2017 | Installation Gala | ABOTA | $300 |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
| 4/3-7/2017 | Nat. Computer Forensics Seminar, Hoover | Al., U.S. Government |
| 5/22-24/2017 | AJS Conference, Naples, Fl. $534.20 | State of Florida |
| 6/23/2017 | JEAC Mtg., Boca Raton, $57.38 | State of Florida |
| 7/21-24/2017 | Circuit Judges Conf., Orlando $1019.19 | State of Florida |

☐ Check here if continued on separate sheet

**OATH**
State of Florida
County of **Miami-Dade**

I, **Miguel M. de la O**, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

Sara Kate Mas
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this

**30** day of **April**, 20 **18**

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

3/18 (As prescribed in Canon 6).



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE THOMAS REBULL TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST AND VACATE HIS ORDER TO RESCHEDULE SALE 15020 S. RIVER DR. MIAMI FL. 33167

Comes now MACK WELLS acting Pro-Se here states Judge THOMAS REBULL, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial Interests is a Bank he's doing Business with, because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money Illegally. Here's proof, Judge THOMAS REBULL is dong business with NATIONS STAR BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. NATIONS STAR BANK is MORGAN STANLEY EXH. B, and and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

Mack Wells
MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

# CONFIDENTIAL

Exh. 61
Exh. BB5 pg. 1

| **FORM 6** | **FULL AND PUBLIC DISCLOSURE** | **2017** |
|---|---|---|
| | **OF FINANCIAL INTERESTS** | |

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY:**

240127

LAST NAME — FIRST NAME — MIDDLE NAME:
REBULL, THOMAS JULIAN

MAILING ADDRESS:
73 West Flagler Street

Room 800

CITY: Miami   ZIP: 33130   COUNTY: Miami Dade

NAME OF AGENCY:
Eleventh Judicial Circuit State of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**FLORIDA**
**COMMISSION ON ETHICS**

JUL 02 2018

**RECEIVED**
**PROCESSED**

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of __December 31__, 20 _17_ was $ _559,900.61_.

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _35,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| ▬▬▬▬▬▬ | $700,000.00 |
| Charles Schwab IRA | $ 10,897.75 |
| ABA Retirement | $ 146,441.20 |
| CITI IRA | $ 1,611.36 |
| Northwest Mutual Life Insurance | 46,332.68 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Nationstar Mortgage, 350 Highland Dr., Lewisville, TX | 380,382.38 |
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.
(Continued on reverse side)
PAGE 1

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
     [If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | 160,688.00 |
| University of Miami | Coral Gables, FL | 8,700.00 |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto are true, accurate and complete.

_(signature)_
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me this _28_ day of _June_, 20_18_ by _Thomas Rebull_

_(signature)_
(Signature of Notary Public--State of Florida)

_Sara Kate Mas_
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn.

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____
Signature

_____
Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

# CONFIDENTIAL

FLORIDA
COMMISSION ON ETHICS

JUL 02 2018

RECEIVED

PROCESSED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Thomas J. Rebull          Work Address: 73 West Flagler St., S-800, Miami, FL 33130

Work Telephone: 305-349-6237          Judicial Office Held: Circuit Judge

1.     Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 05-08-2017 | FAWL Installation | Cole Scott & Kissane | $130.00 |
| 07-25-2017 | Judicial Luncheon | CABA | 105.00 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | 125.00 |
| 12-07-2017 | MD FAWL Judicial Recp | MD FAWL | 100.00 |
| 12-09-2017 | Installation Gala | ABOTA | 300.00 |

□ Check here if continued on separate sheet

2.     Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 08/23/17 | Presenter in D.C. NACM & IACA | National Center for State Courts |
|  |  |  |
|  |  |  |

□ Check here if continued on separate sheet

## OATH

State of Florida
County of MIAMI-DADE

I, Thomas J. Rebull, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____
Sworn to and subscribed before me this

2 9 day of June, 20 1 7.

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 203550
My Comm. Expires Feb 25, 2019
Bonded through National Notary Assn

3/18 (As prescribed in Canon 6).

# Affidavit          **Exh.61**

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT
FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM
OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL
ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF
JUDGE VERONICA DIAZ.

SIGNED _Mack L. Wells_

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

_Judytte Joseph_ _____ NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR.
WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA
DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

3

ORDER

**Exhibit 62**
**Exh.CC**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

               CASE NO.    2007-12407-CA
vs.              DIVISION    32

                                           SPACE FOR RECORDING ONLY F.S. 145.528

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
      Defendant(s).

_____/

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

    THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

    ORDERED AND ADJUDGED as follows:

    1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

    2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

    3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502





4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012143 – M010502
GMAC-CONV—ahven

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE



U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT
## BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60,
Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum
regarding the_Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on
the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered
conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit
0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC
Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*__Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V.
Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify
himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is
party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*

Judge Vivianne Del Rio must Recuse herself for an open obvious Conflict of Interest because she's doing
business with US Bank and helping them to make money so that she can make money by foreclosing and

taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: **In her Form 6 Affidavit Oath from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:**

2. form 6 for 2019 on line 2., Exh. 0. **She got $750,215.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S. Bank, Exh. 2.**

3. form 6 for 2019' **Exh. (0). On line 3 she got,** $15,403.00 and **on line 4 she got $5,691.** doing business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19. **And** U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

And on her 2020 Form 6 Full and Public Disclosure of Financial Interest **In 2020** on line 2, Exh. 0. **Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S. Bank, Exh. 2.**

3. **Exh. (0). On line 3 she got,** $15,403.00 and **on line 4 she got $5,691.** doing business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19. **And** U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

4. Exh. (0). **And on line 4 she has $44,000 with E-Trade Which is Morgan Stanley Exh.3,** and Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and Page 2. which is U.S. Bancorp, (Exh.4, 19). **And** U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

CONFIDENTIAL

Exhibit 62    Exhibit 0

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY |

LAST NAME -- FIRST NAME -- MIDDLE NAME

del Rio , Vivianne

MAILING ADDRESS:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CITY:                          ZIP:          COUNTY:

▮▮▮▮▮▮▮▮▮▮

NAME OF AGENCY    11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT    Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

FLORIDA
COMMISSION ON ETHICS
JUL 0 6 2021
RECEIVED

47187

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. (Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.)

My net worth as of __December 31__, 20__20__ was $ __1,667,544__

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This lump sum includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence ▮▮▮▮▮▮▮▮▮▮ | 1,075,000 |
| FRS Retirement Account | 943,141 |
| AIG Deferred Compensation Account | 15,403 |
| E*Trade Individual Brokerage Account | 44,000 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.                CONTINUED ON REVERSE SIDE                PAGE 1



Exhibit 62   **Exhibit 1**

frs retirement is the SBA

All    News    Shopping    Images    Videos    Maps

The Florida Retirement System (FRS) Pension Plan, also known as the Defined Benefit Plan, is one of the largest public retirement plans in the U.S. and **comprises roughly three-quarters of total assets under State Board of Administration (SBA) management.**

https://www.sbafla.com › fsb › FRS...

FRS Pension Plan - Florida State Board of Administration

About featured snippets    Feedback

## People also ask

What type of retirement plan is FRS?

Who owns Florida Retirement System?

Is FRS the same as 401k?

What does FRS stand for in Social Security?

Feedback

AA    Q frs retirement is tl

Exhibit 62    Exhibit 2


Key benefits: Loan amounts up to $5 million.
**Additional $2 million direct funding by U.S.
Bank (SBA 7 (a) Pari Passu loan)** Terms up to
25 years.

https://www.usbank.com › sba-loans                        ⋮

Small Business Administration (SBA) Loans -
US Bank

⊙ About featured snippets        🚩 Feedback

## People also ask                                        ⋮

Where does SBA get its funding?                           ⌄

What bank does the SBA use?                               ⌄

Who is responsible for SBA loans?                         ⌄

Does the SBA work with banks?                             ⌄

                                            Feedback

https://www.usbank.com › financial q                      ⋮

How to get a small business loan | U.S. Bank

To be considered for an SBA loan, you need to apply for a
conventional loan under SBA guidelines with one of the
organization's banking partners. The SBA ...

https://www.usbank.com › business ...                     ⋮

Business Loans - US Bank

Whether you need a quick loan, term loan, SBA express loan or

🔒 Q the sba is financed by us bank

9:46 

  Morgan Stanley   🔍 



WEALTH MANAGEMENT  |  SERVICE

# E*TRADE is now E*TRADE from Morgan Stanley

Together, we deliver an even more comprehensive suite of investing, trading, digital cash management and investment advisory services to a wider range of clients.

SHARE THIS



   

## Lots of choices, however you want to invest

E*TRADE offers a variety of solutions for all

   

Exh. 62
Exh. 4

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., PBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

🔒 usbank.com   ⟳

**usbank**     About us

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

**Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency**

For U.S. Bank:

🏠 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

Exh. 62
Exh. 5B


WIKIPEDIA
The Free Encyclopedia

🔍  ∞  Create account  Log in  ⋯

☰ U.S. Bancorp 　　　　　 🗛 20 languages ∨

Article　Talk 　　　　　　 Read　Edit　View history　Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863



U.S. Bancorp

**usbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB⧉<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center,<br>Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere<br>(Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Talech<br>Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |



**Your industry. One source?**

ANNUITY NEWS
(HTTPS://INSURANCENEWSNET.COM/TOPICS/AN
NEWS-ARTICLES)

① September 3, 2021    Annuity News



# J.P. Morgan Partners With AIG On SmartRetirem ent Plus Income Option

By Press Release
(https://insurancenewsnet.com/author/pres
release)

J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers.

Exhibit 62    Exhibit 7

https://www.sec.gov

# <DOCUMENT> <TYPE>N-CSRS <SEQUENCE>1 <FILENAME ...

2,500,000 2,507,272 JPMorgan Chase Bank NA FRS 0.44% due 06/07/2016 .. an indirect wholly-owned subsidiary of American International Group, Inc. ("AIG").

Get the answer you're looking for added to the web

Your question will be shared with online publishers who may be able to answer it. When shared, it won't be associated with your Google Account.

What's your question?

*Make sure you don't include any private info*

Learn more

## Related searches

🔍   J.P. Chase Morgan

🔍   JPMorgan Chase stock

Ad · https://www.aig.com/

AIG® Official Site - Global Insurance

🔍 jo morgan owns aig and frs

4:10

insurancenewsnet.com          Exhibit 62    Exhibit 8

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Sep 9, 2021 — J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers.

Missing: ~~owns frs~~

 https://www.insurancejournal.com          ⋮

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG." Baxter said ...

Missing: frs | Must include: frs

 https://www.federalreserve.gov  .. ›pr    ⋮

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase & ... owned by AIG and its indirect subsidiary, American.

## People also ask          ⋮

Does JP Morgan have IRA?          ⌄

Who does JP Morgan use for 401k?          ⌄

Q jp morgan owns aig and frs

Exhibit 62
Exhibit 9

 https://www.insurancejournal.com · ...

# Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group Inc. and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG," Baxter said ...

Missing: frs | Must include: frs

 https://www.federalreserve.gov · ...   PDF

# FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase &      owned by AIG and



Insights by J.P. Morgan

Exhibit 62    Exhibit 10

View

J.P.Morgan
ASSET MANAGEMENT

 Q ≡



09/09/2021

J.P. Morgan Helps 401k
Participants in Retirement
with SmartRetirement Plus,
Incorporating a Protected
Lifetime Income Solution
from AIG Life & Retirement

"New solution to leverage J.P.
Morgan insights into U.S.

AA  🔒 am.jpmorgan.com  ↻

‹       

insurancenewsnet.com

Exhibit 62    Exhibit 11

## J.P. Morgan Partners With AIG On SmartRetirement Plus Income Option

Sep 9, 2021 — J.P. Morgan Asset Management today announced plans to launch SmartRetirement Plus, a unique retirement income solution for American workers.

Missing: ~~owns frs~~

 https://www.insurancejournal.com

## Goldman, JPMorgan CEOs Pursued Private Rescue for AIG

Oct 1, 2014 — The heads of Goldman Sachs Group Inc and JPMorgan Chase & Co. told ... and then formulating our own proposal to lend to AIG," Baxter said ...

Missing: ~~fre~~ | Must include: frs

 https://www.federalreserve.gov   , PDF

## FRS--Monthly Report on Credit and Liquidity Programs and the ...

American International Group (AIG). ... In March 2008, the FRBNY and JPMorgan Chase & ... owned by AIG and its indirect subsidiary, American.

### People also ask

AA  Q jo morgan owns aig

         

🔺 https://money.cnn.com . ····· ⋮

# AIG, once on death's door, is doing deals again - CNN Business

.ɔˉ 2ꝯ 2Cˉꝯ ‒ But AIG has clawed its way back from the depths of financial . Earlier that year, JPMorgan Chase "rescued" failing Bear Stearns too.

Missing: frs | Must include: frs

🔻 http://mediamac.com.sg ·····

# aercap ireland limited annual report - MediaMac Pte Ltd

AerCap Ireland Limited is indirectly owned 100% by AerCap Holdings N.V. ... of 100 percent of ILFC's common shares from AIG (the "AerCap Transaction").

https://ypfsresourcelibrary.blob.core.windows.net ...

# Page 1 of 15 - NET

FRBNY Press Release. Statement on Financing Arrangement of JPMorgan Chase's ... Stated in summary that "AIG is under increasing capital and liquidity ....

🔲 https://lensa.com ·····

# Business Analyst Lead (Project Execution) job in Jersey City at ...

JPMorgan Chase and Co is currently looking for Business Analyst Lead (Project . . strategy by considering their application in own job and the.

⁜ Q jp morgan owns aig and frs

Exh.62 Exh.13

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE
And MACK WELLS
 Plaintiff

CASE NO: 2010-61928-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005 AHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES
Defendants,

## MOTION TO DISMISS

Comes now MAURICE SYMONETTE and MACK WELLS with motion to Reconsider Asking
that all of Judge Valerie Manno Schurr's Orders be Vacated from 2007 until now which is
MAURICE SYMONETTE's Quiet Title Lawsuit. Because she Recused herself. Rule 1.540 (b)
says (2) Newly discovered Evidence (3) Fraud and Misconduct (4) Judgment Order is void; (5)
Prior Judgment (Judge Zabel's prime Judgment was Dismissal with Prejudice which must be
upheld). On motion and upon such terms as are just, the court may relive a party or a party's
legal representative from a final Judgement, decree, order, or proceeding for the following
reasons:

2. Newly discovered evidence (we discovered her Form 6 Full and Public Disclosure of
   Financial Interest and the Partnerships and ownerships of the Banks involved to work
   the Conspiracy by giving Judge Valerie Manno Schurr gifts of Monies to take the
   property from the Homeowners which by due diligence could not have been discovered
   in time to move for a new trial or rehearing; because we just got the records from the
   State showing that in 2008 on the Docket Mack Wells finally put in a Motion to Dismiss
   with Prejudice because Lawyers wouldn't follow the Judges Orders to bring in the Note
   Exh. (C) we also saw that Judge Zabel did a Dismissal with Prejudice in 2008 and three
   witnesses with Affidavits have sworn to have seen this and it was on the record with
   Judge Zabel's signature that we typed up saying the case is dismissed with Prejudice
   04/07/2009 as indicated on the Docket of which I now have the Red stamp Certified
   Copy of the Docket see Exh. (C) line number (10) and we now found
3. Fraud and Misconduct using Horrible Conflict of Interest in violation of Fl. Rules 2.160
   That in 2008 Judge Valerie Manno Schurr received $995,000 on her Form 6 Full
   Public Disclosure of Financial Interest $91,000 from GMAC and $129,000 from Well
   Fargo That's Partners with GMAC and U.S. Bank Exh.(DD) on her Form 6 Full and
   Public Disclosure Of Financial Interest line number (5,6, and 7) B.

4. Judgment Order is Void because in 2010 on the Docket Judge Valerie Manno Schurr whom we have never seen put

5. (Changing Prior Judgment) in the same Dismissal with Prejudice with our typing but with her name and signature and the Judge that Dismissed the Case with Prejudice Exh. (F3) as seen on the Docket line (11) this was done because the Law says that no Judge of the same Circuit Court can change the Order of the Judge in the same Circuit Court so she made her own order that did not Change Judge Zabels Order exactly one year after Judge Zabels same Dismissal with Prejudice hoping we would not check this, so that she can then therefore only her Order and get paid to change her own Order so that it wouldn't be Criminal. This was done to Save Judge Zabel, the Lawyers and U.S. Bank/GMAC BANK from being caught and the Conspiracy to steal the property concerning Judge Zabel doing a Judgement against Homeowners without an actual Complaint or Certified Copies of the Note, Allonge, Mortgage and Assignment or as Florida Statues states: No Judgments should be rendered until after the Original Copy of the Note Allonge, Mortgage and Assignment and other Docs on the record yet they did that while the Homeowners where making payments to Axiom Bank on time this is a Felony and a Conspiracy. Because at the time during Judge Valerie Manno Schurr Dismissal with Prejudice Judge Valerie Schurr received from Wachovia, Bank of America $650,000 line (9) as seen on her form 6 Full and Public Disclosure of Financial Interest those Banks are Partners with U.S. Bank and GMAC see Exhbs (EE) and she received $128,000 from Wells Fargo and $410.000 from GMAC the Fake Servicer of the Homeowner's Note.

Then without notice to the Homeowners knowing that because we knew the case was Dismissed with Prejudice and that we would no longer check on Court Records to find out that Judge Valerie Manno Schurr had a private secret Ex Parte Hearing with U.S. Bank's Lawyers and changed her ( Judge Valerie Manno Schurr's) Order which illegally and effectively changed Judge Zabel's Order from Dismissal with Prejudice to Dismissal without Prejudice to give see Docket Case number 07-12407-CA-01 line (14) of the Docket and Exh.(F and F2) 08/25/2010 U.S. Bank the right to file another Foreclosure Lawsuit against the Homeowners all without their knowledge as seen on a 2010 61928-CA-01 prosecuting the same case that was Dismissed with Prejudice of which we found out by mistake that there was another Foreclosure Suit against the property. And after 2010 Judge Valerie Manno Schurr did this she suddenly has $1,000,000 from City National Bank, Wachovia, Bank Of America which are all Business Partners of U.S Bank and GMAC Bank see Exh.(FF) line (7) she indicates another $400,000 from GMAC the Fake Servicer of the loan and part of the Conspiracy to steal the property and get out of trouble from Federal S.E.C Fraud and crimes against the Court and the property owner to hide the MERS Fraud of lying about selling Notes on the Market as proven by the Cusipone Expert's Affidavit showing that U.S. Bank National Association As Trustee never had any ownership of the Leroy Williams Mortgage because Axiom Bank sold the Note to Fidelity Strategic Fund which is on the Market until today, Exh.(A) and when you do the SEC Edgar Search under US Bank National Association as Trustee there is no Axiom Note in their Pool of Notes Exh. (ZC and J). Judge Valerie Manno Schurr admits to these crimes by Recusing herself from Maurice Symonette's case who asked her to Recuse for Crimes misconduct and Conflicts of Interest see Exh. ( ). According to **Rule 1.540 (b) (c) (d) (e)**

1. That the judgment, or order has a prior judgment of Dismissal with Prejudice on the Docket of Case Number 07-12407-CA-07 line (10 and 11) and that Judgment of Dismissal with Prejudice must be returned to Dismissal with Prejudice and void and or strike the 2007-12407-CA-01 and 2010-61928-CA-01 case because Judge Valerie Manno Schurr recused herself because I brought this to her attention that she did this Crime and Scheme. this title must be cleared and also because she did not default them when it took them 6 months to answer my Lawsuit that must be Defaulted but wasn't Defaulted because Judge Valerie Manno Schurr helped them because City National Bank gave her $400,000 which is business partners with U.S. Bank, GMAC, Royal Bank of Canada, Wachovia and Wells Fargo are all Business Partners and one big happy Family this is a Horrible Conspiracy and Conflict of Interest to steal Property from helpless Black People this is Racism and Descrimination in the utmost so therefore we demand that this case be Reconsidered from the beginning of this case until today this case must be Defaulted and Returned to Dismissed with Prejudice

MAURICE SYMONETTE
15020 S. River Dr.
Miami Fl. 33167

Exh. 62 Exh-16

# FORM 6   FULL AND PUBLIC DISCLOSURE
# OF FINANCIAL INTERESTS

**2020**

| | | FOR OFFICE USE ONLY: |
|---|---|---|

********AUTO**ALL FOR AADC 331 T3 P1 98 337

HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSESTE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

FLORIDA
COMMISSION ON ETHICS
JUN 25 2021
RECEIVED
*PROCESSED*

ID CODE
ID NO.          47078
CONF. CODE
Cohen, Samantha Ruiz



CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___March 31,___ 20 _21_ was $ _2,693,148.72_ .

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **195,000.00**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement - | $ 221,156.57 |
| Wells Fargo Savings - | $ 162,130.03 |
| Wells Fargo Checking - | $ 32,695.84 |
| Invesco (In name of Spouse) - | $ 733,633.19 |
| 401K Santaella 401 (Empower) (In name of Spouse) | $ 128,620.49 |
| Alliance Bernstein (In name of Spouse) | $ 526,747.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage P.O. Box 660278 Dallas, TX 75266 - | $ 896,316.65 |
| BMW Financial Services P.O. Box 3608 Dublin, Ohio 43016-0306 | $ 10,152.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exh.62 Exh.17

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐     I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
      [If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 East Gaines Street — Tallahassee, FL 32499 | $157,233.29 |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person–see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Not Applicable | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_Samantha Ruiz Cohen_
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me by means of
☒ physical presence or ☐ online notarization, this 24 day of
June, 20 21 by Samantha Cohen.

_(signature)_
(Signature of Notary Public–State of Florida)

Alfonso Escorcia
(Print, Type, or Stamp Commissioned Name of Notary Public)

ALFONSO JOSE ESCORCIA JR
Notary Public · State of Florida
Commission # HH 026124
My Comm. Expires Sep 22, 2024
Bonded through National Notary Assn.

Personally Known _____ OR  Produced Identification ✓

Type of Identification Produced  FL DL

---

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____       _____
Signature                                           Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

11:01



Image: edition.channel5belize.com

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest **bank** holding company in the US based on total assets.

Reference: www.relbanks.com/usa/wachovia-bank

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia Is Now Wells Fargo - Wells Fargo

Exh. 62
Exh. 18

GURUFOCUS

Exh. 62
Exh. 20

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25 2021    6 min read

**In this article:**

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, ) is U.S. Bank

Exh. D2

Constellation Brands Inc during the 3-months # 3 ended 2021Q3, according to the most recent

**Business**

Exhibit 62    Exhibit 21

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences



Exh. 62 Exh. 22

Filed with COE: 04/11/2022

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 210,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Home-Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.00 |
| wells fargo checking (Payret Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.08 |
| Invesco Retirement (In name of spouse) | $ 744,636.20 |
| Luks retirement (In name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Wells Fargo Mortgage | po box 660278 Dallas, Tx 75266 | $ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

Exhibit 62    Exhibit 23

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Samantha Ruiz Cohen

U S Bank (na)

Plaintiff(s)

v s.

Williams, Leroy

Defendant(s)

## ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION

This matter came before the undersigned Judge upon the **MOTION FOR JUDICIAL DISQUALIFICATION** filed by John Westley on May 3, 2021.

The Motion is **DENIED** as legally insufficient.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 12th day of May, 2021.

2010-061928-CA-01 05-12-2021 2:42 PM
Hon. Samantha Ruiz Cohen

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on THIS MOTION

CLERK TO RECLOSE CASE IF POST JUDGMENT

**Electronically Served:**
Altamese Phemelus, yvaldes@miamidade.gov

Case No: 2010-061928-CA-01

Page 1 of 1

Exhibit 62    Exhibit 24

Daniel Hurtes. DHurtes @ BlankRome.com

Daniel Hurtes. BRFLEservice @ BlankRome.com

Giuseppe Salvatore Cataudella. FLeFileTeam @ brockandscott.com

Giuseppe Salvatore Cataudella. FL.CourtDocs @ brockandscott.com

Giuseppe Salvatore Cataudella. CourtXpress @ firmsolutions.us

Harve Humpsy, Courts @ Journalist.com

JOHN WESTLEY. TheWomb @ USA.com

Jennifer L. Warren. jwarren @ northmiamifl.gov

Jennifer L. Warren. cityattorney @ northmiamifl.gov

Jessica J Fagen. lawfirmFL @ rsich.com

Jessica J Fagen. jfagen @ rsich.com

Jessica J Fagen. abeflservice @ abelegal.com

Jimmy Keenan Edwards. FLeFileTeam @ brockandscott.com

Jimmy Keenan Edwards. FI CourtDocs @ brockandscott.com

Jimmy Keenan Edwards. CourtXpress @ firmsolutions.us

John Westley Mr.. WombIV @ gmail.com

Jonathan S Wilinsky. FI eFileTeam @ brockandscott.com

Jonathan S Wilinsky. CourtXpress @ firmsolutions.us

Jonathan S Wilinsky. FI CourtDocs @ brockandscott.com

Julie Anthousis. FLeFileTeam @ brockandscott.com

Julie Anthousis. FL.CourtDocs @ brockandscott.com

Julie Anthousis. CourtXpress @ firmsolutions.us

Kara Leah Fredrickson. FLeFileTeam @ brockandscott.com

Kara Leah Fredrickson. FL.CourtDocs @ brockandscott.com

Kara Leah Fredrickson. CourtXpress @ firmsolutions.us

Laura Ashley Jackson. FLeFileTeam @ brockandscott.com

Laura Ashley Jackson. CourtXpress @ firmsolutions.us

Laura Ashley Jackson. FL.CourtDocs @ brockandscott.com

Stephen Christopher Wilson. sewilson862007 @ yahoo.com

Stephen Christopher Wilson. sewilson862007 @ yahoo.com

Tania Bartolini. tania @ salaslawfirmpa.com

Tania Bartolini. jp @ salaslawfirmpa.com

Tania Bartolini. dianne @ salaslawfirmpa.com

William Henry Stafford III. william.stafford @ myfloridalegal.com

William Henry Stafford III. Breanna.Rutledge @ myfloridalegal.com

Willnae Lacroix. FLeFileTeam @ brockandscott.com

Willnae Lacroix. FL.CourtDocs @ brockandscott.com

Willnae Lacroix. courtxpress @ FirmSolutions.us

Exhibit 62    Exhibit 25

maurice symonette. BigBOSS @ Clerk.com
maurice symonette. BIGBOSS1943 @ yahoo.com
maurice symonette. boss1 @ clerk.com

Physically Served:

Exhibit 62    Exhibit 26

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

2018

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME
de la O, Miguel Manuel

MAILING ADDRESS
1351 NW 12th Street

Room 413

| CITY | ZIP | COUNTY |
|---|---|---|
| Miami | 33125 | Miami-Dade |

NAME OF AGENCY

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Circuit Judge -- 11th Judicial Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

FOR OFFICE USE ONLY

PROCESSED

FLORIDA
COMMISSION ON ETHICS

AUG 1 9 2018

RECEIVED

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31 , 20 18 , was $ 3,419,151.11

---

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ 100,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home residence | $2,000,000.00 |
| Ameritrade (Simple IRA) | $375,000.00 |
| Commercial Holdings LLC | $500,000.00 |
| Ameritrade (trading account) | $12,412.98 |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Credit Line ($300,000.00 secured by residence) | -0- |
| N/A | |
| N/A | |
| N/A | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

CE FORM 6 - Effective January 1, 2018
(Continued on reverse side)
Incorporated by reference in Rule 34-8.202, F.A.C.

# PART D – INCOME

**PRIMARY SOURCES OF INCOME**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $161,000.00 |
| FIU College of Law | | $3,000.00 |

**SECONDARY SOURCES OF INCOME**

| PRIMARY SOURCE OF BUSINESS | NAME OF BUSINESS ENTITY OF WHICH SOURCE OF INCOME | ADDRESS OF SOURCE OF INCOME | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Commercial Holdings | Primary Source | | $50,000.00 |
| N/A | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | N/A | N/A |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to Section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

## OATH

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this ___3rd___ day of July, 20 19, by Miguel H. de la O.

Signature of Reporting Official or Candidate

Ligia Hunguia
Print Type of Notary Commissioned Name

Personally Known  X

Type of Identification Produced _____

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

Exhibit 62    Exhibit 28

## PART B – ASSETS

| DESCRIPTION OF ASSET | VALUE OF ASSET |
| --- | --- |
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Papino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $10,457.56 |
| AmeriTrade (401K rollover) | $120,009.16 |
| Fidelity Balanced Mutual Fund | $29,212.91 |
| MBNA America Investment | $5,052.63 |
| Citibank Checking Account | $20,063.15 |
| Discover Savings Accounts | $111,432.71 |
| 2007 Toyota Camry Hybrid | $2,000.00 |
| 2013 Hyundai Sonata Hybrid | $9,000.00 |

Exhibit 62   Exhibit 29

CONFIDENTIAL PROCESS

# Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

FLORIDA
COMMISSION ON ETHICS

AUG 1 9 2019

RECEIVED

All judges must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h). Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: Miguel M. de la O \_\_\_ \_\_\_\_ _____ Work Telephone: 305-548-5734

Work Address: 1351 NW 12 St , Miami, 33125 \_ Judicial Office Held: Circuit Judge \_\_\_

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 2-6-18 | Judicial Reception | Coral Gables Bar Assoc | $ 120 |
| 2-9-18 | CABA Gala | Kasowitz Torres | $ 600 |
| 8-17-18 | Judicial Luncheon | Cuban-American Bar | $ 115 |
| 12-2-18 | Football game | Zarco Einhorn Salkowski et al | $ 750 |
| 12-18-18 | Judicial Luncheon | Miami-Dade FAWL | 595 |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|------|--------|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

☐ Check here if continued on separate sheet

## CONTINUE TO PAGE 2 FOR OATH

Form 6 3 19
(J) Issued 7/5, 5/13-6-75

Exhibit 62    Exhibit 30

## OATH

State of Florida

County of Miami-Dade

I, Miguel M. de la O _____, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires _____

Sworn to and subscribed before me this

3rd _____ day of July _____, 20 19

LIGIA MONTOYA
MY COMMISSION # GG 306040
EXPIRES: February 28, 2023
Bonded Thru Notary Public Underwriters

Form C&3 18
14 Amended 9, 97 (F.A.J)

Page 2 of 2

WIKIPEDIA

Exh. 62 Exh. 31

# Citibank

Article   Talk

文A

*Not to be confused with City Bank or CIT Bank.*

**Citibank** is the consumer division of financial services multinational Citigroup.[1] Citibank was founded in 1812 as the City Bank of New York, and later became First National City Bank of New York.[2] The bank has 2,649 branches in 19 countries, including 723 branches in the United States and 1,494 branches in Mexico operated by its subsidiary Banamex.[citation needed] The U.S. branches are concentrated in six metropolitan areas: New York, Chicago, Los Angeles, San Francisco, Washington, D.C., and Miami.[3]

**Citibank, N. A.**



| Type | Subsidiary of Citigroup |
|---|---|
| | Commercial banking |



Exh. 62 Exh. 32

# Morgan Stanley Wealth Management

Article   Talk



Morgan Stanley Wealth Management is an American multinational financial services corporation specializing in retail brokerage. It is the wealth & asset management division of Morgan Stanley. On January 13, 2009, Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney, which was formerly a division of Citi Global Wealth Management. The combined brokerage house has 17,646 financial advisors and manages $2 trillion in client assets.[1] Clients range from individual investors to small- and mid-sized businesses, as well as large corporations, non-profit organizations and family foundations.

**Morgan Stanley Wealth Management**



Morgan Stanley

Exh.

Chase & Co. raised their price objective
on shares of U.S. Bancorp from $55.50 to
$58.00 and gave the company a "neutral"
rating in a research note on Monday,
November 4th. Citigroup lowered shares
of U.S. Bancorp from a "neutral" rating to
a "sell" rating and decreased their price
target for the stock from $54.00 to
$49.00 in a research report on Tuesday,
October 8th. Morgan Stanley restated a
"sell" rating and issued a $62.00 price
target (up previously from $61.00) on
shares of U.S. Bancorp in a research
report on Monday, November 18th.
Credit Suisse Group restated a "hold"
rating and issued a $55.00 price target on
shares of U.S. Bancorp in a research
report on Thursday, September 12th.
Finally, UBS Group lifted their price
target on shares of U.S. Bancorp from
$56.00 to $58.00 and gave the stock a
"neutral" rating in a research report on
Monday, October 21st. Four investment
analysts have rated the stock with a sell




Exh. 62 Exh. 34

2:07

Go gle

🔍 citiglobal.is morgan stanley

All   News   Images   Maps   Videos   Shopping

Including results for *citigroup* is morgan stanley.
Search only for citiglobal is morgan stanley

On January 13, 2009, Morgan Stanley and
Citigroup announced the merger of Smith
Barney with Morgan Stanley's Global
Wealth Management Group, with Morgan
Stanley paying $2.7 billion cash upfront to
Citigroup for a 51% stake in the joint
venture. The joint venture operates as
Morgan Stanley Smith Barney.

Founder: Henry S. Morgan, Harold Stanley,
Charles D. Barney, Edward B. Smith
Products: Retail brokerage, asset management,
investment banking
Owner: Morgan Stanley (100% )

W  https://en.m.wikipedia.org › wiki

Morgan Stanley Wealth Management -
Wikipedia

✳️            🔍            🗐
Discover      Search      Collections

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan


# U.S. Bancorp



( Overview )   Locations   History   Services

U.S. Bancorp is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States. Wikipedia

Customer service: 1 (800) 872-2657

Technical support: 1 (877) 202-0043

Stock price: USB (NYSE) $52.04 -0.14 (-0.27%)

Headquarters: Minneapolis, MN

CEO: Andrew Cecere (Apr 18, 2017–)

Number of employees: 66,796 (2021)

Founded: July 13, 1863, St. Louis, MO

Subsidiaries: Syncada, Elavon, U.S. Bank, U.S. BANCORP INVESTMENTS, INC., Travelator Inc.. More

## Withdrawal limit

Discover     Search     Collections

Exhibit 62 Exhibit 37

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2010-061928 CA 01

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR RASC 2005AHL3,

Plaintiff,

v.

JAMES LITTLEJOHN; LEROY WILLIAMS,
et al,

Defendants,

_______________________________/

FILED FOR RECORD
2018 JAN 17 AM 9:14
CLERK CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FLA.

**ORDER ON DEFENDANTS' MOTION FOR EMERGENCY HEARING TO VACATE SALE AND DEFENDANTS' MOTION TO VACATE SALE**

**THIS CAUSE** having come before the Court upon Defendants' Motion for Emergency Hearing to Vacate Sale and Defendants' Motion to Vacate Sale and the Court being otherwise duly advised as to the relief requested, both sides having appeared and given argument, it is thereupon,

ORDERED AND ADJUDGED that:

1. Defendants' Motion for Emergency Hearing is hereby **DENIED.**
2. Defendants' Motion to Vacate Sale is hereby **DENIED.**
3. Defendants' Motion to stay sale is hereby Denied
4. The sale is reset to March 14, 2018

DONE and ORDERED in Miami, Miami-Dade County, Florida, this 17th day of January, 2018.

CIRCUIT COURT JUDGE

Miguel M. de la O
CIRCUIT COURT JUDGE

*Copies furnished to the Parties on the attached service list*

1

14031154425/7005F235v.1

https://www2.miami-dadeclerk.com/ocs/ViewerHTML5.aspx?QS=B6%2l9EwnZIIih%2... 12/10/2019

Exhibit 62    Exhibit 38

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                                          CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

*Emergency Ex parte*
## MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM CASE #10-61928 AND TO VACATE FORECLOSURE ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge Miguel M. De La O, says that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with CITI BANK because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof, Judge Miguel M. De La O is dong business with CITI BANK as seen in his FORM 6 page 4 line 11, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more, EXH. J. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit; So De La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. E

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

**FORM 6**  **FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS**

PROCESSED

FLORIDA
COMMISSION ON ETHICS
JUL 0 1 2019
RECEIVED

Hon Veronica Diaz
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Ste 9000 Richard E Gerstein Justice Bldg
1351 NW 12th St Rm 209
Miami, FL 33125-1636

ID Code

ID No.   258440

Conf Code

Diaz, Veronica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of __Dec. 31__ , 20 __18__ was $ __405,853__

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ __75,000__

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,312 |
| ICMA 401K | 180,296 |
| Audi | 10,500 |

## PART C – LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 1

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including sec... ... copy of your 2012 federal income tax return, including all W2s, schedules, and attachments. Please regar... ... attaching your returns, as the law requires those documents be reposted to the Commission's website.

☐ I elect to file a copy of my 2016 federal income tax return and all W2s, schedules, and attachments.
(If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 5)**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 100 E. Gaines St. Tallahassee, FL 32399 | 160,688 |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc., of businesses owned by reporting person - see instructions on page 6)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

_(signature)_

**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF __Miami-Dade__

Sworn to (or affirmed) and subscribed before me this __18__ day of __June__ 20__19__ by __Veronica A Diaz__

_(signature of Notary Public)_ State of Florida
__Ana M Gonzalez__
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification ____

Type of Identification Produced: ____

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____ prepared the CE Form 1 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                              Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

_(handwritten, right margin)_ Exh. 62  Exh. 40

258440

PROCESSED

JUL 01 2013
RECEIVED

Exh. 62
Exh. 41

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments and**
**of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: __Veronica A. Diaz__ Work Telephone __305 548 5730__

Work Address: __1325 NW 12 St #209__ Judicial Office Held: __Circuit__
__Miami, FL 33125__

1.  Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| | | | $ |
| | N/A | | $ |
| | | | $ |

☐ Check here if continued on separate sheet

2.  Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|---|---|---|
| | N/A | |
| | | |

☐ Check here if continued on separate sheet.

**CONTINUE TO PAGE 2 FOR OATH**

## OATH

State of Florida

County of Miami-Dade

I, Veronica A. Diaz, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires 11/18/2019

Sworn to and subscribed before me this

___18___ day of June, 20 17

ANA M. GONZALEZ
MY COMMISSION # FF937143
EXPIRES November 18, 2019

Exh.62
Exh.42

Exhibit 62
Exhibit 43

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell



Exhibit 62 Exhibit 44

# CORRECTIVE ASSIGNMENT OF MORTGAGE

[illegible]

Pennsylvania

[illegible]

STATE OF FLORIDA, COUNTY OF DAD

F1051160

CFN 2012R0182835
OR Bk 28033 Pg 1695; (1pg)
RECORDED 03/13/2012 16:05:04
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# CORRECTIVE ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.695.26

MERS phone number: 1-888-679-6377
MIN: 100176105062733202

FOR VALUE RECEIVED, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES**, ("Assignor") whose address is P.O. Box 2026, Flint, MI 48501, assigned, transferred and conveyed to: **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3**, ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005, and recorded July 29, 2005, in Official Records Book 23623, at Page 3231, of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

> **LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF , AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

as the same may have been amended from time to time.

