In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 24-12274

————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

*versus*

ALFRED LENORIS DAVIS,
a.k.a. Rod Lesperance,

                                        Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cr-20051-JEM-1

————————————

ORDER:

Maurice Symonette's motion for leave to file an amicus brief supporting the Appellant is DENIED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE