# IN THE ELEVENTH DISTRICT COURT OF APPEALS



|  |  |
|---|---|
| UNITED STATES | } |
| | } |
| Petitioner. | } |
| v. | } |
| ALFRED DAVIS | } |
| Respondent | } |

CASE No: 24-12274

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 1 1 2025
ATLANTA, GA

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the July.17.2025 Judge Stanley markus review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached- WELLS FARGO Special Situation Property Funds  Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- WELLS FARGO Florida Subsidiaries, Judge Stanley markus Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

 Judge Stanley markus must Recuse himself for an open obvious Conflict of Interest because he's doing business with BANK OF AMERICA and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

Comes now ALFRED DAVIS acting Pro-Se here states Judge Stanley markus, says that Bank Of America on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with US Bank because

he's doing business with US BANK and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof that , Judge Stanley markus is doing business with Wells Fargo as seen in his FORM 6 page 4 line 1 The listed Checking and Savings Accounts are Partnered with Wells Fargo WHICH HE HAS A $50,000 CONFLICT OF INTEREST WITH, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form 6, EXH.A, WHICH IS US BANK Exh.B Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G. So Judge Stanley markus you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

## FACTUAL BACKGROUND

I. On July,17,2025, Defendant Judge Stanley markus issued a final Judgment order Exh. J against Plaintiff JAMES BUCKMAN for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where DEUTSCHE BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on March 26th,2019, Judge Stanley markus issued a Judgment order acting as a quasi-defense attorney for DEUTSCHE BANK his personal investment Partner to make money together. Plaintiff JAMES BUCKMAN has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants DEUTSCHE BANK, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Stanley markus Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief from .Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

3. **Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party**

A Judge is expected to Recuse himself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Stanley markus was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Stanley markus has creditor loan history and business with Defendant DEUTSCHE BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment</u>

<u>Order.</u> Judge Stanley markus has significant exposed investor financial interests in the subject matter in controversy and with Defendants DEUTSCHE BANK that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from DEUTSCHE BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the <u>July.17.2025</u> Final <u>judgment Order Exhibit.J.</u> based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Stanley markus from this and any future related DEUTSCHE BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

_____

ALFRED DAVIS
PRO SE PETITIONER
627 SOUTHRIDGE RD,
DELRAY BEACH, FL. 33444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 20th day of Aug.,2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 7

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marcus, Stanley | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e.g., div, rent, or int) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e.g., buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Wells Fargo - Cash Account | A | Interest | K | T | | | | | |
| 2. Vanguard Index 500 Mutual Fund - IRA | A | Dividend | K | T | | | | | |
| 3. Fidelity SoftWCom Mutual Fund - IRA | A | Dividend | K | T | | | | | |
| 4. Fidelity Contrafund Mutual Fund - IRA | A | Dividend | L | T | | | | | |
| 5. Fidelity Asset Manager 50% Mutual Fund - IRA | A | Dividend | J | T | | | | | |
| 6. Bank United - Cash account | A | Interest | J | T | | | | | |
| 7. Berkshire Bank - Cash account | A | Interest | J | T | | | | | |
| 8. First National Bank of South Miami- Cash account | A | Interest | K | T | | | | | |
| 9. Verizon Communications Inc. Bonds | A | Interest | K | T | | | | | |
| 10. Massachusetts ST GO Bonds | A | Interest | K | T | | | | | |
| 11. Seattle Wash Solid Waste Rev. Bonds | B | Interest | K | T | | | | | |
| 12. Massachusetts ST GO BDS C | A | Interest | K | T | | | | | |
| 13. Virginia Comwlth Transn BRD | A | Interest | K | T | | | | | |
| 14. Pennsylvania ST GO BDS FIRST | B | Interest | K | T | | | | | |
| 15. Richmond VA GO BDS PUB IMPT | A | Interest | K | T | | | | | |
| 16. Charles Schwab Corp. Preferred Stock | A | Interest | K | T | | | | | |
| 17. Truist Fin Corp Pref'd Stock | B | Interest | K | T | | | | | |

1 Income Gain Codes. (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
- Q =Appraisal
- R =Cost (Real Estate Only)
- S =Assessment
- T =Cash Market
- U =Book Value
- V =Other
- W =Estimated



American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. [ ] It is the parent company of U.S. Bank National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, [ ] and has approximately 72,400 employees. [ ] The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia. [ ]

( 4 )

U.S. Bancorp

**US bancorp**

Trade name         U.S. Bank

*Exh. J pg. 1*

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

———————————————

No. 24-12274

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ALFRED LENORIS DAVIS,
a.k.a. Rod Lesperance,

Defendant-Appellant.