The purpose of this Corrective Assignment of Mortgage is to correct the Assignment of Mortgage recorded on 11/20/2008 at 09:41:11 in 2008R0941616, of the official records of Miami-Dade County, Florida, by Harvey Ruvin, Clerk of Court.

\* Changed to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR HOMECOMINGS FINANCIAL LLC is not a valid entity

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on _____ 14 , 2012.

By: _____
Print Name: **Jacqueline Keeley**
Title: Vice President

STATE OF Pennsylvania
COUNTY OF Montgomery

The foregoing instrument was acknowledged before me this 14 day of Feb 2012 by Jacqueline Keeley for and on behalf of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR AXIOM FINANCIAL SERVICES** who is personally known to me.

Christine Morales
Notary Public:
My commission expires: 1/28/2015

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Recording requested by, prepared under the supervision of and return to:
Ken Porter
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F10051160-GMAC MORTGAGE, LLC-

[INSERTDOC "M900105.rtf" KEEP_FONT]

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original filed in this office. _____ AD 20__
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

F10051160



# Are the roots of Morgan Stanley and JPMorgan Chase the same (i.e. JPMorgan & Co.)? What are their histories?

Exh.62
Exh.46

Answer · Follow [3] · Request · Details · More

All related (33) ∨                    Recommended ∨

**Tell us why you are not interested.**                Undo
Your input helps us improve this page for everyone.

| Unrelated to this page | > |
| Downvote answer | > |
| Report | > |

You've hidden this ad                        Undo



**S M** · Follow
9y                                                    ✕

JPMorgan Chase & Co. is the parent holding company of Chase(Commerical Bank) and JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P. Morgan & Co., which is the predecessor to Morgan Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P. Morgan & Co. was broken up, it spun off its investment banking activities into Morgan Stanley.

⬆ Upvote   ⬇   ⌾   ↻                                  •••





... American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

US Bancorp is Wells Fargo



Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB; S&P 100 component; S&P 500 component |
| ISIN | US9029733018 |
| Industry | Banking; Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services; Elavon; Talech; Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt Moody's: A1 (10/2016); S&P: A+ (10/2016); Fitch: AA (10/2016); DBRS: AA (10/2016) |
| Website | mortgage.usbank.com ⧉ |
| Footnotes / references | [2][3] |

Exh. 62
Exh. 47



Exh 62
Exh. 48

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeColia – Davis Polk & Wardwell; Alan



Exh. 62 Exh. 49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
                Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W. ANDERSON et al.,
                Defendants.

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

FACTUAL BACKGROUND

1. On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2. The Complaint was based upon precedent USDC related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8

3. On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

[1]



Exh. 62  Exh. 50

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

4.    Plaintiff Erickson has now subsequently provided the United States Department of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

### MEMORANDUM OF LAW

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests.

*FRCP Rule 60 – Relief from a Judgment or Order*

*(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

**Plaintiff's so called "Shotgun Complaint" pleadings are *Res Judicata* based upon approved banking real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney Generals of the United States of America.**

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

[2]


Exh. 62 Exh. 51

statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93-512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95-598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 100-702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]



*Exh. 62 Exh. 52*

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record.

Served: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff
PO Box 370084 Miami FL 33137

[4]



Exh. 62 Exh. 53

## PART D -- INCOME

You may EITHER (1) file a complete copy of your 2013 federal income tax return including all W2's, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐  I elect to file a copy of my 2013 federal income tax return and all W2's, schedules, and attachments. [If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv , Tallahassee, FL 32359 | $42,177.92 |
| Rental Income (Condo) | 133 NE 2nd Avenue, #2917, Miami, FL 33132 | $14,300.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

### PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  Miami - Dade

Sworn to (or affirmed) and subscribed before me this  15  day of
August  , 20 14  by  Damin Gan

_____
(Signature of Notary Public—State of Florida)

Chase A. Lalani
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known  ✓  OR  Produced Identification ____

Type of Identification Produced  FDL

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                               Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.

PAGE 2



Exh. 62 Exh. 55

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

1.

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW.
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 36130.
) ) THE STATE OF ALASKA,. ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

*US ATTORNEYS FILED SAME COMPLAINT*



*Exh. 62 Exh. 56*

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST | 2013 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

**LAST NAME — FIRST NAME — MIDDLE NAME:**
Gayles, Derrin Phillip

**MAILING ADDRESS**
400 North Miami Avenue

Room 10-2

**CITY:** Miami, FL   **ZIP:** 33128   **COUNTY** Miami-Dade

**NAME OF AGENCY:**
11th Judicial Circuit of Florida

**NAME OF OFFICE OR POSITION HELD OR SOUGHT:**
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FOR OFFICE USE ONLY

8 101

FLORIDA
COMMISSION ON ETHICS

AUG 1 2 2014

RECEIVED

PROCESSED

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of June 23 , 20 14 , was $ 434,536.00 .

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 87,300.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 82nd Street, Miami Shores, FL 33150 | $425,000.00 |
| Condo, 133 NE 2nd Avenue, #2017, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2005 Mercedes CLK Conv. | $7,700.00 |
| FRS Retirement Account | $360,460.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Evername (House Mortgage) | $131,044.00 |
| Bank of America (2nd House Mortgage) | $176,613.00 |
| Chase (Condo Mortgage) | $18,934.00 |
| U.S. Department of Education | $101,275.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| | |
| | |

CE FORM 6 - Effective January 1, 2014.
Adopted by reference in Rule 34-8.002(1), F.A.C.   [Continued on reverse side]   PAGE



IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

CASE# 10-61928

Exh.62
Exh.57

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge THOMAS L. WILLIAMS, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial interests is a Bank he's doing Business with, because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money illegally. Here's proof, Judge THOMAS L. WILLIAMS is dong business with BB&T BANK as seen in his FORM 6, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. WELLS FARGO BANK is EXH. B. and is MORGAN STANLEY EXH. C, and MORGAN STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. the same US Bank that's foreclosing. Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME
**THOMAS, WILLIAM L**

MAILING ADDRESS
**73 WEST FLAGLER STREET**

**SUITE 1307**

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | 33130 | MIAMI-DADE |

NAME OF AGENCY
**STATE OF FLORIDA**

NAME OF OFFICE OR POSITION HELD OR SOUGHT
**ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUD[**

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

2CC124

FLORIDA
COMMISSION ON ETHICS

JUL 08 2019

RECEIVED

PROCESSED

Exh.62
Exh.58

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of **July 1**, 20 **19** was $ **$130,000**

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **$20,000**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000.**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

---

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta, Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE.**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.002, F.A.C.

PAGE 1

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. You may attach a copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please include all income and account numbers before attaching your returns, as the new requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments.
If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of Part D.

**PRIMARY SOURCES OF INCOME (See instructions on page 5)**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |

*Exh. 62*
*Exh. 59*

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc. of businesses owned by reporting person - see instructions on page 6)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

**William Thomas**
Circuit Court Judge

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF MIAMI DADE

Sworn to (or affirmed) and subscribed before me this _____ day of
July 20 19 by William L. Thomas

_____
(Signature of Notary Public–State of Florida)

Walda Laurence
(Print, Type, or Stamp Commissioned Name of Notary Public)

WALDO LAURENCE
Notary Public - State of Florida
Commission # GG 169135
My Comm. Exp. Feb 7 2021
Bonded Through National Notary Assn.

Personally Known _____ OR Produced Identification FL DL
Type of Identification Produced T320-732-67-466-0

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                                              Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.202(1), F.A.C.

PAGE 2



Exh.62 Exh.60

*ICMA is MORGAN STANLY*

Mandy DeFilippo, managing director and head of risk management for fixed income, currency and commodities at Morgan Stanley, opened the annual ICMA conference as the new chair of the board on Thursday.
She has replaced Martin Egan, vice-chairman of global markets client board at BNP Paribas. Jean-Marc Mercier. ...



Please take a trial or subscribe to access this content.

Contact our subscriptions team to discuss your access: subs@globalcapital.com

Or sign up for a trial to gain full access to the entire site for a limited period.

FREE TRIAL    LOGIN

...rate access

...GlobalCapital access for your ...nt or company please contact ...ales team at ...om or find out more

This site uses cookies
More info & options
If you're happy with cookies, click Proceed or simply continue browsing
Proceed

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** ~~Taylor Arabian~~ ...



Exhibit 70

Exh.62 Exh.62

ICMA is
MORGAN
< STANLEY

**Bobsguide.com**

ICMA members elect new Chairman and new
board members - bobsguide.com

May ? 201? Click here for the full list of ICMA
board members. ... London; Mandy DeFilippo.
Morgan Stanley International PLC. London

## PEOPLE ALSO SEARCH FOR

🔍    icma members register

🔍    icma capital

🔍    icma events

🔍    icma international

Morgan Stanley     PDF

Blue Bonds - Morgan Stanley

See ... ... International Capital Market
Association (ICMA)—a ... LLC (collectively, " Morgan
Stanley"). Members SIPC. recommend.

**Linkedin**

Mandy DeFilippo - Morgan Stanley - ... kedin

Represents Morgan Stanley with industry
organisations, including the ICMA, where she is
Chair of the Board. ... Member of the Executive
Board.

OpenSecrets.org personal finances

Zoe Lofgren- Assets - Personal Finances ·
OpenSecrets

Wells Fargo/ICMA Deferred Compensation. Cash
/Money Market/Savings/Checking. $100,001.
$250,000 ... Morgan Stanley Global Equity
Allocation, Mutual Fund. $15,002. $50,000.

Broke And Broker · finra-awc-email

FINRA Fines and Suspends Rep for Emailing
Confidential Info Of 1,696 Plan ...

Apr 3, 2019 ... and by 2010, he was registered with
FINRA member firm ICMA-RC Services ("RC
Services") and also an employee of IRC. ...

Intuit finance/investing · PDF

Quicken Windows - Intuit

Mar 12 2019 401k EPIC Plan Access https://
www.gorebre.com/ ... ICMA Retirement Corporation
... Morgan Stanley Wealth. Management

fxpribs.org · create-of-the-week

Top Ten Countries in the MSCI EAFE Index
(as of 6/30/17) | ICMA-RC

Jul 21, 2017 · The Morgan Stanley Capital
International ("MSCI") Europe, Australasia, and Far
East Index ("EAFE") is a benchmark ...

Seeking Alpha · article · 4052.. ◯

SPY-ing On Your 401(K): How Much To
Contribute? | Seeking Alpha



Exh. 62 Exh. 63
Wells Fargo is
ICMA

GlobeNewswire · 20152019 · row

**Noah Rosen joins ICMA-RC's DCIO Sales Group · GlobeNewswire**

Mar 12, 2019  Earlier, he was a financial consultant with Morgan Stanley. ... a wholly- owned subsidiary of ICMA-RC, provides investment ...

InvestmentNews · row

**ICMA-RC Services, LLC · Advisers on the Move · InvestmentNews**

2  Morgan Stanley, 185 ... Jose Guadalupe Perales; ICMA-RC Services, LLC, Mutual of America Life Insurance Company, — , 08-19-2016

SmartAdvisor Match · row

David Love | Financial Advisor · Icma Retirement Corporation | OK

Their career trajectory has included roles at Massmutual Life Insurance Company, Mml Investors Services Inc, Morgan Stanley Smith Barney ...

Morgan Stanley · row

Blue Bonds · Morgan Stanley

Sep 19, 2019  International Capital Market Association (ICMA) — a ... that recipients should determine ..in consultation with their own

Morgan Stanley · row

Team 00006500011 · Morgan Stanley ·

Exh. 62  Exh. 64

← Blue Bonds is MORGAN STANLEY ✓

ICMA

Linkedin

Exh.62 Exh.65
Wells Fargo / S
I CMA

Richard Stephens - Fixed Income Sales - Wells Fargo Securities | Linkedin

Wells Fargo SecuritiesICMA Centre. United Kingdom500+ ... Activities and Societies. ICMA Investment Club - FICC. Montpellier Business ..

Linkedin

Adam Brantley - Vice President, Core Markets South Central Territory - ICMA

·Work alongside Wells Fargo Private Banker and Financial Advisor to grow Wells Fargo's affluent .

Glassdoor

ICMA-RC Retirement Plan Specialist Salaries | Glassdoor

Aug 22, 2019 ... Specialist: $52525. ICMA-RC salary trends based on salaries posted anonymously by ICMA-RC employees. ... Wells Fargo

InvestmentNews

ICMA-RC Services, LLC - Advisers on the Move - InvestmentNews

3. Merrill Lynch, Pierce, Fenner & Smith Incorporated, 139. 4. Wells Fargo Clearing Services, LLC (Formerly Wells Fargo Advisors, LLC), 115.

RELATED SEARCHES



Exhibit 62     Exhibit 66

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of **Wachovia** Corporation by Wells Fargo was completed on December 31, 2008. **Wachovia** was the fourth-largest bank holding company in the US based on total assets.

Reference: www.relbanks.com/usa/wachovia-bank

Google if of x

PEOPLE ALSO ASK

What bank took over Wachovia?

What is the history of Wachovia Bank?

What time does Wachovia Bank Open?

How to access a Wachovia checking account?

Wachovia is Now Wells Fargo - Wells Fargo

**Exhibit 62**  Exhibit 67

Wells Fargo to Buy Wachovia in $15.7
Billion Deal - The ...
https://dealbook.nytimes.com/.../03/wells-farg

Oct 03, 2008 - Wells Fargo said early Friday that it
would merge with Wachovia — including the
troubled Charlotte bank's banking operations — in
a $15.1 billion all-stock merger.. The
announcement comes only four days after...

Welcome to Audi Wichita | Audi Sales &
Service in Kansas
https://www.audiwichita.com

Experience firsthand the exhilaration that comes
with driving an impeccably designed Audi at Audi
Wichita, where the sleek new models in our
showroom are all designed with the utmost luxury
in mind. Our expert staff will help guide you to th...

Audi e-tron | The first purely electric
SUV from Audi ...
https://www.audiusa.com/models/audi-e-tron

A new era of electric is here. Meet the Audi e
tron®, the only electric SUV built with Audi DNA.
With ample space for everyday life, long-range
capability and exhilarating performance with
quattro® all-wheel drive, this is way more than ..

Bank Owned Homes | REO proper  Q
Wells Fargo
https://reo.wellsfargo.com

Note: Employees and family members residing



wells fargo owns wachovia 🔍

ALL IMAGES VIDEOS NEWS SHOPPING

*Exh.62*
*Exh.68*

## Does Wells Fargo own Wachovia?

**Wachovia Bank** is a wholly owned subsidiary of Wells Fargo & Company. The purchase of Wachovia Corporation by Wells Fargo was completed on December 31, 2008.

Wachovia Bank - Banks around the W...
www.relbanks.com/north-america/usa/wachovi...

Feedback

PEOPLE ALSO ASK

When did Wells Fargo take over Wachovia?

Is Wells Fargo a good bank to bank with?

When did Wachovia Bank change their name to Wells Fargo?

What did Wells Fargo do?

Wachovia Is Now Wells Fargo - Wells Fargo

Exhibit 62    Exhibit 69

## Wachovia Dealer Services Reviews and Complaints @ Pissed ...

https://wachovia-dealer-services.pissedconsu .

My wife and I purchased an Audi A4 financed through WFS (Wachovia Dealer Services) and have always paid our monthly on time, never missed a payment. In April 2012, we decided trade-in our Audi for a Volkswagen CC and of course...

## Audi Financial Services | Audi Australia

https://www.audi.com.au/au/web/en/financial-se ..

We offer individually tailored finance solutions that suit your budget, your lifestyle and your new Audi. Because no-one understands Audi vehicles like we do. If you are an existing Audi Financial Services customer and have been affected by ...

## Top 8 Reviews of Wachovia Dealer Services

https://mythreecents.com/reviews/wachovia-d...

WESTMINSTER, MARYLAND -- In October of 2005, I purchased a 2006 Tiburon financed trough Wachovia dealer services. My husband co-signed for me. In May of 2008, I leave my job to find my car gone. I called the police to report that it was...

## Wells Fargo to Buy Wachovia in $15.1 Billion Deal - The ...

https://dealbook.nytimes.com/.../03/wells

Oct 03, 2008 · Wells Fargo said early Friday that it would merge with Wachovia — including the troubled Charlotte bank's banking operations — in

IN THE COURT OF ELEVENTH JUDICIAL **Exhibit 62 Exhibit 71**
CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

            Plaintiff.

vs.

CIVIL DIVISION
CASE NO. CA-01 2010-61928

MACK WELLS

            Defendant.

# NOTICE OF PRODUCTION FROM NONPARTY

TO:    US BANK NA

YOU ARE NOTIFIED that, after 10 days from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to . who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within 10 days.

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed (X) hand-delivered to the person(s) and/or their legal representatives on 2/27/20.

Other party or his/her attorney (if represented)

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale. FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

Other Non-Party-VERONICA DIAZ

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

Signature of Party
s/Mack Wells-Plaintiff
15920 S. River Drive Miami FL 33157
786-859-9421
BigBoss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

**US Bancorp to Buy Wachovia Trust, Custody Operations ...**
https://www.plansponsor.com/us-bancorp-to-b

May 11, 2007 · November 29, 2005
(PLANSPONSOR.com) - US Bancorp has
announced that US Bank, N.A. has entered an
agreement to purchase Wachovia Corporation's
corporate trust and institutional custody books ...

Exh. 62
Exh. 72

**How a big US bank laundered billions from Mexico's ...**
https://www.theguardian.com/world/2011/apr/0

Apr 02, 2011 · In March 2010, Wachovia settled the
biggest action brought under the US bank secrecy
act, through the US ...

Author: Ed Vulliamy

**U.S. Bancorp - Wikipedia**
https://en.m.wikipedia.org/wiki/U.S._Bancorp

US BANCORP is
US BANK

U.S. Bancorp (stylized as us bancorp) is an
American bank holding company based in
Minneapolis, Minnesota, and incorporated in
Delaware. It is the parent company of U.S. Bank
National Association, which is the 5th largest ba...

Headquarters: US Bancorp Center ...
Revenue: US$22.057 billion (2017)
Founded: September 9, 1968 51 years ago
Number of employees: 74,000 September

**The Long-Term Case for Wells Fargo and US Bancorp**



Exh. 62
Exh. 73

## IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

        Plaintiff,

vs.

MACK WELLS

        Defendant.

CIVIL DIVISION
CASE NO. CA-01 2010-61928

_____/

## NOTICE OF PRODUCTION FROM NONPARTY

TO: <u>US BANK NA</u>

YOU ARE NOTIFIED that, after **10 days** from the date of service of this notice, the undersigned will apply to the clerk of this Court for issuance of the attached subpoena directed to . who is not a party, to produce the items listed at the time and place specified in the subpoena. Objections to the issuance of this subpoena must be filed with the clerk of the circuit court within **10 days.**

I certify that a copy of this document was ( x ) mailed ( x ) faxed and mailed ( x ) e-mailed ( X ) hand-delivered to the person(s) and/or their legal representatives on 2/27/20.

<u>Other party or his/her attorney (if represented)</u>

Blank Rome, LLP
500 E Broward Blvd Ste 2100
Fort Lauderdale, FL 33394-3023
Office: 954-512-1800
email: dhurtes@blankrome.com

<u>Other Non-Party-</u>**VERONICA DIAZ**

73 W Flagler St Ste 308
Miami, FL 33130-1707
vdiaz@jud11.flcourts.org
305-349-7078

_____
Signature of Party
<u>s/Mack Wells-Plaintiff</u>
15920 S. River Drive Miami FL 33157
786-359-9421
BigBoss1043@yahoo.com

**Exhibit 62 Exhibit 74**

IN THE COURT OF ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

US BANK NA.

               Plaintiff.

CIVIL DIVISION
CASE NO. CA-01 2010-61928

vs.

MACK WELLS

               Defendant.

_____/

## SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM NONPARTY

THE STATE OF FLORIDA TO: <u>VERONICA DIAZ</u>

YOU **MUST** go to *(place)* Elks Lodge-Artium-5150 SW 2nd Ave. Miami FL on *(date)* 3/13/2020 at *(time)* 12p.m. and bring with you at that time and place the following:

*Any information and court officer specific documentation evidentiary correspondence, electronic data, agreements, files, contracts and records regarding personal, family, and trust controlled interests in Federally regulated US Bank, Deutsche AG, JP Morgan Chase, Bank of America and Wells Fargo/Wachovia involving loans, real estate housing and rental properties located within the jurisdiction of this Court. Included in the Subpoenaed Production of Documents are all political action committee names and contacts of Miami Dade County attorneys, law firms, title companies, realtors, closing agents, financial institutional investors and holding companies that are campaign contributors. Also required to be produced is all ex-parte correspondence records of you and your representative agents with Judges and court officers in this action involving the Defendants.*

These items will be inspected and may be copied at that time. You will not have to leave the original items.

You may obey this subpoena by providing readable copies of the items to be produced to the party or his/her attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon payment in advance of the reasonable cost of preparation. If you mail or deliver the copies to the attorney whose name appears on this subpoena before the date indicated above, you do not have to appear in person.

You may be in contempt of court if you fail to: (1) appear as specified; (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena.

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

## Exhibit 62 Exhibit 75

You can only be excused by the person whose name appears on this subpoena and, unless excused by that person of the Court, you shall respond as directed. This part to be filled out by the court or filled in with information obtained from the court:

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:

_[identify applicable court personnel by name, address, and telephone number]_ at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated: _____

CLERK OF THE CIRCUIT COURT (SEAL)

By: _____
    Deputy Clerk

I CERTIFY that I gave notice to every other party to this action of my intent to serve a subpoena upon a person who is not a party to this action directing that person to produce documents or things without deposition. I also certify that no objection under Florida Rule of Civil Procedure 1.351 has been received by the undersigned within 10 days of service of this notice, if service was by hand-delivery or appropriate facsimile transmission, and within 15 days if service was by mail or e-mail.

Dated: 2/26/20

s/Mack Wells-Plaintiff
15020 S. River Drive Miami FL 33167
786-859-9421
BigBoss1043@yahoo.com

Florida Supreme Court Approved Family Law Form 12.931(b), Subpoena for Production from a Nonparty (11/15)

**Exhibit 62 Exhibit 76**

NAVIƎNT Who We Are | Newsroom | Customers | Investors | Careers

*(handwritten: Dinz..., tucked, -OAN)*

Investors
Corporate Governance
Shareholder Information
Asset-Backed Securities
Navient Student Loan Trusts
SLM Student Loan Trusts
SLC Student Loan Trusts
Collegiate Funding and
Chase Education Loan Trusts
Earnest Loan Program
Navient Corporation Debt
Offerings
Webcasts and Presentations

## Navient Student Loan Trust 2015-1

$343,600,000 Class A-1 Student Loan-Backed Notes
$629,700,000 Class A-2 Student Loan-Backed Notes
$26,700,000 Class B Student Loan-Backed Notes

Distribution Report
Distribution Factors
Current Rates
Prospectus
Historical Reports

Date of Issue: February 26, 2015

Issue Amount: $1,000,000,000

Securities Offered

Class A-1 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.30%
CUSIP: 63939FAA8

Class A-2 Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 0.60%
CUSIP: 63939FAB6

Class B Floating Rate Asset-Backed Notes
Rate: One Month LIBOR + 1.50%
CUSIP: 63939FAC4

Servicer
Navient Solutions, Inc

Eligible Lender Trustee
Wells Fargo Bank, N.A.

Indenture Trustee:
Wells Fargo Bank, N.A.

Administrator
Navient Solutions, Inc

Underwriters
J.P. Morgan
RBC Capital Markets
Wells Fargo Securities
Barclays Capital, Inc
Bank of America Merrill Lynch
Credit Suisse
Deutsche Bank Securities
Goldman, Sachs & Co
RBS Securities

*(handwritten notes: JP Morgan is MORGAN STANLEY which is US BANK; Wells Fargo is US BANK)*

## Exhibit 62 Exhibit 77

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2010-CA-61928

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RASC 2005AHL3,

     Plaintiff,

v.

LEROY WILLIAMS, *et al.*,

     Defendants.

_____/

### ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS FORECLOSURE COMPLAINT

THIS CAUSE having come before the Court upon Defendant's Motion to Dismiss Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being otherwise duly advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Foreclosure Complaint is hereby GRANTED/DENIED:

Denied.

_____

_____

_____

_____

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on November 19th, 2019.

_____
Circuit Court Judge

**VERONICA A. DIAZ**

Daniel Hawks - FBN 69104

140383.04630/122217991v.1

Mack Walls - Defendant

# Exhibit 62 Exhibit 78 pg.1

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

_____/

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

Principal due on the note secured by the mortgage foreclosed:    $448,000.00
Interest good thru 11/29/17    $307,333.74
Late Charges    $137.20

Exhibit 62 Exhibit 78 pg.2

| | |
|---|---:|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2. **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3. **Lien on Property.** Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4. **Sale of property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ___JAN 3 0 2018___, 20 at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

# Exhibit 62 Exhibit 78 pg.3

Florida Statutes. The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8. **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9. **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exhibit 62 Exhibit 78 pg.4

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017.

DEC 1 9 2017

_____
Circuit Judge

John Schlesinger
Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

## Service List

Willnae LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____ 03
THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.        John Schlesinger
Judge's Initials   Circuit Court Judge

Case No. 2010-61928-CA-01

-4-

File # 13-F02868

**Exhibit 62 Exhibit 78 pg.5**

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324.

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
proccess
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01      2

File # 13-F02868

**Exhibit 62 Exhibit 78 pg.6**

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

Exhibit 62 Exhibit 79 pg.1

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

2016

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

**FLORIDA COMMISSION ON ETHICS**

JUL 03 2017

**RECEIVED**

**PROCESSED**

LAST NAME — FIRST NAME — MIDDLE NAME

SCHLESINGER        JOHN                CHARLES

MAILING ADDRESS

73 WEST FLAGLER STREET

ROOM 1202

| CITY | ZIP | COUNTY |
|------|-----|--------|
| MIAMI | FL | 33130 |

NAME OF AGENCY

STATE OF FLORIDA -- 11TH CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT

CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___June 20,_____ 20 _17_ was $ _28,834,751.25_____.

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

Exhibit 62 Exhibit 79 pg.2

PART B Continued
ASSETS.

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500.000.00 |
| Quail Heights: Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000.000.00 |
| Trent Boyett. LLC. Part Owner in Apartment Building 350 Prospect Avenue. Hackensack, NJ | 300,000.00 |
| Fore Hearts. Part Owner in three commercial Properties; 2650 Rt. 516 Old Bridge. NJ; 735 E. Hazelwood Avenue, Rahway. NJ; 220 Rt 17. Hasbrouck Heights. NJ | 800.000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624.000.00 |
| Morgan Stanley Brokerage Account | $5.236.472.00 |
| State of Florida Deferred Compensation | 286.148.68 |
| Federal Thrift Savings Account | 523.843.91 |
| Evensky and Katz Brokerage Account | 11.019,286.66 |
| 2000 Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet. | 120.000.00 |
| 2013 Mercedes Benz GL550 | 45.000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

**Exhibit 62 Exhibit 79 pg.3**

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2016 federal income tax return and all W2's, schedules, and attachments. [If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $146,080 00 |
| Santander | 216-218 Santander Avenue, Coral Gables, FL | 72,000 00 |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Quail Property Rentals | PO Box 850 McAree, NJ | Property Rentals |
| Force Hearts | Fore Hearts Property Rentals | P.O. Box 850, McAfee, NJ | Property Rentals |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander, LLC | Fore Hearts, LLC | Quail Heights |
| ADDRESS OF BUSINESS ENTITY | 216-218 Santander Ave., Coral Gables, FL | P.O. Box 850 McAfee, NJ | P.O. Box 850 McAfee, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rentals | Property Rentals | Property Rentals |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | Yes |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 33 33% | 33 33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

John Schlesinger
Circuit Court Judge

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 29 day of June by John Shlesingr (Signature of State of Florida)

Melody Lordano
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓    OR  Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement.

I, _____ prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____ Signature _____ Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

**Exhibit 62 Exhibit 79 pg.5**

**PROCESSED**

FLORIDA
COMMISSION ON ETHICS

JUDICIAL QUALIFICATIONS COMMISSION FORM 6A

JUL 03 2017

**GIFT DISCLOSURE**

RECEIVED

All judicial officers must file with the Florida Commission on Ethics a list of all gifts received during the preceding calendar year of a value in excess of $100.00 as provided in Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

Name of Judge: JUDGE JOHN CHARLES SHLESINGER    Telephone: 305-349-7078

Address: 73 WEST FLAGLER STREET, ROOM 1202, MIAMI, FL  Position: CIRCUIT JUDGE

Please identify all gifts you received during the preceding calendar year of a value in excess of $100.00, as required by Canon 5D(5) and Canon 6B(2) of the Code of Judicial Conduct.

| Gift/ Source of Gift | Value |
|---|---|
| NONE -0- | |
| | |
| | |
| | |
| | |
| | |

**OATH**

State of Florida, County of MIAMI-DADE

I, John Schlesinger, the public official filing this disclosure statement, being first duly sworn, do depose an oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)
John Schlesinger
Circuit Court Judge

(NOTARY SEAL)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires __July 30, 2017__

MERCY LONDONO
MY COMMISSION # FF 034815
EXPIRES: July 30, 2017
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this 29 day of Jun 20 17.

(*ORIGINAL OF THIS FORM FILED WITH* COMMISSION ON ETHICS; *COPY* FILED WITH JUDICIAL QUALIFICATIONS COMMISSION)

3/17

Exhibit 62 Exhibit 80 pg.1

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2017**

FOR OFFICE USE ONLY:

*200123*

PROCESSED

FLORIDA
COMMISSION ON ETHIC

AUG 01 2018

RECEIVED

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME
SCHLESINGER  JOHN  CHARLES

MAILING ADDRESS
1351 NW 12 STREET #415

CITY
MIAMI

ZIP
33125

COUNTY
MIAMI-DADE

NAME OF AGENCY
STATE OF FLORIDA 11TH JUDICIAL CIRCUIT

NAME OF OFFICE OR POSITION HELD OR SOUGHT
CIRCUIT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2017 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___July 1___, 20 _18_ was $ _$29,881,734.10_ .

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased

The aggregate value of my household goods and personal effects (described above) is $ **500,000.00**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Ave, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller rd. Deep gap, NC | $800,000.00 |
| 323 Tollgate Shores Dr, Islamorada, FL | $2,000,000.00 |
| Continued on Page two | |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2018
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

# Exhibit 62 Exhibit 80 pg.2

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2017 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2017 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2017 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Circuit Court Judge | State of Florida | $160,688.00 |
| Santander,LLC (rents) | 216-218 Santander Ave | $65,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| Quail Heights | Property Rental | P.O. Box850 McAree, NJ | Property Rental |
| Four Hearts | Property rental | P.O. Box850 McAree, NJ | Property Rental |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Santander,LLC | Quail Heights, LLC | Fore Hearts, LLC |
| ADDRESS OF BUSINESS ENTITY | 216 Santander Ave, Coral | P.O. Box850 McAree, NJ | P.O. Box850 McAree, NJ |
| PRINCIPAL BUSINESS ACTIVITY | Property Rental | Property Rental | Property Rental |
| POSITION HELD WITH ENTITY | Partner | Partner | Partner |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | Yes | Yes | no |
| NATURE OF MY OWNERSHIP INTEREST | 50% | 3.33% | 33.33% |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___MIAMI - DADE___

Sworn to (or affirmed) and subscribed before me this ___2 5___ day of ___July___, 20 _18_ by ___ILeana Perez___

_____
(Signature of Notary Public--State of Florida)

Notary Public-State of Florida
Ileana Perez
My Commission FF 183957
Expires 12/16/2018

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___✓___ OR Produced Identification _____

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                                          Date

Preparation of this form by a CPA or attorney does not relieve the ler of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

## Part B Continued, Assets

**Exhibit 62 Exhibit 80 pg.3**

| | |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $7,000,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | $2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building: 350 Prospect Ave, NJ | $300,000.00 |
| Part Owner in Suncap Investments, real estate investment group | $450,000.00 |
| Fore Hearts, Part Owner in three commercial Properties: 2650 Rt 516 Old Bridge, NJ 735 E. Hazelwood Avenue, Rahway, NJ 220 Rt 17, Hasbrouck Heights, NJ | $800,000.00 |
| Santander LLC; Owner of Duplex 216-218 Santander Ave, Coral Gables, FL | $750,000.00 |
| First Citizens Bank | $279,572.10 |
| Morgan Stanley Brokerage Account | $179,695.00 |
| State of Florida Deferred Compensation | $458,728.75 |
| Federal Thrift Savings Plan | $728,759.25 |
| Evensky and Katz Brokerage Account | $16,459,479.00 |
| 2001 Ferrari 550 Maranello | $180,000.00 |
| 2014 Porsche 911 Turbo Cabriolet | $110,000.00 |
| 2013 Mercedes Benz GL550 | $37,000.00 |
| 2019 Honda Odyssey Van | $38,000.00 |
| 2000 Honda Odyssey Van | $2,500.00 |

# Exhibit 62 Exhibit 80 pg.4

2008 Boston Whaler                                    $38,000.00

2015 Boston Whaler                                    $70,000.00

TOTAL ASSETS:                                        $29,881,734.10

## Exhibit 62 Exhibit 80 pg.6

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct RECEIVED payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: John Charles Schlesinger  Work Address: 1351 NW 12 Street #415, Miami FL 33125

Work Telephone: 305-548-5718  Judicial Office Held: Circuit Judge

1.    Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
|      |             |        |        |
|      | NONE        | NONE   |        |
|      |             |        |        |
|      |             |        |        |

☐ Check here if continued on separate sheet

2.    Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|------|-------------|--------|
|      |             |        |
|      | NONE        |        |
|      |             |        |
|      |             |        |

☐ Check here if continued on separate sheet

OATH
State of Florida
County of MIAMI - DADE
I, JOHN CHARLES SCHLESINGER the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

(Signature of Officer Authorized to Administer Oaths)

My Commission expires 12/16/2018
Sworn to and subscribed before me this
30TH day of July, 20 18.

Notary Public State of Florida
Ilaena Pérez
My Commission FF 183957
Expires 12/16/2018

3/18 (As prescribed in Canon 6).

 Santander

**Exhibit 62 Exhibit 81**

Personal    Small Business    Commercial    About Us    Private Client                                    ATM Branch Locator



Get the funding you need to grow.

Santander    Small Business    Borrowing    Borrowing Options    Small Business Administration (SBA) Loan

# Small Business Administration (SBA) Lending

Santander is an SBA Preferred and Express Lender, allowing us to lend directly to credit worthy businesses with reduced paperwork, faster approvals and quicker access to funds. We know every business is unique and utilizing a flexible SBA guaranteed loan may be the answer to help your business grow.



# Debt Relief Payments for Your SBA Loan

Your U.S. Small Business Administration (SBA) loan may be eligible for debt relief assistance under Section 1112 Debt Relief Program of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (Economic Aid Act). Click here for more information.

| | |
|---|---|
| **Revenue** | US$6.128 billion (2018)[1] |
| **Net income** | US$1.721 billion (2018)[1] |
| **Total assets** | US$160.518 billion (2018)[1] |
| **Total equity** | US$20.817 billion (2018)[1] |
| **Number of employees** | ~18,100 (December 2018)[1] |
| **Website** | www.citizensbank.com |

Between 1988 and its 2014 initial public offering, Citizens was a wholly owned subsidiary of The Royal Bank of Scotland Group.[3] The group sold its last 20.9% stake in the company in October 2015.[4]

Citizens operates more than 1,008 branches[5] and over 3,100 ATMs[6] across 11 states under the Citizens Bank brand.[7]

Citizens ranks 22nd on the List of largest banks in the United States in 2020.

## ∨ History



**Exhibit 62 Exhibit 83**

Royal Bank of Canada - Wikipedia

Royal Bank of Canada is a Canadian multinational financial services company and the largest bank in Canada by marke...

Number of employees: 85,301 (2021)

Headquarters: Montreal, Quebec, Canada; Toronto, Ontario, Canada

## People also ask

Is Royal Bank of Scotland the same as Royal Bank of Canada?

It is rebranding the Canadian operations of ABN Amro, which will soon be known as the Royal Bank of Scotland NV (Canada) Branch. Feb 23, 2010

https://www.theglobeandmail.com › ...

Royal Bank of Scotland rebranding in Canada - The Globe and Mail

More results

Is the Royal Bank of Scotland the same as the Halifax?

Which bank owns Royal Bank of Scotland?

What is Royal Bank of Scotland now called?

Are Royal Bank of Scotland and Bank of Scotland the same?

Overview    Locations    Fees

CEO: David I. McKay (Aug 1, 2014-)

Headquarters: Toronto, Canada    **Exhibit 62 Exhibit 84**

Assets under management: 1.01 trillion CAD (2021)

Revenue: 49.69 billion CAD (2021)

Subsidiaries: RBC Capital Markets, RBC Dominion Securities, City National Bank, Moneris, More

*Disclaimer*

**More about Royal Bank of Canada   >**

## People also ask

Is Royal Bank a US bank?    ∧

**RBC Bank is a U.S. banking subsidiary** which formerly operated 439 branches across six states in the Southeastern United States, but now only offers cross-border banking services to Canadian travellers and expats.

W  https://en.m.wikipedia.org › wiki

Royal Bank of Canada - Wikipedia

More results

Can I open an account at Royal Bank Online?    ∨

Does Royal Bank of Canada still exist?    ∨

**Exhibit 62**
**Exhibit 85**

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

Involved fees earner: Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan



**usbank**

**Exhibit 62**
**Exhibit 86**

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries, U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

Investment products and services are:

Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency

For U.S. Bank:

⌂ Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

Back

Disclosure Information

# THE PLAN IS IMPROVING

Exhibit 62
Exhibit 87

After a public procurement process, the Bureau of Deferred Compensation has selected Nationwide, Voya, and AIG to continue as Investment Providers in the Florida Deferred Compensation Plan. New information about fees, dedicated Account Representative Teams, and investment products is coming.

View Flyer

Leave a message

AA  🔒 myfloridacfo.com  ↻

Exhibit 62
Exhibit 88




U.S. Small Business
Administration

# New Employee Orientation



About the SBA

Before You Report to
Work

In-Processing
Procedures

Know Your Benefits

All About Pay and
Leave

Performance
Management Systems

# Thrift Savings Plan

With the Thrift Savings Plan (TSP), you can self-direct your retirement savings program through multiple investment options.

This plan is very similar to a 401(k) plan.

For more information about the Thrift Savings Plan, select the following:

Thrift Savings Election Form

✓ TSP Catch-up Contributions

TSP-3 Designation of Beneficiary Form

**Exhibit 62**
**Exhibit 89**



SMALL BUSINESS ADMINISTRATION (SBA) LOANS

# Trust your business to a Preferred SBA Lender.

As part of our commitment to the growth of small businesses nationwide, U.S. Bank is proud to be an SBA Preferred Lender specializing in providing Small Business Administration (SBA) loans. When your small business is looking to grow or expand, SBA loans can have many benefits such as smaller down payments, fixed and variable rate options and full amortization.