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cr-20051-JEM-1

———————————————

Before ROSENBAUM, NEWSOM, and MARCUS, Circuit Judges.

PER CURIAM:

Appellant Alfred Davis presented a false driver's license to a luxury condominium to pass a required background check, so he could become a tenant in one of its units. A jury convicted him of knowingly, and with the intent to defraud, using a counterfeit access device in violation of 18 U.S.C. § 1029(a)(1), for his actions.

Davis challenges his conviction. He raises four grounds on appeal. First, Davis argues that the evidence was insufficient to convict him of access-device fraud, so the district court erred when it denied his motion for judgment of acquittal and motion for new trial. Second, Davis contends the district court erred when it instructed the jury on the intent-to-defraud element of the crime. Third, Davis asserts the district court abused its discretion when it admitted evidence of a prior similar act. Fourth, Davis argues that during the trial, the district court improperly admitted evidence of his prior convictions.

After careful consideration and with the benefit of oral argument, we affirm Davis's conviction.

## I.    Background Facts and Trial Proceedings

In February 2024, a grand jury indicted Davis under 18 U.S.C. § 1029(a)(1) for fraudulent activity relating to his use of a counterfeit access device. At trial, the government presented evidence that Davis provided a fake driver's license—one with his

# IN THE ELEVENTH DISTRICT COURT OF APPEALS

ALFRED DAVIS and }

Minister Doctorate }

MAURICE SYMONETTE }

} 

}

CASE No: **24-12274**

      Appellants,

v.

**FEDERAL JUDGES JAQUELINE BECERRA, JUDGE JOSE E. MARTINEZ, FEDERAL MAGISTRATE JUDGE EDUARDO SANCHEZ, FLORIDA'S FEDERAL U.S. ATTORNEY GENERAL MARKENZY LAPOINTE, FLORIDA'S FEDERAL ASSISTANT, US ATTORNEY JONATHAN BAILYN AND FLORIDA'S FEDERAL COURT REPORTER MARY ANN CASALE. ET AL.**

DEFENDANTS

      Appellees,

_____ /

## CERTIFICATE OF INTERESTED PERSONS

I ALFRED DAVIS hereby disclose the following pursuant to this Court's Order on Interested Persons:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or

in the outcome of this action, including subsidiaries, conglomerates, affiliates, related to a party:

listed below. **M e m b e r s  o f  The Appellant's Party are also listed below.** according to 11th circuit Rule 26.1-1(b).

**DISCLOSURE OF JUDGES GENERAL PROVISIONS AND DISCOVERY PURSUANT TO RULE 26(a)(1)(A)1-5:**

Federal Judge JOSE MARTINEZ Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue Room 10-1 Miami, Florida 33128 **Chambers** (305) 523-5590 Committed Fraud by allowing his Signature to be Forged as shown in our Emergency to Void Sale in Violation for Sanctions against U.S. Bank for Violating Federal Stay and willfull contempt in Violation of 28 U.S. Code SS 1446 (d) and to Void Sale because of Forgery and Fraud on the Docket for Case#23-cv-22640-JEM on 05/28/2024 he also has a Conflict of Interest with U.S. Bank in the amount of $250,000 shown in our Motion to Recuse on the same Docket on 07/15/2024. **No stock ticker, Nothing to be Affirmed.**

Federal Magistrate Judge EDUARDO SANCHEZ C. Clyde Atkins U.S. Courthouse 301 North Miami Avenue 6th floor Miami, Florida 33128 **Chambers** (305) 523-5890 has a Conflict of Interest with U.S. Bank totaling $330,000 shown on our Motion For Recusal on the Docket for case#23-cv-22640-JEM on 06/11/2024. **No stock ticker, Nothing to be Affirmed.**

U.S. BANK N.A.USB (US BANCORP) U.S. Bancorp Center 800 Nicollet Mall

Minneapolis, MN 55402 Phone: 651-466-3000. Never brought in the proper documentation that Judge

Zabel Ordered them to bring in back in 2007 as shown on the Docket for case#2007-12407-CA01 on

04/07/2009 They also failed to disclose PMI information.