With over 40 years of experience, U.S. Bank will partner with you to find the best possible financing options for you.

Contact an SBA banker

Get a recommendation

🔒 usbank.com

⌂ 🔒 usbank.com/wealth-m 



**Exhibit 62**
**Exhibit 90**
Log in



### METRO_COMFINANCIALADVISOR IN DENVER

# Michael Katz

## Wealth Management Advisor
## U.S. Bancorp Investments

**Primary office**
3480 W 38th Avenue
Denver, CO 80211

**Office: 303.394.7072**

**Get Directions**

**Contact me**



Exhibit 62
Exhibit 91

https://www.usbank.com ...

## Financial Advisor in Denver | Michael Katz | U.S. Bancorp Investments

Michael Katz is a financial advisor in Denver, CO. For powerful financial strategies and one-on-one advice get in touch today.

You visited this page on 5/1/22

Missing: ~~evensley~~ | Must include: evensky

https://www.advisorperspectives.com ...

## NewsLetter - Vol 15, No. 1 - March 2022 - Advisor Perspectives

Mar 1, 2022 — by Harold Evensky of Evensky & Katz / Foldes Financial Wealth Management, 4/6/22 ... Average U.S. benefit: $1,623/month ($19,476/year).

https://www.linkedin.com ...

## Steve Foldes CFP, JD, CMFC - Wealth Manager and Founder - LinkedIn

Miami, Florida, United States · Wealth Manager and Founder · Evensky & Katz · Foldes Financial Wealth Management

For over 35 years, Evensky & Katz / Foldes Financial Wealth Management has specialized in financial planning and goals-based investment management services for ...

https://cgtrust.com ...

Q evensky & katz advisor to US Ban

# Evensky & Katz/Foldes Financial Wealth Management

Investment Advisor Firm

Answer a few questions and
get matched with an advisor.

or call us now at

Learn more about Evensky & Katz/Foldes Financial
Wealth Management

AA    artadvisormatch.com

12:12



 Join now ( Sign in )

🔍 Evensky & Katz / Foldes Wealth Manage...


Live Well,
Rest Easy

∎ ∎ ∎

## Evensky & Katz / Foldes Wealth Management

Financial Services

Coral Gables, Florida · 3,264 followers

Planning to Live Well

( Follow )

 View all 42 employees

About us



📖 LinkedIn is better on the app. Open

AA   🔒 linkedin.com   ↻

<         



# GMAC Mortgage

### Notice of Servicing Transfer and Welcome to Ocwen Loan Servicing, LLC

February 7, 2013

LEROY WILLIAMS
PO BOX 222692
HOLLYWOOD FL 33022-2692

**Exh.62**
**Exh.94**

**Your Loan Account Details**
**as of 02/04/2013**

Account Number:
▓▓▓1937

Property Address:
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

Transfer Date:
02/16/2013

Principal Balance:
$448,000.00

Escrow Balance:
-$148,948.27

Loan Rate:
6.125%

Next Payment Due:
1/1/2007

Payment Amount:
Please refer to your
mortgage account statement

Filed 11-29 A.D. 2017 ᴿᵛ (2)
Case No. 10-61928-CA05
HARVEY RUVIN
Clerk Circuit Court

Dear LEROY WILLIAMS,

The servicing of your mortgage loan, that is, the right to collect payments from you, is transferring from your current servicer, GMAC Mortgage ("GMACM") to your new servicer, Ocwen Loan Servicing, LLC ("Ocwen") effective February 16, 2013.

Rest assured this transfer of servicing does not affect any term or condition of the mortgage documents, other than those directly related to the servicing of your loan. There will be no change to your account number or payment address; only to the name of the company to which you make your payment. All mailing addresses and phone numbers you previously used to contact GMACM will remain the same but, as of February 16, 2013, they will be maintained by Ocwen. You will continue to be served in a knowledgeable and professional manner, just as you have in the past.

GMACM will stop accepting payments on February 15, 2013. Ocwen will begin to accept payments on February 16, 2013. Send all payments due on or after that date to Ocwen. A temporary coupon is provided below for your convenience. Any account notices prepared prior to February 16, 2013 will reflect GMACM; all notices prepared on or after February 16, 2013 will reflect Ocwen. In addition any payments received by GMACM after February 15, 2013 will automatically be processed by Ocwen.

If you are currently using GMACM's automatic payment service, this program will continue with no lapse in service. If you previously made your payment through GMACMortgage.com, on or after February 16, 2013 you can go to ocwen.mortgagebanksite.com and use your same login ID and password for account access. If you use a third party payment service, please request they update their records to have payments made payable to Ocwen Loan Servicing, LLC effective February 16, 2013.

Because GMACM is the subject of a bankruptcy proceeding, federal law requires either GMACM or Ocwen to send you this notice not more than 30 days after the effective date of the transfer of the servicing of your loan. In this case, all necessary information is combined in this one notice. Please review the reverse side of this letter for legal disclosures, notices and state requirements. It's our goal to make this transfer as seamless as possible.

Enclosed are your (1) final **GMAC Mortgage** annual privacy notice and (2) your Ocwen initial privacy notice that becomes effective with the start of your new customer relationship with Ocwen. Please see the Ocwen initial privacy notice for important opt-out elections.

We appreciate the opportunity to serve your home loan needs. If you have questions relating to the transfer of servicing please contact our Transfer Hotline at 1-888-526-3479 weekdays from 8:00 AM to 7:00 PM, Central Time. If you have questions about the general servicing of your loan please call GMACM Customer Care at 800-766-4622, 6:00 a.m. - 10:00 p.m. CT M-F and 8:00 a.m. - 2:00 p.m. Sat.

Sincerely,

Charles R. Hoecker
Sr. Vice President, Customer Care
GMAC Mortgage

Sincerely,

William C. Erbey
President and Chief Executive Officer
Ocwen Loan Servicing, LLC

Enclosure(s)

**Ocwen Loan Servicing, LLC**
**Customer Care**
**Contact Information**

➤Phone:
800-766-4622

Personal assistance:
6:00 a.m. - 10:00 p.m. CT M-F
and 8:00 a.m. - 2:00 p.m. Sat

24-hour automated service

Email:
ocwen@mortgagebanksite.com

Web:
ocwen.mortgagebanksite.com

Mail:
PO Box 780
Waterloo, IA 50704-0780

02-1285-73001(n3)

---

## Mortgage Payment Coupon



**Ocwen Loan Servicing, LLC**

OCWEN

**Account Number:**
▓▓▓3937

**Due Date:**
1/1/2007

**Mortgage Payment:**
See above

LEROY WILLIAMS

Please assist us
in applying your payment.

| | | |
|---|---|---|
| Full Payments | $............. | |
| ADDITIONAL Principal | $............. | |
| ADDITIONAL Escrow | $............. | |
| Late Charge | $............. | |
| Other Fees (specify) | $............. | |
| Total Amount Enclosed | $............. | |

Extra Funds

OCWEN
PO BOX 9001719
LOUISVILLE, KY 40290-1719

02   0107   ▓▓▓   3937   0000000   00000   22222   b

Exhibit 62
Exhibit 95

# FORM 6    FULL AND PUBLIC DISCLOSURE OF

## FINANCIAL INTERESTS

**2008**

FOR OFFICE USE ONLY

COMMISSION ON ETHICS
DATE RECEIVED

PROCESSED

Hon Valerie R Manno Schurr
Circuit Judge
Judicial Circuit 11th
Elected Jurisdictional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami FL 33130-1731

ID Code

ID No    210380

Conf Code

P Req Code

Manno Schurr Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 11)

My net worth as of December 31 2008 was $ 2,860,357.00.

---

### PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,400.00 .

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami Dade (primary residence) | 700,000.00 |
| Home land in Miami-Dade (Cutters) | 2,900,000.00 |
| Peril Colorado condominium / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts Stocks Bonds / Various Accounts | 600,000.00 |
| The Partes Boat 2 35 ml | $ 25,000.00 |

---

### PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage PO Box Louisville /16.5x900179 Louisville Ky - | 91,438.00 |
| GMAC Mortgage (Residence) 1st 2nd Mortgages (1. 8.x4x3) Naperville Ill 995,000.00 | 995,000.00 |
| Wells Fargo Home Mortgage (Ka (Copied) PO Box 50168, Dallas, Tx | 129,000.00 |
| Huntington National Bank (The video) PO Box 182579 | 9,205.00 |

Columbus Ohio 4320-579

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 EFF 1/2009     (Continued on reverse side)     PAGE 1

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]



Exhibit 62
Exhibit 96

**ᴜsbancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Company type | Public |
| Traded as | NYSE: USB ⬀<br>S&P 100 component<br>S&P 500 component |
| ISIN | US9029733048 |
| Industry | Banking<br>Financial services |
| Founded | July 13, 1863; 161 years ago |
| Headquarters | U.S. Bancorp Center, Minneapolis, Minnesota, U.S. |
| Number of locations | 3,067 branches and 4,771 automated teller machines |
| Key people | Andrew Cecere (Chairman, President and CEO) |
| Products | Consumer Banking, Corporate Banking, Insurance, Investment banking, Mortgage loans, Private banking, Private equity, Wealth management, Credit cards, Financial Analysis |
| Revenue | ▲ US$28.144 billion (2023) |
| Operating income | 6,150,000,000 United States dollar (2020) |
| Net income | ▼ US$5.429 billion (2023) |
| Total assets | ▼ US$663.491 billion (2023)[1] |
| Total equity | ▲ US$53.660 billion (2023) |
| Number of employees | 77,000 (2022) |
| Subsidiaries | Elan Financial Services<br>Elavon<br>Talech<br>Syncada |
| Capital ratio | 10.8% Tier 1 (2017) |
| Rating | Long Term Senior Debt<br>Moody's: A1 (10/2016)<br>S&P: A+ (10/2016)<br>Fitch: AA (10/2016)<br>DBRS: AA (10/2016) |
| Website | mortgage.usbank.com ⬀ ✎ |

Footnotes / references
[2][3]

# FORM 6 FULL AND PUBLIC DISCLOSURE OF

## FINANCIAL INTERESTS

**2009**

COMMISSION ON ETHICS
DATE RECEIVED
JUN 2 5 2010

**PROCESSED**

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI, FL 33130

FOR OFFICE
USE ONLY:

ID Code

ID No.  **210380**

Conf. Code

P. Req. Code

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

Manno Schurr , Valerie R.

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date  [Note  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of  December 31 , 20 09  was $ 3,351,652.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $  150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (Pinecrest) | 2,800,000.00 |
| Vail Colorado Condominium/Eagle County | 250,000.00 |
| Bank Accounts, Pension, Brokerage Accounts/Wachovia Bank of America | 650,000.00 |
| 2010 Range Rover / Fidelity | 64,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Credit Line / P.O. Box 4622, Waterloo, I A | 410,000.00 |
| Wellsfargo P.O. Box/1 C Box 650769, Dallas Tx | 128,000.00 |
| Chase Financial Group / P.O. Box 78067, Phoenix Az 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None ~ | |
| | |
| | |

CE FORM 6 - Eff  1/2010

(Continued on reverse side)

PAGE 1

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

Exh.62
Exh.98

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly.

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March ,2008

SARAH I. ZABEL
Circuit Court Judge

3
ORDR

**Exhibit 62 Exhibit 99**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

              CASE NO.    2007-12407-CA
vs.            DIVISION    32

SPACE FOR RECORDING ONLY F.S §695.26

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).
_____/

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

    ORDERED AND ADJUDGED as follows:

    1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

    2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

    3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502





## Exhibit 62 Exhibit 100

4.     The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.     The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.     The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge



**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV—abiven

Bk 27343 Pg 950 CFN 20100451678 07/06/2010 15:32:32 Pg 2 of 3 Mia-Dade Cty, FL

# Exhibit 62 Exhibit 101

Service List

LEROY WILLIAMS
15020 South River Drive
Miami, FL 33167

FRANKLIN CREDIT MANAGEMENT CORPORATION
C/o Corporation Service Company
1201 Hays St. Suite 105
Tallahassee, FL 32301-2525

CITY OF NORTH MIAMI
c/o V. Lynn Whitfield, Esq.
776 NE 125th Street
North Miami, FL 33161

MARK WELLS
15020 South River Drive
Miami, FL 33167

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office _____ 11/20 AD 20 11
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

Exhibit 62 Exhibit 102

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2010

| | |
|---|---|
| **FOR OFFICE USE ONLY:** | COMMISSION ON ETHICS DATE RECEIVED |

JUL 2 3 2011



ID Code *210360*

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W Flagler St Ste 1105
Miami, FL 33130-4763

ID No    210380

Conf Code

P Req. Code

PROCESSED

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2010, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20_10_ was $ _4,089,000.00_

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _250,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County | $ 2.5 mil |
| 2010 Range Rover | $53,000.00 |
| Bank Accounts Pension, brokerage Accts / Fidelity (ins) | $400,000.00 |
| Mortgage | 300,000.00 |
| CASH in Bank / City National Bank, Wachovia, Bank of America | 1,000,000.00 |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC / Mortgage - P.C. box 4622, Waterloo, IA | $ 100,000.00 |
| Chase Financial - PO box 78047, Phoenix AZ 85062 | $ 16,000.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |
| | |

CE Form 6 Effective January 1, 2011. Refer to Rule 34-8.002(1), F.A.C.    (Continued on reverse side)    PAGE 1

Loan No: ▮▮▮▮▮▮

Mortgagee: LEROY WILLIAMS

Address:   15020 SOUTH RIVER DRIVE
           MIAMI, FL 33167

Loan Amount: $ 448,000.00

## ALLONGE TO NOTE

PAY TO THE ORDER OF:

### RESIDENTIAL FUNDING CORPORATION

WITHOUT RECOURSE

_[signature]_

Assistant Secretary
Axiom Financial Services

PAY TO THE ORDER OF
U.S. Bank National Association as Trustee
WITHOUT RECOURSE
Residential Funding Corporation

By _[signature]_
Judy Faber, Vice President

MIN # 100176105062733202
ARL 620017.UFF

WILLIAMS
Page 1 of 1

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and
correct copy of the original on file in this office
this November 18      AD 20    21
HARVEY RUVIN, CLERK of Circuit and County Courts

Deputy Clerk ___ /s/ Wilfred Clark e323263
28465376

**Exhibit 62 Exhibit 104**

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2020 |
|---|---|---|

**FOR OFFICE USE ONLY:**

FLORIDA COMMISSION ON ETHICS

JUN 28 2021

RECEIVED

PROCESSED

*******AUTO**AI L FOR AADC 331 T1  P1 100 447
HON VALERIE R. MANNO SCHURR
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSESTE 1111
73 W FLAGLER ST
MIAMI FL 33130-4763

ID CODE

ID NO    210380

CONF. CODE

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2020 was $ 11,192,000.00

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 500,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County | 5 mil |
| Cash in Bank | 3 mil |
| Stocks, Securities (Fidelity) | 2 mil |
| Deferred Compensation | 92,000 |
| Investment Properties | 1 mil |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

$11,092,000.00

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Mortgage on Residence – City National Bank, Coral Gables, FL | $400,000.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.    (Continued on reverse side)    PAGE 1

Exhibit 62 Exhibit 105

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2019 |
|---|---|---|
| | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

Judicial Circuit (11Th)-Elected Constitutional Officer

ᵖᵗᵇₚₚₚᵗᵈᵈᵈᵈᵈᵈₚₗᵖᵗₗₗᵈₗₗₐₗᵈᵈᵈᵈₗₗₗₗₗₗ
**********AUTO**ALL FOR AADC 331 17  P2 9 198

**HON VALERIE R. MANNO SCHURR, CIRCUIT JUDGE**
73 W FLAGLER ST STE 1111
MIAMI FL 33130-4763

PROCESSED

FLORIDA
COMMISSION ON ETHICS

JUN 1 9 2020

RECEIVED

ID CODE

ID NO.       210380

CONF CODE

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of <u>December 31</u>, 20 <u>19</u> was $ <u>9, 880, 000.00</u>.

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ <u>500, 000.00</u>

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| See Attachment | 9.78M |
| | |
| | |
| | |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Mortgage on Residence | $400,000.00 |
| -City National Bank, Coral Gables, FL | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.202(1), F.A.C.

(Continued on reverse side)

PAGE 1

principal amount of 3.200% senior notes due 2029

**Exhibit 62**
**Exhibit 106**

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid fo with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co LLC, MUFG Securities Americas Inc , RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc , and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided '940 Act advice.

Involved fees earned:

## People also ask

**Exhibit 62 Exhibit 107**

Is Bancorp owned by Wells Fargo?

The oldest national charter, originally
granted to the First National Bank of
Philadelphia, is held by Wells Fargo, which
was obtained upon its merger with
Wachovia.

U.S. Bancorp.

**U.S. Bancorp Center in Minneapolis, Minnesota;
headquarters of U.S. Bancorp**

| Industry | Banking Financial services |
| --- | --- |
| Founded | July 13, 1863 |

19 more rows

W  https://en.m.wikipedia.org › wiki

## U.S. Bancorp - Wikipedia

More results

Who is U.S. Bancorp owned by?

What banks have merged with Wells Fargo?

Are U.S. Bank and U.S. Bancorp the same?

Q wells fargo owns US Bancorp

*Exh.62 Exh.108*

 **FREE MEMBERSHIP** Includes » ABL Advisor eNews + iData Blasts | **JOIN NOW**

LOGIN | ABOUT | FAQ | CONTACT





# ABL**A**DVISOR
## SERVING ASSET-BASED LENDING DECISION MAKERS

ARTICLES   NEWS   BLOGS   PRESS RELEASES   VIDEOS

search the site

HOME   SECTOR/ECONOMIC DATA   DEAL TABLES   DIRECTORY   EVENTS CALENDAR   ADVERTISE   SUBSCRIBE

the **ADVISOR** PROFESSIONAL NETWORK
Connecting Industry Professionals

Home / News / Wells Fargo, BofA, JPMorgan, RBC Provide $125MM ABL Revolver for Oil States

Post      Email    Print

## SECTOR/ECONOMIC DATA

**U.S. Census Bureau – U.S. Department of Commerce**

March 2022 Construction Spending Report

# Wells Fargo, BofA, JPMorgan, RBC Provide $125MM ABL Revolver for Oil States

February 11, 2021, 05:00 AM
Filed Under: Energy Services

Related: Bank of Amercia, JPMorgan Chase Bank, Royal Bank of Canada, Wells Fargo Bank

**U.S. Census Bureau – U.S. Department of Commerce**

Full Report on Manufacturers' Shipments, Inventories and Orders - March 2022

**VIEW ALL SECTOR/ECONOMIC DATA**

Oil States International entered into a new $125 million asset-based revolving credit agreement with Wells Fargo Bank as the administrative agent. In addition to Wells Fargo lenders under the Credit Agreement include Bank of America, JPMorgan Chase Bank, and Royal Bank of Canada. Borrowing availability under the Credit Agreement is based on eligible U.S. receivables and inventory. The Credit Agreement replaces Oil States' existing $200 million revolving credit facility. The maturity date of the Credit Agreement is February 10, 2025.

The Credit Agreement contains customary representations, warranties, covenants, terms and conditions for a facility of this type, including limitations on the accumulation of U.S. cash in excess of $30 million, incurrence of additional indebtedness and liens, the repayment of other indebtedness, the making of investments, the payment of dividends, the repurchase of shares of common stock and the sale of material amounts of assets.

Borrowings outstanding under the Credit Agreement will bear interest at LIBOR plus a margin of 2.75% to 3.25%, based on the Company's availability under the revolving credit facility. The Company must also pay a quarterly commitment fee of 0.375% to 0.50%, on the unused commitments.

Oil States International, Inc. is a global provider of manufactured products and services to customers in the oil and natural gas, industrial and military sectors. The Company's manufactured products include highly engineered capital equipment and consumable products. Oil States is headquartered in Houston, Texas with manufacturing and service facilities strategically located across the globe.

## FEATURED ARTICLES

**Trinity Capital Expands into the Sponsor Finance Vertical**

In May 2024, Trinity Capital announced its expansion into the...

by ABL Advisor Staff Writer

**Next Generation BDO Panel**

Charlie Perer meets with four next-gen BDOs who discuss evolving...

by Charlie Perer

**MOST POPULAR | ALL ARTICLES**

## SPONSORED CONTENT

**CFG Merchant Solutions Underwriter Academy**

CFGMS is proud to announce our new program: Underwriter Academy! Fast-track into a position with one of our producing underwriting teams.

sponsored by:



**LEARN MORE**

## Today's Other News

Banc of California Expands Specialty Lending Team
Commercial Bankruptcy Filings Increase 9% Year-over-Year
Bain Capital Credit Invests $1.8B Through Private Credit Group During H1/2024

## Most Popular

**1 | Voltera Secures First-of-its-Kind $100MM Debt Facility from ING and Investec**
*August 14, 2024, 08:06 AM*
Filed Under: *Charging Infrastructure*

6:44



Exh. 62

Exh. 109

⌂ 🔒 duckduckgo.com/?q=r  ⟨ 🔟 ⋮

https://www.jpmorgan.com › CA › en › about-us

## J.P. Morgan Canada | About us

JPMorgan Chase merges with Bank One Corp. in a
US$58 billion deal to provide investment banking,
consumer banking and commercial banking services
as well as to increase Treasury & Securities Services
activity. ... Chase Manhattan Bank, other foreign
banks and the Royal Bank of Canada form the Orion
Banking Group, a consortium for medium-term ...

https://www.wsj.com › articles › royal-bank-of-cana...

## Royal Bank of Canada Hires J.P. Morgan to Help Sell Swiss Operation

Royal Bank of Canada has hired J.P. Morgan to run
a sale process for RBC Suisse SA, its Swiss wealth-
management operations, according to people
familiar with the matter.

https://en.wikipedia.org › wiki › Royal_Bank_of_Ca...

## Royal Bank of Canada - Wikipedia

Royal Bank of Canada (RBC; French: Banque royale
du Canada) is a Canadian multinational financial
services company and the largest bank in Canada
by market capitalization. The bank serves over 16
million clients and has 86,000+ employees
worldwide. Founded in 1864 in Halifax, Nova Scotia,
it maintains a corporate headquarters in Toronto and

∧   🔲   ⊗   ⊗   🎯   G   ⊗   ✛

**Exhibit 62 Exhibit 110**

https://www.finextra.com › pressarticle › 7045 › u...

# US Bancorp buys Wachovia corporate trust, custody units

Source: US Bancorp. **U.S.** Bancorp (NYSE:USB) announced today that its lead **bank, U.S.** Bank, N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody ...

# Exhibit 62
# Exhibit 111

**LEROY WILLIAMS (ACCT 100176105062733202 [MIN])**
**Fidelity Advisor Strategic Real Return Fund**
Symbol:                    FSRAX
CUSIP:                     315912873

Inception Date:            9/7/2005
Net Assets:                $462,624,000.00 as of
                           12/3/2021
Portfolio Assets:          $462,624,000.00 as of
                           12/3/2021

### A little about the Fund:

Fidelity Strategic Real Return Fund seeks real return consistent with reasonable
investment risk by investing in domestic and foreign issuers using a neutral mix of
approximately 30% of inflation-protected debt securities, 25% floating-rate loans and
20% REITs and other real estate related investments.

## AFFIDAVIT OF FACT   Exhibit 62
Exhibit 112

**STATE: OHIO**

**COUNTY: FAIRFIELD**

The undersigned, Wesley Jarvis, Trustee for CUSIPONE Trust, hereby states and confirms that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein, as duly noted below are true, correct, complete and presented in good faith, establish that:

1.    The CUSIP numbers attached for LEROY WILLIAMS, for an account bearing number 100176105062733202, were searched through independent databases, confirmed with trading desks, and at least one interest was confirmed as per the reports issued and attached as a result.

2.    The Fund Manager, or other custodian(s) of the accounts of the fund(s) may have access to internal records indicating detailed data about the percentage of interest as held for the account of LEROY WILLIAMS.

3.    More than one fund may have an interest in the accounts of LEROY WILLIAMS.

FURTHER AFFIANT SAYETH NOT.

Signed and sealed this ___3ʳᵈ___ day of ___January___, in the Year of our Lord, two thousand twenty-two (2022).

All Rights Reserved.

For WESLEY JARVIS

Wesley J. Jarvis, Trustee

## **JURAT**

State of  Ohio                                     )

Subscribed and Affirmed                )

County of  Fairfield                          )

Exhibit 62
Exhibit 113

On  January  3 , 2022 before me,  Nia Tarrance  (notary public) personally appeared **Wesley J. Jarvis** [ ] personally known to me or [✓] proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to above and acknowledged to me that he executed the same in his authorized capacity.

I now affix my signature and official seal to these affirmations.

_____ (Signature)

Notary Public State of  Ohio                              Seal:

My Commission Expires:  5/16/26

Page 2 of 2

**Exhibit 62 Exhibit 114**
## MASTER KEY OF EXPLANATION FOR CUSIP REPORT

The following is a brief explanation of the report you received for your CUSIP searches. Please keep in mind that there can be MANY different securities inside the Fund itself. The value of the fund does not necessarily reflect the amount of your individual security.

*As listed on your report:*

Your name (or name of recipient).

The name of the fund in which the subject security was found to reside.

The Symbol is the Ticker Symbol of the fund which was found.

The CUSIP is the CUSIP number of the fund.

The Inception Date is the date the **FUND** was created. It has nothing to do with the specific case or issue.

Net Assets and Portfolio Assets usually are the same but can be different. These give an amount of value held by the Fund trust. This amount can and usually does change on a daily basis in coordination with the markets in which it trades.

Description of what the fund does in the market place. It also shows what sectors it trades in.

We always encourage that you do deep studies in securities and the relations around the industry before doing anything with them. It's a highly-regulated market.

EX-10.11 - SEC     **Exhibit 62 Exhibit 115**
https://**www.sec.gov**/Archives/edgar/data/133281...

HOMECOMINGS GMAC MORTGAGE, LLC
1992/05/28 Registered 1792907 : 1993/09/14:
76494788 PREMIER SERVICE GMAC RESIDENTIAL
HOLDING COMPANY, LLC 2003/03/06 Registered
2914178 : 2004/12/28: 78855608 PACIFIC UNION...

Timothy King, MBA - Licensed Real Estate
Salesperson ...
https://www.linkedin.com/in/timothy-king-mba-b21...

Feb 22, 2018 · Homecomings Financial Jul 2001 -
Oct 2008 7 years 4 months. Irvine, CA Sales Leader
CitiFinancial Mortgage Company, Inc. ... Celebrate
Leadership award and the prestigious GMAC ...

Title: Mortgage Broker at Hometown Financial Grou...
Connections: 500+

Location: Buckeye, Arizona, United States

*Homecomings is*
*Citi Financial is*
*Citi BANK*

Some results have been removed

< **2** >

 Try the Bing app

Privacy     Legal     Advertise     Ad i'     🔍

Feedback

© 2021 Microsoft

4/1/10.
ORDR
FH

## Exhibit 62 Exhibit 116

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank ,N.A.
    Plaintiff(s)

April 1,2010

Vs.

Leroy Williams
    Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201.    APR 06 2010

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

CC. All paches

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty Fl

# Morgan Stanley Maintains U.S. Bancorp(USB.US) With Hold Rating, Raises Target Price to $54

Moomoo News · Jul 30 08:31 · Ratings  1min

U.S. Bancorp (USB.US)                           45.540                    -1.13%

Morgan Stanley analyst Betsy Graseck maintains $U.S. Bancorp (USB.US)$ with a hold rating, and adjusts the target price from $47 to $54.

According to TipRanks data, the analyst has a success rate of 48.0% and a total average return of 3.3% over the past year.





🔒 bing.com

**Exhibit 62 Exhibit 118**

OCWEN LOAN SERVICING, LLC | 851
N.W.2d 727 (2014 ...
https://www.leagle.com/decision/insdco20140723...

Apr 29, 2014 · [¶ 3.] Shortly after the Note's
execution, Homecomings sold it to its parent
company — Residential Funding Company, LLC. On
March 7, 2007, Residential sold the Note to GMAC.
GMAC indorsed the Note in blank. GMAC ...

*[handwritten note, right margin:]* OCWEN IS
Residential Funding
Company LLC
IS Homecomings IS
OCWEN

Ocwen Financial (OCN) Unit Completes
ResCap Asset Acquisitions
https://www.streetinsider.com/Corporate+News/Oc...

Feb 19, 2013 · On February 15, 2013, Ocwen Loan
Servicing, LLC, a Delaware limited liability company
and a wholly owned subsidiary of Ocwen Financial
Corporation (NYSE: OCN), completed ...

Missing: ~~Homecomings~~ | Must include:
Homecomings

A List of Recent Mortgage Mergers,
Closures, and Layoffs
https://www.thetruthaboutmortgage.com/a-list-..

Nov 08, 2021 · Residential Capital LLC – cutting
roughly 1,000 jobs (GMAC company) Residential
Finance of Columbus Ohio – reportedly "hacked 19
branches yesterday and a regional manager," per
reader tip ResMae Mortgage Corp. – cut 182 jobs ...

**SEE RESULTS FOR**     🔍

Homecomings Financial LLC (Organization)
Minneapolis, MN▬▬▬▬▬▬

FJUD

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,
vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.
_____/

## Exhibit 62 Exhibit 119

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



### FINAL JUDGMENT OF FORECLOSURE

     THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented. IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

     Principal due on the note secured by the mortgage foreclosed:     $448,000.00
     Interest good thru 11/29/17     $307,333.74
     Late Charges     $137.20

Exhibit 62 Exhibit 120

*15020*

CFN 2005R0793767
OR BK 23623 Pg: 3231 - 3250; (20pgs)
RECORDED 07/29/2005 12:41:05
MTG DOC TAX 1,568.00
INTANG TAX 896.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Return To:
Axiom Financial Services
Attn: Post Closing Dept.
16550 West Bernardo Dr. Bldg 1
San Diego, CA 92127-1870

This document was prepared by:
Axiom Financial Services
10900 Stonelake Blvd Suite 350
Austin, TX 78759-5057

---------------------[Space Above This Line For Recording Data]---------------------

## · MORTGAGE

MIN 100176105062733202

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated June 30, 2005 together with all Riders to this document.
(B) "Borrower" is LEROY WILLIAMS, AN UNMARRIED MAN .

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is Axiom Financial Services

| 100176105062733 | 0506273320 |
|---|---|

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS

Form 3010 1/01

-6A(FL) (0005).02
Page 1 of 16      Initials: _____
VMP MORTGAGE FORMS - (800)521-7291

ηD

# Exhibit 62 Exhibit 121

(F) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(G) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the County [Type of Recording Jurisdiction] of MIAMI-DADE [Name of Recording Jurisdiction]:

See Legal Description Addendum Page Attached

Parcel ID Number: 3021239221050
15020 SOUTH RIVER DRIVE
MIAMI
("Property Address"):

which currently has the address of
[Street]
Miami, Florida 33167
[City] [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

-6A(FL) (0005).02                  100176105052733                    0506273320
                                   Page 3 of 16          Initials ____        Form 3010   1/01

Exhibit 62 Exhibit 122

Lender is a
organized and existing under the laws of the State of California
Lender's address is 10900 Stonelake Blvd Suite 350
Austin, TX 78759-5967

(E) "Note" means the promissory note signed by Borrower and dated June 30, 2005
The Note states that Borrower owes Lender four hundred forty-eight thousand and
00/100
(U.S. $448,000.00                    ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than July 1, 2035
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

☑ Adjustable Rate Rider    ☐ Condominium Rider              ☐ Second Home Rider
☐ Balloon Rider            ☐ Planned Unit Development Rider  ☐ 1-4 Family Rider
☐ VA Rider                 ☐ Biweekly Payment Rider          ☐ Other(s) [specify]

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.

100176105062733                              0506273320
-6A(R) (0005).02              Page 2 of 16        Initials                Form 3010   1/01

# Interest Only ADJUSTABLE RATE NOTE

(LIBOR Six-month Index (As Published in The Wall Street Journal) — Rate Caps)

**Exhibit 62 Exhibit 123**

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE AND FOR CHANGES IN MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

June 30, 2005

MIAMI
[City]

FL
[State]

15020 SOUTH RIVER DRIVE
MIAMI, FL 33167
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 448,000.00 (this amount is called "Principal"), plus interest, to the order of Lender. Lender is Axios Financial Services. I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 6.125%. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will make a payment on the 1st day of every month, beginning on August 1, 2005. Before the First Principal and Interest Payment Due Date as described in Section 4 of this Note, my payment will consist only of the interest due on the unpaid principal balance of this Note. Thereafter, I will pay principal and interest by making a payment every month as provided below.

MIN # 100176105062733707
INTAOTE1.UFF

∠w

WILLIAMS
Page 1 of 7

Initials:
Loan #
AM1 modified FannieMae 3530 (11/01)

F07013118

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

I will make my monthly payments of principal and interest beginning on the First Principal and Interest Payment Due Date as described in Section 4 of this Note. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date, and if the payment includes both principal and interest, it will be applied to interest before Principal. If, on July 1, 2035, I still owe amounts under this Note, I will pay these amounts in full on that date, which is called the "Maturity Date."

**Exhibit 62**

**Exhibit 124**

I will make my monthly payments at P.O. Box 502450 San Diego, CA 92150-2480 or at a different place if required by the Note Holder.

### (B) Amount of My Initial Monthly Payments

The first Thirty-Six (36) monthly payments will be in the amount of U.S. $2,286.67, which equals one-twelfth (1/12) of the amount of yearly interest due on the principal at the initial rate. The next Twenty-Four (24) monthly payments will equal one-twelfth (1/12) of the amount of yearly interest due on the principal at the rate determined in accordance with Section 4 of the Note. All of these payments are called the "Interest Only Payments." The period during which these payments are due is called the "Interest Only Period."

No payments of principal are due during the Interest Only Period. The Interest Only Payments will not reduce the principal amount of this Note. Payments of principal may be made in accordance with Section 5 of this Note.

### (C) Monthly Payment Changes

During the Interest Only Period, changes in my monthly payment will reflect changes in the interest rate that I must pay. After the Interest Only Period, changes in my monthly payment will reflect changes in the interest rate and in the principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4, and if applicable, Section 5 of this Note.

## 4. ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES

### (A) Change Dates

The initial fixed interest rate I will pay will change to an adjustable interest rate on the 1st day of July, 2008, and the adjustable interest rate I will pay may change on the first day of every sixth month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

### (B) The Index

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

MIN # 100176105062733207
INTHOTE2.wff

WILLIAMS
Page 2 of 7

Initials: _____
Loan # ▮▮▮▮▮
AR1 modified FannieMae 3530 (11/01)

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding Four And Five-eighths percentage points ( 4.625 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date

(right margin)

**Exhibit 62**

**Exhibit 125**

During the Interest Only Period, and before each Change Date, the Note Holder will determine the amount of my monthly payment by calculating one twelfth (1/12) of the amount of yearly interest due at my new interest rate. During the Interest Only Period, the result of this calculation will be the new amount of my monthly payment

After the Interest Only Period and before each Change Date, the Note Holder will determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the maturity date at my new interest rate in substantially equal payments. After the Interest Only Period, the result of this calculation will be the new amount of my monthly payment

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than 7.625 % or less than 6.125 % Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than One And One-half percentage points from the rate of interest I have been paying for the preceding six (6) months. My interest rate will never be greater than 13.125 % or less than 6.125 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again

**(F) Notice of Changes**

Before the effective date of any change in my interest rate and/or monthly payment, the Note Holder will deliver or mail to me a notice of such change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**(G) Date of First Principal and Interest Payment**

The date of my first payment consisting of both principal and interest on this Note (the "First Principal and Interest Payment Due Date") shall be the first monthly payment date after the first sixty ( 60 ) payments under this Note are due.

(bottom block)

MIN # 100176105342733202
INTROTE3.UFF

WILLIAMS
Page 3 of 7

Initials:
Loan #
AHL Modified FannieMae 3530 (11/01)

A TRUE COPY
CERTIFICATION ON LAST PAGE
DARLEY RUVIN CLERK

JPMorgan Chase & Co. is the parent holding **Exhibit 62**
company of Chase(Commerical Bank) and **Exhibit 126**
JPMorgan(Investment Bank).

John Pierpont Morgan (J.P. Morgan) founded J.P.
Morgan & Co., which is the predecessor to Morgan
Stanley and JPMorgan Chase.
As a result of the Glass-Stegall Act of 1933, J.P.
Morgan & Co. was broken up, it spun off its
investment banking activities into Morgan Stanley.

J.P. Morgan & Co. continued to operate as a
commercial bank. However, in the 1990's it started
to rebuild its investment banking operations. In
2000, it merged with the Chase Manhattan Bank,
and JPMorgan Chase was formed. In 2004, it
acquired Bank One, Jamie Dimon ( current CEO of
JPMorgan Chase) was one of the executives who
came from Bank One. During the financial crisis,
JPMorgan Chase also acquired Washington Mutual
and Bear Sterns. Today, JPMorgan Chase is the
largest Bank in the world with over US$2.6 trillion in
assets.
Morgan Stanley continues to operate as an
investment bank.



Open in App

AA    🔒 quora.com



Exh.62
Exh.127

**FLORIDA DEFAULT LAW GROUP, P.L.**
ATTORNEYS AT LAW
9119 CORPORATE LAKE DRIVE
3RD FLOOR
TAMPA, FLORIDA 33634

Telephone (813) 251-4766
Telefax (813) 251-1541

Please reply to:
Post Office Box 25018
Tampa, FL 33622-5018

July 20, 2010

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

Re

Loan Number: ████████
Mortgage Servicer: GMAC MORTGAGE, LLC
Creditor to whom
the debt is owed: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
RASC 2005AHL3
Property Address: 15020 SOUTH RIVER DRIVE, MIAMI, FL 33167
Our File No: F10051160

Dear Borrower,

The law firm of Florida Default Law Group, P.L. (hereinafter referred to as "law firm") has been retained to represent U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 with regards to its interests in the promissory Note and Mortgage executed by LEROY WILLIAMS on June 30, 2005. Pursuant to the terms of the promissory Note and Mortgage our client has accelerated all sums due and owing, which means that the entire principal balance and all other sums recoverable under the terms of the promissory Note and Mortgage are now due.

As of the date of this letter, the amount owed to our client is $661,289.01, which includes the unpaid principal balance, accrued interest through today, late charges, and other default-related costs recoverable under the terms of the promissory Note and Mortgage. Additional interest will accrue after the date of this letter.

This correspondence is being sent to comply with the Fair Debt Collection Practices Act and should not be considered a payoff letter. Our client may make advances and incur fees and expenses after the date of this letter which are recoverable under the terms of the promissory Note and Mortgage. Therefore, if you wish to receive figures to reinstate (bring your loan current) or pay off your loan through a specific date, please contact this law firm at (813) 251-4766 or client services@defaultlawfl.com.