Court Reporter MARY ANN CASALE 400 North Miami Avenue, #10-1, Miami, Florida 33128 Phone:305-

523-5632 Email: MaryAnn_Casale@flsd.uscourts.gov.her Transcript was changed it excluded the Statement that

Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no

evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis.

**No stock ticker, Nothing to be Affirmed.**

U.S. Attorney **Markenzy Lapointe** United States Attorney's Office

99 NE 4th St Miami, FL 33132-2131 Office: **305-961-9100** Email: **markenzy.lapointe@usdoj.gov.**

ISABELLE MARIE CARPBAJALES Holland & Knight LLP 701 Brickell Ave Ste. has Conflict of Interest in the amount of

$2million in Mortgages and $615,000 in Cash from U.S. Bank

**No Stock ticker, Nothing to be Affirmed.**

**Assistant U.S. Attorney Jonathan Bailyn United States Attorney's Office**

**500 S. Austrialian Ave. Ste 400 West Palm Beach, FL 33401-6209 Office: 561-209-1050 Email:**

jonathan.bailyn@usdoj.gov. Blackstone is partners with China and are the owners of us bank which is

why Bailyn was supposed to have a FARA License. And we asked for Bailyn's Citizenship, cant get his

Financial Statements. And they did not allow us to get a copy of the Transcript. And Bailyn lying along

with Judge Martinez saying we cannot have a copy of the audio. They had no search warrant in violation

of Federal Rules of criminal procedure 41.

**No Stock ticker, Nothing to be Affirmed.**

Judge VALERIE MANNO SCHURR 73 W. Flagler st. Ste.1111 Miami, FL 33130. Changed Judge ZABEL'S Order of Dismissal with Prejudice Filed on April 6th 2010 to Dismissal Without Prejudice 3 months later in June 27th, 2010 on the Docket Case# 2007-12407-CA0.

She also has a Conflict of Interest shown on the Docket on Case#2021-10826-CA01 in our Motion to Recuse filed 01/24/2022 showing that she made $995,000 with U.S. Bank. Represented by Christopher Michael Sutter located at Florida office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301.

**No stock ticker, Nothing to be Affirmed.**

Judge JOHN SCHLESINGER Bar Number: 788716 Mail Address: 2700 Granada Blvd Coral Gables, FL 33134-5552 Office: 203-399-0029 Email: jcs2564@icloud.com filed a Final Judgement Order in Favor of U.S. Bank to Foreclose on us 12/19/2017 on Docket Case# 2021-61928-CA01 knowing that U.S. Bank has an Assignment that has the wrong Bank (Homecomings when it should be Axiom) on it and that they don't have the proper Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He has a Conflict of Interest Totaling $28,834,751.25 shown on our Motion to Recuse filed Feb.13 2020 on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge VIVIANNE DEL RIO 73 West Flagler St., Miami, FL 33130 **Phone:** (305) 349-7078, **Room:** DCC 525 Filed an Order Granting U.S. Banks Motion to Reset Foreclosure Sale on our Property on 02/22/2023 23 on the Docket on Case#2010-61928-CA01 knowing that they don't have the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the

Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. And has a Conflict of Interest with U.S. Bank in the amount of $943,141.00 shown on our Motion to Recuse filed 02/21/23 on the same Docket. Represented by Christopher Michael Sutter located at Florida office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301. **No stock ticker, Nothing to be Affirmed.**

Judge CARLOS LOPEZ 1351 N.W. 12th St., Miami, FL 33125 **Room:** REG 212 **Phone:** (305) 548-5761 **Email:** F012@jud11.flcourts.org he filed an Order denying our Motion to Stop the Foreclosure Sale on 10/11/2023 knowing that they don't have the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He also has a Conflict of Interest in the amount of $2,077,949 with U.S. Bank shown on our Motion to Recuse filed 06/28/2023 on the Docket for Case#2010-61928-CA01. Represented by Christopher Michael Sutter located at Florida office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301. **No stock ticker, Nothing to be Affirmed.**