Unless you notify this law firm within thirty (30) days after your receipt of this letter that the validity of this debt, or any portion thereof, is disputed, this law firm will assume that the debt is valid. If you do notify this law firm in writing within thirty (30) days after receipt of this letter that the debt, or any portion thereof, is disputed,

**FILE_NUMBER: F10051160**

**HELLOLETTER**



CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

https://www.tookitaki.ai › news-views › from-wac **Exhibit 62**

**Exhibit 128**

The Biggest Money Laundering Cases: From Wachovia to Danske Bank

Wachovia (US$390 billion) Now part of Wells Fargo, Wachovia was one of the biggest banks in the US. In 2010, the bank was found to have allowed drug cartels in Mexico to launder close to US$390 billion through its branches during 2004-2007. The drug cartels used to smuggle US dollars received from drug sales in the US across the Mexican border

https://justiceinmexico.org › wachovia-bank-accu...

Wachovia Bank Accused of Laundering Billions From Mexican Drug Cartels

This investigation led to criminal proceedings against Wachovia, which were settled out of court under the U.S. Bank Secrecy Act in March 2010. Wachovia ultimately paid federal authorities $110 million in forfeiture, a $50 million fine for failing to monitor cash flow, and a sanction because it never applied the proper anti-money laundering ...

https://supreme.justia.com › cases › federal › us ...

Wachovia Bank, N. A. v. Schmidt :: 546 U.S. 303 (2006) :: Justia US ...

certiorari to the united states court of appeals for the fourth circuit. No. 04-1186. Argued November 28, 2005 —Decided January 17, 2006. Petitioner Wachovia Bank, National Association (Wachovia), is a national banking association with its designated main office in North Carolina and branch offices in many States, including South Carolina.

duckduckgo.com

 

A new true-crime podcast · Listen now

Exhibit 62
Exhibit 129

Advertisement

World

This was published 13 years ago

# Wells Fargo bank says to buy rival Wachovia

October 3, 2008 — 10.43pm

☐ Save    → Share    A  A  A

US bank Wells Fargo said Friday it was buying rival Wachovia for 15.1 billion US dollars in stock, ending a government-backed plan for Citigroup to take over Wachovia's banking operations.

Wells Fargo and Wachovia "signed a definitive agreement for the merger of the two companies" without government assistance, the two firms said in a statement.

It said the deal covered "all of Wachovia's banking operations in a whole company

ⓐ smh.com.au



Exhibit 62
Exhibit 130

All company news »

Enabling the world's most
innovative crypto programs  

# US Bancorp buys Wachovia corporate trust, custody units

29 November 2005

Source: US Bancorp

U.S. Bancorp (NYSE:USB) announced today that
its lead bank, U.S. Bank, N.A., has entered into a
definitive agreement to purchase the corporate
trust and institutional custody businesses of
Wachovia Corporation (NYSE:WB).

As a result of this transaction, U.S. Bank Corporate

AA     finextra.com      

https://www.finextra.com › pressarticle › 7045 › u...

## US Bancorp buys Wachovia corporate trust, custody units

Source: US Bancorp. U.S. Bancorp (NYSE:USB) announced today that its lead bank, U.S. Bank, N.A., has entered into a definitive agreement to purchase the corporate trust and institutional custody ...

**Exhibit 62**
**Exhibit 131**

https://www.company-histories.com › Wachovia-...

## Wachovia Corporation -- Company History

1893: Wachovia Loan and Trust Company becomes North Carolina's first charted trust company. 1910: Wachovia National Bank merges with Wachovia Loan and Trust to become Wachovia Bank and Trust Company. 1968: The Wachovia Corporation is formed as a holding company. 1988: First Union lists on the New York Stock Exchange.

https://sherloc.unodc.org › cld › en › case-law-do...

## United States of America v. Wachovia Bank

Between 2004 and 2007, almost $13 million USD "went through correspondent bank accounts at Wachovia for the purchase of aircraft to be used in illegal narcotics trade.". In fact, more than twenty thousand kilograms of cocaine were seized from these aircraft. The investigating agencies determined that Wachovia's CDC business was high risk.

https://www.reuters.com › article › us-wachovia-s.

## Wachovia pays $160 million to settle

duckduckgo.com

CCB Search

| | | | | TO VACATE LAST ORDER & RETAIN ORIG ORDER |
|---|---|---|---|---|
| | | | | **Exhibit 62** |
| | | | | **Exhibit 132** |
| | | | | RSTD ORIGINAL NOTE AND MORTGAGE, |
| | | | | 8: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC... |
| | | | | ATY:00076 75 TO DISMISS CASE, CANCEL FORECLOSURE SALE,ETC |
| | | | | |
| | | | | D: 27314 P: 4100 OF DISMISSAL |
| | | | | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| | | | | TO WRITTEN DISCOVERY,MTN TO STRIKE OR...ETC |
| | | | | THAT PLTFF HAS RESPONDED TO DEFENDANT, ETC |
| | | | | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| | | | | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| | | | | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| | | | | PUB DATE :08/31/2007 |
| | | | | PUB DATE: |
| | | | | TO CANCEL FORECLOSURE SALE |
| | | | | ATY:8888888X SET ASIDE FJUD AND RECONSIDER STAY |
| | | | | $50 FEE PD/RCPT 140184 |
| | | | | |
| | | | | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| | | | | |
| | | | | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| | | | | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| | | | | FINAL DISPOSITION FORM |

Page 2 of 4



Exh. 62
Exh. 133

# OCCUPY.com

## REVEALED: FEDERAL JUDGES GUILTY OF OWNING STOCK IN CORPORATIONS THEY RULED ON

**THU, 5/1/2014 - BY REITY O'BRIEN, KYTJA WEIR, CHRIS YOUNG**
**THE CENTER FOR PUBLIC INTEGRITY**

   





W hen Linda Wolicki-Gables and her husband appealed a lawsuit all the way to the second-highest court in the nation against Johnson & Johnson over a malfunctioning medication pump that had been implanted in her body, the couple had no idea that one of the judges who decided their case had a financial stake in the giant multinational company.

Eleventh U.S. Circuit Court of Appeals Judge James Hill owned as much as $100,000 in Johnson & Johnson stock when he and two other judges ruled against the Gables'

occupy.com

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



Exh. 62 Exh. 134

**WESTERN UNION**
**PAYMENT SERVICES**

Dec. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Nov.30, 2006 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:45 A.M. Nov. 30,2006, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. 62 Exh. 135

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



Jan. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

Bank:                        WACHOVIA BANK, NA
Bank Account Number:         ******0274
Date of Transaction:         Dec.31, 2006

Payable To:                  AXIOM FINANCIAL SERVICES
Amount of Payment:           $2286.67

Customer Reference:          0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:40 A.M. Dec. .31,2006,we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

                    AXIOM FINANCIAL SERVICES
                    10900 STONE LAKE BLVD.SUITE 350
                    AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. 62 Exh. 136



**WESTERN UNION**
PAYMENT SERVICES

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Feb. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | *****0274 |
| Date of Transaction: | Jan. 31, 2007 |
| | |
| Payable To: | AXIOM FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:00 A.M. Jan. 31,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD. SUITE 350
AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



Exh. 62 Exh. 137
WESTERN
UNION
PAYMENT SERVICES

Mar. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| Bank: | **WACHOVIA BANK, NA** |
| Bank Account Number: | **\*\*\*\*\*0274** |
| Date of Transaction: | **Feb.28, 2007** |
| | |
| Payable To: | **AXIOM FINANCIAL SERVICES** |
| Amount of Payment: | **$2286.67** |
| | |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:15 A.M. Feb. 28, 2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759 5867

Important Information
Don't give out your bank account information over the phone unless you know the company, and understand why the authorization is needed
This is not a bill. Do not mail payment
Retain this letter for your records

Exh. 62 Exh. 138

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867


**WESTERN UNION**
**PAYMENT SERVICES**

April 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMi FL 33167

lulfuulluulldluluulluulllluullluluulllluuluulll

## PAYMENT DESCRIPTION

**Bank:**                           WACHOVIA BANK, NA
**Bank Account Number:**            ******0274
**Date of Transaction:**            March 30, 2007

**Payable To:**                     Axion Financial Services
**Amount of Payment:**              $2286.67

**Customer Reference:**             0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 11:51 A.M., March 30,2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd.Suite 350
Austin Tx 78759-5867

Important Information
Don't give out your bank account information over the phone unless you know the company and understand why the
Information is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**Exh. 62 Exh. 139**

# WESTERN UNION
## PAYMENT SERVICES

May 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

‖ıllıılıulɪldldılıılıullllıuıllldlıullılllılıdıl

## PAYMENT DESCRIPTION

| | |
|---|---|
| **Bank:** | WACHOVIA BANK, NA |
| **Bank Account Number:** | ******0274 |
| **Date of Transaction:** | April 30, 2007 |
| **Payable To:** | Axion Financial Services |
| **Amount of Payment:** | $2286.67 |
| **Customer Reference:** | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:00 A.M., April 30,2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd.Suite 350
Austin Tx 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the
information   is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

Axiom Financial Services
10900 Stone lake Blvd Suite 350
Austin Tx 78759-5867



**PAYMENT SERVICES**

June 1, 2007

LEROY   WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

| | |
|---|---|
| **Bank:** | WACHOVIA BANK, NA |
| **Bank Account Number:** | ******0274 |
| **Date of Transaction:** | May 30, 2007 |
| | |
| **Payable To:** | Axion Financial Services |
| **Amount of Payment:** | $2286.67 |
| | |
| **Customer Reference:** | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:38 A.M., May 30,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

Axiom Financial Services
10900 Stone Lake Blvd.Suite 350
Austin Tx 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information   is nessary

This is not a bill. Do not mail. payment.
Retain this letter for your records.

004730A0116730

AFFIDAVIT

**Exhibit 62**
**Exhibit 141**

I Maurice Symonette was there in The Dade County Courthouse on Flagler Street in Downtown Miami and witnessed Judge Zabel Sign The Document To Dismiss With Prejudice on 04/06/2009 That was For The Case: 2007-13409 cmel, And I also witness That I saw it on The ticket Sign Judge Zabel.

Maurice Symonette
15020 S River Dr
Miami, Fla 33167

X _____ Witness(
Feb 9, 2022



AFFIDAVIT

**Exhibit 62**
**Exhibit 142**

I, MARK Wells was There in The Miami Dade County Court house on Flagler Street in Downtown Miami and I witness Judge Zabel Sign The Demand To Dismiss with Prejudice on 04/06/2019 That was For The Case Number 2017-12907-CA01 And I'm also a witness that I Saw it on the Docket Signed by Judge Zabel

*Mack Wells*

MARK WELLS

15026 S River dr.
Miami Fla 33167

x *Jannie Mitchell*

Feb 10 2022



AFFIDAVIT

**Exhibit 62**
**Exhibit 143**

I James Buckman was there in the Miami Dade Court House on Flagler street in downtown Miami and I witness Judge Zabel sign The Document + dismiss with Prejudice on 04/00/2019 that was for the case no. 2007-12407-CA04, and I'm also witness that I saw it on the docket signed by Judge Zabel.

James Buckman Jr
James Buckman Jr
15220 S Ave...
Miami 1. 33167

X Jannie Mitchell



Feb 4, 2022

**Exhibit 62**
**Exhibit 144**

### IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

-vs-

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

#### ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

#### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

electronically signed by
2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed



Google

gmac owns homecomings financial

All    News    Shopping    Images    Videos    Map

Company overview

**GMAC also formed Homecomings Financial in 1985 from the purchased assets of another company. In 2005, ownership of GMAC Mortgage, GMAC-RFC. and Homecomings was transferred to a newly formed holding company, the Residential Capital Corp. (ResCap).**
May 8, 2009

https://publicintegrity.org › no-20-o...

No. 20 of The Subprime 25: GMAC LLC/Cerberus Capital Management

People also ask

What happened to homecomings financial?

AA    Q gmac owns homeco


Exh.62
Exh.146

Homecomings Financial customer service

Homecomings Financial payoff

Homecomings Financial, LLC merger



https://www.leagle.com

## OCWEN LOAN SERVICING. LLC v. ELLIOTT - Leagle.com

Jul 25, 2014 — [¶ 3 ] Shortly after the Note's execution, Homecomings sold it to its parent company — Residential Funding Company, LLC. On March 7...

https://www.fitchratings.com

## GMAC-Residential Funding Corp. Homecomings Financial - Fitch Ratings

Aug 24, 2001 — Summary Fitch assigns GMAC-Residential Funding Corp.'s (GMAC-RFC) wholly owned subsidiary, Homecomings Financial (Homecomings), . . .

https://www.justice.gov

## The Justice Department Resolves Investigation Under Servicemembers ...

Dec 15, 2009 — In addition, Homecomings, which is

AA   Q gmac owns homec



* For Internal USE ONLY, NOT a Transaction History *
* For Internal USE ONLY, NOT a Transaction History *

HOMECOMINGS FINANCIAL
DETAIL TRANSACTION HISTORY

SER4910R-02
HFRIDI

**Exhibit 62**
**Exhibit 147**

5/21/07 17:25:19
JOB DT: 5/02/07
PAGE: 1

LOAN# [redacted]3957 INV# 413 POOL# 0200511 INV LN# [redacted]5903 NEXT DUE 1/01/07 INTEREST RATE 6.125 PRIN.BAL 448,000.00
BORR: Larry Williams TYPE: 02-00 CONVENTIONAL STATUS R TOT.DEL 014,151.29 SUSP-DISB .00 ESC.BAL .00
COBRO: SCODE: 10 40 NEXT 000000 P&I 2,286.68 SUSP-SUSP .00 ESC.ADV 22,332.10
PROP: 15000 South River Drive MAIL: PO BOX 222692 SUSP-HAZ .00 TOT.PMT 3,401.57
SAVINGS .03750 SUSP-FOR .00 P&I 2,286.67
Miami FL 33167 Hollywood FL 330222692 TOIPF .00000 SUSP-MIS .00 ESC.PMT 1,114.90
INT PD TO 12/01/06 P&I SHORT .00 COMP PD .00

| TRANSACTION SEQ | DATE | CODE | DESCRIPTION | NEXT DUE | AFTER TRANS BALANCES PRINCIPAL | ESCROW | TOTAL AMOUNT | APPLIED PRINCIPAL | INTEREST | ESCROW | SUSPENSE/CO | MISC.PMTS CORP.FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 10/27/05 | 4102 | LOAN TRANSFER | 11/05 | 448000.00 | .00 | 448000.00- | 448000.00- | .00 | .00 | .00 | |
| | | | S/F REF# | | | | | | | | | |
| 11 | 10/31/05 | 3135 | OLD INV 743/0200511 | 11/05 | .00 | .00 | 448000.00 | 448000.00 | .00 | .00 | .00 | |
| | | | | | Eff Dt: 10/31/2005 | | Batch: HASSFER | | | | | |
| | | | S/F TR REF# | | | | | | | | | |
| 12 | 10/31/05 | 5199 | NEW INV 413/0200511 | 11/05 | 448000.00 | .00 | 448000.00- | 448000.00- | .00 | .00 | .00 | |
| | | | S/F TR REF# | | | | | | | | | |
| 13 | 11/16/05 | 1499 | Late Charge | 11/05 | 448000.00 | .00 | 114.33 | .00 | .00 | .00 | .00 | 114.33 LC |
| | | | S/F REF# | | | | | | | | | |
| 14 | 11/16/05 | 2664 | NON CASH FEE ADJ | 11/05 | 448000.00 | .00 | 114.33- | .00 | .00 | .00 | .00 | 114.33-LC |
| | | | S/F WC REF# | | | | | | | | | |
| 15 | 11/28/05 | 1325 | PMT-MISC SUSP | 11/05 | 448000.00 | .00 | 2286.67 | .00 | .00 | .00 | 2286.67 FP | |
| | | | S/F CK REF# | | | | | | | | | |
| 16 | 11/28/05 | 1425 | MISC.ADJ | 11/05 | 448000.00 | .00 | 2286.67- | .00 | .00 | .00 | 2286.67-FP | |
| | | | S/F CK REF# | | | | | | | | | |
| 17 | 11/28/05 | C2 | PAYMENT | 12/05 | 448000.00 | .00 | 2286.67 | .00 | 2286.67 | .00 | .00 | 140.00 11 |
| | | | Days since last Paymt on: 10/31/2005 | 28 | Eff Dt: 11/28/2005 | | Batch: 1128SHS2 | IPT Dt: 11/01/05 | | | | |
| | | | S/F CK REF# | | | | | | | | | |
| 18 | 12/06/05 | 1499 | Speed Draft Fee | 12/05 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |
| | | | S/F REF# | | | | | | | | | |
| 19 | 12/06/05 | C2 | PAYMENT | 1/06 | 448000.00 | .00 | 2286.67 | .00 | 2286.67 | .00 | .00 | 140.00 11 |
| | | | Days since last Paymt on: 11/28/2005 | 8 | Eff Dt: 12/06/2005 | | Batch: 1206ACHS | IPT Dt: 12/01/05 | | | | |
| | | | S/F EA REF# | | | | | | | | | |
| 20 | 12/06/05 | 1407 | Speed Draft Fee | 1/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |
| | | | S/F C REF# | | | | | | | | | |
| 21 | 1/05/06 | 1499 | Speed Draft Fee | 1/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |
| | | | S/F REF# | | | | | | | | | |
| 22 | 1/05/06 | C2 | PAYMENT | 2/06 | 448000.00 | .00 | 2286.67 | .00 | 2286.67 | .00 | .00 | 140.00 11 |
| | | | Days since last Paymt on: 12/06/2005 | 30 | Eff Dt: 01/05/2006 | | Batch: 0105ACHS | IPT Dt: 1/01/06 | | | | |
| | | | S/F EA REF# | | | | | | | | | |
| 23 | 1/05/06 | 1407 | Speed Draft Fee | 2/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |
| | | | S/F C REF# | | | | | | | | | |
| 24 | 2/13/06 | 1499 | Speed Draft Fee | 2/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |
| | | | S/F REF# | | | | | | | | | |
| 25 | 2/13/06 | C2 | PAYMENT | 3/06 | 448000.00 | .00 | 2286.67 | .00 | 2286.67 | .00 | .00 | 140.00 11 |
| | | | Days since last Paymt on: 01/05/2006 | 39 | Eff Dt: 02/13/2006 | | Batch: 0213ACHS | IPT Dt: 2/01/06 | | | | |
| | | | S/F EA REF# | | | | | | | | | |
| 26 | 2/13/06 | 1407 | Speed Draft Fee | 3/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |
| | | | Effective date: 2/13/06 | | | | | | | | | |
| | | | S/F C REF# | | | | | | | | | |
| 27 | 3/07/06 | 1499 | Speed Draft Fee | 3/06 | 448000.00 | .00 | 8.99 | .00 | .00 | .00 | .00 | 8.99 07 |

EX ( 7 )
Filed 11-29 A.D. 2011
Case No. 10-61929-CA05
HARVEY RUVIN
Clerk Circuit Court

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

**Exhibit 62**
**Exhibit 148**

FILED FOR RECORD
2019 JAN -9 AM 11:49

CIRCUIT CIVIL DIVISION
CASE NO: 10 - 61928 - CA01

US Bank, NA

Plaintiff(s),

vs.

Leroy Williams

Defendant(s).

ORDER
~~GRANTING~~/DENYING
~~PLAINTIFF'S~~/DEFENDANT'S
Objection to Sale

THIS CAUSE having come on to be heard on ___1/9/19___
on Plaintiff's/Defendant's Motion

Objection to Sale

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon

ORDERED AND ADJUDGED that said Motion be and the same is hereby

Denied as moot. The sale was previously
vacated on 12/28/18. Defendant's
bankruptcy is still active.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ___9___

day of

January, 2019.

CIRCUIT COURT JUDGE          ORIGINAL
~~Miguel de la O~~        [J]udge Miguel de la O

Copies furnished to: Counsel of Record
H_50-2M v11

CIRCUIT COURT JUDGE

**Exhibit 62**
**Exhibit 149**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Veronica Diaz

U S Bank (na)
Plaintiff(s)

vs.

Williams, Leroy
Defendant(s)

_____

## ORDER ON MOTION TO CANCEL FORECLOSURE SALE SCHEDULED FOR JUNE 24, 2020

THIS CAUSE having come before the Court on the Plaintiff's Motion to Cancel Foreclosure Sale, and the Court having heard argument of parties, having reviewed the file and the Court being otherwise duly advised, it is thereupon,

### ORDERED AND ADJUDGED:

The Plaintiff's Motion to Cancel Foreclosure Sale is hereby **GRANTED**.

The clerk is directed to reset the foreclosure sale upon further motion of Plaintiff and order of the court.

**Exhibit 62**

**Exhibit 150**

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 2nd day of June, 2020.

2010-061928-CA-01 06-02-2020 11:25 AM

Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on THIS MOTION

CLERK TO RECLOSE CASE IF POST JUDGMENT

**Electronically Served:**

Altanese Phenelus, yvaldes@miamidade.gov
Daniel Hurtes, DHurtes@BlankRome.com
Daniel Hurtes, BRFLEservice@BlankRome.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Jennifer L. Warren, jwarren@northmiamifl.gov
Jennifer L. Warren, cityattorney@northmiamifl.gov
Jessica J Fagen, FLeFileTeam@brockandscott.com
Jessica J Fagen, FLCourtDocs@brockandscott.com
Jessica J Fagen, CourtXpress@firmsolutions.us
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com

Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Tania Bartolini, tania.bartolini@bartolinilaw.com
Tania Bartolini, info@bartolinilaw.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Exhibit 62**
**· Exhibit 151**

**Physically Served:**

# Exhibit 62
# Exhibit 152

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin.
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams: Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida: State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.: Suntrust
Bank: City of North Miami, Florida and Tenant #1

Defendants.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented. IT IS ORDERED AND ADJUDGED that Plaintiff's
Final Judgment is GRANTED against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I: Miami-Dade County, Florida; State of Florida, Department of
Revenue: Unifund CCR Partners, G.P.: Suntrust Bank; City of North Miami, Florida."

1.   **Amounts Due and Owing.** Plaintiff is due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $448,000.00 |
| Interest good thru 11/29/17 | $307,333.74 |
| Late Charges | $137.20 |

Exhibit 62
Exhibit 153

| | |
|---|---:|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $5,146.00 |
| Hazard insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | $991,297.35 |

2. Interest. The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3. Lien on Property. Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4. Sale of property. If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on __JAN 3 0 2018__, 20?, at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

## Exhibit 62
## Exhibit 154

Florida Statutes. The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5. Costs. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. Right of Possession. Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8. Jurisdiction. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9. Attorney Fees. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exhibit 62
Exhibit 155

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of
_____, 2017.

DEC 19 2017

Circuit Judge        John Schlesinger
                     Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

## Service List

Willnae LaCroix, Esq.
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____ 03
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.       John Schlesinger
                  Judge's Initials   Circuit Court Judge

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

Case No. 2010-61928-CA-01                    ą                    File # 13-F02868

Exhibit 62
Exhibit 156

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
proccess
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Case No. 2010-61478-CA-01          2          File # 13-F02863

Exhibit 62
Exhibit 157

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>file001.txt
<DESCRIPTION>DEFINITIVE MATERIALS
<TEXT>
<PAGE>

**Exhibit 62**
**Exhibit 158**

Filed Pursuant to Rule 424B5
Registration File No.: 333-122688

Prospectus Supplement dated November 16, 2005 (To Prospectus dated May 2, 2005)

$488.750.000

### RESIDENTIAL ASSET SECURITIES CORPORATION
### DEPOSITOR

### RASC SERIES 2005-AHL3 TRUST
### ISSUER

### RESIDENTIAL FUNDING CORPORATION
### MASTER SERVICER

### HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-AHL3

#### OFFERED CERTIFICATES

The trust will consist primarily of a pool of one- to four-family fixed rate and adjustable rate, first lien mortgage loans. The trust will issue three classes of senior certificates, the Class A Certificates, and nine classes of subordinate certificates, the Class M Certificates, that are offered under this prospectus supplement.

#### CREDIT ENHANCEMENT

Credit enhancement for the offered certificates consists of:

o   excess cash flow and overcollateralization;

o   yield maintenance agreement; and

o   subordination provided to the Class A Certificates by the Class M Certificates, and subordination provided to the Class M Certificates by each class of Class M Certificates with a lower payment priority.

------------------------------------------------------------------

YOU SHOULD CONSIDER CAREFULLY THE RISK FACTORS BEGINNING ON PAGE S-15 IN THIS PROSPECTUS SUPPLEMENT.

------------------------------------------------------------------

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THE OFFERED CERTIFICATES OR DETERMINE D
THAT THIS PROSPECTUS SUPPLEMENT OR THE PROSPECTUS IS ACCURATE OR COMPLETE. ANY

WIKIPEDIA

**Exhibit 62**
**Exhibit 159**

# Morgan Stanley

**Morgan Stanley** is an American multinational investment management and financial services company headquartered at 1585 Broadway in Midtown Manhattan, New York City. With offices in more than 41 countries and more than 75,000 employees, the firm's clients include corporations, governments, institutions, and individuals.[2] Morgan Stanley ranked No. 61 in the 2021 Fortune 500 list of the largest United States corporations by total revenue.[4]

The original Morgan Stanley, formed by J.P. Morgan & Co. partners Henry Sturgis Morgan (grandson of J.P. Morgan), Harold Stanley, and others, came into existence on September 16, 1935, in response to the Glass–Steagall Act that required the splitting of commercial and investment banking businesses.[5] In its first year, the company operated with a 24% market share (US$1.1 billion) in public offerings and private placements.

The current Morgan Stanley is the result of merger of the original Morgan Stanley with Dean Witter Discover & Co. in 1997.[5] Dean Witter's Chairman and CEO, Philip J. Purcell, became the Chairman and CEO of the newly merged "Morgan Stanley Dean Witter Discover & Co."[6][7] The new firm changed its name back to "Morgan Stanley" in 2001.[8][9][10] The main areas of business for the firm today are institutional securities, wealth management and investment management. The bank is considered systemically important by the Financial Stability Board.

**Morgan Stanley**

Morgan Stanley

Morgan Stanley's office at 1585 Broadway on Times Square, New York City

| | |
|---|---|
| Type | Public |
| Traded as | NYSE: MS (https://www.nyse.com/quote/XNYS:MS)<br>S&P 100 component<br>S&P 500 component |
| Industry | Financial services |
| Founded | 1935 (The original Morgan Stanley)<br>1924 (Dean Witter & Co.)<br>1931 (Reynolds Securities) |
| Founder | Henry Sturgis Morgan |

## Contents

Overview
History
The original Morgan Stanley (1935–1997)
Morgan Stanley after the merger (1997–present)
Organization

Exh.62 Exh.16C

# Quora

Open in App    Sign In

*(handwritten)* MORGAN STANLEY → & J.P. MORGAN

How is Morgan Stanley related to JP Morgan?

John Pierpont Morgan was the head of a bank which he renamed to be J. P. Morgan and Co. in 1895. In the 1930s US regulators required that investment banking and commercial banking not be operated by the same company. In 1935 some of the senior executives of J. P. Morgan

## Upgrade to Quora+ to access this answer

✓ Access millions more answers like this

✓ Browse ad-free

✓ Support the writers you like to hear from

**Start free trial**

Learn more

21.4K views · View upvoters · View 8 shares



**Russell Newton**, Co-Founder at CoinShares (1999-present)
Answered 7 years ago

Related **What's the relationship between JP Morgan and Morgan Stanley? Is the Morgan in each of their names the same person? Were they once one firm? Are they connected at all now?**

Originally Answered: What's the relationship between JP Morgan and Morgan Stanley?

I have a funny story about this.

I used to work for JP Morgan and on one business development trip to Asia, we were in a meeting with some

Open in App    ✕



🔒 quora.com

Exhibit 62
Exhibit 161

**Related** Are JP Morgan, Morgan Stanley and Chase Bank all related?

Yes, they are.

It is not coincidental that JPMorgan and Morgan Stanley share the 'Morgan' name. The firm today known as Morgan Stanley was founded in 1935, essentially as a spin-off from the original JPMorgan. This came about following the passage of the Glass-Steagall Act in 1932, which prohibited firms from conducting investment banking business under the same roof as commercial and consumer banking business.

Therefore, Henry S. Morgan (grandson of J. Pierpont Morgan, founder of the eponymous firm) joined together with Harold Stanley and select other partners to found Morgan Stanley as an investment banking concern. Since Morgan Stanley's founding, it has evolved entirely independently of the latter day JPMorgan Chase Co.

Chase Bank is also part of the picture – but represents just one thread of an almost impenetrably complex web of bank mergers and acquisitions over the last century and more.

Chase Bank was formed from the merger of Chase National Bank and The Manhattan Company in 1955, originally becoming Chase Manhattan Bank.

In 1996, Chemical Bank (then the 3rd largest bank in the United States by assets) acquired Chase Manhattan (retiring the 'Chemical' name in the process), before merging in 2000 with JPMorgan & Co. to form today's JPMorgan Chase Co.

Clear so far?

If you want to take a further trip down the rabbit hole of banking history (and, truly, it's quite interesting if you like that sort of thing) you might look up yet another banking concern to bear the Morgan name: Morgan, Grenfell & Co. Part of the modern day Deutsche Bank, the 'Morgan' in this instance refers to Junius Spencer Morgan (father of J.P.)

I'd better stop now.

⟲ ⋀ ⇧ ⬇ ⬆ ⬓ ⤢

● Tom Skwarek, former Managing Director and
Head of Structured Finance at JP Morgan

**Related** What makes Morgan Stanley better than
Goldman Sachs or JPMorgan?

🍎 quora.com


All   News   Images   Videos   Maps   Shopping   S

**The "Morgan" in Morgan Stanley is J.P. Morgan's grandson.** The company was founded by Henry S. Morgan, Harold Stanley, and others in 1935. Morgan Stanley was created as an investment bank, but it is also considerably more.

Industry: Financial services; Investment management

🔄 https://www.investopedia.com › ho...                    ⋮

How Morgan Stanley (MS) Makes Its Money - Investopedia

🔵 About featured snippets      ▣ Feedback

People also ask                                       ⋮

Which is bigger J.P. Morgan or Morgan Stanley?      ⌄

Difference Between JP Morgan and Morgan Stanley: Size & AUM

When comparing JP Morgan vs. Morgan Stanley, **Morgan Stanley has a larger wealth management portfolio.** As of March 2019, Morgan Stanley Wealth Management reported 1,126 billion AUM and J.P. Morgan Private Bank

AA   🔒 Q Morgan Stanley c   🎤

<        



Exh. 62 Exh. 163

# US BANCORP Stock Ownership - Who owns US BANCORP?

Add To Watchlist

Get Forecast From Top Analysts

Ownership



Pro Traders Love This App

Visit Site

## Insider buying vs selling

● Buy    Sell

| Name | Role | Date | Shares | Price | Value |
|---|---|---|---|---|---|
| Elcio Rt Barcelos | Senior EVP Chief HR Officer | 2022-03-05 | 2,022 | $55.25 | |
| Andrew Cecere | Chairman President and CEO | 2022-03-05 | 10,667 | $55.25 | |
| James L. Chosy | Senior EVP and General Counsel | 2022-03-05 | 2,180 | $55.25 | |
| Terrance R. Dolan | Vice Chair & CFO | 2022-03-05 | 4,353 | $55.25 | |
| Gunjan Kedia | Vice Chair | 2022-03-05 | 3,112 | $55.25 | |



Exh. 62 Exh. 164

| | | | |
|---|---|---|---|
| Berkshire Hathaway Inc | 8.51% | 126,417,887 | $6.54B | Institution |
| Vanguard Group Inc | 7.53% | 111,805,389 | $5.79B | Institution |
| Blackrock Inc | 6.56% | 97,457,184 | $5.04B | Institution |
| State Street Corp | 4.26% | 63,300,947 | $3.28B | Institution |
| Jpmorgan Chase Co | 3.04% | 45,127,926 | $2.34B | Institution |
| Wells Fargo Company | 1.57% | 23,352,293 | $1.21B | Institution |
| Geode Capital Management LLC | 1.57% | 23,322,020 | $1.21B | Institution |
| Charles Schwab Investment Management Inc | 1.48% | 22,052,957 | $1.14B | Institution |
| Northern Trust Corp | 1.20% | 17,793,541 | $920.82M | Institution |

OWN US Bancorp ⟵

⟵

◄   1 of 2   ►

## JSB vs Bank Stocks

| Ticker | Inst. % | Insider % | Net Insider (L12M) | Net Insider (L3M) |
|---|---|---|---|---|
| USB | 74.51% | 20.76% | Net Selling | Net Selling |
| PNC | 81.13% | 0.79% | Net Buying | Net Selling |

# FORM 6  FULL AND PUBLIC DISCLOSURE OF  2010
## FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

LAST NAME — FIRST NAME — MIDDLE NAME:
**RUVIN,** Harvey

MAILING ADDRESS
**Clerk of Courts**

73 West Flagler Street, Room 242

CITY: Miami  ZIP: 33130  COUNTY: Miami-Dade

NAME OF AGENCY
Miami-Dade County Clerk's Office

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Clerk of Courts

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**PROCESSED**

FOR OFFICE USE ONLY:

ID Code

ID No. **15384**

Conf. Code

P. Req. Code

## PART A -- NET WORTH

My net worth as of __December 31__, 20 __11__ was $ __1,451,187__

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

The aggregate value of my household goods and personal effects (described above) is $ 175,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Security Investment Accounts (See attached list) | 85,187 |
| IRA Deferred Compensation Accounts | 250,000 |
| Personal Residence | 1,500,000 |
| Ltd. Partnership Int. - Signature Gardens | 40,000 |
| Total Assets | 1,875,187 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage | 315,000 |
| Miscellaneous Credit Cards | 5,000 |
| Bank of America | 104,000 |
| Total Liabilities | 424,000 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |

CE FORM 6 - Effective January 1, 2011. Refer to Rule 34-8.202(1), F.A.C.  (Continued on reverse side)  PAGE 1

Received by G. Vilori 07/01/2011 Elections

PART D — INCOME        **Exh.63 pg2**

You may *EITHER* (1) file a complete copy of your 2010 federal income tax return, including all attachments, *OR* (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2010 federal income tax return. [If you check this box and attach a copy of your 2010 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME:

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Miami-Dade Clerk's Office | Miami, FL | 171,000 |
| Signature Gardens | Miami, FL | ------- |
| Social Security | Miami Beach, FL | 28,000 |
| | | |
| | | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### PART E — INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | Signature Gardens | | |
| ADDRESS OF BUSINESS ENTITY | Miami, FL | | |
| PRINCIPAL BUSINESS ACTIVITY | Catering Hall | | |
| POSITION HELD WITH ENTITY | Ltd. Partnership | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | No, .5% | | |
| NATURE OF MY OWNERSHIP INTEREST | Ltd. Partner | | |

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

*(signature)*
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF       MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this ___1st___ day of

___JULY___ , 20 _11_ by    HARVEY RUVIN

*(signature)*
(Signature of Notary Public-State of Florida)

WILLIE MAE BETHEL
MY COMMISSION # DD 971745
EXPIRES: July 16, 2014
Bonded Thru Notary Public Underwriters

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ___X___    OR    Produced Identification _____

Type of Identification Produced _____

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

CE FORM 6 - Effective January 1, 2011  Refer to Rule 34-8.002(1), F.A.C.        PAGE 2

Exh.63 pg3

Attached List

| STOCKS, BONDS, MUTUAL FUNDS, MONEY MARKET | VALUE |
|---|---|
| DPRS | 996.00 |
| Ballard Power Systems | 450.00 |
| Walgreen | 38,960.00 |
| Bank Deposit Programs | 44,781.00 |
| TOTAL | $ 85,187.00 |

## General Information

| | |
|---|---|
| Name: | Hon Juan Alfonso Fernandez Barquin |
| Address: | 73 West Flagler Street Suite 242, MIAMI, FL 33130 |
| County: | Miami-Dade |

PID 221072

### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Miami-Dade County | Elected Constitutional Officer | Clerk of the Court/Comptroller |
| Miami-Dade County | Employees | Clerk of the Court and Comptroller |
| Miami-Dade County Public Health Trust | Board of Trustees | Board Member |

### CANDIDATE FOR

| Position | Agency Name | Position sought or held |
|---|---|---|
| Clerk of the Courts and Comptroller | Miami-Dade County Clerk of the Court and Comptroller | Clerk of the Court and Comptroller |

## Net Worth

My Net Worth as of December 31, 2023 was $ 645,499.91.

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 40,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| 1/3 ownership of JAFB Investments, LLC 4711 Granada Blvd. Coral Gables, FL 33146. -Owner of rental property at 4421 W. Flagler Street, Miami, FL 33134 | $ 99,199.00 |
| Voya Financial -- PO Box 990070 (Not self-directed) Hartford, CT 06199 -Vanguard TRGT Retirement 2050 Fund Investment | $ 9,328.81 |
| Merrill Lynch Retirement Account (Not self-directed) PO Box 1501 Pennington, NJ 08534 | $ 117,108.67 |
| Merrill Lynch Retirement Account Investment over $1,000-Bank of America, NA RASP | $ 2,679.67 |
| Merrill Lynch Retirement Account Investment over $1,000-Diamond Hill Large CAP | $ 3,566.08 |
| Merrill Lynch Retirement Account Investment over $1,000-Edgewood Growth Fund CL | $ 7,004.16 |
| Merrill Lynch Retirement Account Investment over $1,000-GS GQG Partners | $ 2,186.01 |
| Merrill Lynch Retirement Account Investment over $1,000-Hartford Schroders Emerg | $ 9,757.68 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares Edge MSCi | $ 7,371.23 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares Edge MSCI | $ 14,668.48 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares US Treasury Bond | $ 6,233.00 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares TR Core MSCI EAF | $ 4,471.68 |
| Merrill Lynch Retirement Account Investment over $1,000-John Hancock Disciplined | $ 9,640.60 |
| Merrill Lynch Retirement Account Investment over $1,000-JP Morgan Small CAP | $ 4,768.47 |
| Merrill Lynch Retirement Account Investment over $1,000-JP Morgan Undscvrd Mngrs | $ 4,428.33 |
| Merrill Lynch Retirement Account Investment over $1,000-Oakmark Intl FD CL | $ 2,079.90 |

Filed with COE: 05/19/2024

| Description of Asset | Value of Asset |
|---|---|
| Merrill Lynch Retirement Account Investment over $1,000-Vanguard Mortgage-Backed | $ 1,154.75 |
| Merrill Lynch Retirement Account Investment over $1,000-Vanguard Value ETF | $ 17,191.20 |
| Merrill Lynch Retirement Account Investment over $1,000-Vanguard Growth ETF | $ 12,068.42 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares Iboxx S | $ 1,211.87 |
| Merrill Lynch Retirement Account Investment over $1,000-JP Morgan Large CAP | $ 6,650.44 |
| Florida Retirement System (Not self-directed) (No physical address) Visit www.myfrs.com for information -FRS 2050 Retirement Date Fund (2050) | $ 97,405.69 |
| Wells Fargo (office checking) PO Box 6995 Portland, OR 97228-6992 -PA Bank Account | $ 19,562.10 |
| Bank of America (personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 109,751.45 |
| Bank of America (joint personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 130,820.90 |
| Space Coast Credit Union (9 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,000.00 |
| Space Coast Credit Union (12 month CD) PO Box 419001 Melbourne, Fl 32941-9001 | $ 10,001.51 |
| Coinbase 1209 North Orange Street Wilmington, DE 19801 - Bitcoin | $ 2,118.34 |
| U.S. Treasury (Savings I Bonds), 1500 Pennsylvania Avenue, NW, Washington, DC 20220 | $ 10,000.00 |
| Robinhood Financial LLC, 85 Willow Road, Menlo Park, CA 94025 - Consolidated Water Co. Ltd. | $ 1,386.62 |

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Toyota Southeast Finance | PO Box 991817, Mobile, AL 36691 | $ 11,183.18 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

## Income

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2023 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2023 federal income tax return and all W2s, schedules, and attachments.