Judge VERONICA DIAZ 175 N.W. 1st Ave., Miami, FL 33128 **Room:** CHC 2214 **Phone:** (305) 349-5723 Put in an Order Resetting Foreclosure Sale on Docket for Case# 2010-61928-CA01 on 02/06/2020 with no Consideration to the fact that U.S. Bank had no valid documents the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. She also made almost half a million dollars with U.S. Bank shown on our motion to Recuse on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge SAMANTHA RUIZ COHEN 175 N.W. 1st Ave., Miami, FL 33128 **Room:** CHC 2815

Phone: (305) 349-5744 Email: 11thFC28@jud11.flcourts.org made over $2million with U.S.

Bank according to her form 6. Shown in our Motion to Recuse Filed on the Docket For Case#

2010-61928-CA01 on 05/04/2022. Represented by Christopher Michael Sutter located at Florida

office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301.

**No stock ticker, Nothing to be Affirmed.**

Judge MIGUEL DE LA O 1351 N.W. 12th St., Miami, FL 33125 Room: REG 424

Phone: (305) 548-5771 Denied our Motion to Stop Sale on the Docket for case#2010-61928-

CA01 on 01/17/2018 without Acknowledgment that U.S. Bank Never brought in the

Necessary Valid Documents Assignment, Allonge, Original Mortgage, Original of the Note,

Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that

indemnifies Fannie Mae. He also has a Conflict of Interest with U.S. Bank in the amount of

$300,000 shown on our Motion to Recuse filed on the Docket for Case#2010-61928-CA01 on

08/11/2020. Represented by Christopher Michael Sutter located at Florida office of the Attorney

General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301.

**No stock ticker, Nothing to be Affirmed.**

FEDERAL JUDGE DARRIN P. GAYLES Wilkie D. Ferguson, Jr. United States Courthouse 400

North Miami Avenue Room 11-1 Miami, Florida 33128 He has a Conflict of Interest with U.S.

Bank in the amount of $250,000 shown in our Motion for Change of Venue from Dade County to

Tampa Florida on the Docket for Case#24-cv-23015-SC Exh.75 P. pg.5

**No stock ticker, Nothing to be Affirmed.**

Administrative Judge JENNIFER BAILEY 73 west Flagler Street. Phone# 305-349-7008, rm:900. Has a Conflict of Interest With U.S. Bank in the amount of $222,000 shown in our Complaint on the Docket for Case#23-cv-22640-JEM.

**No stock ticker, Nothing to be Affirmed.**

Clerk of Courts JUAN FERNANDEZ BARQUIN pursuant to Rule 26(a)(1)(A) 1-5 located at W Flagler st RM.133 Miami Fl. 33130 phone:786-292-4845 has a Conflict of Interest with U.S. Bank in the amount of $635,000 shown in our Motion for Change of Venue from Dade County to Tampa Florida on the Docket for Case#24-cv-23015-SC on 09/09/2024. Represented by Jose Angel Casale Holland & knight 701 Brickell Avenue Suite 3300 Miami, Fl. 33131. Phone# 305-789-7713, Email:jose.casal@hklaw.com


GMAC which is U.S. BANK N.A.USB (US BANCORP) U.S. Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 Phone: 651-466-3000. Never brought in the proper documentation that Judge Zabel Ordered them to bring in back in 2007 as shown on the Docket for case#2007-12407-CA01 on 04/07/2009 They also failed to disclose PMI information. Represented by Michael Roy Eposito Blank Rome LLP 100 S. Ashley Drive Ste 600 Tampa, Fl 33602, Phone# 813-433-5352 Email: Michael.Esposito@blankrome.com. Eve Alexis Cann Baker Donelson 200 East Blvd. Suite 2000 Ft.Lauderdale, Fl 33301, Phone# 954-786-1612, Email:ecann@bakerdonelson.com. Spencer Devin Leach Baker Donelson, Bearman, Caldwell and Berkowitz, PC 100 S.E. Third Avenue Suite 1620 Ft. Lauderdale, Fl 33394, phone#954-786-1615, Email: sleach@bakerdonelson.com.