PRIMARY SOURCES OF INCOME:

| Name of Source of Income Exceeding $1,000 | Address of Source of Income | Amount |
|---|---|---|
| Juan Fernandez-Barquin, P.A. | 3663 SW 8th Street, Suite 200, Miami, Florida 33135 | $ 58,000.00 |
| State of Florida | 200 East Gaines Street, Tallahassee, Florida 32399 | $ 11,982.33 |
| Miami-Dade County | 111 NW 1st Street, Suite 2620, Miami, FL 33128 | $ 145,017.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person):

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

## Interests in Specified Businesses

**Business Entity # 1**

N/A

## Training

This section applies only to a Constitutional or elected municipal officer, each of whom are required to complete annual ethics training pursuant to Section 112.3142, F.S.

☑ I certify that I have completed the required training under Section 112.3142, F.S.

☐ Required training under Section 112.3142, F.S., not applicable to filer for this form year.

## Signature of Reporting Official or Candidate

Under the penalties of perjury, I declare that I have read the foregoing Form 6 and that the facts stated in it are true.

# *Juan Fernandez Barquin*

Digitally signed: 05/19/2024

**Filed with COE: 05/19/2024**

**Exhibit 65**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HIM ORDER AND REVERT BY VACATING HIM ORDER AND MEMORANDUM OF LAW

_Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Brownwyn Catherine Miller 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 #)  Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate him orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whime impartiality might reasonably be questioned Rule*

**Exhibit 65**

*2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Brownwyn Cathimine Miller must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof: In his Form 6 Affidavit Oath from Tallahassee called <u>FULL AND PUBLIC DISCLOSURE OF FINANCIAL</u> Says:

2. <u>form 6 for 2012</u> on line 2., Exh. 2. He got $95,000.00 with WELLS FARGO which is Financed by US BANCORP. Exh. 1. which is U.S. Bank, Exh. 2.

3. <u>form 6 for 2019'</u> Exh. (0). On line 3 he got, $250,000.00. doing business with Voya which is US Bank, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19. And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

And on him 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on line 2, Exh. 3. Line 3. He got $351,000.00 with Voya Which is US Bancorp Exh.3, which is U.S. Bank, Exh. 5 and 5B

Exhibit 65 Exhibit 2 pg.1

# FORM 6   FULL AND PUBLIC DISCLOSURE OF

**FINANCIAL INTERESTS**

2012

| | |
|---|---|
| Please print or type your name, mailing address, agency name, and position below : | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME:

Miller, Bronwyn C.

MAILING ADDRESS:

1351 Northwest 12th Street

Suite 413

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| Miami | 33125 | Miami-Dade |

NAME OF AGENCY :

Eleventh Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

Circuit Judge, Group 21

CHECK IF THIS IS A FILING BY A CANDIDATE   ☐

COMMISSION ON ETHICS
~~DATE RECEIVED~~
JUN 1 0 2013

47213

PROCESSED

CONFIDENTIAL

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2012, or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of June 15 _____, 20 13 was $ 940,000.00 _____.

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00 _____

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions page 4) | VALUE OF ASSET |
|---|---|
| ING 404(B) Investment Account | 130,000.00 |
| UBS Investment Account | 85,000.00 |
| Wells Fargo Investment Account/Checking/Savings Accounts/Joint | 95,000.00 |
| Residence/Request for Address Exemption Previously Tendered | 475,000.00 |
| T. Rowe Price Investment Account | 35,000.00 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SunTrust Bank, P.O. Box 4418, Center 645, Atlanta, GA 30302 | 115,000.00 |
| CitiBank, P.O. Box 790162, St. Louis, MO 63179 | 18,000.00 |
| Sabadell Bank, 1111 Brickell Avenue, Miami, Florida 33131 | 20,000.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.     (Continued on reverse side)

Exhibit 65   Exhibit 2 pg.2

## PART D -- INCOME

You may *EITHER* (1) file a complete copy of your 2012 federal income tax return, *including all W2's, schedules, and attachments*, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2012 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.]

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida/Salary | 200 East Gaines Street, Tallahassee, Florida | 136,752.64 |
| | | |
| | | |
| | | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA *Miami- Dade*
COUNTY OF

Sworn to (or affirmed) and subscribed before me this _5_ day of

*June* 20 *13* by *Bronwyn C. Miller*

_____
(Signature of Notary Public—State of Florida)

Notary Public State of Florida
Dilaila Hernandez
My Commission DD966131
Expires 02/28/2014

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _✓_   OR   Produced Identification _____

Type of Identification Produced _____

FILING INSTRUCTIONS for when and where to file this form are located at the top of page 3.
INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.
OTHER FORMS you may need to file are described on page 6.

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.

PAGE 2

**Exhibit 65 Exhibit 0 pg.1**

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2020 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

LAST NAME — FIRST NAME — MIDDLE NAME:
MILLER          BRONWYN          CATHERINE

MAILING ADDRESS:
2001 SOUTHWEST 117TH AVENUE

CITY: MIAMI          ZIP: 33175          COUNTY: MIAMI-DADE

NAME OF AGENCY:
THIRD DISTRICT COURT OF APPEAL

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
JUDGE, APPELLATE DISTRICT

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA
COMMISSION ON ETHICS
JUN 0 9 2021
RECEIVED

4213

CONFIDENTIAL

PROCTR...

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of JUNE 1 , 20 21 was $ 1,640,000.00 .

## PART B -- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| RESIDENCE | 700,000.00 |
| VOYA INVESTMENT ACCOUNT | 351,000.00 |
| NATIONWIDE INVESTMENT ACCOUNT | 181,000.00 |
| ORIENTAL INVESTMENT ACCOUNT | 125,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SUNTRUST BANK, P.O. BOX 4418, CENTER 645, ATLANTA, GA 30302 | 65,000.00 |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**Exhibit 65 Exhibit 0 pg.2**

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| STATE OF FLORIDA | 200 EAST GAINES STREET, TLHS, FL | 168,665.76 |
| | | |

SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___Miami Dade___

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this __1st__ day of
___June___, 20 21 by Hon. Bronwyn C Miller.

___Maria E Mihaic___
(Signature of Notary Public--State of Florida)

___Maria E Mihaic___
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

MARIA E. MIHAIC
Commission # GG950761
Expires May 15, 2024
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                    Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

## Part B-Assets (Continuation)

**Exhibit 65 Exhibit 0 pg.3**

| | |
|---|---|
| Wells Fargo/Investment/Checking/Savings | 20,000.00 |
| E-Trade Accounts | 17,000.00 |
| VHEIP Investment Accounts | 40,000.00 |
| United States Savings Bonds | 3,000.00 |
| Ally Bank Investment Accounts | 13,000.00 |
| American Express Savings Account | 3,000.00 |
| Florida Pre-Paid College Accounts | 55,000.00 |
| UBS Investment Accounts | 15,000.00 |

# Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

Exhibit 65
Exhibit 0 pg.4

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: **BRONWYN MILLER**    Work Telephone: 305-229-3200

Work Address: 2001 SW 117 AVENUE MIAMI 33175    Judicial Office Held: JUDGE, THIRD DISTRICT COURT OF APPEAL

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|------|-------------|--------|--------|
| 01/20 | GALA TICKETS/BIG BROTHERS BIG SISTERS | BILL DEAN AND STACY ROSKIN | $3000.00 |
| 03/20 | LUNCHEON TICKET/VIZCAYA | SWANEE DIMARE | $1000.00 |
| | | | $ |
| | | | $ |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|------|-------------|--------|
| | | |
| | | |
| | | |
| | | |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Page 1 of 2

Form 6A Revised 4/21

# OATH

State of Florida

County of Miami-Dade

**Exhibit 65 Exhibit 0 pg.5**

I, Bronwyn Miller, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

Maua E Mihaic
(Signature of Officer Authorized to Administer Oaths)

My Commission expires_____

MARIA E. MIHAIC
Commission # GG 950761
Expires May 15, 2024
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this

__1st__ day of __June__, 20 21

# CONFIDENTIAL

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME:
Scales          Edwin          A

MAILING ADDRESS:
2001 S.W. 117th Avenue

CITY:
Miami

ZIP
Florida

COUNTY:
Miami-Dade

NAME OF AGENCY:
Third District Court of Appeal

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

FLORIDA
COMMISSION ON ETHICS

APR 0 9 2021

RECEIVED

Processed 11851

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 20 was $ 3,490,643.

## PART B – ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 29,000

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Please see attached | |
| | |
| | |
| | |
| | |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |
| | |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**Exhibit 67 pg.2**

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website

☐ I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Please see attached | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

*(signature)*

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF ___Monroe___

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this ___5th___ day of ___April___, 20 21 by ___Devonna Alce___.

*(signature)*
(Signature of Notary Public–State of Florida)

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __✓__ OR Produced Identification ____

Type of Identification Produced ____

DEVONNA ALCE
Commission # GG 985113
Expires May 6, 2024
Bonded Thru Budget Notary Services

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, ____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____ Signature          _____ Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

**Exhibit 67 pg3**
# Part B of Form 6—Assets with Values

(unless otherwise indicated, as of December 31, 2020)

## Real Property:



$ 509,188

200 1st Avenue; Unit #411

St. Pete Beach, Florida 33706

$469,836

## Investment Plans:

Rollover IRA

Raymond James

$466,466

(Individual holdings within IRA attached as Exhibit A)

Raymond James Bank Deposit Program (cash not included within other Raymond James Accounts)

$71,678

**Exhibit 67 pg4**

Raymond James Appreciation Model Account

$158,014

(Individual holdings within Account attached as Exhibit B)

Raymond James Bond Model Account

$124,825

(Individual holdings within Account attached as Exhibit C)

Historic Tours of America Retirement Plan

Ingham Retirement Group

$42,825 ($40,489 vested)

(Individual holdings within Account attached as Exhibit D)

Voya Deferred Compensation Plan

$197,322

(Individual holdings within Account attached as Exhibit E)

## Stock Holdings/Values:

| | |
|---|---|
| Anheuser-Busch Inbev | 7,311 |
| Apple Corporation | 106,443 |
| Caesar's Entertainment, Inc. | 15,819 |
| Coca Cola Company | 27,017 |
| Comcast Corporation | 37,210 |
| Disney Corporation | 139,710 |
| DXC Technology | 774 |
| HP, Inc. | 10,067 |
| Hewlett Packard Enterprise | 4,672 |
| Marriott International, Inc. | 37,558 |
| McDonald's | 29,466 |
| Medtronic, PLH, SHS | 12,780 |
| Microfocus Intl. | 250 |
| Microsoft | 248,111 |
| Netflix | 54,073 |
| PepsiCo | 144,901 |
| Southwest Airlines | 30,342 |

**Exhibit 67 pg6**

Walmart                                    21,374

Yum                                        27,105

Yum China Holdings                         13,342


## Personal Checking Account

First Horizon                              $53,330

Centennial Bank                            602

## Certificate of Deposit

Gulf Atlantic Bank CD (principal)          $140,000

## Aggregate of Joint Accounts Held Nominally With Elderly Mother

Center State Bank                          $112,597

## Promissory Notes (Principal Remaining)

Owed by Ronald K. Heck (Lakeside)          $18,251

Owed by Ronald K. Heck (Wagner)            $59,156

Owed by RPM Nautical Foundation, Inc.      $98,230



Exhibit 67 pg.7

# RAYMOND JAMES®

**Your Portfolio**
Ed Scales IRA Account No.

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program ✚

| Description | (Symbol) | | Value | Estimated Income Yield | Estimated Annual Income |
|---|---|---|---|---|---|
| Raymond James Bank Deposit Program ✚ - Selected Sweep Option | | | | 0.01% | $1.75 |
| Raymond James Bank N.A. | | | $17,572.30 | | |
| **Raymond James Bank Deposit Program Total** | | | **$17,572.30** | | **$1.75** |

Your bank priority state: FL

Participating banks recently added: The Bank of New York Mellon 11/23/2020; Metro City Bank 11/23/2020; FirstBank 10/28/2020; Bank of Baroda 10/01/2020

✚ Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page.

Estimated Income Yield for RJBDP was calculated as of 12/28/2020

| Cash & Cash Alternatives Total | | $17,572.30 | $1.75 |
|---|---|---|---|

## Mutual Funds

### Open-End Funds

| Description (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| NUVEEN ALL AMERICAN MUNICIPAL BOND FUND CLASS I N/L (FAARX) | 1,235,958 | $13,892.17 | $13,892.17 | $12.220 | $15,103.41 | 3.25% | $490.68 | $1,211.24 8.72% | $1,211.24 8.72% |
| PIMCO INCOME FUND CLASS I2 N/L (PONPX) | 1,033,574 | $11,347.25 | $11,347.25 | $12.110 | $12,516.58 | 4.89% | $611.88 | $1,169.33 10.30% | $1,169.33 10.30% |
| **Open-End Funds Total** | | **$25,239.42** | **$25,239.42** | | **$27,619.99** | **3.99%** | **$1,102.56** | **$2,380.57** | **$2,380.57** |

| **Mutual Funds Total** | | **$25,239.42** | | | **$27,619.99** | **3.99%** | **$1,102.56** | | **$2,380.57** |

Part B, Ex A, P.1

**Exhibit 67 pg.8**

# RAYMOND JAMES®

## Exchange-Traded Products (ETPs)

### Exchange-Traded Funds

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| INVESCO SENIOR LOAN ETF (BKLN) | 465.000 | | $22.326 | $10,381.67 | $22.280 | $10,360.20 | 3.56% | $368.75 | (0.21)% | $(21.47) |
| LOT 1 | 416.000 | 12/10/2018 | $22.439 | $9,334.54 | $22.280 | $9,268.48 | 3.56% | $329.89 | (0.71)% | $(66.06) |
| LOT 2 | 49.000 | 03/09/2020 | $21.370 | $1,047.13 | $22.260 | $1,091.72 | 3.56% | $38.86 | 4.26% | $44.59 |
| ISHARES TR MSCI EMG MKT ETF (EEM) | 208.000 | | $34.915 | $7,262.42 | $51.670 | $10,747.36 | 1.45% | $155.79 | 47.99% | $3,484.94 |
| LOT 1 | 162.000 | 08/31/2016 | $33.749 | $5,467.27 | $51.670 | $8,370.54 | 1.45% | $121.32 | 53.10% | $2,903.27 |
| LOT 2 | 7.000 | 11/14/2016 | $34.344 | $240.41 | $51.670 | $361.69 | 1.45% | $5.24 | 50.45% | $121.28 |
| LOT 3 | 15.000 | 08/10/2018 | $41.790 | $626.85 | $51.670 | $775.05 | 1.45% | $11.23 | 23.64% | $148.20 |
| LOT 4 | 8.000 | 10/26/2018 | $38.719 | $309.75 | $51.670 | $413.36 | 1.45% | $5.99 | 33.45% | $103.61 |
| LOT 5 | 8.000 | 03/02/2020 | $40.523 | $243.14 | $51.670 | $310.02 | 1.45% | $4.49 | -27.51% | $66.88 |
| LOT 6 | 10.000 | 03/09/2020 | $37.500 | $375.00 | $51.670 | $516.70 | 1.45% | $7.49 | 37.79% | $141.70 |
| ISHARES TR MSCI EAFE ETF (EFA) | 204.000 | | $60.542 | $12,350.57 | $72.960 | $14,883.84 | 2.13% | $316.61 | 20.51% | $2,533.27 |
| LOT 1 | 181.000 | 12/07/2016 | $60.620 | $10,972.22 | $72.960 | $13,205.76 | 2.13% | $280.91 | 20.36% | $2,233.54 |
| LOT 2 | 13.000 | 03/02/2020 | $61.950 | $805.35 | $72.960 | $948.46 | 2.13% | $20.16 | 17.77% | $143.13 |
| LOT 3 | 10.000 | 03/09/2020 | $57.300 | $573.00 | $72.960 | $729.60 | 2.13% | $15.52 | 27.33% | $156.60 |
| ISHARES TR CORE S&P MCP ETF (IJH) | 119.000 | | $165.271 | $19,667.27 | $229.830 | $27,349.77 | 1.28% | $350.22 | 39.06% | $7,682.50 |
| LOT 1 | 44.000 | 11/04/2016 | $148.263 | $6,523.56 | $229.830 | $10,112.52 | 1.28% | $129.49 | 55.02% | $3,588.97 |
| LOT 2 | 16.000 | 10/26/2015 | $179.626 | $2,874.04 | $229.830 | $3,677.28 | 1.28% | $47.09 | 27.95% | $803.24 |
| LOT 3 | 22.000 | 12/10/2018 | $177.430 | $3,903.46 | $229.830 | $5,056.26 | 1.28% | $64.75 | 29.53% | $1,152.80 |
| LOT 4 | 17.000 | 03/02/2020 | $180.885 | $3,075.05 | $229.830 | $3,907.11 | 1.28% | $50.03 | 27.06% | $832.06 |
| LOT 5 | 20.000 | 03/09/2020 | $164.559 | $3,291.17 | $229.830 | $4,596.60 | 1.28% | $58.86 | 39.66% | $1,305.43 |



$E_x \; A_{,} \, 0. \, 2$

Exhibit 67 pg.9

# RAYMOND JAMES®

## Exchange-Traded Products (ETPs) (continued) ⁊

### Exchange-Traded Funds (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| ISHARES TR RUS 1000 GRW ETF (IWF) | 187.000 | | $136.590 | $25,542.24 | $241.140 | $45,093.18 | 0.66% | $298.27 | 76.54% | $19,550.94 |
| LOT 1 | 121.000 | 12/24/2018 | $123.416 | $14,933.29 | $241.140 | $29,177.94 | 0.66% | $193.00 | 95.39% | $14,244.65 |
| LOT 2 | 12.000 | 03/02/2020 | $168.535 | $2,022.42 | $241.140 | $2,893.68 | 0.66% | $19.14 | 43.08% | $871.26 |
| LOT 3 | 54.000 | 03/09/2020 | $159.010 | $8,586.53 | $241.140 | $13,021.56 | 0.66% | $86.13 | 51.65% | $4,435.03 |
| ISHARES TR RUSSELL 2000 ETF (IWM) | 148.000 | | $131.706 | $19,492.60 | $196.060 | $29,016.68 | 1.04% | $302.66 | 48.86% | $9,524.08 |
| LOT 1 | 58.000 | 11/04/2016 | $116.074 | $6,732.26 | $196.060 | $11,371.48 | 1.04% | $118.61 | 68.91% | $4,639.20 |
| LOT 2 | 22.000 | 10/26/2018 | $147.653 | $3,248.35 | $196.060 | $4,313.32 | 1.04% | $44.99 | 32.78% | $1,064.95 |
| LOT 3 | 29.000 | 12/10/2018 | $144.070 | $4,176.03 | $196.060 | $5,685.74 | 1.04% | $59.31 | 36.09% | $1,507.71 |
| LOT 4 | 14.000 | 03/02/2020 | $146.375 | $2,049.25 | $196.060 | $2,744.84 | 1.04% | $28.63 | 33.94% | $695.59 |
| LOT 5 | 25.000 | 03/09/2020 | $131.395 | $3,284.88 | $196.060 | $4,901.50 | 1.04% | $51.13 | 49.21% | $1,616.62 |
| ISHARES TR U.S. REAL ES ETF (IYR) | 229.000 | | $74.345 | $16,950.66 | $85.650 | $19,528.20 | 2.58% | $504.11 | 15.21% | $2,577.54 |
| LOT 1 | 226.000 | 11/04/2016 | $74.291 | $16,695.16 | $85.650 | $19,271.25 | 2.58% | $497.48 | 15.43% | $2,576.09 |
| LOT 2 | 3.000 | 03/09/2020 | $85.167 | $255.50 | $85.650 | $256.95 | 2.58% | $6.63 | 0.57% | $1.45 |
| ISHARES TR JPMORGAN USD EMG (EMB) | 91.000 | | $106.639 | $9,704.11 | $115.910 | $10,547.81 | 3.88% | $409.14 | 8.69% | $843.70 |
| LOT 1 | 90.000 | 06/20/2016 | $106.640 | $9,597.60 | $115.910 | $10,431.90 | 3.88% | $404.64 | 8.69% | $834.30 |
| LOT 2 | 1.000 | 03/09/2020 | $106.510 | $106.51 | $115.910 | $115.91 | 3.88% | $4.50 | 8.83% | $9.40 |
| ISHARES TR IBOXX HI YD ETF (HYG) | 120.000 | | $80.977 | $9,717.25 | $87.300 | $10,476.00 | 4.89% | $511.44 | 7.81% | $758.75 |
| LOT 1 | 44.000 | 12/16/2015 | $80.060 | $3,522.64 | $87.300 | $3,841.20 | 4.88% | $187.59 | 9.04% | $318.56 |
| LOT 2 | 76.000 | 03/09/2020 | $81.508 | $6,194.61 | $87.300 | $6,634.80 | 4.88% | $323.91 | 7.11% | $440.19 |
| ISHARES TR 3 7 YR TREAS BD (IEI) | 88.000 | 03/09/2020 | $132.578 | $11,666.86 | $132.980 | $11,702.24 | 1.12% | $131.12 | 0.30% | $35.38 |

$E_x A$ p. 3

Exhibit
67 pg.10 **RAYMOND JAMES**®

## Exchange-Traded Products (ETPs) (continued)

### Exchange-Traded Funds (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| PIMCO ACTIVE BOND EXCHANGE-TRADED FUND (BOND) | 286.000 | | $107.261 | $30,662.29 | $113.110 | $32,349.46 | 2.66% | $859.14 | 5.43% | $1,687.17 |
| LOT 1 | 70.000 | 12/20/2016 | $103.642 | $7,254.97 | $113.110 | $7,917.70 | 2.66% | $210.27 | 9.13% | $662.73 |
| LOT 2 | 216.000 | 04/14/2020 | $108.460 | $23,427.32 | $113.110 | $24,431.76 | 2.66% | $648.84 | 4.29% | $1,004.44 |
| PIMCO ENHANCED SHORT MATURITY ACTIVE EXCHANGE-TRADED FUND (MINT) | 224.000 | 12/03/2020 | $101.990 | $22,845.76 | $102.040 | $22,856.96 | 1.15% | $263.65 | 0.05% | $11.20 |
| SPDR S&P GLOBAL NATURAL RESOURCES ETF (GNR) | 299.000 | | $37.687 | $11,268.49 | $44.780 | $13,389.22 | 2.78% | $372.55 | 18.82% | $2,120.73 |
| LOT 1 | 120.000 | 12/15/2015 | $32.126 | $3,855.08 | $44.780 | $5,373.60 | 2.76% | $149.51 | 39.38% | $1,518.22 |
| LOT 2 | 82.000 | 08/16/2018 | $47.479 | $3,893.31 | $44.780 | $3,671.96 | 2.76% | $102.16 | (5.69)% | $(221.35) |
| LOT 3 | 4.000 | 10/26/2018 | $45.100 | $180.40 | $44.780 | $179.12 | 2.76% | $4.98 | (0.71)% | $(1.28) |
| LOT 4 | 57.000 | 03/02/2020 | $37.959 | $2,163.67 | $44.780 | $2,552.46 | 2.76% | $71.02 | 17.97% | $388.79 |
| LOT 5 | 36.000 | 03/00/2020 | $32.659 | $1,175.73 | $44.780 | $1,612.08 | 2.76% | $44.65 | 37.11% | $436.35 |
| VANECK VECTORS GOLD MINERS ETF (GDX) | 259.000 | | $19.997 | $5,179.13 | $36.020 | $9,329.18 | 0.53% | $49.21 | 80.13% | $4,150.05 |
| LOT 1 | 138.000 | 12/08/2017 | $21.589 | $2,979.35 | $36.020 | $4,970.76 | 0.53% | $26.22 | 66.84% | $1,991.41 |
| LOT 2 | 121.000 | 08/16/2018 | $18.180 | $2,199.75 | $36.020 | $4,358.42 | 0.53% | $22.99 | 98.13% | $2,158.64 |
| VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | 757.000 | | $80.475 | $60,919.76 | $91.510 | $69,273.07 | 3.18% | $2,199.84 | 13.71% | $8,353.31 |
| LOT 1 | 215.000 | 04/03/2018 | $81.205 | $17,459.12 | $91.510 | $19,674.65 | 3.18% | $624.77 | 12.69% | $2,215.53 |
| LOT 2 | 277.000 | 05/03/2018 | $81.560 | $22,592.04 | $91.510 | $25,348.27 | 3.18% | $804.93 | 12.20% | $2,756.23 |
| LOT 3 | 64.000 | 10/26/2018 | $81.569 | $5,220.42 | $91.510 | $5,856.64 | 3.18% | $185.99 | 12.19% | $636.22 |
| LOT 4 | 59.000 | 12/21/2018 | $76.737 | $4,527.51 | $91.510 | $5,399.09 | 3.18% | $171.45 | 19.25% | $871.58 |
| LOT 5 | 19.000 | 03/02/2020 | $82.693 | $1,571.16 | $91.510 | $1,738.69 | 3.18% | $55.21 | 10.66% | $167.53 |

$Ex P. 7.4$

Exhibit 67 pg.11

# RAYMOND JAMES®

## Your Portfolio (continued)
Ed Scales IRA Account No.

## Exchange-Traded Products (ETPs) (continued) ˟

### Exchange-Traded Funds (continued)

| Description | (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOT 6 | | 123.000 | 03/09/2020 | $77.638 | $9,549.51 | $91.510 | $11,255.73 | 3.18% | $357.43 | 17.87% | $1,706.22 |
| Exchange-Traded Funds Total | | | | | $273,631.28 | | $336,903.37 | 2.11% | $7,092.50 | 23.12% | $63,272.09 |
| Exchange-Traded Products Total | | | | | $273,631.28 | | $336,903.37 | 2.11% | $7,092.50 | 23.12% | $63,272.09 |

˟ Please see the Exchange-Traded Products on the Understanding Your Statement page.

## Alternative Investments

### Alternative Mutual Funds ✤

| Description | (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| CALAMOS MARKET NEUTRAL INCOME FUND CLASS I N/L (CMNIX) | | 2,968.498 | $35,251.96 | $38,355.86 | $13.890 | $41,232.44 | 0.90% | $371.06 | $5,980.48 16.96% | $2,876.58 7.50% |
| GATEWAY FUND CLASS Y N/L - NATIXIS ADVISOR (GTEYX) | | 1,174.484 | $35,375.42 | $35,375.42 | $36.730 | $43,138.80 | 1.06% | $458.05 | $7,763.38 21.95% | $7,763.38 21.95% |
| Alternative Mutual Funds Total | | | $70,627.38 | $73,731.28 | | $84,371.24 | 0.98% | $829.11 | $13,743.86 | $10,639.96 |
| Alternative Investments Total | | | $70,627.38 | | | $84,371.24 | 0.98% | $829.11 | $13,743.86 | |

✤ Please see Alternative Mutual Funds on the Understanding Your Statement page.

**Portfolio Total    $466,466.90**

¡ Log in to Client Access at https://www.raymondjames.com/clientaccess to view additional position details, filter, sort, or download up to 18 months of activity and see available delivery options for account documents.

$Ex\ A_1\ P-5$

# Exhibit 67 pg.12 **RAYMOND JAMES**®

Your Portfolio

Ed Scales - Appreciation Model Account No

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program [th]

| Description                                (Symbol) | Value | Estimated Income Yield | Estimated Annual Income |
|---|---|---|---|
| Raymond James Bank Deposit Program [th] - Selected Sweep Option | | 0.01% | $0.88 |
| Raymond James Bank N.A. | $8,843.02 | | |
| **Raymond James Bank Deposit Program Total** | **$8,843.02** | | **$0.88** |

Your bank priority state: FL

Participating banks recently added: The Bank of New York Mellon 11/23/2020; Metro City Bank 11/23/2020; FirstBank 10/28/2020; Bank of Baroda 10/01/2020

[th] Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page

Estimated Income Yield for RJBDP was calculated as of 12/28/2020

| **Cash & Cash Alternatives Total** | **$8,843.02** | | **$0.88** |
|---|---|---|---|

## Exchange-Traded Products (ETPs) [x]

### Exchange-Traded Funds

| Description       (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| ISHARES TR MSCI EMG MKT ETF (EEM) | 165.000 [c] | | $37.686 | $6,218.13 | $51.670 | $8,525.55 | 1.45% | $123.59 | 37.11% | $2,307.42 |
| LOT 1 | 24.000 | 08/31/2015 | $33.749 | $809.97 | $51.670 | $1,240.08 | 1.45% | $17.98 | 53.10% | $430.11 |
| LOT 2 | 30.000 | 11/14/2016 | $34.344 | $1,030.32 | $51.670 | $1,550.10 | 1.45% | $22.47 | 50.45% | $519.78 |
| LOT 3 | 38.000 | 08/16/2018 | $41.790 | $1,588.02 | $51.670 | $1,963.46 | 1.45% | $28.46 | 23.64% | $375.44 |
| LOT 4 | 33.000 | 10/26/2018 | $38.719 | $1,277.72 | $51.670 | $1,705.11 | 1.45% | $24.72 | 33.45% | $427.39 |
| LOT 5 | 4.000 | 03/02/2020 | $40.525 | $162.10 | $51.670 | $206.68 | 1.45% | $3.00 | 27.50% | $44.58 |
| LOT 6 | 36.000 | 03/09/2020 | $37.500 | $1,350.00 | $51.670 | $1,860.12 | 1.45% | $26.96 | 37.79% | $510.12 |
| ISHARES TR MSCI EAFE ETF (EFA) | 216.000 [c] | | $60.217 | $13,006.94 | $72.960 | $15,759.36 | 2.13% | $335.23 | 21.16% | $2,752.42 |
| LOT 1 | 187.000 | 12/07/2018 | $60.620 | $11,335.94 | $72.960 | $13,643.52 | 2.13% | $290.21 | 20.36% | $2,307.58 |

Exhibit 67 pg.13

# RAYMOND JAMES® Ex 8, P.2

## Exchange-Traded Products (ETPs) (continued)

### Exchange-Traded Funds (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| LOT 2 | 2.000 | 03/02/2020 | $61,950 | $123.90 | $72.960 | $145.92 | 2.13% | $3.10 | 17.77% | $22.02 |
| LOT 3 | 27.000 | 03/09/2020 | $57,300 | $1,547.10 | $72.960 | $1,969.92 | 2.13% | $41.90 | 27.33% | $422.82 |
| ISHARES TR CORE S&P MCP ETF (IJH) | 56.000 | | $152.273 | $8,527.26 | $229.830 | $12,870.48 | 1.28% | $164.81 | 50.93% | $4,343.22 |
| LOT 1 | 49.000 | 11/04/2016 | $149.263 | $7,116.80 | $229.830 | $11,091.84 | 1.28% | $141.26 | 55.02% | $3,915.24 |
| LOT 2 | 3.000 | 10/26/2018 | $179.627 | $538.88 | $229.830 | $689.49 | 1.28% | $8.63 | 27.95% | $150.61 |
| LOT 3 | 3.000 | 03/02/2020 | $180.687 | $542.06 | $229.830 | $689.49 | 1.28% | $8.63 | 27.06% | $146.83 |
| LOT 4 | 2.000 | 03/09/2020 | $164.560 | $329.12 | $229.830 | $459.66 | 1.28% | $5.89 | 39.66% | $130.54 |
| ISHARES TR RUS 1000 GRW ETF (IWF) | 95.000 | 12/24/2018 | $123.416 | $11,724.48 | $241.140 | $22,908.30 | 0.66% | $151.53 | 95.39% | $11,183.82 |
| ISHARES TR RUSSELL 2000 ETF (IWM) | 70.000 | | $121.151 | $8,480.54 | $196.060 | $13,724.20 | 1.04% | $143.15 | 61.83% | $5,243.66 |
| LOT 1 | 57.000 | 11/04/2016 | $116.074 | $6,616.21 | $196.060 | $11,175.42 | 1.04% | $116.57 | 68.91% | $4,559.21 |
| LOT 2 | 5.000 | 10/26/2018 | $147.652 | $738.26 | $196.060 | $980.30 | 1.04% | $10.23 | 32.79% | $242.04 |
| LOT 3 | 5.000 | 03/02/2020 | $146.376 | $731.88 | $196.060 | $980.30 | 1.04% | $10.23 | 33.94% | $248.42 |
| LOT 4 | 3.000 | 03/09/2020 | $131.397 | $394.19 | $196.060 | $588.18 | 1.04% | $6.14 | 49.21% | $193.99 |
| ISHARES TR U.S. REAL ES ETF (IYR) | 72.000 | | $74.659 | $5,375.35 | $85.650 | $6,166.80 | 2.58% | $159.19 | 14.72% | $791.45 |
| LOT 1 | 69.000 | 11/04/2016 | $74.201 | $5,119.85 | $85.650 | $5,909.85 | 2.58% | $152.55 | 15.43% | $790.00 |
| LOT 2 | 3.000 | 03/09/2020 | $85.167 | $255.50 | $85.650 | $256.95 | 2.58% | $6.63 | 0.57% | $1.45 |
| ISHARES TR IBOXX HI YD ETF (HYG) | 26.000 | | $80.729 | $2,098.94 | $87.300 | $2,269.80 | 4.88% | $110.81 | 8.14% | $170.86 |
| LOT 1 | 14.000 | 12/15/2015 | $80.060 | $1,120.84 | $87.300 | $1,222.20 | 4.88% | $59.67 | 9.04% | $101.36 |
| LOT 2 | 12.000 | 03/09/2020 | $81.508 | $978.10 | $87.300 | $1,047.60 | 4.88% | $51.14 | 7.11% | $69.50 |
| ISHARES TR 3 7 YR TREAS BD (IEI) | 38.000 | 04/26/2019 | $122.869 | $4,669.04 | $132.980 | $5,053.24 | 1.12% | $56.62 | 8.23% | $384.20 |

RAYMOND JAMES®

Exhibit
67 pg.14

November 30 to December 31, 2020

Your Portfolio (continued)

Ed Scales / Appreciation Model Account No. [redacted]

Ex 61 P.3

## Exchange-Traded Funds (ETPs) (continued)

### Exchange-Traded Products (ETPs) (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| PIMCO ACTIVE BOND EXCHANGE-TRADED FUND (BOND) | 19.000 | | $103.009 | $1,957.18 | $113.110 | $2,149.09 | 2.66% | $57.09 | 9.81% | $191.91 |
| LOT 1 | 18.000 | 12/20/2016 | $102.452 | $1,844.13 | $113.110 | $2,035.99 | 2.66% | $54.08 | 10.40% | $191.85 |
| LOT 2 | 1.000 | 03/09/2020 | $113.050 | $113.05 | $113.110 | $113.11 | 2.66% | $3.00 | 0.05% | $0.06 |
| PIMCO ENHANCED SHORT MATURITY ACTIVE EXCHANGE-TRADED FUND (MINT) | 22.000 | 12/03/2020 | $101.990 | $2,243.78 | $102.040 | $2,244.88 | 1.15% | $25.69 | 0.05% | $1.10 |
| SPDR S&P GLOBAL NATURAL RESOURCES ETF (GNR) | 95.000 | | $37.975 | $3,607.63 | $44.780 | $4,254.10 | 2.78% | $118.37 | 17.92% | $646.47 |
| LOT 1 | 38.000 | 12/15/2015 | $32.128 | $1,220.87 | $44.760 | $1,701.64 | 2.78% | $47.35 | 39.38% | $480.77 |
| LOT 2 | 29.000 | 08/16/2018 | $47.479 | $1,376.90 | $44.780 | $1,298.62 | 2.78% | $36.13 | (5.69)% | $78.28 |
| LOT 3 | 16.000 | 03/02/2020 | $37.959 | $593.27 | $44.780 | $906.04 | 2.78% | $22.43 | 17.97% | $122.77 |
| LOT 4 | 10.000 | 03/03/2020 | $32.859 | $328.59 | $44.780 | $447.80 | 2.78% | $12.46 | 37.11% | $121.21 |
| VANECK VECTORS GOLD MINERS ETF (GDX) | 65.000 | | $19.794 | $1,681.68 | $50.020 | $3,061.70 | 0.53% | $16.15 | 82.06% | $1,394.02 |
| LOT 1 | 40.000 | 12/08/2017 | $21.590 | $863.58 | $36.020 | $1,440.60 | 0.53% | $7.60 | 66.84% | $577.22 |
| LOT 2 | 45.000 | 08/16/2018 | $18.180 | $818.10 | $36.020 | $1,620.90 | 0.53% | $8.55 | 98.13% | $802.80 |
| VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | 401.000 | | $81.339 | $32,616.83 | $91.510 | $36,695.51 | 3.18% | $1,165.31 | 12.50% | $4,078.68 |
| LOT 1 | 135.000 | 04/03/2018 | $81.205 | $10,962.70 | $91.510 | $12,353.85 | 3.18% | $392.31 | 12.69% | $1,391.15 |
| LOT 2 | 183.000 | 05/03/2018 | $81.560 | $14,925.43 | $91.510 | $16,746.33 | 3.18% | $531.80 | 12.20% | $1,820.90 |
| LOT 3 | 30.000 | 10/26/2018 | $81.569 | $2,447.07 | $91.510 | $2,745.30 | 3.18% | $87.18 | 12.19% | $298.23 |
| LOT 4 | 33.000 | 03/02/2020 | $82.693 | $2,728.86 | $91.510 | $3,019.83 | 3.18% | $95.93 | 10.66% | $290.97 |

**Exhibit 67 pg.15**

# RAYMOND JAMES®

$Ex\ B,\ P.4$

Ed Mabes - Appreciation Model Account No. ▮▮▮▮

## Exchange-Traded Products (ETPs) (continued) [2]

### Exchange-Traded Funds (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| LOT 5 | 20.000 | 03/09/2020 | $77.639 | $1,552.77 | $91.510 | $1,830.20 | 3.18% | $58.12 | 17.87% | $277.43 |
| Exchange-Traded Funds Total | | | | $102,207.78 | | $135,683.01 | 1.94% | $2,627.73 | 32.75% | $33,475.23 |
| Exchange-Traded Products Total | | | | $102,207.78 | | $135,683.01 | 1.94% | $2,627.73 | 32.75% | $33,475.23 |

[2] Please see the Exchange-Traded Products on the Understanding Your Statement page

## Alternative Investments

### Alternative Mutual Funds [4]

| Description (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| CALAMOS MARKET NEUTRAL INCOME FUND CLASS I N/L (CMNIX) | 473.305 [5] | $5,679.34 | $6,135.98 | $13.890 | $6,574.21 | 0.90% | $59.16 | $894.87 15.76% | $438.23 7.14% |
| GATEWAY FUND CLASS Y N/L - NATIXIS ADVISOR (GTEYX) | 185.238 [5] | $5,609.46 | $5,609.46 | $36.730 | $6,913.91 | 1.06% | $73.41 | $1,304.45 23.25% | $1,304.45 23.25% |
| Alternative Mutual Funds Total | | $11,288.80 | $11,745.44 | | $13,488.12 | 0.98% | $132.57 | $2,199.32 | $1,742.68 |
| Alternative Investments Total | | $11,288.80 | | | $13,488.12 | 0.98% | $132.57 | $2,199.32 | |

[4] Please see Alternative Mutual Funds on the Understanding Your Statement page.