JOSE ANGEL CASAL Holland & Knight LLP 701 Brickell Ave Ste 3300 Miami, FL 33131-2847

Office: **305-374-8500** Cell: **305-710-8371** – No Text Messages Fax: 305-789-7799. Email: **jose.casal@hklaw.com**

Mers (Mortgage Electronic Registration System) Whose last known address is 1818 Library St. Suite 300, Reston, Virgina 20190; Phone: 1-800-646-6377. website: http//www.mersinc.org. is doing business in the County of Dade, the State of Florida Appellants are Further informed and believe and there on allege, that Appellee Mers is the Purported Beneficiary under the Deed of Trust and/or is a Purported participant in the imperfect Securitization of the Note and /or the Deed of Trust.

**No Stock ticker, Nothing to be Affirmed.**

Commissioner Rene Garcia Downtown Office Stephen P. Clark Center 111 NW 1st Street, Suite 320. Miami, Florida 33128 district13@miamidade.gov 305-375-4831. After the Judges fail to steal our homes for the Banks, Banks have paid some Commissioners like Commissioner Rene Garcia who Sponsored Racist Legislation called Building and Unsafe Structure Legislation #220166 Discriminately to help the Banksters Steal Black People's home like me! Commissioner Garcia has a Conflict of Interest with U.S. Bank in the amount of $23,000.00

**No Stock ticker, Nothing to be Affirmed.**

Appellate Judges Brownwyn C. Miller Third District **Court of Appeal**, 2001 SW 117th Ave Miami, FL 33175-1716, Office: 305-229-3200 millerb@flcourts.org. says that on her 2012 form 6 full and Public Disclosure of Financial Interest she has a $95,000.00 Conflict of Interest with U.S. Bank.

**No Stock ticker, Nothing to be Affirmed.**

Appellate Judge Kevin Michael Emas, Third District Court of Appeals 2001 SW 117th Ave. Miami Fl. 33175 Office:305-229-3200 Cell:305-962-6548, kevinemas@gmail.com on his 2012

form 6 full and Public Disclosure of Financial Interest he made $225,310.00 Conflict of Interest with U.S. Bank.

**No Stock ticker, Nothing to be Affirmed.**

Appellate Judge Edwin Scales, Third District Court of Appeals 2001 SW 117th Ave. Miami Fl. 33175 Office: **305-229-3200**. Cell: 305-229-3200. who according to his 2012 Form 6 Full and public Disclosure of Financial Interest he has a $22,543.00 Conflict of Interest with U.S. Bank.

**No Stock ticker, Nothing to be Affirmed.**

Harvey Ruvin 73 W Flagler Street Miami, Fl. 33130 Head of Miami Dade Clerk of Courts, phone# **305-275-1155** has a Conflict of Interest with U.S. BANK in the amount of $315,000.000

**No Stock ticker, Nothing to be Affirmed.**

**Axiom Financial Services LLC (AX)** located at *80 Route 4 E, Suite 203, Paramus, NJ 07652 phone# (973) 771-9100* the Originator of the Loan Filling #1423866698 E-filed - 1/21/2022 09:30:09 AM.

**Residential Funding Co. LLC 7501 Wisconsin Avenue East Tower Suite 900, Bethesda, MD 20814. Phone#301-215-5200**

**No Stock ticker, Nothing to be Affirmed.**

## RELIEF SOUGHT

This case be dismissed with Prejudice based on lack of jurisdiction.

## AFFIDAVIT OF FACTS
## MAURICE SYMONETTE

I _Maurice Symonette_ AFFIRM that all of the following are true and correct to the best of my knowledge in accordance with 28 U.S.C. 1746:

## OATH AND AFFIRMATION

PURSUANT to 28 U.S.C. 1746 I _Maurice Symonette_ AFFIRM that I have read all facts stated herein and that all stated are true and correct to the best of my knowledge. Executed this 20th day of ~~May~~ 2025.
July

Submitted,

Maurice Symonette
15020 S. River Dr.
Miami Fl. 3167

TAVVARA PRIOLEAU
Notary Public
State of Florida
Comm# HH630615
Expires 1/26/2029

FLDL provided

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 24-CR-20051-JEM

UNITED STATES
    **Plaintiff**

v.