**Portfolio Total    $156,014.15**

[5] Cost basis for these tax lots/securities will be supplied to the IRS on Form 1099-B

Log in to Client Access at https://www.raymondjames.com/clientaccess to view additional position details, filter, sort, or download up to 18 months of activity and see available delivery options for account documents.



**Exhibit 67 pg.16**

# RAYMOND JAMES®

Part B, Ex C, ?.1

## Cash & Cash Alternatives

### Raymond James Bank Deposit Program ⁺

| Description          (Symbol) | Value | Estimated Income Yield | Estimated Annual Income |
|---|---|---|---|
| Raymond James Bank Deposit Program ⁺ - Selected Sweep Option | | 0.01% | $0.35 |
| Raymond James Bank N.A. | $3,557.66 | | |
| Raymond James Bank Deposit Program Total | $3,557.66 | | $0.35 |

Your bank priority state: FL

Participating banks recently added: The Bank of New York Mellon 11/23/2020; Metro City Bank 11/23/2020; FirstBank 10/28/2020; Bank of Baroda 10/01/2020

⁺ Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page.

˙ Estimated Income Yield for RJBDP was calculated as of 12/28/2020.

| Cash & Cash Alternatives Total | $3,557.66 | | $0.35 |
|---|---|---|---|

## Mutual Funds

### Open-End Funds

| Description   (Symbol) | Quantity | Amount Invested | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated Annual Income | Investment Gain or (Loss) | Cost Basis Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| NUVEEN HIGH YIELD MUNICIPAL BOND FUND CLASS I N/L (NHMRX) | 1,025.437 ᶜ | $16,790.23 | $16,790.23 | $17.630 | $18,078.45 | 5.00% | $904.44 | $1,288.22 7.67% | $1,288.22 7.67% |
| NUVEEN ALL AMERICAN MUNICIPAL BOND FUND CLASS I N/L (FAARX) | 1,431.029 ᶜ | $16,158.73 | $16,158.73 | $12.220 | $17,487.17 | 3.25% | $568.12 | $1,328.44 8.22% | $1,328.44 8.22% |
| PIMCO INCOME FUND CLASS I2 N/L (PONPX) | 1,465.937 ᶜ | $17,437.56 | $17,451.48 | $12.110 | $17,752.50 | 4.89% | $867.83 | $314.94 1.81% | $301.02 1.72% |
| PIONEER BOND FUND CLASS Y N/L (PICYX) | 934.345 ᶜ | $8,727.13 | $8,894.79 | $10.130 | $9,464.91 | 2.93% | $277.50 | $737.78 8.45% | $570.12 6.41% |
| Open-End Funds Total | | $59,113.65 | $59,295.23 | | $62,783.03 | 4.17% | $2,617.89 | $3,669.38 | $3,487.80 |

| Mutual Funds Total | | $59,295.23 | | | $62,783.03 | 4.17% | $2,617.89 | | $3,487.80 |
|---|---|---|---|---|---|---|---|---|---|

## Exhibit 67 pg.17

# RAYMOND JAMES®

$Ex C, 22$

Kid Scales - Bond Model Account No.

## Exchange-Traded Products (ETPs)

### Exchange-Traded Funds

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Base | Price | Value | Estimated Income Yield | Estimated Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| INVESCO SENIOR LOAN ETF (BKLN) | 249.000 | 12/10/2018 | $22.422 | $5,583.08 | $22.280 | $5,547.72 | 3.56% | $197.46 | (0.63)% | $(35.36) |
| ISHARES TR JPMORGAN USD EMG (EMB) | 52.000 | 05/09/2018 | $107.250 | $5,576.96 | $115.910 | $6,027.32 | 3.88% | $233.79 | 8.07% | $450.34 |
| ISHARES TR IBOXX HI YD ETF (HYG) | 72.000 | | $78.942 | $5,683.94 | $87.300 | $6,285.60 | 4.88% | $306.86 | 10.59% | $601.76 |
| LOT 1 | 29.000 | 03/30/2020 | $77.918 | $2,259.62 | $87.300 | $2,531.70 | 4.88% | $123.60 | 12.04% | $272.08 |
| LOT 2 | 14.000 | 04/22/2020 | $79.185 | $1,108.59 | $87.300 | $1,222.20 | 4.88% | $59.67 | 10.25% | $113.61 |
| LOT 3 | 29.000 | 05/18/2020 | $79.849 | $2,315.63 | $87.300 | $2,531.70 | 4.88% | $123.60 | 9.33% | $216.07 |
| ISHARES TR 3 7 YR TREAS BD (IEI) | 38.000 | 04/26/2019 | $122.860 | $4,669.04 | $132.980 | $5,053.24 | 1.12% | $56.62 | 8.23% | $384.20 |
| JPMORGAN ULTRA-SHORT INCOME ETF (JPST) | 268.000 | 12/03/2020 | $50.790 | $13,611.59 | $50.790 | $13,611.72 | 1.39% | $189.74 | 0.00% | $0.13 |
| PIMCO ACTIVE BOND EXCHANGE-TRADED FUND (BOND) | 94.000 | | $109.019 | $10,247.83 | $113.110 | $10,632.34 | 2.66% | $282.38 | 3.75% | $384.51 |
| LOT 1 | 53.000 | 04/14/2020 | $108.460 | $5,748.37 | $113.110 | $5,994.83 | 2.66% | $159.21 | 4.29% | $246.46 |
| LOT 2 | 41.000 | 04/29/2020 | $109.743 | $4,499.46 | $113.110 | $4,637.51 | 2.66% | $123.16 | 3.07% | $138.05 |
| PIMCO ENHANCED SHORT MATURITY ACTIVE EXCHANGE-TRADED FUND (MINT) | 111.000 | | $101.624 | $11,280.31 | $102.040 | $11,326.44 | 1.15% | $130.65 | 0.41% | $46.13 |
| LOT 1 | 58.000 | 07/01/2019 | $101.538 | $5,889.18 | $102.040 | $5,918.32 | 1.15% | $68.27 | 0.49% | $29.14 |
| LOT 2 | 30.000 | 08/26/2019 | $101.740 | $3,052.20 | $102.040 | $3,061.20 | 1.15% | $35.31 | 0.29% | $9.00 |
| LOT 3 | 11.000 | 09/23/2019 | $101.695 | $1,118.65 | $102.040 | $1,122.44 | 1.15% | $12.95 | 0.34% | $3.79 |



Exhibit
67 pg.18 **RAYMOND JAMES**®

Ex. C, p. 3

## Exchange-Traded Products (ETPs) (continued) *

### Exchange-Traded Funds (continued)

| Description (Symbol) | Quantity | Date Acquired | Unit Cost | Total Cost Basis | Price | Value | Estimated Income Yield | Estimated / Annual Income | Gain or (Loss) Pct. | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| LOT 4 | 12.000 | 12/23/2019 | $101.690 | $1,220.26 | $102.040 | $1,224.48 | 1.15% | $14.12 | 0.34% | $4.20 |
| Exchange-Traded Funds Total | | | | $56,652.67 | | $58,484.38 | 2.39% | $1,397.50 | 3.23% | $1,831.71 |
| Exchange-Traded Products Total | | | | $56,652.67 | | $58,484.38 | 2.39% | $1,397.50 | 3.23% | $1,831.71 |

* Please see the Exchange-Traded Products on the Understanding Your Statement page.

---

**Portfolio Total**     **$124,825.07**

ⁿ Cost basis for these tax lots/securities will be supplied to the IRS on Form 1099-B.

Log in to Client Access at https://www.raymondjames.com/clientaccess to view additional position details, filter, sort, or download up to 18 months of activity and see available delivery options for account documents.

| Fund | Beginning Balance | Contrib-bution | With-drawal | For-feiture | Transfer | Gains / (Losses) | Ending Balance | Ending Units | Last Price |
|------|------|------|------|------|------|------|------|------|------|
| American Century Growth Instl | 14,485.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,460.11 | 15,945.57 | 134.99 | 47.60 |
| American Funds EuroPacific A | 6,080.93 | 0.00 | 0.00 | 0.00 | 0.00 | 1,204.20 | 7,285.13 | 105.06 | 69.34 |
| American Funds Wash Mutual A | 1,892.09 | 0.00 | 0.00 | 0.00 | 0.00 | 215.15 | 2,107.24 | 42.00 | 50.17 |
| Fidelity® Emerging Markets Idx I | 2,571.01 | 0.00 | 0.00 | 0.00 | 0.00 | 480.38 | 3,051.39 | 239.51 | 12.73 |
| Vanguard Equity Income Adm | 2,345.77 | 0.00 | 0.00 | 0.00 | 0.00 | 305.68 | 2,651.45 | 33.42 | 79.33 |
| Vanguard Mid-Cap Growth Index Ad | 3,478.25 | 0.00 | 0.00 | 0.00 | 0.00 | 618.51 | 4,096.76 | 44.89 | 91.26 |
| Vanguard Small Cap Growth Index | 3,728.73 | 0.00 | 0.00 | 0.00 | 0.00 | 914.42 | 4,643.15 | 49.39 | 94.01 |
| Vanguard Small Cap Value Index A | 2,356.64 | 0.00 | 0.00 | 0.00 | 0.00 | 688.37 | 5,045.01 | 49.86 | 61.07 |
| **Total** | **36,938.88** | **0.00** | **0.00** | **6.00** | **0.00** | **5,886.82** | **42,825.70 ✦** | | |

## Vesting Schedule

### Vesting Schedule Information

You will receive credit for additional years of vesting service for each plan year in which you work at least 1,000 hours.
Rollover, 401(k) salary deferrals and Safe Harbor sources not listed below are always 100% immediately vested.

ER - MATCH ER MATCH

| 1 Yr -0% | 2 Yr -20% | 3 Yr -40% | 4 Yr -60% | 5 Yr -80% | 6 Yr -100% | 7 Yr -100% |
|---|---|---|---|---|---|---|

$$Part \quad B$$
$$Ex \cdot D$$

Statements are prepared on a CASH rather than an ACCRUAL basis, which means transactions occurring near the end of the reporting period may not be reflected.

This statement serves as confirmation of requested transactions.

Ingham Group 9155 S. Dadeland Blvd. Suite 1512 Miami Florida 33156 Tel 888.458.5557, Option 5 Email PSC@ingham.com Internet www.ingham.com

PID IITA        Edwin A. Scales III

Page 2 of 4

**Exhibit 67 pg.20**

Pant B, Ex. ⊗ E

Your Current Investment Portfolio for Plan

| Investment Objective | Balance on 10/01/2020 | Total Activity | Investment Earnings | Balance on 12/31/2020 | Number of Units/Shares | Unit/Share Price |
|---|---|---|---|---|---|---|
| **Asset Allocation** | | | | | | |
| Vanguard Trgt Retire 2035 Fnd Inv | $118,238.13 | $4,549.98 | $13,917.51 | $136,705.62 | 5,584.3080 | $24.4803 |
| Vanguard Trgt Retire Income Fnd Inv | $15,811.78 | $650.01 | $820.43 | $17,282.22 | 862.6160 | $20.0346 |
| **Large Cap Value** | | | | | | |
| Voya U.S. Stock Index Port Inst | $19,028.19 | -$19,127.99 | $99.80 | $0.00 | 0.0000 | $38.0928 |
| Fidelity 500 Index Fund | $0.00 | $19,778.00 | $2,235.62 | $22,013.62 | 1,960.0540 | $11.2311 |
| **Small/Mid/Specialty** | | | | | | |
| Vanguard Mid-Cap Index Fund Inst | $17,205.58 | -$17,355.47 | $149.89 | $0.00 | 0.0000 | $37.3338 |
| Fidelity Mid Cap Index Fd | $0.00 | $18,005.45 | $3,315.60 | $21,321.05 | 1,522.9720 | $13.9996 |
| Total | $170,283.68 | $6,499.98 | $20,538.85 | $197,322.51 | | |

Unit/Share prices are displayed to four decimal places.

# Exhibit 67 pg.21

## Part D to Form 6—Income Sources

(Exceeding $1,000 January through December 31, 2020, unless otherwise indicated)

State of Florida

Jeff Atwater

Chief Financial Officer

200 East Gaines Street

Tallahassee, FL 32399-0356                    $169,840

RPM Nautical Foundation

1111 12th Street, Suite 404

Key West, FL 33040                            $ 12,000

Hans and Laura Gerth*

851 Isabelle PL

Winsor ON N8S 3A8

Canada                                        0*

Ronald K. Heck

832 Terry Lane

Key West, FL 33040                            $1,395

**Exhibit 67 pg.22**

First Horizon Bank f/k/a Capital Bank.

330 Whitehead Street

Key West, FL 33040                               $5,986

Microsoft Corporation

One Microsoft Way

Redmond, WA 98052                          $2,322

PepsiCo

700 Anderson Hill Road

Purchase, NY 10577                           $3,794

Raymond James Financial

88 Carillon Parkway

St. Petersburg, FL 33716                     $19,323**

Walt Disney Company

P.O. Box 10000

Lake Buena Vista, FL 32830                 $674*

*While dividend/interest/rental income from these payors did not exceed $1000 in calendar year 2020, such income from these payors has exceeded the threshold in past years.

** Includes cumulative interest and reinvested dividends on holdings in all Raymond James Accounts

# CONFIDENTIAL

**Exhibit 67 pg.23**

FLORIDA
COMMISSION ON ETHICS

APR 09 2021

RECEIVED

**Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: _Edwin A. Scales_ Work Telephone: _305-229-3260_

Work Address: _2001 SW 117th Ave, Miami, FL_ Judicial Office Held: _Appellate Judge_

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| | | | $ |
| | None | | $ |
| | | | $ |
| | | | $ |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|---|---|---|
| | None | |
| | | |
| | | |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Page 1 of 2

Form 6A Revised 2/20

**Exhibit 67 pg.24**

**OATH**

State of Florida

County of _Monroe_

I, _Edwin A. Scales_, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_(signature)_

(Signature of Reporting Official)

_Devonna Alce_

(Signature of Officer Authorized to Administer Oaths)

My Commission expires _5/6/2024_

DEVONNA ALCE
Commission # GG 985113
Expires May 6, 2024
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this

_5th_ day of _April_, 20 _21_

Form 6A Revised 2/20

**Exhibit 67. pg.25**

Edwin A. Scales

2001 S.W. 117th Avenue

Miami, Florida 33175

April 6, 2021

FLORIDA
COMMISSION ON ETHICS
APR 0 9 2021
RECEIVED

Florida Commission on Ethics

ATTN: Chris Anderson, Executive Director

P.O. Drawer 15709

Tallahassee, FL 32317-5709

RE: Financial Disclosure Reports for Calendar Year 2020

Dear Chris:

First, I hope you and yours are safe and doing well. Hopefully, we'll be back to normal soon.

Enclosed please find the original of my Form 6, Full and Public Disclosure of Financial Interests with its enclosures (i.e. Part B-Schedule of Assets, Exhibits A,B,C,D & E to same; Part D-Income Sources).

Also, please find my completed Form 6A (Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges).

Thank you very much, Chris, for your time, consideration and service to our State. If you have any questions, comments, or concerns, or if I can ever be of any help to you on this end, please do not hesitate to let me know.

Sincerely yours,

Edwin A. Scales

Encl.

**Exhibit 69**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,
CASE: 23-CV-22640-JEM
V.

U.S. BANK, NATIONAL ASSOCIATION, Et al.,

Defendants.

_____/

### AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- *2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !* Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: In his **Form 6,** from Tallahassee called **FINANCIAL DISCLOSURE REPORT, for 2021** Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank which is US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.F & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because of Conflicts Of Interest. None of these Judges or Attorney's can do anything with the State Court because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's were wasting all of the time Exh H. not us but we were never given that opportunity and Judge Lopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was

**Exhibit 69**

directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000dollar money asset from GMAC which is U.S. Bank and then she changed her own Orderto Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recusedhimself especially after we paid for News ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order, Exh. O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, Exh.. I.

## FACTS

1 . On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit.A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal andSupporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1)A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !* Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

# FINANCIAL DISCLOSURE REPORT
Page 4 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/09/2022 |

**Exhibit 69**

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. CAPITAL ONE | A | Interest | M | T | | | | |
| 2. AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | |
| 3. IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | |
| 4. IBERIA BANK - CHECKING (X) | A | Interest | M | T | | | | |
| 5. FIRST CITIZENS (X) | A | Interest | M | T | | | | |
| 6. AMERICAN ELECTRIC | A | Dividend | J | T | | | | |
| 7. DOMINION ENERGY (FORMERLY DOMINION DIRECT) | C | Dividend | M | T | | | | |
| 8. SOUTHERN COMPANY | B | Dividend | L | T | | | | |
| 9. EVERGY INC | A | Dividend | K | T | | | | |
| 10. MCDONALDS CORPORATION | A | Dividend | K | T | | | | |
| 11. SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | |
| 12. USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A |
| 13. | | | | | Sold (part) | 03/05/21 | J | A |
| 14. USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy (add'l) | 12/20/21 | J | |
| 15. USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold (part) | 08/26/21 | K | A |
| 16. | | | | | Buy (add'l) | 12/20/21 | J | |
| 17. USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy (add'l) | 12/20/21 | J | |

| 1. Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# IBERIA BANK IS FIRST HORIZON

First Horizon Bank, which acquired IberiaBank, agrees with TD Bank...

May 4, 2023 - First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with TD Bank Group to call off their $13.4 billion merger. TD Bank informed First...

# SUNTRUST IS FIRST HORIZON

https://www.bizjournals.com › charlotte › news › 2020 ›

## Dozens of former SunTrust branches become part of First Horizon Bank

Memphis, Tennessee-based First Horizon National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend...

# SUNTRUST IS US BANCORP

https://www.reuters.com › article › usbancorp-bbandt-idUSBANG54T9720091074

**U.S. Bancorp to buy BB&T's select Nevada branches | Reuters**

Oct 14 (Reuters) - U.S. Bancorp USB.N said it signed a deal with BB&T Corp BBT.N to buy about $800 million in deposits of certain branch locations of BB&T's Nevada banking operations to its...

# US BANCORP IS USBANK



## U.S. Bancorp

Text

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota and incorporated in Delaware.[5] It is the parent company of U.S. Bank National Association, and is the fifth-largest

U.S. Bancorp

**US bancorp**

**Exhibit 69**
Exh.F

Case 1:18-cv-22231-DG Document 5 Entered on FLSD Docket 07/01/2019 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22231-GAYLES

CARL ERICKSON,

 Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

 Defendants.

_____

### ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

**Exhibit 69**
Exh.G

# U.S. Bancorp

文A 21 languages ∨

Article  Talk

Read  Edit  View history  Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[2] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History [edit]

The U.S. Bank name first appeared as United States National Bank of Portland, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name;[9] it changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to First Bank System in 1968.[9]

In the eastern part of the franchise, Farmers and Millers Bank in Milwaukee opened its doors in 1853, growing into the First National Bank of Milwaukee and eventually becoming First Wisconsin and ultimately Firstar Corporation.[9] In Cincinnati, First National Bank of Cincinnati opened for business on July 13, 1863 under National Charter #24—the charter that U.S. Bancorp still operates under today, and one of the oldest, active national bank charters in the nation. U.S. Bancorp claims 1863 as its founding date.[9] Despite having started up in the midst of the Civil War, First National Bank of Cincinnati went on to survive many decades to grow into Star Bank.[9]



**U.S. Bancorp**

Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Type | Public company |
| Traded as | NYSE: USB[1]<br>S&P 100 component |

**Exhibit 69** Exh.H

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE, COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.  10- 61928-CA-01

Section No.  05

CIVIL DIVISION

U S BANK (NA)

Plaintiff(s)

vs.
WILLIAMS, LEROY
LITTLEJOHN, JAMES
WILLIAMS, HOKE
Defendant(s)

Motion, Notice and

Judgment of Dismissal

JAMES KAISHAS

## ORDER ON MOTION TO DISMISS
## FOR LACK OF PROSECUTION

THIS CAUSE having come on to be heard pursuant to Rule 1.420 of the Fla.R.Civ.P. and the Court being fully advised in the premises.

[ ] THE COURT FINDS that no party opposing the motion to dismiss for lack of prosecution having appeared as ordered and demonstrated the existence of the requisite record activity or that action had been stayed nor having timely filed a showing of good cause in writing, if required, and therefore, in the absence of any evidence to the contrary, the Court finds that (1) notice prescribed by Rule 1.420(e) was timely served; (2) there was no record activity during the 10 months immediately preceding service of the foregoing notice; (3) there was no record activity during 60 days immediately following service of the foregoing notice; (4) no stay has been issued or approved by the Court; and (5) no party has shown good cause why this action should remain pending;

THEREFORE, IT IS ORDERED that this action is dismissed for lack of prosecution.

[✓] THE COURT FINDS good cause why this action should remain pending; therefore, IT ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of Prosecution pursuant to Florida Rule of Civil Procedure 1.420(E), is hereby DENIED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this ____ day of _____ 2012.

_____
Circuit Court Judge

Marc Schumacher
Circuit Court Judge

cc:    Counsel/Parties of Record

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL. 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days before your scheduled court appearance, or immediately upon receiving this notification, if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

452

**Exhibit 69 Exh.I**

# FORM 6   FULL AND PUBLIC DISCLOSURE OF   2008
## FINANCIAL INTERESTS

Hon. Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL 33130-1731

PROCESSED

**FOR OFFICE USE ONLY:**

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 6 2009

ID Code

ID No       210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of _December 31_, 20_08_ was $ _2,800,357.00_.

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required – see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former residence) | 700,000.00 |
| Home located in Miami-Dade (residence) | 2,400,000.00 |
| Vail Colorado Condominium (Eagle County, Colorado) | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds, Pension Accounts | $ 600,000.00 |
| Mercedes Benz 300 mL | $ 25,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former residence) P.O. Box 9001719 Louisville, Ky | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622 Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650768  Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579  Columbus, Ohio 4326-2579 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |

Exhibit 69 Exhibit J

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cal

April 1, 2010

US Bank, N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly;
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20    APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Cc All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

MONA BRUNO #79906



Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

**Exhibit 69 Exhibit K**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

                                CASE NO.    2007-12407-CA
                                DIVISION    32
vs.

                                                            SPACE FOR RECORDING DATA

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

_____

**FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES**

THIS CAUSE having come on before the Court ex parte, pursuant to the Motion filed by the Plaintiff pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause

2.    All Counts of the Complaint against Defendants; LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI   are hereby dismissed;

3.    Any scheduled foreclosure sale is canceled.

FILE NUMBER: F07012148



Serial: 13666522
DOC_ID: M010602



**Exhibit 69 Exhibit K pg.2**

4. The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5. The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6. The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____ 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148--MJ016502
GMAC-CONV--silver

**Exhibit 69 Exhibit L**

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2009
## FINANCIAL INTERESTS

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY:

APR 2 5 2010

PROCESSED

ID Code

ID No.    210380

Conf. Code

P. Rec. Code

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOUSE RM
1105
MIAMI, FL 33130

Manno Schurr, Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE : ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date  [Note  Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3 ]

My net worth as of  December 31 , 2009, was $ 5,351,653.72

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000  This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings; clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 152,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade City (Indicate) | 7,500,000.00 |
| Vail Colorado Condominium/Eagle County | 350,000.00 |
| Bank Accts, Ira, Brokerage Accounts/ Wachovia Pension etc | 650,000.00 |
| Boat in use/River | 64,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Gmac Clearline/P.C. Box 46.25 Waterloo, I A | 410,000.00 |
| Wells Fargo P.C. Box/11 P.x 65 7691, Dallas Tx | 105,000.00 |
| Chase Bankcard Group/P.C. Box 78067, Phoenix Az 85062 | 34,350.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |

CE FORM 6 - E6  1-2010          (Continued on reverse side)          PAGE 1

Exhibit 69
Exhibit M

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

US Bank .N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court; a.
And (4) no party has shown good cause why this action should remain pending.
Accordingly.
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2008

SARAH I. ZADEL
Circuit Court Judge

## Exhibit 69    Exhibit N

| | | | | |
|---|---|---|---|---|
| | 01/27/2011 | Service Return for Unknown Party | Event | |
| 57 | 01/25/2011 | Service Return for Unknown Party | Event | LEROY WILLIAMS |
| | 01/25/2011 | Service Return for Unknown Party | Event | |
| | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Hoke |
| | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Leroy |
| | 01/25/2011 | Summons Returned – No Service | Event | Parties: Littlejohn James |
| | 12/27/2010 | Answer | Event | ATTORNEY:00301091 TO THE COMPLAINT Parties: Miami Dade County |
| | 12/09/2010  27515-1498 | Lis Pendens | Event | B: 27515 Pt 1498 |
| | 12/06/2010 | Verification | Event | |
| | 12/06/2010 | Plaintiff's Certificate of Settlement Authority. | Event | |
| | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | 12/06/2010 | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | $ 1908.00 |
| | 12/06/2010 | Complaint | Event | |
| | 12/06/2010 | Civil Cover | Event | |

Filing # 142403620 E-Filed 01-21/2022 11:32:41 AM

## Exhibit 69 Exh.O

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

### ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Case No: 2021-010826-CA-01                                                      Page 1 of 2

**Exhibit 69 Exh.P**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),

vs.

LANCASTER MORTGAGE CO
    Defendant(s).

### ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE AND ORDERED in chambers at Miami, Dade County, Florida, this 17th day of October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH. RD. MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT 4206, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 AE



Chief Judge Laurel M. Isicoff and
Judge Mindy A. Mora

**Exhibit 70**

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT
## OF FLORIDA WEST PALM BEACH DIVISION

MACK LEWIS WELLS JR.
    **DEBTOR**

**CASE NO: 23-12048-MAM**

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND
### MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 21 2023 Judge Laurel Isicoff's review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of thisCourt (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Laurel Isicoff Financial Interests & Property Disclosures) and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: **In Judge Laurel Isicoff's Financial Disclosure Report in 2017 Exh. (D) on line #1 she got $250,000 from Regions bank who's doing business with Wells Fargo Exh. (E) Which is US Bank Exh.(F). She is also got $15,000 from Northern Trust Bank on line #35 of her Financial Disclosure Report in 2017 which is BlackRock Exh. (G) . and BlackRock is US Bank Exh. (H)**

*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

## Exhibit 70

Judge Laurel Isicoff must Recuse herself for an open obvious Conflict of Interest because she's Affiliated with Federal Bankruptcy Judge Laurel Isicoff, someone doing business with US Bank and helping them to make money so that she can make money by herself and vacate her Order. Conflict of Interest law in Federal Court says you can't be affiliated with a person who has Conflict of Interest. So Laurel Isicoff you must Recuse YOUR SELF and not ORDER against us.

## FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit. A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 21 2023 Laurel Isicoff review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & PropertyDisclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Laurel Isicoff must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof:

## FACTUAL BACKGROUND



Exhibit 70

| Name of Person Reporting | EXH.D | Date of Report |
|---|---|---|
| Isicoff, Laurel M. | | 10/27/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northern Trust Bank cash account | | None | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. Shelby Capital LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Regions Financial Corporation
## Common Stock (RF)

**$18.29** +0.67 (+2.96%)
Volume: 4,241,285
Jul 8, 2023

**+ ADD TO WATCHLIST**    **+ ADD TO PORTFOLIO**

Exhibit 70

| | | | |
|---|---|---|---|
| VOYA INVESTMENT MANAGEMENT LLC | 03/31/2023 | 665,756 | -3,5 |
| WELLS FARGO & COMPANY/MN | 03/31/2023 | 6,643,804 | 95,625 |
| UBS ASSET MANAGEMENT AMERICAS INC | 03/31/2023 | 6,587,360 | -325,757 |
| VICTORY CAPITAL MANAGEMENT INC | 03/31/2023 | 5,973,479 | -284,540 |
| SHAPIRO CAPITAL MANAGEMENT LLC | 03/31/2023 | 5,952,074 | -200,975 |
| BANK OF MONTREAL /CAN/ | 12/31/2022 | 5,676,267 | 244,179 |
| BANK OF AMERICA CORP /DE/ | 03/31/2023 | 4,876,849 | -2,524,738 |
| NUVEEN ASSET MANAGEMENT, LLC | 03/31/2023 | 4,739,868 | 159,939 |
| ARROWSTREET CAPITAL, LIMITED PARTNERSHIP | 03/31/2023 | 4,132,592 | 1,173,572 |

< 1 2 3 4 5 6 7 ... 64 >

< BACK TO RF OVERVIEW


# WIKIPEDIA
The Free Encyclopedia



# U.S. Bancorp *Is US Bank      Exh. F*

**Exhibit 70**

U.S. Bancorp (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth-largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to **First Bank System** in 1968.[9]

**U.S. Bancorp**



Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| Trade name | U.S. Bank |
|---|---|
| Type | Public company |
| Traded as | NYSE: USB (https://www.nyse.com/quote/XNYS:USB) |
| | S&P 100 component |
| | S&P 500 component |







**Exhibit 70 Exh.G**

 blackRock is Northern Trust Bank  

News  Wikipedia  Maps  Images  Books  Shopping

CHICAGO - As part of its continuing strategy to provide integrated products, services and technology across the entire investment lifecycle, **Northern Trust has entered into a strategic alliance with BlackRock** to deliver enhanced operations, data, and servicing capabilities to mutual clients.
May 27, 2020

 https://www.northerntrust.com › africa ⋮

Northern Trust Announces Alliance with BlackRock as part of Whole Office ...

 About featured snippets    Feedback

2023-02-01 - BlackRock Inc. has filed an SC 13G/A form with the Securities and Exchange Commission (SEC) disclosing ownership of 100,484,434 shares of U.S. Bancorp. (US:USB). This represents 6.6 percent ownership of the company.

https://fintel.io › us › usb › blackrock

BlackRock Inc. ownership in USB / U.S. Bancorp. - 13F, 13D, 13G Filings - Fintel.io

❓ About featured snippets    ⬛ Feedback

# People also ask

What banks are owned by BlackRock?    ∧

BlackRock is also the sole shareholder and owner of

---

> BlackRock Increases Position in U. Bancorp (USB)

Feb 1, 2023 — Fintel reports that BlackRock has filed a 13G/A form with the SEC disclosing ownership of 100.48MM shares of U.S. Bancorp...

**Exhibit 70**

w    Wikipedia
https://en.m.wikipedia.org › wiki

> BlackRock

BlackRock, Inc. is an American multi-national investment company based in New York City. Founded in 1988, initially as an enterprise risk...

FT    Financial Times
https://www.ft.com › content

> BlackRock to manage $114bn of asset disposals after US bank failures

Apr 5, 2023 — US regulators have appointed BlackRock's advisory arm to help sell a $114bn portfolio of securities inherited after the governme...

F    Fintel
https://fintel.io › blk › regions-finan...

> Regions Financial Corp reports 1.49% decrease in ownership of BLK / BlackRock ...

2022-11-03 - Regions Financial Corp has filed a 13F-HR form disclosing ownership of 132,951 shares of BlackRock, Inc. (US:BLK) with total...

Latest Disclosed Ownership: 132,951 shares

⊕    WallStreetZen
https://www.wallstreetzen.com › ow...

> NYSE: RF Regions Financial Corp Stock Ownership - Who owns ...

Regions Financial (NYSE: RF) is owned by 73.76% institutional shareholders, 2.07% Regions Financial insiders, and 24.17% retail investors. Vanguard...

CNN    CNN.com
https://money.cnn.com › quote › sh...

> RF - Regions Financial Corp Shareholders - CNNMoney.com

Top 10 Owners of Regions Financial Corp : BlackRock Fund Advisors, 6.64%, 62,319,308 ; SSgA Funds Management, Inc. 5.36%, 50,312.92...

Exhibit 77

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

## Exhibit 71 Exh.V pg.1

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

    Plaintiff

                               CASE NO: 2010-61928-CA01

v.

MACK WELLS


    Defendants,


## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT BY VACATING HER ORDER AND MEMORANDUM OF LAW


Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).


*Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is prie f—e Judge is Bised fak Stue 2.k .31) () Judge cait her conflict of Interest !*


Judge Vivianne Del Rio m ust Recuse elkelf for an oegutrxio u Conflict of Interest b eca use s e's  imp l business with US Bank and helping them to make money so that she can make money by foreclosing and

**Exhibit 71 Exh.V pg.2**

taking (stealing) our property while acting as the Judge on the case on o u ᵃ𝗀𝗋𝗈𝗍𝗈𝗇 case's Merits b tⱼ

for to make ᵣ𝗂𝗋 𝗍𝗮𝗹𝗹 money Illegally. Here's r𝗀𝖿 𝗂𝗼 her _Form 6 Affidavit Oath_ from Tallahassee called

FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:

2. form 6 for 2019 on line 2., Exh. 0. She got $750,215.00 with FRS which is Financed by the SBA.
Exh. 1. which is U.S. Bank, Exh. 2.

3. form 6 for 2019' Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing

business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S.

Bancorp, Exh.4, 19. And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.


And on her 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on line 2,

Exh. 0. Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S.

Bank, Exh. 2.

3. Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing business with AIG

which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4,

19. And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

4. Exh. (0). And on line 4 she has $44,000 with E–Trade Which is Morgan Stanley Exh.3, and

Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and

Page 2. which is U.S. Bancorp, (Exh.4, 19). And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

**Exhibit 71 Exh.V pg.3**

Which means U.S. Bank is JUDGE VIVIANNE DEL RIO according to her Form 6 signed by her

Affidavit of Financial interest whole way of wealth making money and partners with her in

almost all assets she owns other than e█h██████alary is U.S. BANK. This is why she has

ruled in favor of U.S. BANK to give a date to sale our house 06/21/2022, Exh. 120. Against

the Rule of Law and without allowing us to talk in the Zoom hearing 05/04/2022, see Exh. 7.

(Video of Hearing gods2.com Video #1), and we know she heard us because the Transcript

could hear us and could hear her and the Transcriber was in a different location from the

Judge and from us in the Zoom Hearing and if he could hear her and us and the Judge can

hear him that means she could hear us so she deliberately ignored us until we screamed

and to listen to our Motion to Dismiss and Reconsider and revert this case back to the

Original Dismissal with Prejudice that was on the Docket before U.S. Banks Motion to reset

the Sale of our Property. See Exh. (8). But instead Judge Vivianne Del Rio referred us to her

assistant and would not hear our Motion. See Exh.9 (Video on gods2.com #2 video of her

assistant talking to us),

WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest
against us and there's more. I have found that our case was directed to other Judges in this sess Pool
all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met
jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice
because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got
$995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. F. And then
suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice
like Judge Zabel did, Exh. G. So as to avoid the Law which says another Judge cannot change another
Judges order in the same Circuit Court so she made the same Order so she could change her own

**Exhibit 71 Exh.V pg.4**
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.
U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(I) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP, Exhibit.A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

**Exhibit 71 Exh.V pg.5**
Stanley) as seen in his FORM 6 page, 3.line.6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest. Judge John Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit. N. as seen on the public record Exhibit, F. Who is the Entity that is the entity who assigned our Mortgage to US BANK. Exhibit, G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhatian Bank, Exhibit.M. that Judge Schlesinger was doing business with and got his properties from, Exhibit.1.. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec, 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit.A against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. 1. A judge cannot change another Judge's ORDER!

2. And also on Dec.19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests Fla. Stat.[ 12.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief from Judgment Or Order, and to vacate Order .*

AFFIDAVIT **Exhibit 71 Exh.X**

I Maurice Symonette was There in The Dade County Courthouse on Flagler Street in Downtown Miami and witnessed Judge Zabel Sign The Document to Dismiss with Prejudice on 4/04/2019 That was For The Case. 2007-13417-cm02, and I am witness That I saw it on The Docket Sign Judge Zabel

Maurice _____

MAURICE Symonette
15701 S Foush Dr
Miami, Fla 33187

X Rexanna _____ mitchell
Feb 4, 2022



AFFIDAVIT **Exhibit 71 Exh.Y pg.5**

I James Buckman was there in the Miami Dade Court
House on Flagler Street a Downtown Miami and I witness
Judge Zabel sign The Document & Dismiss with Prejudice
on 04/06/2012 That was for the case No: 2007-12407 (FTCA)
and I'm real witness That I saw it on the docket Signed
by Judge Zabel

James Buckman Jr
13485 S Avenue
Miami Fl 33189

X Yammie Kfatelali

Feb 09, 2022



JANN KATSELL
Notary Public State of Florida
Commission # GG 949028
My Comm Expires Jan 19 2024
Bonded through National Notary Assn

AFFIDAVIT **Exhibit 71 Exh.Z pg.5**

I Mark Wells was There in The Miami Dade County Court house on Flagler Street in Down-town Miami and I witness Judge Zabel Sign The Dismissed To Dismiss with Prejudice on 04/06/2023 That was For The case number 2017-12407-CA01 and I'm also a witness that I saw it on the Docket Signed by Judge Zabel

Mark Wells

MARK WELLS

15026 S. River DR.
Miami Fla 33167

x [signature]
Feb. 2 2022

[illegible]

DOS Snapshot



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Exhibit 71 Exh.Z1
Contact Us    My Account



# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

US BANK (NA) VS WILLIAMS LEROY

Local Case Number:     2007-012031-CA-01

Filing Date:    04-26-2007

State Case Number:     132007CA012407000001

Judicial Section:    CA33

Consolidated Case No.:    N.A.