ALFRED LENORIS DAVIS,
    Defendant.

## CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Katie Sadlo _____, as counsel for the plaintiff/defendant,

the United States of America _____, hereby certify the following:

Check the applicable sections:

☑ **ALL EXHIBITS E-FILED:** All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☐ **EXHIBITS NOT E-FILED:** The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature: *Katie Sadlo* _____    Date: May 24, 2024

# IN THE ELEVENTH DISTRICT COURT OF APPEALS

ALFRED DAVIS AND )

MINISTER DOCTORATE )

MAURICE SYMONETTE )

                     )

    Appellants, )

                     )

CASE No: 24-12274

   V.

FEDERAL JUDGES JAQUELINE BECERRA,
JUDGE JOSE E. MARTINEZ, FEDERAL
MAGISTRATE JUDGE EDUARDO SANCHEZ,
FLORIDA'S FEDERAL U.S. ATTORNEY
GENERAL MARKENZY LAPOINTE,
FLORIDA 'S FEDRAL ASSISTANT, US
ATTORNEY JONATHAN BAILYN AND
FLORIDA'S FEDERAL COURT REPORTER
MARY ANN CASALE,

DEFENDANTS

Appellees,
_____/

## NOTICE TO THE JUDGE THAT THERE WERE NO CERTIFICATE OF COMPLIANCE FORMS GIVEN ON MY LAST TWO CASES:

THERE WAS NO CERTIFICATE OF COMPLIANCE ON MY TWO LAST CASES 24-20456-JB AND
25-CR80076-AMC BECAUSE I NEVER SIGNED A PLEA AND THERE WAS NO WRITTEN
COLLOQUY ON THE RECORD.

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 28th day of May 2025.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

ALFRED DAVIS
627 SOUTHRIDGE RD.
DELRAY BEACH FL. 33444

NEXT FRIEND

Cover SHEET 24-12274-AA

-6. Jonathan Bailyn had no Search Warrant, No Grand Jury Warrant, No Grand Jury Minutes, No Foreperson Signature and no Fara Registration License, and no Financial Statements, in violation of the 4th Amendment. Unreasonable Search and Seizure therefore the Case must be overturned.

7. Judge Becerra did not allow the release of the Transcript in direct violation of the Supreme Courts decision in Griffin V. Illinois.

8. I never sent in A Tax Return to US Bank which that Count must be Dismissed because I never signed the Tax Returns.

9. The Supreme Court says that Misleading a Bank is not Illegal Thompson V United States and The Judge Knows that the Gov. Cannot Prosecute For Private Bank they must do their own due diligence.

10. Judge Jaqueline Becerrra Recused herself for money Conflicts of Interest and for being the Judge on the First Case which is a biased Conflict of interest 28 USC 455. The law says that if she Recuses herself all of her Orders must be stopped

11. They are violating Trumps Executive Order and Can't Weaponize the Law and no more Prosecuting the Jan. 6th INSURRECTION or Weaponize the Government to Prosecute people third case all pertains to the same thing. Exh. B

12. This case must be Dismissed because Lapointe had a $2million Conflict of Interest with US Bank. Exh. C

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 23RD day of July 2025.

ALFRED LENORIS DAVIS
PRO SE PETITIONER
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444

*The Three Judge Panel*



ORIGIN ID:RTDA (786) 344-0499
JAMES BUCKMAN

15020 S RIVER DR

MIAMI, FL 33167
UNITED STATES US

SHIP DATE: 09AUG25
ACTWGT: 3.85 LB
CAD: 6986887/SSFE2621

BILL CREDIT CARD

TO ELBERT TUTTLE

56 FORSYTH STREET NW

ATLANTA GA 30303

(404) 335-6100        REF:

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 11 2025
ATLANTA

FedEx
Express

E

MON – 11 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 3919 4477 6191
0201

XG QFEA

30303
GA-US    ATL

Box