Case Type:    - DO NOT USE - Legacy Mortgage Foreclosure

Case Status:    CLOSED

Total Of Parties: 5 ✚

## 👥 Parties

Total Of Hearings: 0 ✚

## 🔍 Hearing Details

Total Of Dockets: 90 📁

## 📄 Dockets

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 01-04-2022 | | Receipt | Event | RECEIPT#:2430006 AMT PAID:56.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 \$1.00 \$4.00 3121-CERTIFIED 1 \$2.00 \$2.00 TENDER TYPE:CASH TENDER AMT:\$50.00 TENDER TYPE:CHANGE TENDER AMT:(\$4.00) RECEIPT DATE:02/04/2022 REGISTER#:281 CASHIER:DINGUIB |
| | 01-03-2018 | | Copy of | Text | OF ORDER OF DISMISSAL |
| | 10-04-2010 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 05-07-2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11-04-2010 | | File Letter of Correspondence | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |

Page

DCS Search

AM

# Exhibit 71 Exh.Z2

| | | | | |
|---|---|---|---|---|
| 10/14/2010 | | Motion | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 06/28/2010 | | Motion to Vacate Dismissal | Event | |
| 06/05/2010 | | Text | Event | RETO ORIGINAL NOTE AND MORTGAGE |
| 06/25/2010 | 27343 0949 | Court Order -Recordation | Event | B: 27343 P: 0949 VACATING, DISMISSING, CXL SALE, RELEASE LIS PENDENS, ETC |
| 06/10/2010 | | Motion | Event | ATY 0071575 TO DISMISS CASE, CANCEL FORECLOSURE SALE, ETC |
| 06/10/2010 | | Final Disposition Form | Event | |
| 04/27/2010 | 27244 4193 | Court Order -Recordation | Event | B 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection | Event | TO WRITTEN DISCOVERY, MTN TO STRIKE OR,...ETC |
| 09/09/2008 | | Notice | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT, ETC |
| 08/18/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 06/16/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 0542 | Court Order -Recordation | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE 08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE |
| 09/12/2007 | | Motion | Event | TO CANCEL FORECLOSURE SALE |
| 09/12/2007 | | Motion | Event | ATY 0888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | 550 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUTE VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Cert Notice Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

Dismissed with Prejudice

https://www2.miami-dadeclerk.com/ocs/Search.asp [illegible]

American　　　　　　　　　　　　　　based in　　**Exhibit 71**
　　　　　　　　　　, and incorporated in　　**Exh.Z3**

.　It is the parent company of U.S.
Bank National Association, which is the 5th
　　　　　　　　　　　　　. The

company provides banking, investment,
mortgage, trust, and payment services
products to individuals, businesses,
governmental entities, and other financial
institutions. It has 3,106　　　　and 4,842
　　, primarily in the Midwestern

　　, and has approximately 72,400
employees.　The company also owns
a processor of credit card transactions. U.S.
Bancorp operates under the second-oldest
continuous national charter, originally Charter
#24, granted in 1863 following the passage of
the　　　　　　　　. Earlier charters have
expired as banks were closed or acquired,
raising U.S. Bank's charter number from #24 to
#2. The oldest national charter, originally
granted to the

　　, is held by　　　　　, which it
obtained upon its merger with　　　　.

**U.S. Bancorp**



U.S. Bank

LIMITED-TIME OFFER · $5 for 3 months   Rediscover the power of local news.   **SAVE NOW**

NATIONAL

# He forged signatures of judges over 100 times. Now this lawyer is going to jail

BY DAVID OVALLE

DOVALLE@MIAMIHERALD.COM

UPDATED AUGUST 03, 2017 5:39 PM



Ex-lawyer Jose Camacho during his sentencing for forgering the signatures of Broward judges. He was sentenced to 364 days in jail, plus 10 years of probation. DAVID OVALLE *Miami Herald*

*MIAMI, FLA.*

Disgraced South Florida lawyer Jose Camacho forged over 100 judicial signatures on financial settlement cases — but the baffling part was that he wasn't really making any extra money off the illegal shortcuts.

Instead, Camacho claimed, he was overwhelmed with work and merely wanted to avoid waiting for backlogged judges to sign off on the paperwork.

TOP VIDEOS



Exh.73

**BRENNAN CENTER FOR JUSTICE**

**Issues**  Library

**Our Work**  Press

Election 2024

**Experts**

**Get Involved**

**About**

NEWSLETTER

# Fair Courts E-Lert: Investigation – 131 federal judges failed to step down from cases with financial conflicts

This Fair Courts E-Lert highlights an investigation into ethics violations committed by federal judges, Biden's latest round of nominees to the federal bench, New York judges sent home for noncompliance with a vaccine mandate, and more.

PUBLISHED: October 22, 2021



**Strengthen Our Courts**
Promote Fair Courts

### Investigation Finds 131 Federal Judges Failed to Step Aside from Cases Despite Financial Conflicts

"More than 130 federal judges have violated U.S. law and judicial ethics by overseeing court cases involving companies in which they or their family owned stock," according to an investigation by the *Wall Street Journal* published on September 28.

The investigation found that 129 federal district court judges and two federal appellate judges failed to step aside from 685 cases in which they had a financial conflict from 2010–2018, and in those cases, about two-thirds of the rulings were in the judge's or their family's financial interests.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

   Plaintiff

                                     CASE NO: 2010-61928-CA01

   v.

MACK WELLS

   Defendants, .

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 17' 2023 Carlos Lopez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

*__Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*

Judge Carlos Lopez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

Exhibit 74

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $2,077,949 with Iberia Bank, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl. Rule 2.160 (H)-(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007-12407-CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $315,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has the same conflict of Interest So he must recuse himself and vacate his Order. So Carlos Lopez you must Recuse YOUR SELF and not ORDER against us.

l. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order <u>Exhibit. A</u> against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the <u>June. 25' 2010</u> Carlos Lopez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (<u>Exhibits # B</u>) Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018Tables 9-13</u>, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & PropertyDisclosures).

***<u>Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !</u>***

Judge Carlos Lopez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstances.*

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

# CONCLUSION

Exhibit 74

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Carlos Lopez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Carlos Lopez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and Final Judgment Order. Judge Carlos Lopez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK
HE RECUSED HIMSELF BECAUSE HE HAD A MONEY CONFLICT OF INTEREST
IN 131 FEDERAL JUDGES JUST GOT FOUND GUILTY OF CONFLICTS OF
INTEREST GOOGLE NEW YORK TIMES ARTICLE BY ADAM LIPTAC.

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June. 17, 2023 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds

_Mack Wells_
MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

Exhibit 74

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June. 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also does not own

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

X _Fannie S Mitchell_
_May 3, 2022_

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 360128
My Comm. Expires Jul 29, 2023
Bonded through National Notary Assn.

_Mack Wells_

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

Exhibit 74

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST

## PART B- ASSETS

Carlos Lopez
Circuit Judge
11th Judicial Circuit

As of January 31, 2022

PART B- ASSETS

ASSETS INDIVIDUALLY VALUED OVER $1,000:

| | |
|---|---|
| Real Estate XXXX Brickell Ave, Unit XXXX, Miami, Fl | $1,250,000 |
| Real Estate 1717 North Bayshore Drive, A4244, Miami, Fl (rental property) | $575,000 |
| Real Estate 1800 NW 24ave, #720, Miami, Fl (rental property) | $200,000 |
| Cash IBERIABANK (Cash & CD) | $2,077,949 |
| 1111 Brickell Ave, Miami, Fl 33131 | |
| Marketable Securities UBS (See Summary) | $311,383 |
| CIM Group, P.O. Box 219312 (Cole Capital) | $255,000 |
| Kansas City, MO 64121 | |
| BBC Realty Holdings LLC- Rental Office at 2333 Brickell Ave | $1,800,000 |
| Suite A-1, Miami, Fl (33.3% owned) | |
| Loan Owed from Caribe Insurance Agency Corp | $125,000 |
| 720 Jeronimo Drive | |
| Coral Gables, Fl 33146 | |

Exhibit 74    Exh.E

All regions ▼    Safe search: moderate ▼    Any time ▼

🔵 https://www.theadvertiser.com › story › money › business › 2022 › 02 › 28 › td-bank-group-buyin...

## TD Bank Group buying former IBERIABANK, First ... - Lafayette, Louisi...

Feb 28, 2022 - **TD Bank** Group, the Canadian financial giant with more than 26 million U.S. customers, will soon be the owner of former IBERIABANK locations following the acquisition of First Horizon on...

🔴 https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-13...

## First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023 - First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. **TD Bank** informed First...

🔴 https://www.theadvocate.com › baton_rouge › news › business › first-horizon-iberiabank-owner-...

## First Horizon, IberiaBank owner, set to be acquired by TD Bank in $13...

Feb 28, 2022 - First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. STAFF PHOTO BY LESLIE...

🟢 https://www.commercialappeal.com › story › money › business › 2022 › 02 › 28 › td-bank-acquir...

## TD Bank Group to acquire First Horizon: 5 things to know

Feb 28, 2022 - Toronto-based **TD Bank** Group announced the $13.4 billion all-cash agreement to obtain Memphis-based First Horizon as part of the group's plans to accelerate its growth in the U.S., according to...

🔲 https://www.kadn.com › news › first-horizon-bank-which-acquired-iberiabank-agrees-with-td-ba...

## First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023 - MEMPHIS, Tenn. (CNN) -- First Horizon, which acquired IberiaBank, and **TD Bank** have called off a $13 billion deal that would have formed America's sixth-largest **bank**, adding to the turmoil sweeping the country's regional lenders. The acquisition was announced shortly after Memphis-based First Horizon had finished its rebrand of IberiaBank.

Exhibit 74    Exh.F

▷ https://www.bizjournals.com › memphis › news › 2019 › 11 › 08 › first-horizon-to-acquire-30-suntr...

## First Horizon to acquire 30 SunTrust/BB&T branches - The Business J...

Memphis-based **First Horizon** National Corp. announced Friday, Nov. 8, that it entered into a deal with **SunTrust Banks** Inc. and BB&T Corp. to acquire 30 branches across North Carolina, Virginia, and ...

 https://www.firsthorizon.com

## First Horizon Bank - A Trusted Choice for Financial Services

first horizon bank is suntrust bank      🔍

🔍 All    🖼 Images    ▷ Videos    🗐 News    ⊙ Maps    🛍 Shopping      ⚙ Settings

🟦 https://www.globenewswire.com › news-release › 2020 › 07 › 20 › 2064531 › 0 › en › First-Horiz...

## First Horizon Completes Acquisition of 30 SunTrust now - GlobeNews...

List of branches in transaction: Winston-Salem, NC Fed Banking Market Medical Park, 2006 S. Hawthorne Rd., Winston-Salem, NC 27103 Mocksville Yadkinville Road, 880 Yadkinville Rd., Mocksville, NC...

🔷 https://www.firsthorizon.com › Better-Together › Find-a-Location

## Find a Location - First Horizon Bank

Open on Saturdays Full-Service Drive-Thru No Locations Found See all locations Drive-thru hours could vary. Please check with the banking center team to see if additional drive-thru hours are available. Proven. Focused. Better Together.

▷ https://www.bizjournals.com › charlotte › news › 2020 › 07 › 20 › first-horizon-buys-former-suntr...

## Dozens of former SunTrust branches become part of First Horizon Ba...

Updated Jul 20, 2020, 3:55pm EDT Thirty former **SunTrust** branches are now part of **First Horizon Bank**. Truist Financial Corp. (NYSE: TFC), which owned the branches, agreed to divest them last...

HH https://www.truist.com › who-we-are › about-truist
## About Truist | Truist
At Truist, our purpose is to inspire and build better lives and communities. That happens through real care to make things better. To meet client needs, to empower teammates, and to lift up communities. Care starts with culture. Our belief in better is at the core of everything that we do, every day.

USN https://money.usnews.com › banking › articles › suntrust-and-bbt-merger-what-you-need-to-know
## SunTrust and BB&T Merger: What You Need to Know - U.S. News
The **SunTrust** and **BB&T** merger is not expected to close until later in 2019, and the two **banks** will remain operating as two separate companies, they say. Don't Dump Your Brick-and-Mortar **Bank**...

HH https://media.truist.com › 2019-12-09-BB-T-and-SunTrust-complete-merger-of-equals-to-become...
## BB&T and SunTrust complete merger of equals to become Truist
CHARLOTTE, N.C., Dec. 9, 2019 / PRNewswire / -- Truist Financial Corporation (NYSE: TFC) today announced the completion of the merger of equals between **BB&T** Corporation and **SunTrust Banks**, Inc., effective Dec. 6, 2019.

HH https://www.truist.com
## Truist Bank | Checking, Savings, Lending, and Financial Services
The Consumer Financial Protection Bureau (CFPB) offers help in more than 180 languages, call 855-411-2372 from 8 a.m. to 8 p.m. ET, Monday through Friday for assistance by phone. CFPB additional resources for homeowners seeking payment assistance in 7 additional languages: Spanish, Traditional Chinese, Vietnamese, Korean, Tagalog, and Arabic.

F https://www.forbes.com › advisor › banking › suntrust-bank-now-truist-review
## SunTrust Bank, Now Truist, Review - Forbes Advisor
Nov 11, 2021 · **SunTrust** mainly has branches in the Southeast, but its merger with **BB&T** to form Truist may expand its footprint. You can open an account online with **SunTrust** even if you don't live in a state...

Exhibit 74     Exh.H

WSJ https://www.wsj.com › market-data › quotes › USB

## USB | U.S. Bancorp Stock Price & News - WSJ

Apr 12, 2023 · View the latest **U.S. Bancorp** (USB) stock price, news, historical charts, analyst ratings and financial information from WSJ.

HH https://dias.bank.truist.com › ui › bbt

## Truist Online Banking Login | Truist

"Truist Advisors" may be officers and/or associated persons of the following affiliates of Truist Financial Corporation: Truist Bank, our commercial bank, which provides banking, trust and asset management services; Truist Investment Services, Inc., a registered broker-dealer, which is a member of FINRA and SIPC, and a licensed insurance agency ...

🦚 https://www.cnbc.com › 2019 › 02 › 07 › here-are-the-biggest-us-banks-with-bbt-suntrust-merge...

## These are the 10 biggest banks in the country now after the BB&T ...

**BB&T** and SunTrust announced a $66B merger — Here's what three experts say that means for the financial sector **BB&T** 's deal to buy SunTrust Banks is slated to create the sixth-largest bank in...

⚫ https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54119720091014

## U.S. Bancorp to buy BB&T's select Nevada branches | Reuters

Oct 14 (Reuters) - **U.S. Bancorp** USB.N said it signed a deal with **BB&T** Corp BBT.N to buy about $800 million in deposits of certain branch locations of **BB&T's** Nevada banking operations for an...

NR https://greensboro.com › business › whats-bb-ts-new-name › article_2701870e-6a62-5f7f-ae2c-...

## What's BB&T's new name?

The combined BB&T-SunTrust, with $442 billion in total assets, would be on the heels of US **Bancorp's** $476 billion in assets as the largest super-regional bank in the country. It would be the ...

Exhibit 74    Exh.I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF    2008
## FINANCIAL INTERESTS

**FOR OFFICE USE ONLY:**

COMMISSION ON ETHICS
DATE RECEIVED

JUN 2 6 2009

ID Code

ID No    210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

‑‑‑‑‑‑AUTO*3-D-DIT 331 12  F2    8
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL  33130-1731

PROCESSED

ladladladladidlloooilidddladdddddddadlol

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of _December 31_ , 20 _08_ was $ _2,800,357.00._

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use;

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts, Stocks Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 350 ML | $25,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (former residence) P.O. Box 9001719, Louisville, Ky. - | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622, Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 Columbus, Ohio 4328-2579 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |
| | |
| | |

CE FORM 6 - Eff. 1/2009                    (Continued on reverse side)                    PAGE 1

Exhibit 74    Exh.K

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-ca1

April 1,2010

US Bank .N.A.
        Plaintiff(s)

Vs.

Leroy Williams
        Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
    IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20__        APR 06 2010

_____
CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR**
**CIRCUIT COURT JUDGE**

CC All parties

STATE OF FLORIDA COUNTY OF MIAMI DADE
...........
...........                10/22      2__
...........
...........

MONA BRUNO #79806

Exhibit 74    Exh.L

# FORM 6    FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS
### 2009

**PROCESSED**

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

II
Hon Valerie R Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL  33130

| ID Code | |
|---|---|
| ID No | 210380 |
| Conf. Code | |
| P. Req. Code | |

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31  2009  or a more current date  (Note  Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.)

My net worth as of _December 31_, 20 09 was $ 5,351,435.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following: if not held for investment purposes, jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (Pinecrest) | 2,500,000.00 |
| Vail Colorado Condominium/Eagle County | 250,000.00 |
| Vail Colorado Condominium/Eagle County | 650,000.00 |
| Bank Accts, IRA, biz Keogh Account, Wachovia/Bank of America | 64,000.00 |
| Account Linda Ridge River | Fidelity |

## PART C -- LIABILITIES

| LIABILITIES IN EXCESS OF $1,000:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line/P.O. Box 4622 Waterloo, IA | 410,000.00 |
| Wells Fargo P.O. Box 11 pay 1st 769, Dallas Tx | 105,402.00 |
| Chase Firewood Group/P.O. Box 78061 Phoenix Az 85062 | 24,350.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None -- | |
| | |
| | |

CE FORM 6 - Eff. 1/2010              (Continued on reverse side)              PAGE 1

Exhibit 74

Exhibit M

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-cat

US Bank N.A.
    Plaintiffs;

Leroy Williams
    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e) Was served on April 11,2008; (2) their was no record activity for the year preceding Service of the foregoing notice; (3) no stay has been issued or approved by the court; And (4) no party has shown good cause why this action should remain pending.

Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice.
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of March , 2009

BARMAN ZADEH
Circuit Court Judge

Exhibit 74    Exh.N

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
        Plaintiff,

                CASE NO.    2007-12407-CA
                DIVISION    32

vs.,

SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
        Defendant(s).

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005); and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows.

1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.      All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI are hereby dismissed.

3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



Exhibit 74     Exh.N pg.2

4.     The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.     The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.     The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this __ _____ day of

_____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 - M010502
GMAC-CONV--abiven

Exhibit 74    Exh.O

| | | | | | |
|---|---|---|---|---|---|
| 📄 | | 01/27/2011 | Service Return for Unknown Party | Event | |
| 📄 | :57 | 01/25/2011 | Service Return for Unknown Party | Event | **LEROY WILLIAMS** |
| | | 01/25/2011 | Service Return for Unknown Party | Event | |
| 📄 | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Hoke |
| 📄 | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Williams Leroy |
| 📄 | | 01/25/2011 | Summons Returned – No Service | Event | Parties: Littlejohn James |
| 📄 | | 12/27/2010 | Answer | Event | **ATTORNEY:00301991 TO THE COMPLAINT** Parties: Miami Dade County |
| 📄 | | 12/09/2010  27515:1498 | Lis Pendens | Event | **B: 27515 P: 1498** |
| 📄 | | 12/06/2010 | Verification | Event | |
| 📄 | | 12/06/2010 | Plaintiff's Certificate of Settlement Authority | Event | |
| 📄 | | 12/06/2010 | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| 📄 | | 12/06/2010 | Filing Fee For Mortgage Foreclosure | Event | S 1906.00 |
| 📄 | | 12/06/2010 | Complaint | Event | |
| 📄 | | 12/06/2010 | Civil Cover | Event | |

# Exhibit 74-Exh.P1

Case 1:18-cv-22211-UU Document 8 Entered on FLSD Docket: 07/01/2019 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22211-GAYLES

CARL ERICKSON

Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.

Defendants.

_____

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is
assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exhibit 74 Exh.Q1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),
vs.
LANCASTER MORTGAGE CO
    Defendant(s).

_____/

REASSIGNED BY BLIND
FILING TO SECTION   CA 02
PER ORDER OF ADM JUDGE
THIS DATE   OCT - 1 7 2019
William Thomas B C
37479

### ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself from further consideration of this case

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE AND ORDERED in chambers, at Miami Dade County, Florida, this 17th day of

October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH RD MIAMI, FL 33181
MAURICE SYMONETTE 4711 L J PARKWAY, UNIT 4208, SUGARLAND TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

**Exhibit 74 Exh.R**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MAURICE SYMONETTE**

Plaintiff(s)

· vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____

### ORDER OF RECUSAL

**THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Exhibit 74  **Exh.S**

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: <u>2010-061928-CA-01</u>
SECTION: <u>CA05</u>
JUDGE: <u>Vivianne Del Rio</u>

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

### ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

    **THIS CAUSE,** came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Exhibit 74

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Exhibit 74

Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Physically Served:**

Exhibit 74 Exh.T pg.1

APRIL 28 - MAY 4, 2022 | VOLUME 37 | NUMBER 7

MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

# MIAMI Ne



*All 200+ books banned in Florida
and what Miami booksellers have to say about it.*



# THE
# BOOKS
# THEY
# BANNED

# BY ALEX DeLUCA

Exhibit 74 Exh.T pg.2



get turned on.
miaminewtimes.com

news
blogs
restaurants
calendar
music
movies
arts
classified
promotions
ad index

20

**Grand Opening**
NEW ORIENTAL
MASSAGE

$39 & Up
$10 Off or

Table Shower rich. Nik Massage *must bring ad*

Open 7 Days: 10AM – 11PM
Outcalls to Hotels / Offices Available

305-456-3372  305-456-3631
www.NewOrientalMassage87.com

ORIENTAL
MASSAGE

$5
OFF

OPEN 7 DAYS
A WEEK
FROM 9:30AM – 12AM

HOTEL/OFFICE & HOME
SERVICE AVAILABLE

2281 SW 27th Ave. Miami, FL 33145
786.360.5887
ORIENTAL FOOT MASSAGE

**Bulletin** BOARD
Call New Times Classified
305-573-9060, press ad

HS DIPLOMA AT HOME
Earn your HS Diploma today For more info
call 1.800.470.4723 Or visit our website
www.diplomaathome.com

Renting a large studio space/
Sharing a big house.

Wants to purchase minerals and
other oil and gas interests.
Send details P.O. Box 13552,
Denver CO 80201

FREE 50 Min. Hot
Herbal Steam Sauna
• Caribbean Massage

THIRSTY? HUNGRY?
FREE DRINKS &
LIGHT BITES!

SEE PROOF OF DISCRIMINATING JUDGES CAUGHT!
JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY
ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT
WITH THESE EVIL CONFLICTS OF INTEREST!

JUDGE
RECUSAL

SEE PROOF AT SAYYESSS.COM - BY MICHAEL THE BLACK MAN 88.7FM 9PM

MAURICE SYMONETTE

 Plaintiff

CASE NO: 2021-10826-CA01

v.

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Jan. 29 2024 Jose M. Rodriguez Fine review of the record and Final Judgement Order, Exhibit.A. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

Exhibit 75

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Hise's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on pg.1 line 3, $392,610.00 Exh.D1, for And on the Form 6 of 2022 Line 6. $321,128.00 Exh.D2 for Voya And on the Form 6 for 2020 for Voya Retirement on line 2. $332,289.00 Exh.D3. And Voya Retirement in 2019 line 8. $279,314.00 Exh.D4. and Voya Retirement is US Bank, Exh. E.2.: Judge Jose M. Rodriguez is Doing Business** U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cesspool all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to his Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice, no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose M. Rodriguez must do because he has the same conflict of Interest So he must recuse himself and vacate his Order, Exhibit, G. So Jose M. Rodriguez you must Recuse YOUR SELF and not ORDER against us, EXH. I.

FACTS

Exhibit 75

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order <u>Exhibit. S</u> against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the <u>Jan. 29 2024</u> Judge Jose M. Rodriguez review of the record and Final Judgement Order, Exhibit. A. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court <u>(Exhibits # B)</u>   Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***<u>Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !</u>***

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Here's proof.

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstances.*

Exhibit 75

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Jose M. Rodriguez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Jose M. Rodriguez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his .sua sponte review and <u>Final Judgment Order.</u> Judge Jose M. Rodriguez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, R

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the <u>June 25,</u> 2010 Final <u>judgment Order [Exhibit.J.</u> based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Exhibit 75

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state

_/S/MAURICE SYMONETTE_
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MAURICE SYMONETTE has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

_/S/MAURICE SYMONETTE_
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

CERTIFICATE OF SERVICE

Exhibit 75

I HERE BY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

Exhibit 75     Exh.A pg.1

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-CA-010826

MAURICE SYMONETTE,

     Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC 2005AHL3, et
al.,

     Defendant(s).

_____/

## NOTICE OF SERVING ORDER GRANTING DEFENDANTS'
## MOTION TO DISMISS THIRD AMENDED COMPLAINT

Defendants, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC
2005AHL3 ("U.S. Bank") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC. ("MERS") (collectively, "Defendants"), by and through its undersigned counsel, hereby
gives Notice of Serving the attached Order Granting Defendants' Motion to Dismiss Third
Amended Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically
filed on January 29, 2024, with the Clerk of the Circuit Court using the Florida Courts e-filing
eportal and served by an automatic email generated by the Florida Courts e-filing portal to:
Jessica F. Watts, Esq., Quinn Legal, P.A., 19321 US Highway 19 N., Ste. 512, Clearwater, FL
33764, eservice@quinnlegal.com and kmiller@quinnlegal.com. I also certify that, in accordance
with Florida Rule of General Practice and Judicial Administration 2.516, the foregoing document
is being served on all pro se parties identified below by U.S. Mail: Mr. Mack Wells, 15020 S.

Exhibit 75    Exh.A pg.2

River Drive, Miami, FL 33167 and Mr. Maurice Symonette, 15020 S. River Drive, Miami, FL

33167.

**BLANK ROME LLP**

100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Tampa, FL 33602
Telephone: 813-255-2324
Facsimile: 813-433-5352

*/s/ Michael R. Esposito*
MICHAEL R. ESPOSITO
Florida Bar No. 37457
Michael.Esposito@BlankRome.com
NICOLE R. TOPPER
Florida Bar No. 558591
Nicole.Topper@BlankRome.com
*Counsel for Defendants, U.S. BANK*
*NATIONAL ASSOCIATION AS TRUSTEE*
*FOR RASC 2005AHL3 and MORTGAGE*
*ELECTRONIC REGISTRATION SYSTEMS,*
*INC.*

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL**
**CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-010826-CA-01
SECTION: CA15
JUDGE: Jose Rodriguez

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

**THIS CAUSE** is before the Court on (1) Defendant's Motion to Dismiss Third Amended Complaint With Prejudice ("Defendants' Motion"). This Court having considered Defendant's Motion and being fully advised on the premises, hereby finds as follows:

### I. Dismissal with Prejudice

Dismissal with prejudice is a severe sanction. *See Obenschain v. Williams,* 750 So. 2d 771, 772 (Fla. 1st DCA 2000). The trial court should grant such relief only when the pleader has failed to state a cause of action and it conclusively appears that the pleader cannot possibly amend the pleading to state a cause of action. *Id.* at 772–73. A dismissal with prejudice can constitute an abuse of discretion where a party may be able to plead additional facts to support its cause of action or support another cause of action under a different legal theory. *Id.* at 773 (citing *Kapley v. Borchers,* 714 So. 2d 1217, 1218 (Fla. 2d DCA 1998)). Thus, the trial court should hesitate to dismiss without giving the pleading party an opportunity to amend. *See Kapley,* 714 So. 2d at 1218.

*Florida Dep't of Revenue ex rel. A.L. v. S.B.*, 124 So. 3d 377, 378 (Fla. 2d DCA 2013).

### II. Analysis

This Court has provided the Plaintiff with three opportunities to file an amended complaint, to safeguard Plaintiff's procedural and substantive rights. Plaintiff's Third Amended Complaint is dismissed for failure to comply with the Court's Order, entered on June 17, 2023, which

Exhibit 75     Exh.A pg.4

specifically stated that Plaintiff had twenty (20) days to file his Third Amended Complaint. Plaintiff filed his Third Amended Complaint on July 19, 2023, past the twenty (20) days allowed by the Court. Therefore, this is sufficient to dismiss Plaintiff's Third Amended Complaint.

Moreover, the Defendant has proffered proof that judgment has been entered in favor of U.S. Bank in the underlying foreclosure case. Furthermore, because the Plaintiff continues to allege conclusory facts, this Court reasonably concludes that the Plaintiff cannot allege additional facts to state a cause of action.

**WHEREFORE**, it is **ORDERED** and **ADJUDGED** that **DEFENDANT'S MOTION** is **GRANTED with prejudice**.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 19th day of January, 2024.

2021-010826-CA-01 01-19-2024 3:14 PM
Hon. Jose Rodriguez

**CIRCUIT COURT JUDGE**
Electronically Signed

**Electronically Served:**
Erin Mae Rose Quinn, kmiller@quinnlegal.com
Erin Mae Rose Quinn, eservice@quinnlegal.com
Jessica F. Watts, eservice@quinnlegal.com
Jessica F. Watts, kmiller@quinnlegal.com
Michael Esposito, MEsposito@BlankRome.com
Michael Esposito, BRFLeservice@BlankRome.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nicole Topper, NTopper@BlankRome.com
Nicole Topper, BRFLeservice@blankrome.com
Nicole Topper, sol.cruz@blankrome.com
maurice symonette, BigBOSS1043@yahoo.com

**Physically Served:**

Exhibit 75        Exh.D.1 pg.1

# FORM 6

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

**2021**

FLORIDA
COMMISSION ON ETHICS

FOR OFFICE USE ONLY:

JUN 2 1 2022

RECEIVED

PROCESSED

HON JOSE MANUEL RODRIGUEZ
Circuit Court Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE
73 WEST FLAGLER STREET RM. 405
MIAMI FL 33130

ID CODE

ID NO.          24598

CONF. CODE

Rodriguez, Jose Manuel

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2021 or a more current date. [Note: Net worth is not cal-culated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___, 20 _21_ was $ _1,045,191.00_.

---

### PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _30,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 68,190.00 |
| City National Bank of Florida | $ 25,000.00 |
| Voya | $392,610.00 |
| **(Continued on a Separate Sheet) | |

---

### PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 7,425.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 928.00 |
| United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628 | $280,454.00 |
| **(Continued on a Separate Sheet) | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

---

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2021 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑ I elect to file a copy of my 2021 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2021 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

|  | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY |  |  |  |
| ADDRESS OF BUSINESS ENTITY |  |  |  |
| PRINCIPAL BUSINESS ACTIVITY |  |  |  |
| POSITION HELD WITH ENTITY |  |  |  |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS |  |  |  |
| NATURE OF MY OWNERSHIP INTEREST |  |  |  |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☑ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

# OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this _15th_ day of
_June_, 20_22_ by _Jose M. Rodriguez_

_Ileana Perez_
(Signature of Notary Public--State of Florida)

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓    OR    Produced Identification _____

Type of Identification Produced _____

[Notary stamp: Notary Public State of Florida / Ileana Perez / My Commission GG 252111 / Expires 12/16/2022]

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☑

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 30,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| 11124 SW 128th Court, Miami, FL 33186 | $ 750,000.00 |
| Cape Coral Unit 51 BK 3729 PB 19/PG 4 Lots 42 & 43 | $ 45,000.00 |
| Anchorage Resort & Yacht Club Condominium - Timeshare- 107800 Overseas Highway, Key Largo, FL 33037 | $ 2,000.00 |
| Bank Account (Chase) | $ 70,853.00 |
| City National Bank of Florida | $ 24,874.00 |
| Voya | $ 321,128.00 |
| IRA | $ 17,838.00 |
| Florida International University 401K | $ 47,430.88 |

Exhibit 75    Exh.D3 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2020 |
|---|---|---|

Please print or type your name, mailing address, agency name, and position below:

**LAST NAME — FIRST NAME — MIDDLE NAME:**
Rodriguez    Jose    Manuel

**MAILING ADDRESS:**
Dade County Courthouse

73 West Flagler Street

**CITY:** Miami    **ZIP:** 33130    **COUNTY:** Miami Dade

**NAME OF AGENCY:**
11th Judicial Circuit

**NAME OF OFFICE OR POSITION HELD OR SOUGHT:**
Circuit Judge

**CHECK** IF THIS IS A FILING BY A CANDIDATE ☐

*(PROCESSED)*

**FOR OFFICE USE ONLY:**

FLORIDA
COMMISSION ON ETHICS
JUL 0 7 2021
RECEIVED

24598

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 20 was $ 737,584.00

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 55,729.00 |
| City National Bank of Florida | $ 24,832.00 |
| Voya | $332,289.00 |
| **(Continued on a Separate Sheet) | |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $13,365.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 6,496.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 3,583.00 |
| **(Continued on a Separate Sheet) | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑   I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

|  | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY |  |  |  |
| ADDRESS OF BUSINESS ENTITY |  |  |  |
| PRINCIPAL BUSINESS ACTIVITY |  |  |  |
| POSITION HELD WITH ENTITY |  |  |  |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS |  |  |  |
| NATURE OF MY OWNERSHIP INTEREST |  |  |  |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☑   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF   MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this 29th day of
June, 20 21 by Jose M. Rodriguez

_____
(Signature of Notary Public--State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known   ✓    OR Produced Identification

Type of Identification Produced _____

Notary Public State of Florida
My Commission GG 252111
Expires 12/16/2022

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____     _____
Signature                                 Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

Exhibit 75    Exh.D4 pg.1

# FORM 6

**2019**

## FULL AND PUBLIC DISCLOSURE
## OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

24598

# PROCESSED

**FLORIDA**
**COMMISSION ON ETHICS**

MAR 25 2020

**RECEIVED**

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez    Jose    Manuel

MAILING ADDRESS:
Dade County Courthouse

73 West Flagler Street,

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33130 | Miami-Dade |

NAME OF AGENCY:
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☑

---

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _____December 31_____, 20 _19_ was $ _____$592,413.00_____.

---

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 50,148.00 |
| City National Bank of Florida | $ 24,793.00 |
| Voya | $279,314.00 |
| **(Continued on a Separate Sheet) | |

---

## PART C -- LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4): NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 16,830.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 10,672.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 6,587.00 |
| **(Continued on a Separate Sheet) | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

Exhibit 75    Exh.D4 pg.2

# PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2019 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑   I elect to file a copy of my 2019 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2019 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME** (See instructions on page 5):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

# PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

# PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☑   **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _M·IAMI DADE_

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this _18th_ day of
_MARCH_ , 20 ~~20~~ by _JOSE M. RODRIGUEZ_

_Wendy Sardina_
(Signature of Notary Public--State of Florida)

_WENDY SARDINA_
(Print, Type, or Stamp Commissioned Name of Notary Public)

*[Notary seal: Wendy Sardina, Notary Public State of Florida, My Commission GG 924170, Expires 10/20/2023]*

Personally Known _____    OR    Produced Identification ✓

Type of Identification Produced _FL ·DL·_

---

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
          Signature                                           Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☑

Exhibit 75
**Exh.E1**

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. [3] It is the parent company of U.S. Bank National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, [3] and has approximately 72,400 employees. [3] The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia. [3]

**U.S. Bancorp**

# usbancorp

| Trade name | U.S. Bank |



**Exh. 75 Exh.E2**

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

**In this article:**

**C**    ☆    **RCL**    ☆    **GSCHX**    ☆    **TMO**
+1.04%       +0.84%       -0.43%       -1.34%

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, _is U.S. Bank_ Constellation Brands Inc during the 3-months Exh. D2 #3 ended 2021Q3, according to the most recent

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences

Exhibit 75

 http://www.ctvalley.org › bmw-fina... ⋮

## BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...
Sun, May 15        ›

## People also ask    ⋮

Who is BMW finance owned by?    ⌄

Which bank is BMW Financial Services?    ⌄

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2008**

| | |
|---|---|
| FOR OFFICE USE ONLY | COMMISSION ON ETHICS DATE RECEIVED |

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit 11 Th
Elected Constitutional Office
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL 33130-1731

**PROCESSED**

ID Code

ID No. 210380

Cont Code

F Reg Code

Manno Schurr Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of December 31, 2008 was $ 2,860,357.00.

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p 4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (primary residence) | 700,000.00 |
| Home located in Miami-Dade (residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County, Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz - 3Y, ML | $ 25,000.00 |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Primary Residence) P.O. Box 900119, Louisville, Ky. - | 91,538.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages P.L. Box 4622 Waterloo, IA | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) PO Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 183579 | 9,205.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:** Columbus, Ohio 4328-319

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| N/A | |

CE FORM 6 Eff 1 2009      (Continued on reverse side)      PAGE 1

# FORM 6  FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS  2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

**PROCESSED**

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM 1105
MIAMI, FL 33130

ID Code

ID No    210380

Conf. Cocé

P. Reo. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.)

My net worth as of December 31, 2009 was $ 5,351,650.00

## PART B — ASSETS

### HOUSEHOLD GOODS AND PERSONAL EFFECTS:

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami-Dade County (Pinecrest) | 950,000.00 |
| Vail Colorado Condominium / Eagle County | 250,000.00 |
| Frank Abbot Ferber Inc Keogh Account / Bank of America | 650,000.00 |
| Bear Indian River | 64,000.00 |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line / P.O. Box 4625 Waterloo, I A | 410,000.00 |
| Wells Fargo PO Box 11 por 25e 709, Dallas Tx | 105,000.00 |
| Chase Financial Group / P.O. Box 78067, Phoenix AZ 88062 | 24,350.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |
| | |
| | |

CE FORM 6 - Eff. 1/2010    (Continued on reverse side)    PAGE 1

**Exhibit. 75 Exh.G**

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-ca1

April 1, 2010

US Bank .N.A.
   Plaintiff(s)

Vs.

Leroy Williams
   Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11, 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11, 2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 201      **APR 06 2010**

CIRCUIT COURT JUDGE

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

CC. All parties

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

MONA BRUNO #79806

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

**Exhibit. 75 Exh.H**

3

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
          Plaintiff,

                    CASE NO.    2007-12407-CA
                    DIVISION    32

vs.

SPACE FOR RECORDING ONLY # 5 PAGE

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
          Defendant(s).

_____

### FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.       The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause

2.       All Counts of the Complaint against Defendants: LEROY WILLIAMS, MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.       Any scheduled foreclosure sale is canceled;

FILE_NUMBER: F07012148



Serial: 13666522
DOC_ID: M010502



4.  The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

5   The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set aside and shall be of no further force or effect.

6.  The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this ___ _____ day of _____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV--aGiven



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

**Exhibit. 75 Exh.Jpg1**

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

**US BANK (NA) VS WILLIAMS, LEROY**

| | |
|---|---|
| Local Case Number: | 2007-012407-CA-01 |
| State Case Number: | 132007CA012407000001 |
| Consolidated Case No.: | N/A |
| Case Status: | CLOSED |

| | |
|---|---|
| Filing Date: | 04/26/2007 |
| Judicial Section: | CA32 |
| Case Type: | z DO NOT USE - Legacy Mortgage Foreclosure |

👥 **Parties**                                                      Total Of Parties: 5 **+**

🪝 **Hearing Details**                                             Total Of Hearings: 0 **+**

🔊 **Dockets**                                                      Total Of Dockets: 52 **—**

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | | Receipt: | Event | RECEIPT#:2410006 AMT PAID:S6.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 4 $1.00 $4.00 3121-CERTIFIED 1 $2.00 $2.00 TENDER TYPE:CASH TENDER AMT:$10.00 TENDER TYPE:CHANGE TENDER AMT:($4.00) RECEIPT DATE:02/04/2022 REGISTER#:241 CASHIER:DINGUIB |
| | 01/23/2015 | | .Copy of: | Event | OF ORDER OF DISMISSAL |
| | 04/04/2014 | | Text | Event | FINAL JUDGMENT OF FORECLOSURE |
| | 04/07/2011 | | Letter of Correspondence | Event | FROM MACK L WELLS |
| | 11/04/2010 | | No Further Judicial Action | Event | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |

Page

| | | | | |
|---|---|---|---|---|
| 10/14/2010 | | Motion: | Event | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | Motion to Vacate Dismissal | Event | |
| 08/06/2010 | | Text | Event | RETD ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343:0949 | Court Order (Recordable) | Event | B: 27343 P: 0949 VACATING, DISMISSING,CXL SALE,RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | Motion: | Event | ATY:00071675 TO DISMISS CASE,CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | Final Disposition Document | Event | |
| 04/07/2010 | 27244:4193 | Court Order (Recordable) | Event | B: 27244 P: 4193 OF DISMISSAL |
| 04/07/2009 | | Text | Event | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | Objection: | Event | TO WRITTEN DISCOVERY,MTN TO STRIKE OR,..ETC |
| 09/09/2008 | | Notice: | Event | THAT PLTFF HAS RESPONDED TO DEFENDANT,..ETC |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | Letter of Correspondence | Event | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944:0542 | Court Order (Recordable) | Event | B: 25944 P: 0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE :08/31/2007 |
| 09/14/2007 | | Proof of Publication | Event | PUB DATE : |
| 09/12/2007 | | Motion: | Event | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | Motion: | Event | ATY:88888888 SET ASIDE FJUD AND RECONSIDER STAY |
| 09/10/2007 | | Text | Event | $50 FEE PD/RCPT 145184 |
| 08/30/2007 | | Notice of Sale | Event | |
| 08/24/2007 | | Text | Event | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | Certificate Of Mailing Final Judgment | Event | |
| 08/13/2007 | | Notice of Filing: | Event | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | Notice of Filing: | Event | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | Text | Event | FINAL DISPOSITION FORM |

**Exhibit. 75**

**Exh.J pg.2**

Dismissed with Prejudice

Exh. 75 Exh. K

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-13407-cal

US Bank, N.A.
   Plaintiff.

V.

Leroy Williams
   Defendant s

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution.
Served on April 11,2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11,2008: (2) their was no record activity for the year preceding
Service of the foregoing notice: (3) no stay has been issued or approved by the court;
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice.
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2009

SARAH I ZABEL
Circuit Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22211-GAYLES

CARL ERICKSON,
                Plaintiff,

v.

RALPH W. CONFREDA, JR.,
US BANK NATIONAL
JP MORGAN CHASE BANK
CARL A. LUBETSKY
ALAN WASERSTEIN
KENNETH ERIC TRENT
TERRANCE W ANDERSON et al .
                Defendants.

FILED BY _____ D.C.

JUN 24 2019

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S.D. OF FLA. MIAMI

MOTIONS FOR RELIEF & RECUSAL AND MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff Carl Erickson hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 26th, 2016 Judge Darrin Gayles *sua sponte* review of the record and Dismissal Order [Document #4] based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits Attached-JP Morgan Chase Special Situation Property Funds FRS Account Page 42, FRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Gayles Financial Interests & Property Disclosures)

FACTUAL BACKGROUND

1.   On June 4th, 2018, Plaintiff Carl Erickson filed a civil action Complaint [Document #1] citing Fraud causes of action for violations of Federal tort laws, banking real estate security assets regulation violations and racketeering statutes.

2.   The Complaint was based upon precedent USDC-related filings accepted by non-biased professional jurists that contained *verbatim* (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought under Fed. R. Civ. P. 8

3   On June 26th 2018, Judge Gayles issued and Dismissal Order a *sua sponte* review of the

record as a quasi-defense attorney for named Defendants and his personal investment partners including U.S. Bank and J.P. Morgan Chase.

4.  Plaintiff Erickson has now subsequently provided the United States Depart.nent of Justice (USDOJ) specific newly discovered whistleblower information and detailed records regarding hundreds of millions of dollars in exposed fraudulent foreclosure claims made by the Defendants and Court officers in this action.

<div align="center">MEMORANDUM OF LAW</div>

The Plaintiff maintains timely Constitutional due process civil rights for Rule 60 Relief to reopen this action for fraud and amend the complaint to include this new material fact information and require Judge Gayles recusal based on exposed financial conflicts of interests. *FRCP Rule 60 – Relief from a Judgment or Order*

*(h) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;*

*(c) Timing and Effect of the Motion.*

*(1) Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.*

*Fed. R. Civ. P. 8. To survive a motion to dismiss, a claim "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face."*

**Plaintiff's so called "Shotgun Complaint" pleadings are *Res Judicata* based upon approved banking real estate fraud complaint filings established under presiding Federal rulings settled by forty eight state sworn Attorney Gener. ls of the United States of America.**

A federal judge is expected to recuse himself pursuant to 28 U.S.C. § 455. Under § 455(a), recusal is mandatory in "any proceeding in which his impartiality might reasonably be questioned." Under § 455(b), a judge is expected to disqualify himself whenever any of the five

<div align="center">[2]</div>

statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*Section 455(b) He shall also disqualify himself in the following circumstances:*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

*(June 25, 1948, ch. 646, 62 Stat. 908; Pub. L. 93-512, § 1, Dec. 5, 1974, 88 Stat. 1609; Pub. L. 95-598, title II, § 214(a), (b), Nov. 6, 1978, 92 Stat. 2661; Pub. L. 109-702, title X, § 1007, Nov. 19, 1988, 102 Stat. 4667; Pub. L. 101-650, title III, s 321, Dec. 1, 1990, 104 Stat. 5117.)*

## CONCLUSIONS

This Motion for Relief and Recusal is based on wholly new facts, related whistle blower information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing. Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing. As previously displayed by his *sua sponte* Dismissal Order, due to cited improper financial conflicts of interest, Judge Gayles is incapable to proceed impartially and without animus against Pro-Se Plaintiff or further exercise unbiased judicial duties required for due process justice in this case.

Judge Gayles has creditor loan history with Defendant J.P. Morgan Chase that caused preferential *quid pro quo* treatment by his *sua sponte* review and dismissal Order. Judge Gayles has significant exposed investor financial interests in the subject matter in controversy and with Defendants U.S. Bank and J.P. Morgan Chase that will be substantially negatively affected by the outcome of these proceedings when the Plaintiff "ultimately prevails."

[3]

## REQUIRED RELIEF

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 26th, 2018 Dismissal Order [Document #4] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the recusal of Judge Gayles from this and any future related U.S. Bank and J.P. Morgan Chase banking real estate fraud cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to Amend the Complaint for cause, grounds and reasons stated herein.

Filed: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 24th day of June, 2019 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record.

Served: 6/24/19

*Carl Erickson*

Carl Erickson-Plaintiff

PO Box 370084 Miami FL 33137

[4]

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST

2013

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME
Gayles, Derrin Phillip

MAILING ADDRESS
400 North Miami Avenue

Room 10-2

CITY:            ZIP            COUNTY:
Miami, FL       33128         Miami-Dade

NAME OF AGENCY:
11th Judicial Circuit of Florida

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

FOR OFFICE USE ONLY:

8 1017

FLORIDA
COMMISSION ON ETHICS

AUG 1 ? 2014

RECEIVED

PROCESSED

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2013, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of June 23 _____ 20 14 was $ 434,534.00

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 87,300.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| House, 157 NW 92nd Street, Miami Shores, FL 33150 | $425,000.00 |
| Condo, 133 NE 2nd Avenue, #2017, Miami, FL 33132 | $225,000.00 |
| Vehicle, 2005 Mercedes CLK Conv. | $7,700.00 |
| FRS Retirement Account | $350,460.00 |

---

### PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Everhome Mortgage (House Mortgage) | $131,064.00 |
| Bank of America (2nd House Mortgage) | $176,613.00 |
| Chase (Condo Mortgage) | $116,934.00 |
| U.S. Department of Education | $101,275.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-8.002(1), F.A.C.
(Continued on reverse side)
PAGE 1

## PART D -- INCOME

You may EITHER (1) file a complete copy of your 2013 federal income tax return including all W2's, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2013 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2013 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME** (See instructions on page 9):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Salary, State of Florida | FL Dept of Financial Serv., Tallahassee, FL 32399 | $ 42,177.92 |
| Rental Income (Conco) | 133 NE 2nd Avenue, #2917, Miami, FL 33132 | $ 4,300.00 |
| | | |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc. of businesses owned by reporting person—see instructions on page 9):

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami - Dade_

Sworn to (or affirmed) and subscribed before me this _15_ day of
_August_ 20 _14_ by _Darrin Gay_

_____
(Signature -- Notary Public--State of Florida)

_Chase A. Lalani_
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓   OR   Produced Identification _____

Type of Identification Produced _FDL_

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                                                          Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

CE FORM 6 - Effective January 1, 2014
Adopted by reference in Rule 34-1.2(20)(1), F.A.C.                                                    PAGE 2

Complaint - Department of Justice

https://www.justice.gov/archive/opa/documents/complaint.pdf

1.

IN THE UNITED STATES DISTRICT COURT ... 555 4 th. Street, NW
) Washington, DC 20530. ) ) THE STATE OF ALABAMA, ... Montgomery, AL 30130.
) ) THE STATE OF ALASKA.. ) 1031 W. 4 th. Avenue, Ste .... 420
Montgomery Street Front ... Virginia, and the District of Columbia by and through their
undersigned attorneys ...

*"US ATTORNEYS FILED SAME COMPLAINT"*

**Exhibit 75   EXH.Q PG.1**

IN THE CIRCUIT COURT OF THE ELEVE
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COU
CIVIL ACTION

US BANK N.A.

CASE# 10-61928

PLAINTIFFS

Vs.

MACK WELLS

DEFENDANT

## MOTION FOR JUDGE THOMAS L. WILLIAMS TO RECUSE HIMSELF FROM CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge **THOMAS L. WILLIAMS**, says that BB&T BANK on his form 6 Full and Public Disclosure of Financial interests is a Bank he's doing Business with. because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make him and them money illegally. Here's proof, Judge **THOMAS L. WILLIAMS** is dong business with BB&T BANK as seen in his FORM 6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A. WELLS FARGO BANK is EXH. B. and is MORGAN STANLEY EXH. C. and MORGAN STANLEY is US BANCORP, EXH. D. and US BANCORF is US BANK EXH. E. the same US Bank that's foreclosing, Which is a major Conflict of Interest against us and there's more, EXH. J. I also have found that our case was directed to you in this Pool, so Judge REEMBERTO you must Recuse YOUR SELF.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

Please print or type your name, mailing address, agency name, and position below:

**LAST NAME — FIRST NAME — MIDDLE NAME**
THOMAS, WILLIAM L

**MAILING ADDRESS**
73 WEST FLAGLER STREET

SUITE 1307

| CITY | ZIP | COUNTY |
|---|---|---|
| MIAMI | 33130 | MIAMI-DADE |

**NAME OF AGENCY**
STATE OF FLORIDA

**NAME OF OFFICE OR POSITION HELD OR SOUGHT**
ELECTED CONSTITUTIONAL OFFICER-CIRCUIT COURT JUDGE

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

**Exhibit 75
EXH.Q PG.2**

JUL 0 0 2019

RECEIVED

PROCESSED

---

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of ___July 1___, 20 _19_ was $ $130,000

---

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry; collections of stamps, guns and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use whether owned or leased.

The aggregate value of my household goods and personal effects described above is $ $20,000

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home ( Miami, Florida) | $565,000 |
| Bank Account | $11,000 |
| Retirement | $140,000 |

---

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage (Mortgage) Atlanta Georgia | $416,000 |
| TCF Bank (second Mortgage) Wayzata, Minnesota | $53,000 |
| American Educational Services (student loan) Harrisburgh, Pennsylvania | $49,000 |
| Toyota Camry Miami, Florida | $26,000 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

CE FORM 6 - Effective January 1 2019
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 1

**Exhibit 75**
**EXH.Q PG.3**

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Indicate which is secondary. Include a copy of your 2018 federal income tax return, including all W2s, schedules, and attachments. Please read the F.S. attach any your returns, as those tax returns these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2018 federal income tax return and all W2s, schedules, and attachments. If you check this box and attach a copy of your 2018 tax return, you need not complete the remainder of this

PRIMARY SOURCES OF INCOME (See instructions on page 5)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | Tallahassee, Florida | 160,000 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person-see instructions on page 6)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## PART E — INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | NONE | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

**William Thomas**
**Circuit Court Judge**

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF *MIAMI-DADE*

Sworn to (or affirmed) and subscribed before me this *1* day of *JULY*, 20*19*, by *WILLIAM L. THOMAS*

(Signature of Notary Public—State of Florida)

*WANDA LAURENCE*
(Print, Type, or Stamp Commissioned Name of Notary Public)

WANDA LAURENCE
Notary Public - State of Florida
Commission # GG 261130
My Comm. Expires Feb 7, 2021
Bonded through National Notary Assn.

Personally Known _____ OR Produced Identification *FL DL*
Type of Identification Produced *T320-732-67-466-2*

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                            Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH F ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2019
Incorporated by reference in Rule 34-8.202(1), F.A.C.

PAGE 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**Exhibit 75**

**EXH.R**

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____/

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Exhibit 75

# Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF JUDGE SAMANTHA COHEN.

SIGNED, *Mack L. Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

*Judytte Joseph* NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR. WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

*Judytte Joseph*

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

Exhibit 75

# JUDGE CARLOS LOPEZ GOT $2MILLION CASH NOT CREDIT FROM US BANK TO FORECLOSE ON A CRIPPLED BLACK MANS HOUSE

browardpalmbeach.com | miaminewtimes.com



https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-13...

**First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...**

May 4, 2023  First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with TD Bank Group to call off their $13.4 billion merger. TD Bank informed First...

**Iberia Bank is First horizon & First Horizon is Sun trust Bank**

https://www.globenewswire.com › news-release › 2020 › 07 › 20 › 2064531-0 › en › First-Horiz

**First Horizon Completes Acquisition of 30 SunTrust now - GlobeNews...**

List of branches in transaction: Winston-Salem, NC Fed Banking Market Medical Park, 2006 S. Hawthorne Rd., Winston-Salem, NC 27103 Mocksville Yadkinville Road, 800 Yadkinville Rd., Mocksville, NC...

**Suntrust Bank is US Bancorp & US Bancorp is US Bank**

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of U.S. Bank National Association, and is the fifth-largest banking institution in the United States.[6] The company

**U.S. Bancorp**

**usbancorp**

https://greensboro.com › business › whats-bb-ts-new-name › article_2701870e-6a62-5f7f-ae2c

**What's BB&T's new name?**

The combined BB&T-SunTrust, with $442 billion in total assets, would be on the heels of US Bancorp's $476 billion in assets as the largest super-regional bank in the country. It would be the

**RACIST RINO JUDGE STEALING BLACK PEOPLES HOMES WE'RE REPORTING HIM TO THE FBI & THE JQC V & ALL POLITICIANS WHO DOES NOT VOTE TO REMOVE HIM WILL BE RECALLED SEE GODS2.COM**

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2021 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | | FOR OFFICE USE ONLY: |
| LAST NAME — FIRST NAME — MIDDLE NAME: Lopez Carlos | | PROCESSED |

| | |
|---|---|
| Real Estate 1717 North Bayshore Drive, A4244, Miami, Fl (rental property) | $575,000 |
| Real Estate 1800 NW 24ave, #720, Miami, Fl (rental property) | $200,000 |
| Cash IBERIABANK (Cash & CD) | $2,077,949 |
| 1111 Brickell Ave, Miami, Fl 33131 | |
| Marketable Securities UBS (See Summary) | $311,383 |
| CIM Group, P.O. Box 219312 (Cole Capital) | $255,000 |
| Kansas City, MO 64121 | |
| BBC Realty Holdings LLC- Rental Office at 2333 Brickell Ave | $1,800,000 |
| Suite A-1, Miami, Fl (33.3% owned) | |
| Loan Owed from Caribe Insurance Agency Corp | $125,000 |
| 720 Jeronimo Drive | |
| Coral Gables, Fl 33146 | |

## FLORIDA LAW

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (b) and Section 455(b) he shall also disqualify himself in the following circumstances.

(1) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings

(d)(4) "financial interest" means ownership of a legal or equitable interest, however small

THE CLERK OF THE COURT WHICH IS A PART OF THE CONSPIRACY TO STEAL BLACK PEOPLE PROPERTY HAVE REMOVED THE SECOND PAGE OF OUR MOTION TO RECORD HIMSELF BECAUSE THE SECOND PAGE SHOWS ALL OF THE MILLIONS OF DOLLARS IN CASH FROM US BANK WHO ACTING AS JUDGE ON OUR CASE AGAINST US IN CASH 2010-51928-CA01 SO THAT THE JUDGES COULD LET BIG BANKS ILLEGALLY INTERFERENCE SO THEY THEY COULD SELL THE PROPERTY TO THE BIG BIG DEVELOPERS WHO WANT BLACK PEOPLE OUT TO GENTRIFY THE PROPERTY WITH RACIST HINO JUDGES. SEE DOCKET CASE NUMBER 2010-01028 DOCKET #318,319 & 320.

$1,800,000 with BBC $255,000 with CIM & $125,000 with Carib Insurance Agency ROCK WHICH IS FINANCED BY U.S. BANK JUDGE CARLOS made a total of $4,568,949,00 from US Bank

ALL OF THE MONEY HE MAKES OTHER THAN HIS JUDGES SALARY IS FROM US BANK.

TO FORECLOSE & EVICT A CRIPPLED BLACK MAN & A VET ON THE SAME DAY THAT HE WAS SICK & COULD NOT HEAR OR SEE TO PUT HIM OUT ON THE STREETS EVEN THOUGH HE WAS MAKING THE PAYMENTS TO AXIOM BANK & HAS RECEPTS TO SHOW THAT HE WAS MAKING PAYMENTS ON TIME BUT ATTORNEY MICHAEL ESPICITO HAS BROUGHT IN AN ASSIGNMENT FROM WITH THE WRONG BANK TO FORECLOSE ILLEGALLY ANYWAY & THE BANK HAS PAID THE JUDGE TO RULE IN U.S. BANK FAVOR AGAINST THE LAW

**SEE GODS2.COM VIDEO#J**

# BOSS: AMERICAN GALA AWARDS

PRESIDENT TRUMP GETS A DOCTORATE DEGREE FROM A HAITIAN COLLEGE ALONG WITH THE OTHER PROMINENT DEMOCRATS & REPUBLICANS COMING SOON.



ALL WILL SAY GOD IS WITH US WHEN THEY SEE THE BROTHER SHOW LOVE ONE TO ANOTHER. JOHN 13:34,35

AMERICAN GALA AWARD EVENT SEE AMERICANGALA.COM & GODS2.COM TO SEE 80 STARS  SAY THERE PERFORMING FREE TO RAISE MONEY FOR THE VETS. LISTEN TO 88.7FM

BIDENS MENTOR ROBERT BIRD CALLED WHITE GENTILES WHITE NIGGERS, NOW WE HAVE PROOF THAT THEY ACTUALLY SAY MICHAEL THE BLACK MAN, TRUMP, & ALL WHITE GENTILES THEY CONSIDER US SLAVES (ROMANS 10:12) THERE IS NO DIFFERENCE BETWEEN THE JEW & THE GENTILE



NEW TIMES | EMPLOYMENT | REAL ESTATE | HEALTH WELLNESS | ADULT | CLASSIFIED |

JULY 20-26, 2023

20

**FJUD**

Exhibit 75    EXH.S PG.1

U.S. Bank, National Association, as Trustee for
RASC 2005AHL3

Plaintiff,

vs.

Leroy Williams; Unknown Spouse of Leroy
Williams; James Littlejohn a/k/a James L. Jolin,
James; Unknown Spouse of James Littlejohn AKA
James L. Jolin; Hoke Williams; Unknown Spouse of
Hoke Williams; Mack Wells; Unknown Spouse of
Mack Wells; Curtis McNeil; Unknown Spouse of
Curtis McNeil; Symonette Limited Partnership;
Deutsche Bank National Trust Company, as Trustee
for Franklin Credit Trust Series I; Miami-Dade
County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust
Bank; City of North Miami, Florida and Tenant #1

Defendants.

_____/

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

Case No. 2010-61928-CA-01



## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court on Plaintiff's Final Judgment on November
29, 2017 on. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that Plaintiff's
Final Judgment is **GRANTED** against all Defendants listed by name: Leroy Williams; Unknown
Spouse of Leroy Williams; James Littlejohn a/k/a James L. Jolin, James; Unknown Spouse of
James Littlejohn AKA James L. Jolin; Hoke Williams; Unknown Spouse of Hoke Williams;
Mack Wells; Unknown Spouse of Mack Wells; Curtis McNeil; Unknown Spouse of Curtis
McNeil; Symonette Limited Partnership; Deutsche Bank National Trust Company, as Trustee for
Franklin Credit Trust Series I; Miami-Dade County, Florida; State of Florida, Department of
Revenue; Unifund CCR Partners, G.P.; Suntrust Bank; City of North Miami, Florida.

1.    **Amounts Due and Owing.** Plaintiff is due:

Principal due on the note secured by the mortgage foreclosed:           $448,000.00
Interest good thru 11/29/17                                            $307,333.74
Late Charges                                                               $137.20

**Exhibit 75   EXH.S PG.2**

| | |
|---|---|
| Prior Servicer Escrow Advance | $160,443.94 |
| Taxes 2013 | $6,909.19 |
| Taxes 2014 | $6,901.04 |
| Taxes 2015 | $7,488.14 |
| Taxes 2016 | $7,534.96 |
| Flood Insurance 2014 | $2,301.75 |
| Flood Insurance 2015 | $6,085.68 |
| Flood Insurance 2016 | $6,021.27 |
| Flood Insurance 2017 | $1,500.00 |
| Hazard Insurance 2014 | $6,352.83 |
| Hazard Insurance 2015 | $6,146.00 |
| Hazard Insurance 2016 | $6,262.00 |
| Hazard Insurance 2017 | $2,197.36 |
| | |
| Attorney's Fees Total | $4,689.00 |
| | |
| **Court Costs, Now Taxed:** | |
| Expert Affidavit | $14.00 |
| Service of Process | $1,935.00 |
| Publication, Notice of Action | $230.00 |
| **Additional Costs:** | |
| BPO | $1,302.00 |
| Property Inspection | $1,172.25 |
| Maintenance | $340.00 |
| **GRAND TOTAL** | **$991,297.35** |

2.      **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest in accordance with Section 55.03, Florida Statues.

3.      **Lien on Property.** Plaintiff, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33416, holds a lien for the grand total sum superior to all claims or estates of the defendant(s), on the following described property in Miami Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: 15020 South River Drive, Miami, FL 33167

4.      **Sale of property.** If the grand total amount with interest at the rate described in Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale on ___JAN 3 0 2018___, 20__ at 9:00 A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,

Exhibit 75    EXH.S PG.3

Florida Statutes.    The subject property shall be sold by electronic sale at: www.miamidade.realforeclose.com.

5.    **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6.    **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7.    **Right of Possession.** Upon filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Fla. Stat., if any. Upon filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property, subject to the provisions of the Protecting Tenants at Foreclosure Act of 2009, which was extended until 12/31/14 by the Dodd-Frank Wall Street Reform and Consumer Protection Act.

8.    **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession and deficiency judgments.

9.    **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 19.8 hours and a $2,380.00 flat fee were reasonably expended by the plaintiff's counsel and that an hourly rate of $85.00-$215.00 and a flat fee of $2,380.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla.1985).

10. The court finds that the legal description contained in the subject Mortgage recorded in Official Records Book 23623, at Page 3231, of the Public Records of Miami-Dade County, Florida, is incorrect. Said Mortgage is hereby reformed to reflect the correct legal description as follows:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

11. The Court finds that Plaintiff is entitled to an equitable lien against Defendant, James Littlejohn AKA James L. Jolin, Hoke Williams, Mack Wells, Curtis McNeil, Symonette Limited Partnership's interest in the subject property, superior to the interest of the Defendants.

Exhibit 75    EXH.S PG.4

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this _____ day of _____, 2017.

DEC 1 9 2017

_____
Circuit Judge                              John Schlesinger
                                           Circuit Court Judge

Plaintiff shall serve all parties named on the service list and "occupant" at property address

### Service List

Willnae LaCroix, Esq,
Attorney for Plaintiff
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____ 03
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.    John Schlesinger
          Judge's Initials  Circuit Court Judge

Miami-Dade County, Florida
c/o Altanese Phenelus, Esq.
111 NW 1st Street
Miami, FL 33128
yvaldes@miamidade.gov

City of North Miami (City)
Jennifer L. Warren
776 N.E 125th Street
North Miami, FL 33161
cityattorney@northmiamifl.gov

Hoke Williams
L/K/A 15020 South River Drive
Miami, FL 33167

Exhibit 75     EXH.S PG.5

Unifund CCR Partners, G.P.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Deutsche Bank National Trust Company, as Trustee for Franklin Credit Trust Series I
c/o Legal Department
1761 E. St. Andrew Place
Santa Ana, CA 92705

Unknown Spouse of Hoke Williams
15020 South River Drive
Miami, FL 33167

Unknown Spouse of James Littlejohn AKA James L. Jolin
8152 NW 15th Manor, Apt FC2R
Plantation, FL 33322

Littlejohn a/k/a James L. Jolin, James
L/K/A 15020 South River Drive
Miami, FL 33167

Suntrust Bank
c/o Alisha Smith, R.A.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

State of Florida, Department of Revenue
C/o Executive Director, a registered agent or any other person authorized to accept service of
proccess
2450 Shumard Oak Boulevard
Tallahassee, FL 32399

Leroy Williams
8152 NW 15th Manor, Apt. FC2R
Plantation, FL 33322

Unknown Spouse of Mack Wells
15020 South River Drive
Miami, FL 33167

Exhibit 75    EXH.S PG.6

The Unknown Spouse of Leroy Williams
L/K/A 15020 South River Drive
Miami, FL 33167

The Unknown Spouse of Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Mack Wells
L/K/A 15020 South River Drive
Miami, FL 33167

Curtis McNeil
L/K/A 15020 South River Drive
Miami, FL 33167

Symonette Limited Partnership
L/K/A 15020 South River Drive
Miami, FL 33167

APRIL 28 – MAY 4, 2022 | VOLUME 37 | NUMBER 7

MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

MIAMI

# Ne

*All 200+ books banned in Florida*
*and what Miami booksellers have to say about it.*





## THE BOOKS THEY BANNED

## BY ALEX DeLUCA






# get turned on.
miaminewtimes.com

news
blogs
restaurants
calendar
music
movies
arts
classified
promotions
ad index

20

**Grand Opening**
NEW ORIENTAL
MASSAGE

**$39 & Up**
**$10 Off** or

FREE Table Shower with 1hr Massage *must bring ad*
Open 7 Days: 10AM - 11PM
Outcalls to Hotels / Offices Available
2800 NW 87th Ave #31
305-456-3372 ~ 305-456-3631
www.NewOrientalMassage87.com

**ORIENTAL**
M A S S A G E

**$5 OFF**
OPEN 7 DAYS
A WEEK
FROM 9:30AM - 12AM
HOTEL,OFFICE & HOME
SERVICE AVAILABLE

2281 SW 27th Ave, Miami, FL 33145
**786.360.5887**
ORIENTAL FOOT MASSAGE

**Bulletin** BOARD
Call New Times Classified
305-573-9090, to place an ad

HS DIPLOMA AT HOME
Earn your HS Diploma today For more info
call 1.800.470.4723 Or visit our website
www.diplomaathome.com

Wants to purchase minerals and
other oil and gas interests.
Send details P.O. Box 13559,
Denver CO 80201


FREE 30 Min. Hot
Herbal Steam Sauna
• Caribbean Massage


**THIRSTY? HUNGRY?**



SEE PROOF OF DISCRIMINATING JUDGES CAUGHT!! JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT WITH THESE EVIL CONFLICTS OF INTEREST!!

SEE PROOF AT SAYYESSS.COM - BY MICHAEL THE BLACK MAN 88.7FM 8PM



Exh-81 pg-1

Lawrence Oliver
1255 NW 86th St

Miami, Florida, 33147
Loliver0306@gmail.com

786-262-3035

5/27/24

The Honorable Judge Martinez

Dear Judge Martinez,

I am writing this reference letter of character for my uncle Alfred Davis as an individual of exceptional character and integrity.

I have known Alfred for all my life, which is 16 years both personally and professionally, and I can attest to his outstanding qualities. He is a dedicated family man who always puts the needs of others before his own. His strong work ethic, reliability, and honesty make him stand out among his peers.

Alfred possesses excellent communication skills which enable him to effectively interact with people from all walks of life. He has demonstrated leadership abilities in various situations by remaining calm under pressure and making sound decisions when faced with challenges.

In addition to being hardworking and dependable, Alfred also actively participates in community service initiatives where he selflessly volunteers his time to help those in need. His commitment to giving back demonstrates not only his compassion but also his sense of responsibility towards society.

Overall, I wholeheartedly believe that Alfred would be a valuable asset wherever he goes due to these remarkable traits that define him as an upstanding citizen worthy of trust and respect.

Please feel free to contact me if you require any further information regarding my recommendation for Mr. Alfred Davis.

Sincerely,

Lawrence Oliver



Exh. 81 pg. 2

Kimberly Davis
1255 NW 86th St
Miami, Florida, 33147|
k.davis0322@gmail.com
305-896-7979

06/27.

The Honorable Judge Martinez

Character Reference for Alfred Davis 7/11/24

Dear Judge Martinez,

I am writing to provide a character reference for my brother, Alfred Davis, in support of his case before your honorable court. I have known Alfred for all my life; and during this time, I have had the opportunity to witness firsthand his integrity, responsibility, and commitment to his family and community.

Alfred has always been a dedicated and loving brother. He is known for his compassionate nature and willingness to help others in need. His sense of responsibility is evident in how he cares for his family and fulfills his obligations.

Throughout his life, Alfred has shown resilience and a strong moral compass. He has made positive contributions to our family and community through his dedication of providing food to the less fortunate every Sunday since 1996, growing up Alfred played football in high school and always gave haircuts to the boys around the neighborhood whenever they needed one, he has always been that guy you can count on to be there for you no matter what, for example when our mother would have to work longer hours he always got me and my brother whatever we need weather it was food, money, or just to be hugged and tucked in to bed, he was there for us and he has always been good to us.

I believe Alfred deeply regrets the circumstances that have led to his appearance before your court. From my perspective, this situation is uncharacteristic of him, and I am confident that he has already taken steps to learn and grow from this experience,

Curtis McNeil

15020 S. River Dr

Miami FL 33167

June 27 2024

Dear The Honorable Judge José E. Martinez, United States District Judge,

I am writing to provide a character reference for Alfred Davis whom I have had the pleasure of knowing for the past 15 years in a personal capacity.

Over the years, I have witnessed Alfred's remarkable work ethic, creativity, and dedication firsthand. He consistently impressed me with his ability to manage multiple community projects simultaneously while maintaining a high standard. His attention to detail is evident in everything in his community.

What sets Alfred apart is not only his professional competence but also his strong interpersonal skills and integrity. He builds rapport effortlessly with friends and colleagues alike, and his positive attitude creates a productive and enjoyable environment. Alfred is also a natural leader who is always willing to mentor and support anyone in need.

Alfred is actively involved in community service initiatives, demonstrating his commitment to making a positive impact in the community. His involvement in local charity events and volunteer work speaks volumes about his compassionate nature and dedication to social responsibility.

Based on my experience working closely with Alfred in the community. His combination of skills, experience, and personal qualities make him an ideal person.

Please feel free to contact me at 786-684-0674 if you require any further information regarding Alfred's character.

Sincerely,

Curtis McNeil

Dear The Honorable Judge Jose E. Martinez, United States District Judge,

My name is Mack Wells I am a disabled member of the community and proud to call Alfred Davis my brother whom I have personally known for over 20 years.

During my relationship with Alfred I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Alfred is a family man who has always presented himself with levelheadedness and grace. His numerous contributions to his brothers, veterans and the community is unmatched.

Please do not hesitate to contact me if you should require any further information.

Best,

*Mack L. Wells*

Mack Wells
15020 S. River Dr, Miami FL 33167

Telephone : 786-613-2619

I respectfully ask the court to consider Alfred's character and his overall contributions to society when making your decision. I firmly believe that he has the potential to continue positively impacting those around him.

Thank you for considering my perspective. Please feel free to contact me if you have any further questions or require additional information.

Sincerely,

Kimberly Davis

James Buckman
15020 S. River Dr, Miami, FL 33167   786-344-0499

June 25, 2022

Dear The Honorable Judge Jose E. Martinez, United States District Judge,

I have known Alfred Davis in a variety of capacities for many years. He has been an asset to the community for over 15 years. In addition, he feeds and clothes veterans, children the elderly and anyone in need.

Mr. Davis is efficient, detail-oriented, and extremely competent. He very successfully in all his endeavors and always willing to lend a hand. He is very kind and giving and believes that no one should be in need of life's simple necessity such as food or shelter.

Alfred also has an excellent rapport with people of all ages. He has showed kindness to everyone in need not just young or old—but to every age in between. His excellent communication skills (both written and verbal) allow him to connect with all kinds of people and inspire them to put forth their best effort.

In summary, Alfred is a great son, brother, and father. He is a valuable asset to his community and loved ones.

If you have any questions, please do not hesitate to contact me.

Sincerely,

James Buckman

July 8, 2024

Dear The Honorable Judge Jose E. Martinez, United States District Judge.:

I have known Alfred Davis for over 20 years . In this time I've watched Alfred do good works in the community. He's well liked and hard working . He's been a friend and brother to me . I know that Alfred will keep working hard in the community. Alfred is someone that the community can depend on to keep bringing people together for a good cause and that's unity . Alfred's dedication to helping homeless veterans spans several years. He not only provides them with food but also supports community events aimed at raising funds for their various needs. His efforts showcase a deep commitment to improving the lives of these veterans, both through direct assistance and by mobilizing broader community support .

Sincerely,

Retired City Of Miami Police
Sgt. Peter Reynolds
13455 NE 10 Av.
N Miami, 33161
Phone #786-445-1066
Email: alpha360omega@gmail.com



MEMO

DATE: June 27, 2024

TO: Judge Jose E. Martinez,
United States District Judge.

FROM: **Michael Founder of Blacks for Trump**

Alfred Davis
20031 NW 12th Court
Miami, FL 33169

Character Witness

Dear The Honorable

I'm MAURICE SYMONETTE AKA RADIO HOST MICHAEL THE BLACK MAN of The MICHAEL THE BLACK MAN SHOW on my Radio Station 88.7 BOSS RADIO. I have a Charity Jet Ski Party For the community that I've been throwing for over 20 years now.

I am writing to wholeheartedly recommend my dear friend and acquaintance, Alfred Davis, who I've known for the past 8 years, and during this time, Alfred is an exceptional individual with a strong moral compass and a kind heart. He is someone who always puts others before himself and is deeply respected by those who know him. His unique blend of empathy, integrity, and sense of humor has made him a beloved figure in our community.

Over the years, I have had the privilege of observing Alfred's growth and development as a person. He has consistently demonstrated a strong work ethic, a keen intellect, and an unwavering determination to succeed. His perseverance in the face of challenges is truly inspiring, and his ability to overcome obstacles is a testament to his resilience and courage.

I can confidently attest that Alfred is an individual of utmost integrity, honesty, and reliability. He is someone who keeps his word, honors his commitments, and always strives to do what is right. His reputation as a trustworthy and dependable individual is well-deserved, and I have no doubt that he will continue to maintain these high standards throughout his life.

In conclusion, I highly recommend Alfred Davis to anyone seeking a genuine, kind-hearted, and dedicated individual.

I am honored to call him my friend and acquaintance, and I am confident that he will make a positive impact on any organization or community he becomes a part of.

Sincerely,

*Maurice Symonette*

MEMO

DATE: June 27, 2024

TO: Judge Jose E. Martinez,
United States District Judge.

FROM: # Mayor Julio Martinez

Alfred Davis
20031 NW 12th Court
Miami, FL 33169

Character Witness

Dear The Honorable

I'm Julio Martinez, First Cuban republican Mayor of Hialeah Leader of Latinos for Trump. I'm a Vietnam Vet, Boxing Hall of Fame a Proud Father of two children 2 boys an 2 girls.

I am writing to wholeheartedly recommend my dear friend and acquaintance, Alfred Davis, who I've known for the past 8 years, and during this time, Alfred is an exceptional individual with a strong moral compass and a kind heart. He is someone who always puts others before himself and is deeply respected by those who know him. His unique blend of empathy, integrity, and sense of humor has made him a beloved figure in our community.

Over the years, I have had the privilege of observing Alfred's growth and development as a person. He has consistently demonstrated a strong work ethic, a keen intellect, and an unwavering determination to succeed. His perseverance in the face of challenges is truly inspiring, and his ability to overcome obstacles is a testament to his resilience and courage.

I can confidently attest that Alfred is an individual of utmost integrity, honesty, and reliability. He is someone who keeps his word, honors his commitments, and always strives to do what is right. His reputation as a trustworthy and dependable individual is well-deserved, and I have no doubt that he will continue to maintain these high standards throughout his life.

In conclusion, I highly recommend Alfred Davis to anyone seeking a genuine, kind-hearted, and dedicated individual.

I am honored to call him my friend and acquaintance, and I am confident that he will make a positive impact on any organization or community he becomes a part of.

Sincerely,

*Julio Martinez*

Julio MARTINEZ



JAMES BUCKMAM
(786) 344-0499
15020 SOUTH RIVER DR
MIAMI  FL 33167

7 LBS          1 OF 1
SHP WT: 7 LBS
DWT: 13.13.7
DATE: 20 SEP 2024

SHIP FOR THE ELEVENTH CIRCUIT
TO:  THE UNITED STATES COURT OF APPEALS
     56 FORSYTH ST NW

ATLANTA  GA 30303-2218

GA 303 9-02

U.S. COURT OF
RECEIVED
CLERK
SEP 23 2024

UPS GROUND

TRACKING #: 1Z 6AT 840 03 9799 4590

BILLING: P/P

REF #2: 5800

REF #1: JD

ISH 13.00F ZZ023O EP 14.5, 08/2024